**FILED**

**E-filing**

AUG 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  BONNIE R. COHEN (94881)
   LAW OFFICES OF BONNIE R. COHEN
2  3096 WASHINGTON STREET
   SAN FRANCISCO, CA 94115-1618
3  TEL: 415.931.0928
   FAX: 415.931.0928
4  BRCOHEN@ATT.NET

5

6                   UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                          OAKLAND DIVISION

9
   NOAH BUTLER AND COLLEEN O'BRIEN    )   Case No.: 
10                                     )
              Plaintiffs,              )   NOTICE OF REMOVAL FROM SUPERIOR COURT OF
11                                     )   CALIFORNIA, ALAMEDA COUNTY
       vs.                             )
12                                     )   DEMAND FOR JURY TRIAL
   UNITED AIR LINES, INC. and DOES 1 - 100  )
13                                     )
              Defendant               )
14  _____   )

**BY FAX**

15

TO PLAINTIFFS, THEIR ATTORNEYS AND TO THE CLERK OF THE COURT:
16

17

Defendant United Air Lines, Inc.  (UAL or United) now removes this action from the
18

Superior Court of Alameda County to the United States District Court for the Northern
19

District of California - Oakland Division.
20

                                    I.

                           PROCEDURAL HISTORY

     On July 18, 2007, plaintiffs Noah Butler and Colleen O'Brien filed, in the

Superior Court for the State of California, Alameda County, an action entitled *Noah*

*Butler and Coleen O'Brien vs. United Air Lines, Inc and Does 1 - 100*, Case # RGO-

7336336 (the Action).  A copy of the complaint is attached as Exhibit A.

     Defendant United Air Lines Inc. (Defendant or United or UAL) is informed and

believes that service of the action started with the first class mailing of the

              REMOVAL PETITION - JURY DEMAND   CASE # _____

GO 44 SEC. N
NOTICE OF ASSIGNMENT
TO MAGISTRATE JUDGE SENT

1    summons and complaint to UAL no earlier than July 23, 2007.   UAL is a corporation

2    organized under the laws of the State of Delaware with its principal place of business

3    in Elk Grove Township, Illinois.  Under *California Code of Civil Procedure* § 415.40

4    service is not accomplished or completed until the 10th day after mail.  If, as

5    plaintiffs assert, the mailing was accomplished on July 23, 2007, service on UAL was

6    completed no earlier than August 2nd.  30 days after August 2nd is September 2, 2007.

7    This removal petition is timely.

8         Defendant answered plaintiffs' complaint and demanded a jury on August 23,

9    2007.  A copy of that answer is attached as Exhibit B.

10

11

12

13                              **BASIS FOR REMOVAL**

14   This action is removable to this court because the court would have original

15   jurisdiction under 28 USC 1331 (Federal Question) and 28 USC 1441 as it is a civil

16   action arising under the Constitution, laws, or treaties of the United States

17   including but not limited to The Airline Deregulation Act (ADA) 49 USC 41713(b).

18

19                          **JOINDER BY OTHER DEFENDANTS**

20

21   The only other Defendants are Does 1 - 100, and based on knowledge and belief, none

22   has been identified or served.

23

24                          **VENUE OF REMOVED ACTION**

25   This Federal District Court embraces the place the state court action is pending

26   (Alameda County).  Under this Court's Civil Local Rule 3-2, the United States District

27   Court for the San Francisco/Oakland Division is the right court for removal of this

28   action.

     REMOVAL PETITION - JURY DEMAND   CASE # _____

1   United respectfully requests that the Action be removed from the state court in which

2   it was filed, to the United States District Court, Northern District of California.

3

4   August 23, 2007

5

6                                                    LAW OFFICES OF BONNIE R. COHEN

7

8

9

10                                                   COUNSEL FOR DEFENDANT

11

12
                              **DEMAND FOR JURY TRIAL**
13

14  Defendant demands a jury trial.

15  August 23, 2007

16

17                                                   LAW OFFICES OF BONNIE R. COHEN

18

19
                                                     COUNSEL FOR DEFENDANT
20

21

22

23

24

25

26

27

28


            REMOVAL PETITION - JURY DEMAND    CASE #

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

REMOVAL PETITION - JURY DEMAND    CASE # _____

PLD-C-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Colleen O'Brien (Bar No. 215514)<br>O'Brien & Kelleher LLP<br>1655 N. Main Street, Suite 220, Walnut Creek, CA 94596 | FOR COURT USE ONLY |

TELEPHONE NO: 925.280.1250    FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* NOAH JAMES BUTLER and COLLEEN O'BRIEN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda

STREET ADDRESS: 1225 Fallon St.

