1  BONNIE R. COHEN (State Bar No. 94881)
   LAW OFFICES OF BONNIE R. COHEN
2  3096 Washington Street
   San Francisco, CA 94115-1618
3  Telephone: 415.931.0928
   Fax: 415.931.0927
4  brcohen@att.net

5  Attorneys for Defendant United Airlines, Inc.

FILED
e-filing
AUG 23 PH 3:34

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOAH BUTLER and COLEEN O'BRIEN )   Case No.
                               )   C07-04369
        Plaintiffs             )
                               )
    vs.                        )
                               )   CERTIFICATE OF SERVICE
UNITED AIRLINES, INC., a       )
CORPORATION and DOES I - 100   )
        Defendants             )
                               )   BY FAX

-1-

Certificate of Service  Case Number: TBD

10568447.tif - 8/23/2007 1:26:21 PM

1

2  I am an active member of the State Bar of California and am not a party to this action. My
   business address is 3096 Washington Street, San Francisco California 94115-1618
3  On the date this Certificate of Service is signed, I served a copy of

4

5                              NOTICE OF REMOVAL

6  on the interested parties listed below.

7

8   • ___x___    **BY MAIL:** by enclosing the documents in an envelope that was sealed
                 with postage fully prepaid deposited within the U.S. mail in San Francisco,
9                California
10  • _____    **BY PERSONAL SERVICE:** by causing each envelope to be delivered
                 hand to the offices listed below
11  • _____    **BY OVERNIGHT MAIL:** by causing each envelope to be delivered by
                 Federal Express or other form of overnight delivery
12
    • _____    **BY FACSIMILE:** by causing the documents listed below to be served by
13               means of facsimile transmission

14

                              Obrien & Kelleher
15                          1655 N. Main Street, Ste 220
16                            Walnut Creek, CA 94596

17

18

19      I declare under penalty of perjury under the law of the United States of America that the
20  foregoing is true and correct. Executed in San Francisco California on August 23, 2007

21  _____
22       BONNIE R. COHEN

23

24

25

26

27

28

                                    -2-
                    Certificate of Service Case Number: TBD

10568447.tif - 8/23/2007 1:26:21 PM