1  BONNIE R. COHEN (State Bar No. 94881)
   LAW OFFICES OF BONNIE R. COHEN
2  3096 Washington Street
   San Francisco, CA 94115-1618
3  Telephone: 415.931.0928
   Fax: 415.931.0927
4  brcohen@att.net

5  Attorneys for Defendant
   United Air Lines, Inc.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10

11 NOAH BUTLER and COLEEN O'BRIEN    ) Case No. C-07-04369
                                     )
12         Plaintiffs                )
                                     )
13      vs.                          )
                                     ) CERTIFICATE OF SERVICE
14 UNITED AIRLINES, INC., a          )
   CORPORATION and DOES I - 100      )
15         Defendants                )
                                     )
16                                   )
                                     )
17                                   )

18

I am an active member of the State Bar of California and am not a party to this action. My business address is 3096 Washington Street, San Francisco California 94115-1618 On the date this Certificate of Service is signed, I served a copy of

- Notice of Interested Parties
- Disclosure Statement
- Notice of Assignment
- Order Setting CMC and ADR Deadlines
- Standing Order of Court and Magistrate Judge Chen
- Guidelines of USDC

on the interested parties listed below.

- __x__ **BY MAIL:** by enclosing the documents in an envelope that was sealed with postage fully prepaid deposited within the U.S. mail in San Francisco, California
- _____ **BY PERSONAL SERVICE:** by causing each envelope to be delivered hand to the offices listed below
- _____ **BY OVERNIGHT MAIL:** by causing each envelope to be delivered by Federal Express or other form of overnight delivery
- _____ **BY FACSIMILE:** by causing the documents listed below to be served by means of facsimile transmission

O'Brien & Kelleher
1655 N. Main Street, Ste 220
Walnut Creek, CA 94596

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed in San Francisco California on August 28 2007

_____
BONNIE R. COHEN

1  BONNIE R. COHEN  (94881)
   LAW OFFICES OF BONNIE R. COHEN
2  3096 Washington Street
   San Francisco, CA  94115-1618
3  Telephone: 415.931.0928
   Fax: 415.931.0927
4  brcohen@att.net

5  Attorneys for Defendant
   United Air Lines, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 NOAH BUTLER, ET AL.            )   Case No.:  C-07-04369
                                  )
11          Plaintiffs            )
                                  )
12      vs.                       )   DISCLOSURE STATEMENT OF UNITED
                                  )   AIR LINES, INC. PURSUANT TO FRCP 7.1
13 UNITED AIR LINES, INC.         )
            Defendant             )
14                                )
                                  )
15                                )
                                  )
16                                )
                                  )
17

18 United Air Lines, Inc states that its parent company is UAL Corporation, a publicly held

19 corporation.

20

21  Dated:  August 27, 2007.

22                                        LAW OFFICES OF BONNIE R. COHEN

23
                                          By /s/
24                                             BONNIE R. COHEN
                                               Attorney for Defendant
25

26

27

28

                                    -1-

                    DEFENDANT'S DISCLOSURE STATEMENT FRCP 7.1

1  BONNIE R. COHEN   (94881)
   LAW OFFICES OF BONNIE R. COHEN
2  3096 Washington Street
   San Francisco, CA  94115-1618
3  Telephone:  415.931.0928
   Fax:  415.931.0927
4  brcohen@att.net

5  Attorneys for Defendant
   United Air Lines, Inc.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 NOAH BUTLER, ET AL.              ) Case No.: C-07-04369
                                    )
11         Plaintiffs               ) CERTIFICATE OF INTERESTED ENTITIES
                                    ) OR PERSONS
12   vs.                            )
                                    )
13 UNITED AIR LINES, INC.           )
           Defendant                )
14                                  )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17

18 Under Civil L.R. 3-16, United Air Lines, Inc states that the entities listed below may have a

19 financial interest in the subject matter in controversy or in a party to the proceedings, or have a

20 non-financial interest in that subject matter or in a party that could be substantially affected by

21 the outcome of this proceeding:

22 /

23 /

24 /

25 /

26 /

27 /

28 /

-1-

DEFENDANT'S CERTIFICATE OF INTERESTED ENTITES OR PERSONS

- United States Aviation Underwriters (USAU)
- United States Aviation Insurance Group (USAIG)

USAU is manager of USAIG, insurer for defendant.

Dated: August 23, 2007.

                                        LAW OFFICES OF BONNIE R. COHEN

                                        By _____
                                             BONNIE R. COHEN
                                             Attorney for Defendant

DEFENDANT'S CERTIFICATE OF INTERESTED ENTITES OR PERSONS