Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Tel: (925) 280-1250
Fax: (775) 249-9120
Email: colleen@eastbayattorneys.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al., | Case No.: C07-04369 |
| Plaintiffs, | PLAINTIFFS' DEMAND FOR JURY TRIAL |
| v. | |
| UNITED AIR LINES, | |
| Defendant. | |

DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial.

Date: August 31, 2007

O'Brien & Kelleher LLP

By: _____
Colleen O'Brien
1655 N. Main Street, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax: (775) 249-9120
Attorney for Plaintiffs

1
PLAINTIFFS' DEMAND FOR JURY TRIAL