1  Colleen O'Brien (Bar No. 215514)
2  O'Brien & Kelleher, LLP
   1655 N. Main St, Suite 220
3  Walnut Creek, CA 94596-4642
4  Tel: (925) 280-1250
   Fax: (775) 249-9120
5  Email: colleen@eastbayattorneys.com
6
   Attorneys for Plaintiffs
7
8                UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11

12 | NOAH BUTLER, et al.,              | Case No.: C07-04369
13 |                                    |
   |         Plaintiffs,                | PLAINTIFFS' NOTICE OF PENDENCY OF
14 |                                    | OTHER ACTIONS OR PROCEEDINGS
   |    v.                              |
15 |                                    |
   | UNITED AIR LINES,                  | Civil L.R. 3-13
16 |                                    |
   |         Defendant.                 |
17

18
19  Pursuant to Civil L.R. 3-13, the undersigned certifies that as of this date, there are no
20  other actions or proceedings to report.
21
22  Date: 24 September 2007         O'Brien & Kelleher LLP
23
                                    By: _____
24                                  Colleen O'Brien
25                                  1655 N. Main Street, Suite 220
                                    Walnut Creek, CA 94596-4642
26                                  Telephone: (925) 280-1250
27                                  Fax: (775) 249-9120
                                    Attorney for Plaintiffs
28
29
30