Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Tel: (925) 280-1250
Fax: (775) 249-9120
Email: colleen@eastbayattorneys.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al., | Case No.: C07-04369 |
| Plaintiffs, | PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| UNITED AIR LINES, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, and the disclosures made by Defendant pursuant to the Rule, there is no such interest to report.

Date: 24 September 2007

O'Brien & Kelleher LLP

By: _____
Colleen O'Brien
1655 N. Main Street, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax: (775) 249-9120
Attorney for Plaintiffs

---

1

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS