AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

NOAH BUTLER
    Plaintiff (s),
V.
UNITED AIR LINES, INC.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07-4369

Notice is hereby given that, subject to approval by the court, Defendant, UNITED AIR LINES, INC. substitutes
(Party (s) Name)

Todd C. Worthe, Esq., of Worthe Hanson & Worthe , State Bar No. 177452 as counsel of record in
(Name of New Attorney)

place of Bonnie R. Cohen, Esq.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Worthe, Hanson & Worthe
Address: 1851 E. First Street, Ninth Floor, Santa Ana, CA 92705
Telephone: (714) 285-9600       Facsimile (714) 285-9700
E-Mail (Optional): tworthe@whwlawcorp.com

I consent to the above substitution.
Date: 09/20/07                    _____
                                  (Signature of Party (s))

I consent to being substituted.
Date: 23 September 2007           _____
                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 09/20/07                    _____
                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]