Sep 20 07 01:42p    Worthe Hanson & Worthe    714-285-9700    p.2

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

NOAH BUTLER

          Plaintiff (s),

V.

UNITED AIR LINES, INC.

          Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07-4369

Notice is hereby given that, subject to approval by the court, __Defendant, UNITED AIR LINES, INC.__ substitutes (Party (s) Name)

__Todd C. Worthe, Esq., of Worthe Hanson & Worthe__, State Bar No. __177452__ as counsel of record in (Name of New Attorney)

place of __Bonnie R. Cohen, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Worthe, Hanson & Worthe
    Address: 1851 E. First Street, Ninth Floor, Santa Ana, CA 92705
    Telephone: (714) 285-9600    Facsimile: (714) 285-9700
    E-Mail (Optional): tworthe@whwlawcorp.com

I consent to the above substitution.
Date: 09/20/07    _____
                        (Signature of Party (s))

I consent to being substituted.
Date: 23 September 2007    _____
                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 09/20/07    _____
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 1, 2007    _____
                        Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney