**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BUTLER, | No. C 07-04369 CRB |
|       Plaintiff, | **Clerk's Notice** |
| v. | |
| UNITED AIR LINES, INC., | |
|       Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, November 30, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 16, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy