**PROOF OF SERVICE**

CASE NAME:    Noah Butler, et al., v. United Air Lines

CASE NO.:    C07-04369

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

    I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1655 N. Main St. Ste. 220, Walnut Creek, California 94596.

On **October 26, 2007**, I caused to be served the foregoing documents described as:
**CLERK'S NOTICE**
**ORDER SETTING CASE MANAGEMENT CONFERENCE**
on the interested parties as follows:

Todd C. Worthe
Attorney for Defendant
1851 E. First Street, 9th Floor
Santa Ana, CA 92705

[X]    **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as to the above-named counsel of record or parties in propria persona. I deposited such envelope in the mail at Walnut Creek, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY PERSONAL DELIVERY)** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as to the above-named counsel of record or parties in propria persona. I caused such envelope to be delivered to the addressee.

[X]    **(BY FACSIMILE)** I caused said document, along with a signed copy of this Declaration, to be transmitted to a facsimile machine telephone number as last given by said counsel or party in propria persona as noted above.

[X]    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Dated: October 26, 2007

                                                _____
                                                Jennifer Pocekay

---
1
PROOF OF SERVICE