1  Colleen O'Brien (Bar No. 215514)
2  O'Brien & Kelleher, LLP
   1655 N. Main St, Suite 220
3  Walnut Creek, CA 94596-4642
4  Telephone: (925) 280-1250
   Email: colleen@eastbayattorneys.com
5
6  Attorneys for Plaintiffs
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11

12 | NOAH BUTLER, et al.,            | Case No.: C07-04369 CRB
13 |                                 |
   |         Plaintiffs,             | ADR CERTIFICATION BY PARTIES AND
14 |     v.                          | COUNSEL
15 | UNITED AIR LINES, INC.,         |
16 |                                 |
17 |         Defendant.              |
18

19     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies
20  that he or she has:
21     (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*
22        *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov ;
23     (2) Discussed the available dispute resolution options provided by the Court and private
24        entities; and
25     (3) Considered whether this case might benefit from any of the available dispute
26        resolution options.
27
28  Dated: 10·27·07
29                                               NOAH BUTLER
30                                               Plaintiff

---
                                    1
                ADR CERTIFICATION BY PARTIES AND COUNSEL

Dated: Oct. 25, 2007

*[signature]*

COLLEEN O'BRIEN
Plaintiff, Counsel for Plaintiffs