1  Colleen O'Brien (Bar No. 215514)
2  O'Brien & Kelleher, LLP
   1655 N. Main St, Suite 220
3  Walnut Creek, CA 94596-4642
4  Telephone: (925) 280-1250
   Email: colleen@eastbayattorneys.com
5
6  Attorneys for Plaintiffs
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

| NOAH BUTLER, et al., | Case No.: C07-04369 CRB |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| UNITED AIR LINES, INC., | |
| Defendant. | |

   Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

   Court Processes:

      Non-binding Arbitration (ADR L.R. 4)

      Early Neutral Evaluation (ENE) (ADR L.R. 5)

    X  Mediation (ADR L.R. 6)

   Private Process:

      Private ADR _____

The parties agree to hold the ADR session by:

    X  The presumptive deadline

       Other requested deadline _____

---

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Dated: 11/4/07

_____
COLLEEN O'BRIEN
Attorney for Plaintiffs

Dated: 10/3/07

_____
TODD WORTHE
Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    ___ Non-binding Arbitration

    ___ Early Neutral Evaluation (ENE)

    X  Mediation

    ___ Private ADR

Deadline for ADR session:

    ___ 90 days from the date of this order

    ___ Other_____

IT IS SO ORDERED.

Date:_____

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE