1  Colleen O'Brien (Bar No. 215514)
2  O'Brien & Kelleher, LLP
   1655 N. Main St, Suite 220
3  Walnut Creek, CA 94596-4642
4  Telephone: (925) 280-1250
   Email: colleen@eastbayattorneys.com
5
6  Attorneys for Plaintiffs

7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

12  NOAH BUTLER, et al.,                  Case No.: C07-04369 CRB
13           Plaintiffs,                  STIPULATION AND [PROPOSED] ORDER
                                          SELECTING ADR PROCESS
14       v.
15  UNITED AIR LINES, INC.,
16
17           Defendant.

18
19       Counsel report that they have met and conferred regarding ADR and have reached the
20  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
21  The parties agree to participate in the following ADR process:
22       Court Processes:
23           Non-binding Arbitration (ADR L.R. 4)
24           Early Neutral Evaluation (ENE) (ADR L.R. 5)
25       X   Mediation (ADR L.R. 6)
26       Private Process:
27           Private ADR _____
28  The parties agree to hold the ADR session by:
29       X   The presumptive deadline
30           Other requested deadline _____

---
1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Dated: 11/4/07

*[signature]*
COLLEEN O'BRIEN
Attorney for Plainitffs

4  Dated: 10/3/07

*[signature]*
TODD WORTHE
Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      Non-binding Arbitration

      Early Neutral Evaluation (ENE)

X   Mediation

      Private ADR

Deadline for ADR session:

      90 days from the date of this order

      Other_____

IT IS SO ORDERED.

Date: November 16, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*