MAILING ADDRESS:

CITY AND ZIP CODE: Oakland, CA 94612

BRANCH NAME: Civil Division

PLAINTIFF: Noah James Butler and Colleen O'Brien, a married couple,

DEFENDANT: United Air Lines, Inc., a California Corporation, and,

☑ DOES 1 TO ____ 100

FOR COURT USE ONLY:

ENDORSED
FILED
ALAMEDA COUNTY

JUL 1 8 2007

CLERK OF THE SUPERIOR COURT
BY YASMIN SINGH, Deputy

**CONTRACT**

☑ COMPLAINT        ☐ AMENDED COMPLAINT *(Number):*

☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT *(Number):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
    Amount demanded    ☐ does not exceed $10,000
                       ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
        ☐ from limited to unlimited
        ☐ from unlimited to limited

CASE NUMBER:

RG07336336

1. Plaintiff* *(name or names):*
   Noah James Butler and Colleen O'Brien

   alleges causes of action against defendant* *(name or names):* United Air Lines, Inc., and Does 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 16.
3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff *(name):*
         (1) ☐ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe):*
         (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☑ except defendant *(name):* United Air Lines, Inc.        ☐ except defendant *(name):*
         (1) ☐ a business organization, form unknown             (1) ☐ a business organization, form unknown
         (2) ☑ a corporation                                     (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe):*            (3) ☐ an unincorporated entity *(describe):*

         (4) ☐ a public entity *(describe):*                     (4) ☐ a public entity *(describe):*

         (5) ☐ other *(specify):*                                (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]        **COMPLAINT—Contract**        Code of Civil Procedure, § 425.12

www.accesslaw.com

10568446.tif - 8/23/2007 1:19:55 PM

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

4. *(Continued)*

b. The true names of defendants sued as Does are unknown to plaintiff.
   (1) ☑ Doe defendants *(specify Doe numbers):* 1-50 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
   (2) ☑ Doe defendants *(specify Doe numbers):* 51-100 _____ are persons whose capacities are unknown to plaintiff.

c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☑ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

  ☑ Breach of Contract

  ☑ Common Counts

  ☑ Other *(specify):* Fraud; Violation of Consumer Legal Remedies Act; Violations of the Song-Beverly Consumer Warranty Act; Violations of the Magnuson-Moss Act; Negligent and/or Intentional Misrepresentation of Fact and False Advertising; Unlawful Business Practices and Advertising

9. ☑ Other allegations: Please see attachment

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☑ damages of: $ in an amount according to proof
   b. ☑ interest on the damages
      (1) ☑ according to proof
      (2) ☐ at the rate of *(specify):*    percent per year from *(date):*
   c. ☑ attorney's fees
      (1) ☐ of: $
      (2) ☑ according to proof.
   d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 18, 2007

Colleen O'Brien
(TYPE OR PRINT NAME)     ▶     (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]     **COMPLAINT—Contract**     Page 2 of 2

**PLD-C-001(1)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

**FIRST**      **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO    ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Noah James Butler and Colleen O'Brien

     alleges that on or about *(date):* April 23, 2006
     a ☑ written    ☐ oral    ☐ other *(specify):*
     agreement was made between *(name parties to agreement):*
     All Plaintiffs and all Defendants

     ☑ A copy of the agreement is attached as Exhibit A, or
     ☐ The essential terms of the agreement    ☐ are stated in Attachment BC-1    ☐ are as follows *(specify):*

     Defendants sold Plaintiffs airline tickets.

BC-2. On or about *(dates):* July 19, 2006
     defendant breached the agreement by    ☐ the acts specified in Attachment BC-2    ☑ the following acts
     *(specify):*

     Plaintiffs had valid flight reservations Defendants refused to honor.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
     excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
     ☐ as stated in Attachment BC-4    ☑ as follows *(specify):*

     general damages; special damages; emotional distress

BC-5. ☑ Plaintiff is entitled to attorney fees by an agreement or a statute
         ☐ of $
         ☑ according to proof.

BC-6. ☐ Other:

Page     **3**

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) (Rev. January 1, 2007)

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com

10568446.tif - 8/23/2007 1:19:55 PM

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

____SECOND____    **CAUSE OF ACTION—Fraud**
   (number)

ATTACHMENT TO ☑ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name)*: Noah James Butler and Colleen O'Brien

alleges that defendant *(name)*: United Air Lines, Inc., and Does 1-100

on or about *(date)*: July 19, 2006        · defrauded plaintiff as follows:

FR-2. ☑ **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact      ☐ as stated in Attachment FR-2.a    ☑ as follows:

Defendants fraudulently refused to honor Plaintiffs' contract. Defendants repeatedly stated Plaintiffs did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the like. Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of Plaintiffs' tickets.

b. These representations were in fact false. The truth was    ☐ as stated in Attachment FR-2.b    ☑ as follows:

Plaintiffs had valid reservations Defendants refused to honor.

c. When defendant made the representations,
☑ defendant knew they were false, or
☑ defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☑ **Concealment**
a. Defendant concealed or suppressed material facts      ☐ as stated in Attachment FR-3.a    ☐ as follows:

Plaintiffs are informed and believe and thereon allege that Defendants knew Plaintiffs had valid and still refused to honor the contract.

b. Defendant concealed or suppressed material facts
☑ defendant was bound to disclose.
☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page    4

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com

10568446.tif - 8/23/2007 1:10:55 PM

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

SECOND         **CAUSE OF ACTION—Fraud**
(number)

FR-4. ☑ **Promise Without Intent to Perform**
    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
    in Attachment FR-4.a ☐ as follows:

Defendants fraudulently refused to honor Plaintiffs' contract. Defendants repeatedly stated Plaintiffs
did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the
like. Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of
Plaintiffs' tickets.

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
    plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
    defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
    ☑ as follows:

Plaintiffs were induced to procure tickets from another airline at a higher rate.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
    Attachment FR- 6   ☑ as follows:

general damages; special damages; emotional distress

FIR - 7. Other:

Plaintiffs seek punitive and exemplary damages

Page    5

10568446.tif - 8/23/2007 1:19:55 PM

1   Colleen O'Brien (Bar No. 215514)
2   O'Brien & Kelleher, LLP
    1655 N. Main St, Suite 220
3   Walnut Creek, CA 94596-4642
4   Telephone: (925) 280-1250

5   Attorneys for Noah James Butler and Colleen O'Brien

6

7                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
                            FOR THE COUNTY OF ALAMEDA
8

9   NOAH JAMES BUTLER and COLLEEN          ATTACHMENT TO COMPLAINT
10  O'BRIEN, a married couple,             (ADDITIONAL CAUSES OF ACTION)

11           Plaintiffs,                   California Civil Code §§ 1780, *et seq.*
12       v.
13  UNITED AIR LINES, INC., a California
14  corporation, and DOES 1-100,

15
             Defendants.
16

17                            THIRD CAUSE OF ACTION
                   VIOLATION OF CONSUMERS LEGAL REMEDIES ACT
18                   [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
19

20  1. Plaintiffs reallege and reincorporate the allegations made in the Complaint and attachments.

21  2. Defendant UNITED AIR LINES, INC., is, and at all times herein mentioned was, a

22  corporation duly organized and existing under the laws of California, doing business in Alameda

23  County (the county in which the transaction and the subject matter of the above-captioned action,

24  or a substantial portion thereof, occurred) and engaged, and engaging, in business as an airline

25  serving the general public.

26  3. On or about July 19, 2006, at Oakland Airport, Alameda County, California, Defendants, in

27  carrying out the terms of a transaction entered into with Plaintiffs, namely a transaction for the

28  sale of airline tickets (Confirmed United Reservation Number LSDN1O), violated the provisions

29  of the California Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship,

30  approval or certification of goods or services, (2) representing that goods or services have

    sponsorship, approval, characteristics, ingredients, uses, benefits or quantities which they do not

                                              1
                  ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

1   have, (3) representing that goods or services are of a particular standard quality or grade, if they

2   are of another, (4) advertising of goods or services with the intent not to sell them as advertised,

3   (5) representing that a transaction confers or involves rights, remedies or obligations which it

4   does not have or involve, or which are prohibited by law, (6) representing that the subject of a

5   transaction has been supplied in accordance with a previous representation when it has not, (7)

6   misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

7   of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and

8   (18) of Section 1770(a) of the Civil Code.

9   4. The goods and services as described above were bought by Plaintiffs primarily for personal,

10   family, or household purposes.

11   5. Plaintiffs are informed and believe, and thereon allege, that the above-mentioned violations

12   and misrepresentations were intended by Defendant to result in the denial of the goods and

13   services to Plaintiffs.

14   6. On or about July 26, 2006, and at various times thereafter, Plaintiffs sent to Defendant a

15   written Notice of Violation of Consumers Legal Remedies Act and Demand for Remedy,

16   attached to this complaint as Exhibit B and incorporated by reference, by certified mail, return

17   receipt requested, to Defendant's principal place of business and its agent for service of process

18   in California.  This notice and demand notified Defendant of its above-mentioned violations of

19   the Civil Code that resulted in the fraudulent sale of the airline tickets to Plaintiffs and demanded

20   that Defendant remedy the violations.

21   7. Within 30 days of the receipt of the notice and demand, attached as Exhibit B, Defendant

22   failed to correct, repair, replace, or otherwise rectify, and failed to agree to correct, repair,

23   replace, or otherwise rectify within a reasonable time, the above-mentioned violations

24   of Subdivision(s) (2), (5), (7), (9), (14), (16) and (18) of Section 1770(a) of the Civil Code.

25   8. By reason of the above-mentioned violations of the Civil Code, have suffered damage.

26   9. Plaintiffs are informed and believe and thereon allege that Defendant engages in similar

27   transactions with a class of persons similarly situated with Plaintiffs.  Plaintiffs will seek leave of

28   court to amend this Complaint to certify a class of Plaintiffs, as appropriate.

29   10. Plaintiffs are informed and believe and thereon allege that Defendant continues to engage in

30   the above-described deceptive practices and unless enjoined from doing so by this Court will

10568446.tif - 8/23/2007 1:19:55 PM

1 | continue to do so, all to the damage of its consumer who will purchase its airline tickets.

2 | 11. The aforementioned violations of the Civil Code by defendant were willful, oppressive,

3 | fraudulent, and malicious. Plaintiffs are therefore entitled to punitive damages.

4

5 | <div align="center">

### FOURTH CAUSE OF ACTION

6 | VIOLATION OF CONSUMER WARRANTY AND ADVERTISING STATUTES
[BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]

7

8 | 12. The contract, attached to this complaint as Exhibit A and incorporated by reference, was and

9 | is subject to the requirements of the Song-Beverly Consumer Warranty Act, Civil Code § 1790,

10 | *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308, *et seq.*, Negligent or Intentional

11 | Misrepresentation of Fact and False Advertising, Civil Code §§ 1709, 1710, 3294 and 3333,

12 | Unlawful Business Practices and Advertising, §§ 17200 and 17500, *et seq.*

13 | 13. Through their actions described above, Defendants violated the provisions of these acts.

14

15 | ### FIFTH CAUSE OF ACTION

16 | NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
[BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]

17

18 | 14. As a further natural and consequential result of Defendant's breach of the contract described

19 | herein, Plaintiff suffered injuries to person and property, in that they caused grave trauma to the

20 | body of Plaintiff, who was pregnant at the time of the breach/fraud.

21

22 | WHEREFORE, Plaintiffs pray judgment as follows:

23

24 | 1. For actual damages in a sum according to proof;

25 | 2. For punitive damages;

26 | 3. For a permanent injunction enjoining the defendant, and its agents and employees from

27 | refusing to honor valid reservations;

28 | 4. That defendant be required to make restitution to each Plaintiff of any and all money paid to

29 | another airline;

30 | 5. For reasonable attorney's fees;

6. For costs of suit herein incurred; and

---

3
ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

10568446.tif - 8/23/2007 1:19:55 PM

7. For such other and further relief as the court may deem proper.

DATED: July 18, 2007

Colleen O'Brien

## VERIFICATION

I, Colleen O'Brien, am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 18, 2007

Colleen O'Brien

4
ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

# EXHIBIT A

MSN Hotmail - Message                                                    Page 1 of 3



MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat      Sign Out    Web Search:    Go

It's the future         Windows Live Mail        Faster, Safer,
of MSN Hotmail                                     Beta                Simple and FR

 Hotmail        Today | Mall | Calendar | Contacts

obriencolleenm@hotmail.com

⇘ Reply | ⇘ Reply All | ⇘ Forward | ✕ Delete | ⊞ Junk | ⊞ Put in Folder ▾ | ⊟ Print View | ⊞ Save Address

From :     United Airlines <United-Airlines@tmr3.com>                    ⬥ | ✑ | ✕ | ⊞ In
Sent :     Saturday, June 3, 2006 11:38 AM
To :       OBRIENCOLLEENM@HOTMAIL.COM
Subject :  Your E-mail Confirmation from United



Please do not respond to this e-mail!

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1
within the United States, or your local International reservations office listed below.

Travel Itinerary

Thank you for choosing United!

This document is for reference only.

If you are traveling on an electronic ticket, please remember to bring a copy of your receipt with
a valid photo ID and the credit card used for purchase.
As with all airline tickets, your electronic ticket is not transferable.

Please ensure you have all necessary country specific documentation.

To make changes to your reservation within the United States, call 1-800-UNITED-1
(1-800-864-8331).

| Passenger Information | |
|---|---|
| Reservation No: LSDN1O | Number in Party: 2 |
| Name: OBRIEN/COLLEEN M MS | |
| Name: BUTLER/NOAH J MR | |

| Travel ItineraryTravel Itinerary | |
|---|---|
| OAKLAND to CHICAGO/OHARE | TUE 18 JUL |

http://by104fd.bay104.hotmail.msn.com/cgi-bin/getmsg?msg=6752AC97-DA54-412E-BF7...  6/3/2006

10568446.tif - 8/23/2007 1:19:55 PM

MSN Hotmail - Message

| Flight<br>☑ U N I T E D<br>1200 | Departs<br>OAKLAND<br>TUE 18 JUL<br>10:45P<br>Terminal 1 | Arrives<br>CHICAGO/OHARE<br>WED 19 JUL<br>4:48A<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>10A,10C |
|---|---|---|---|---|
| MP Miles<br>1835 | Meals Served | Equip<br>319 | Inflight<br>Services<br>AUDIO | |

CHICAGO/OHARE to ROCHESTER NY                                                                WED 19 JUL

| Flight<br>☑ U N I T E D<br>7582 * | Departs<br>CHICAGO/OHARE<br>WED 19 JUL<br>6:50A<br>Terminal 1 | Arrives<br>ROCHESTER NY<br>WED 19 JUL<br>9:33A | Class<br>UNITED<br>ECONOMY® | Seat<br>8A, 8C |
|---|---|---|---|---|

* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA

PLEASE CHECK IN AT UNITED AIRLINES TERM 1

| MP Miles<br>528 | Meals Served | Equip<br>E70 | Inflight<br>Services<br>NONE | |
|---|---|---|---|---|

ROCHESTER NY to CHICAGO/OHARE                                                                MON 24 JUL

| Flight<br>☑ U N I T E D<br>417 | Departs<br>ROCHESTER NY<br>MON 24 JUL<br>5:26P | Arrives<br>CHICAGO/OHARE<br>MON 24 JUL<br>6:17P<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>9A, 9C |
|---|---|---|---|---|
| MP Miles<br>528 | Meals Served | Equip<br>737 | Inflight<br>Services<br>AUDIO | |

CHICAGO/OHARE to OAKLAND                                                                MON 24 JUL

| Flight<br>☑ U N I T E D<br>481 | Departs<br>CHICAGO/OHARE<br>MON 24 JUL<br>8:45P<br>Terminal 1 | Arrives<br>OAKLAND<br>MON 24 JUL<br>11:10P<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>14A,14C |
|---|---|---|---|---|
| MP Miles<br>1835 | Meals Served | Equip<br>757 | Inflight<br>Services<br>AUDIO | |

Important United Information

UNITED ECONOMY PLUS OFFERS UP TO
FIVE INCHES EXTRA LEGROOM. VOTED
**BEST PREMIUM ECONOMY CLASS IN
THE WORLD**
BY READERS OF BUSINESS TRAVELER,
JUST ONE OF THE MANY WAYS WE
REWARD LOYALTY.

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your

10568446.tif - 8/23/2007 1:19:55 PM

# EXHIBIT B

1 │ Colleen O'Brien (Bar No. 215514)
2 │ Daniel C. Kelleher (Bar No. 185058)
  │ O'Brien & Kelleher, LLP
3 │ 1655 N. Main St, Suite 220
4 │ Walnut Creek, CA 94596-4642
  │ Telephone: (925) 280-1250
5
6 │ Attorneys for Noah James Butler and Colleen O'Brien

7
8 │ SUPERIOR COURT OF THE STATE OF CALIFORNIA
  │ FOR THE COUNTY OF ALAMEDA
9

| | |
|---|---|
| 10  NOAH JAMES BUTLER and COLLEEN<br>11  O'BRIEN, a married couple, | NOTICE OF VIOLATION OF CONSUMERS<br>LEGAL REMEDIES ACT AND DEMAND<br>FOR REMEDY |
| 12        Plaintiffs, | |
| 13     v. | California Civil Code § 1782 |
| 14  UNITED AIR LINES, INC., a California<br>15  corporation, and DOES 1-100, | |
| 16        Defendants. | |

17

18 │ TO UNITED AIR LINES, INC.:

19      You are hereby notified that on or about July 18 and July 19, 2006, in carrying out the

20 terms of a transaction you entered into with the above-named Plaintiffs, namely a transaction for

21 the sale of airline tickets (Confirmed United Reservation Number LSDN10, which you have

22 repeatedly and willfully refused to honor), you violated the provisions of the California

23 Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship, approval or

24 certification of goods or services, (2) representing that goods or services have sponsorship,

25 approval, characteristics, ingredients, uses, benefits or quantities which they do not have, (3)

26 representing that goods or services are of a particular standard quality or grade, if they are of

27 another, (4) advertising of goods or services with the intent not to sell them as advertised, (5)

28 representing that a transaction confers or involves rights, remedies or obligations which it does

29 not have or involve, or which are prohibited by law, (6) representing that the subject of a

30 transaction has been supplied in accordance with a previous representation when it has not, (7)

misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

1   of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and
2   (18) of Section 1770(a) of the Civil Code.

3      Plaintiffs intend to file suit for general, compensatory, statutory, punitive and other
4   applicable damages in Superior Court 30 days after receipt of this notice unless restitution is
5   made to Plaintiffs by UNITED AIR LINES, INC. within 30 days of receipt of this notice in the
6   amount of $10,000.00 (Ten Thousand Dollars). Causes of action will include violations of the
7   California Consumers Legal Remedies Act, Civil Code § 1750, *et seq.*, the Song-Beverly
8   Consumer Warranty Act, Civil Code § 1790, *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308,
9   *et seq.*, Negligent or Intentional Misrepresentation of Fact and False Advertising, Civil Code §§
10   1709, 1710, 3294 and 3333, Unlawful Business Practices and Advertising, §§ 17200 and 17500,
11   *et seq.*, as well as statutory and common law allegations of fraud, infliction of emotional distress,
12   breach of contract, negligence and requests for equitable remedies. This list is not intended to be
13   exhaustive and Plaintiffs will include allegations as appropriate and this letter will serve as notice
14   of those allegations as required by law. Plaintiffs will seek their costs as well as their attorney's
15   fess for prosecution of the action. As appropriate, Plaintiffs will seek leave of court to certify
16   action as a class action pursuant to CC § 1781.

17      Demand is hereby made that you correct the violation within 30 days after receipt of this
18   notice. **Plaintiffs have been forced to cover their losses by travel on another airline at a**
19   **higher rate and will not accept travel on UNITED AIR LINES, INC. or a refund of the**
20   **purchase price as a correction as these are inadequate to compensate Plaintiffs for the**
21   **losses incurred due to UNITED AIR LINES, INC.'s breach/fraud/statutory violations.**

22

23   Dated: July 26, 2006             Respectfully submitted,
24                                     O'Brien & Kelleher, LLP
25
26                                  By:
27                                    Colleen O'Brien
28
29
30

2
NOTICE OF VIOLATION OF CONSUMERS LEGAL REMEDIES ACT AND DEMAND FOR REMEDY

ENDORSED
FILED
ALAMEDA COUN:

JUL 1 8 2007

CLERK OF THE SUPERIOR COURT
BY YASMIN SINGH, Deputy

1  Colleen O'Brien (Bar No. 215514)
2  O'Brien & Kelleher, LLP
   1655 N. Main St, Suite 220
3  Walnut Creek, CA 94596-4642
   Telephone: (925) 280-1250
4
5  Attorneys for Noah James Butler and Colleen O'Brien

6
7              SUPERIOR COURT OF THE STATE OF CALIFORNIA
8                    FOR THE COUNTY OF ALAMEDA

                                              RG07336336

9  NOAH JAMES BUTLER and COLLEEN        DECLARATION OF COLLEEN O'BRIEN IN
10 O'BRIEN, a married couple,           SUPPORT OF COMPLAINT FOR
                                        VIOLATION OF CONSUMERS LEGAL
11          Plaintiffs,                 REMEDIES ACT

12     v.                               California Civil Code §§ 1780, et seq.

13 UNITED AIR LINES, INC., a California
14 corporation, and DOES 1-100,

15
            Defendants.
16

17 I, COLLEEN O'BRIEN declare:

18

19 1. I am a Plaintiff in this action.

20 2. I declare that the Complaint therein is being filed concurrently with the filing of this

21 Declaration in a proper place for the trial thereof, which is a county in which the Defendant is

22 doing business, and which is the county in which the transaction and the subject matter of the

23 above-captioned action, or a substantial portion thereof, occurred.

24

25 I declare under penalty of perjury under the laws of the State of California that the foregoing is

26 true and correct.

27

28 DATED: July 18, 2007          _____
                                      Colleen O'Brien
29

30

                                   1
          DECLARATION OF COLLEEN O'BRIEN IN SUPPORT OF COMPLAINT FOR VIOLATION OF
                              CONSUMERS LEGAL REMEDIES ACT

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
United Air Lines, Inc., a California Corporation and Does 1-100

ENDORSED
FILED
ALAMEDA COUNTY

JUL 1 8 2007

CLERK OF THE SUPERIOR COURT
BY YASMIN SIMHH Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Noah James Butler and Colleen O'Brien, a married couple.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Alameda County Superior Court<br>1225 Fallon St.<br>Oakland, CA 94612 | **CASE NUMBER:**<br>*(Número del Caso):*<br>RG07336336 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Colleen O'Brien, O'Brien & Kelleher, LLP
1655 N. Main St. Ste. 220, Walnut Creek CA 94596  925-280-1250

| DATE:<br>*(Fecha)*  7/18/7 | Clerk, by _____<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

(SEAL)

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* United Air Lines, Inc.

   under: ☑ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

www.accesslaw.com

10568447.tif - 8/23/2007 1 26:21 PM

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Colleen O'Brien (215514)<br>O'Brien & Kelleher, LLP<br>1655 N. Main St, Suite 220, Walnut Creek, CA 94596 | |

TELEPHONE NO.: 925-280-1250    FAX NO.:

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

STREET ADDRESS: 1225 Fallon St.

MAILING ADDRESS: 1225 Fallon St.

CITY AND ZIP CODE: Oakland, CA 94612

BRANCH NAME:

CASE NAME: Butler v. United Air Lines, Inc.

ENDORSED
FILED
ALAMEDA COUNTY

JUL 1 8 2007

CLERK OF THE SUPERIOR COURT
BY _____ Deputy

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER |
|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☑ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify):* 5
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 18, 2007

Colleen O'Brien
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>www.accesslaw.com |
|---|---|---|

10568447.tif - 8/23/2007 1:26:21 PM

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Colleen O'Brien (215514)<br>O'Brien & Kelleher, LLP<br>1655 N. Main St., Ste. 220<br>Walnut Creek, CA 94596<br>TELEPHONE NO. 925-280-1250     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon St.<br>MAILING ADDRESS: 1225 Fallon St.<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Civil | |
|---|---|

| PLAINTIFF/PETITIONER: Noah James Butler and Colleen O'Brien<br><br>DEFENDANT/RESPONDENT: United Air Lines, Inc. a California Corporation | CASE NUMBER:<br>RG07336336 |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

    a. ☑ summons

    b. ☑ complaint

    c. ☐ Alternative Dispute Resolution (ADR) package

    d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

    e. ☐ cross-complaint

    f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):* United Air Lines, Inc., a California Corporation, and Does 1-100

    b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: Agent for Service of Process, The Prentice-Hall Corporation System, Inc. PO Box 526036, Sacramento, CA 95852

5. I served the party (check proper box)

    a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):          (2) at (time):

    b. ☐ by substituted service. On (date):          at (time):          I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

    (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

    (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

    (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):          from (city):          or ☐ a declaration of mailing is attached.

    (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

10668447.tif - 8/23/2007 1:26:21 PM

| PLAINTIFF/PETITIONER: Noah James Butler and Colleen O'Brien | CASE NUMBER: RG07336336 |
|---|---|
| DEFENDANT/RESPONDENT: United Air Lines, Inc. a California Corporation | |

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in Item 2 to the party, to the address shown in Item 4, by first-class mail, postage prepaid.

    (1) on *(date):* July 18, 2007           (2) from *(city):* Walnut Creek, CA 94596

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* United Air Lines, Inc.
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
  a. Name: Sreela Mukherji
  b. Address: 1655 N. Main St., Suite 220, Walnut Creek, CA 94596
  c. Telephone number: 925-280-1250
  d. The fee for service was: $
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 23, 2007

        Sreela Mukherji                ▶ *Sreela Mukherji*
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

10568447.tif - 8/23/2007 1:26:21 PM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

agent for Service of Process
The Prentice-Hall Corporation,
System, Inc.
P O Box 526036
Sacramento, CA 95852-6136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
APRIL GUBG

B. Received by (Printed Name)   C. Date of Delivery
AUG 2 7 2006

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

2006 0100 0002 4197 0265

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**Sender: Complete this section**

1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number
7107 1692 5290 0101 3802

2. Article Addressed to
Elena Daniel, United
1200 East Algonquin Rd
Elk Grove Township, IL
60007

3. Service Type
CERTIFIED MAIL

4. Restricted Delivery? (Extra fee)

**Complete this section upon Delivery**

A. Received by (Printed name)   B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 2?
If YES, enter delivery address below  ☐ Yes
☐ No

PS Form 3811V, March 2005 (PSN: 7530-07-000-0200)      Domestic Return Receipt

10568447.tif - 8/23/2007 1:26.21 PM

1
2
3
4
5
6
7
8
9

# EXHIBIT B

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REMOVAL PETITION - JURY DEMAND     CASE #  _____

1  **BONNIE R. COHEN (94881)**
**LAW OFFICES OF BONNIE R. COHEN**
2  **3096 WASHINGTON STREET**
**SAN FRANCISCO, CA 94115-1618**
3  **TELEPHONE: (415) 931-0928**
**FAX: (415) 931-0927**
4  **BRCOHEN@ATT.NET**

5  ATTORNEYS FOR DEFENDANT
UNITED AIR LINES, INC.

6

7

8  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9  **COUNTY OF ALAMEDA**

10

11  NOAH BUTLER and COLEEN O'BRIEN  .  Case No.: RGO-7336336

12

13  Plaintiffs  **ANSWER OF DEFENDANT UNITED AIR LINES, INC TO PLAINTIFFS' COMPLAINT**
  vs.

14  UNITED AIR LINES, INC  AND DOES  **DEMAND FOR JURY TRIAL**

15  1 – 100, INCLUSIVE.

16

17

18  Defendants.

19

20

21

22  Defendant, United Air Lines, Inc, (UAL) answers the Unverified Complaint of Noah Butler

23  (Butler) as follows:

24

25  Pursuant to *California Code of Civil Procedure* § 431.30(d) UAL generally and specifically

26  denies each allegation in Butler's unverified complaint and further denies that Butler has

27  been damaged or suffered any loss as a result of the matters alleged in his Complaint.

28

1

10568447.tif - 8/23/2007 1 26:21 PM

1    Defendant UAL answers the Verified Complaint of Coleen O'Brien as follows:

2

3    The allegations of Paragraphs 1, 2, 4, 8.9.10, FR-1, and Paragraphs 1 and 6 of the Third Cause of

4    Action are conclusions of law to which no response is required.

5

6    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the

7    allegations of Paragraphs 7, BC-1 – 5, FR 2 – 7, Paragraphs 2, 3, 4, 5, 7, 8, and 9, 10 and 11 of

8    the Third Cause of Action, Paragraphs 12 and 13 of the Fourth Cause of Action, and Paragraph

9    14 of the Fifth Cause of Action and therefore denies each one.

10

11   Responding to Paragraphs 4 defendant admits it is a corporation organized under the laws of the

12   State of Delaware and that its principal place of business is in Elk Grove Township, Illinois

13   Defendant admits that it conducts business in the State of California, and that it is a Federal

14   certificated air carrier providing air transportation both domestically and internationally.  The

15   remaining allegations are conclusions of law to which no response is required.

16

17

18                                    **AFFIRMATIVE DEFENSES**

19    UAL alleges as affirmative defenses, on information and belief, as to the complaint and each

20   cause of action in the complaint ("the Action")

21

22                                    1st AFFIRMATIVE DEFENSE

23   The action is barred by the Statutes of Limitation set forth in *California Code of Civil*

24   *Procedures* §§ 335 – 348.4.

25

26                                    2nd AFFIRMATIVE DEFENSE

27   The action is barred by the equitable doctrines of laches, waiver and estoppel, and unclean hands.

28

                                              2

1

## 3rd AFFIRMATIVE DEFENSE

2      None of the causes of action in the Complaint states facts sufficient to state a cause of action

3      against this defendant.

4

5

## 4th AFFIRMATIVE DEFENSE

6      Other parties were negligent or legally responsible or otherwise at fault for the damages alleged

7      in the complaint and that in the event of a finding of any liability of this Defendant by way of

8      judgment, settlement or otherwise, this defendant requests that an apportionment of fault among

9      all parties be made by the court or jury, and that a judgment and declaration of partial or

10     complete indemnity and/or contribution be made in accordance with the apportionment of fault.

11

12

## 5th AFFIRMATIVE DEFENSE

13     In the event of a finding of liability against this defendant, such liability for any non-economic

14     loss is several and not joint, and defendant would be liable only for that amount of non-economic

15     damages in direct proportion to its percentage of fault set forth by separate judgment.

16

## 6th AFFIRMATIVE DEFENSE

17     Plaintiffs were careless and negligent with respect to the matters alleged in the complaint, and

18     that proximately caused or contributed to the claims raised and the loss and damages complained

19     of, and thus reduce any potential recovery.

20

21

## 7th AFFIRMATIVE DEFENSE

22     Defendant has legal and equitable rights to offset.

23

24

## 8th AFFIRMATIVE DEFENSE

25     There has been a failure of consideration with respect to the agreements referred to complaint.

26

## 9th AFFIRMATIVE DEFENSE

27     Plaintiffs and their agents and representatives ratified and confirmed in all respects every aspect

28     of this transaction.

3

Defendant's Answer and Jury Demand Case RG07336336

10568447 tif - 8/23/2007 1 26 21 PM

1

## 10th AFFIRMATIVE DEFENSE

Counsel for Plaintiff is a key percipient witness to the events giving rise to this litigation and her actions as attorney of record are inconsistent with Rule 5-210 of the California Rules of Professional Conduct as she did not obtain informed written consent of Plaintiff Butler before filing this action.

## 11th AFFIRMATIVE DEFENSE

Plaintiffs lost, destroyed, and/or failed to maintain in reasonable manner relevant evidence.

## 12th AFFIRMATIVE DEFENSE

Defendant did not receive notice within a reasonable time of the claimed breaches referred to in the complaint.

## 13th AFFIRMATIVE DEFENSE

The contract actions are barred by the legal defenses of mistake, failure of consideration, failure of a condition precedent, statute of frauds, and failure to mitigate damages allegedly sustained, and plaintiffs' misrepresentations, and excused by impossibility.

## 14th AFFIRMATIVE DEFENSE

The obligations referred to in the complaint were extinguished by the substitution of other obligations or facts for adequate consideration, such that defendant is not obligated to perform the agreements as they originally existed.

## 15th AFFIRMATIVE DEFENSE

Before the actions were filed, defendant performed, satisfied and discharged all its duties and obligations arising from any agreements, representations, or contracts, so any of its obligations are extinguished by performance under *California Civil Code* § 1473.

## 16th AFFIRMATIVE DEFENSE

Defendant has fully performed its obligations except to the extent it was prevented from doing so by one of both plaintiffs and other parties.

## 17th AFFIRMATIVE DEFENSE

4

Defendant's Answer and Jury Demand Case RG07336336

Each cause of action in plaintiffs' complaint is barred and preempted by the Airline Deregulation Act, 49 USC § 41713(b) and by the United States Supreme Court decision in *Morales vs. Trans World Airlines* and its progeny.

### 18th AFFIRMATIVE DEFENSE

Plaintiffs have failed to plead fraud with particularity, and have failed to allege facts sufficient to support a cause of action for infliction of emotional distress.

### 19th AFFIRMATIVE DEFENSE

Plaintiffs have failed to allege sufficient facts or claims to give rise to punitive damages or attorneys fees and by virtue of the matters referred to in the 10th Affirmative Defense; plaintiffs are not entitled to attorney fees.

### 20th AFFIRMATIVE DEFENSE

Plaintiffs cancelled the reservations referred to in their Action and received a refund for all amounts paid before the flights referred to in the Action.

**NOTICE:** UAL reserves its right to amend or supplement this answer and affirmative defenses, and to assert cross-complaints or other claims for relief if warranted by facts and evidence revealed during further investigation and discovery.

UAL requests the following relief:

1.  Plaintiffs shall not recover any damages or any other relief on their complaint;

2.  For judgment in favor of United Air Lines, including costs and attorney fees;

3.  For a declaration plaintiffs are not entitled to any recovery as a sanction under Rule 11 of the Federal Rules of Civil Procedure, and

4.  For all other relief that is proper and just.

August 23, 2007

LAW OFFICES OF BONNIE R. COHEN

COUNSEL FOR DEFENDANT

5

Defendant's Answer and Jury Demand Case RG07336336

10568447 tif - 8/23/2007 1:26:21 PM

1

2                              **DEMAND FOR JURY TRIAL**

3

4        Defendant UAL demands a jury trial.

5

6        August 23, 2007

7                                                    LAW OFFICES OF BONNIE R. COHEN

8

9

10

11                                                   COUNSEL FOR DEFENDANT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            6
                    Defendant's Answer and Jury Demand Case RG07336336

10568447.tif - 8/23/2007 1:26:21 PM

1                                    **PROOF OF SERVICE**

2

3    I am an active member of the State Bar of California and am not a party to this action. My
     business address is 3096 Washington Street, San Francisco California 94115-1618

4    On the date this Proof of Service is signed, I served a copy of

5

6    DEFENDANT'S ANSWER TO COMPLAINT: DEMAND FOR JURY TRIAL

7

8

9

10   on the interested parties listed below.

11       •    ___X___   **BY MAIL:** by enclosing the documents in an envelope that was sealed
                         with postage fully prepaid deposited within the U.S. mail in San Francisco,

12                       California
         •    _____   **BY PERSONAL SERVICE:** by causing each envelope to be delivered
13                       hand to the offices listed below

14       •    _____   **BY OVERNIGHT MAIL:** by causing each envelope to be delivered by
                         Federal Express or other form of overnight delivery

15       •    _____   **BY FACSIMILE:** by causing the documents listed below to be served by
                         means of facsimile transmission

16

17                            O'Brien & Kelleher
                              1655 N. Main Street, Ste. 2200

18                            Walnut Creek, CA 94616

19

20
         I declare under penalty of perjury under the laws of the State of California that the foregoing

21   is true and correct. Executed in San Francisco California on August 23, 2007

22

23
     _____
24   BONNIE R. COHEN

25

26

27

28