**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: C07-4369(CRB)<br>ASSIGNED TO:<br>HON. CHARLES R. BREYER<br><br>**JOINT REPORT**<br>*[F.R.C.P. Rule 26(f)]*<br><br><br>Complaint Filed: July 18, 2007 |

**JURISDICTION** of this Court is invoked on the basis of Federal Question pursuant to *28 U.S.C. § 1331* and on the basis of diversity of citizenship and pursuant to *28 U.S.C. 1332(a), 28 U.S.C. 1441(b)* and *28 U.S.C. 1446(b)*.

The Parties having conducted their meeting of counsel, pursuant to *Federal Rules of Civil Procedure, Rule 26(f)*, respectfully submit this Joint Report:

1. **JURISDICTION AND SERVICE.**

**PLAINTIFFS, NOAH BUTLER AND COLLEEN O'BRIEN ("PLAINTIFFS"):**

Defendants have invoked the jurisdiction of this Court. All parties have appeared in the action.

///
///

1

**DEFENDANT, UNITED AIRLINES, INC. ("UNITED"):**

UNITED invoked the jurisdiction of this Court pursuant to 28 USC 1331(b) (Federal Question), as PLAINTIFFS asserted alleged violations of the Wagnusson-Moss Act 15 USC 2308 and Diversity of Citizenship 28 USC 1441(b) and 1446(b). All parties have served and appeared in the action.

2. **FACTS**.

**PLAINTIFFS:**

PLAINTIFFS were prohibited from flying on a UNITED flight on July 18, 2007, despite having valid reservations. Various explanations were given for not allowing plaintiffs to fly, none of which made any sense considering the confirmed, paid for reservation. UNITED refused to refund Plaintiffs' money or to honor the reservation in any way whatsoever, and ceased to communicate in a meaningful or informed way for a year about the loss, forcing Plaintiffs to file suit. Plaintiffs were forced to fly on another airline at a greater expense.

**UNITED:**

PLAINTIFFS cancelled their tickets with UNITED. The purchase price was refunded to the credit card used by plaintiff in pro per Colleen O'Brien. Despite this fact, PLAINTIFFS attempted to fly on the same flight they cancelled.

**PRINCIPLE FACTS OR ISSUES IN DISPUTE.**

**PLAINTIFFS:**

UNITED has taken the position in the past that Plaintiffs fraudulently attempted to board the plane, but it is unclear whether Defendant still takes that position given the lack of facts to support it. UNITED has been given documentation evincing a valid, paid-for reservation.

**UNITED:**

PLAINTIFFS cancelled the ticket reservation. The principal issues involve the Contract of Carriage and preemption of all Causes of Action.

///

2

3. **LEGAL ISSUES.**

**PLAINTIFFS:**

Whether **UNITED** is liable to **PLAINTIFFS** under a breach of contract/promissory estoppel theory for charging **PLAINTIFFS** to fly, issuing them tickets, refusing to allow them to fly without a consistent or coherent explanation, and refusing to ever communicate in a reasonable manner about the breach with them for over a year and forcing them to fly on another airline at a greater expense. Other legal issues involve the application of consumer fraud statutes to the transaction in question.

**UNITED:**

The principal legal issue is whether all Causes of Action within the Complaint are preempted by Federal Common Law, and will be disposed of with the Motion for Summary Judgment.

4. **MOTIONS.**

**PLAINTIFFS:**

None anticipated, but Plaintiffs request the Court set a deadline for the filing of dispositive motions; as four months have elapsed with no action by Defendant.

**UNITED:**

**UNITED** will file a dispositive Motion for Summary Judgment.

5. **AMENDMENT OF PLEADINGS.**

**PLAINTIFFS:**

None anticipated, but **PLAINTIFFS** reserve the right to amend as new matters are discovered.

**UNITED:**

None anticipated.

6. **EVIDENCE PRESERVATION.**

**PLAINTIFFS:**

**PLAINTIFFS** demanded preservation of all electronic, written, and recorded files regarding this confirmed reservation by letter to **UNITED** and its counsel dated

August 9, 2006. It is unknown to **PLAINTIFFS** whether Defendant has taken any steps to preserve this evidence. **PLAINTIFFS** request this Court to Order **UNITED** to preserve and produce all recordings related to this claim.

**UNITED:**

UNITED does not believe there are any evidence preservation issues. The electronic and written files will be produced. There are no audio or tape recorded files.

7. **DISCLOSURE.**

**PLAINTIFFS:**

PLAINTIFFS have made all required disclosures.

**UNITED:**

UNITED will comply with the *Federal Rules of Civil Procedure, Rule* 26, and provide its Initial Disclosures, as required.

8. **DISCOVERY.**

**PLAINTIFFS:**

No discovery has been conducted. **PLAINTIFFS** will serve written discovery including, but not limited to, Requests for Admissions, Special Interrogatories and Requests for Inspection and Production of Documents and Things. Plaintiffs anticipate taking the depositions of **UNITED** employees Maria DeShaun and "Ms. Afkari" (first name unknown), and other such employees whose names, involvement, and identifies are learned in the course of discovery. **PLAINTIFFS** concur that discovery should be conducted in the normal course, but have been unable to work out a discovery plan with Defendant. **PLAINTIFFS** concur in the 30-day cut off prior to the pre-trial conference.

**UNITED:**

If UNITED loses the dispositive Motion for Summary Judgment it will take the depositions of **PLAINTIFFS** and conduct Mental Examinations in connection with Causes of Actions for Intentional Infliction of Severe Emotional Distress.

4

9. **CLASS ACTIONS.**

**PLAINTIFFS:**

Not applicable, unless **PLAINTIFFS** discover repeated instances of **UNITED**'s failure to honor valid reservations and refund money.

**UNITED:**

Not applicable.

10. **RELATED CASES.**

**PLAINTIFFS:**

None known.

**UNITED:**

None known.

11. **RELIEF.**

**PLAINTIFFS:**

**PLAINTIFFS** demand cost of suit, $1,000 in cover and breach of contract damages for new tickets and loss of rentals, $10,000 in emotional distress damages, $100,000 for consumer legal remedies act violations, $50,000 in attorney's fees, and $500,000 in punitive damages.

**UNITED:**

**UNITED** does not believe **PLAINTIFFS** are entitled to any relief.

12. **SETTLEMENT AND ADR.**

**PLAINTIFFS:**

Settlement offers have been made by **PLAINTIFFS** and Defendant but no settlement has been reached. Settlement has been impeded by Defendant's former counsel accusing Plaintiff O'Brien of fraud, ethical violations, and defaming her to members of the legal community where she practices and to persons in her office.

**PLAINTIFFS** are willing to use the Court's ADR Mediation program. Plaintiffs believe this case should be referred for mediation as soon as possible.

**UNITED:**

5

Once **UNITED** has determined the true issues in this case and/or receives a Ruling on the dispositive Motion for Summary Judgment it conduct Voluntary and Private Mediation or a Settlement Conference with a Magistrate Judge.

13. **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:**

**PLAINTIFFS:**

PLAINTIFFS declined to proceed before a Magistrate Judge.

**UNITED:**

PLAINTIFFS declined to proceed before the assigned Magistrate Judge.

14. **OTHER REFERENCES.**

**PLAINTIFFS:**

None known.

**UNITED:**

None known.

15. **NARROWING OF ISSUES.**

**PLAINTIFFS:**

None known.

**UNITED:**

The dispositive Motion for Summary Judgment should narrow the issues in this case.

16. **EXPEDITED SCHEDULE.**

**PLAINTIFFS:**

PLAINTIFFS believe this case can be expedited with all discovery being completed within 60-120 days. Plaintiffs have attempted to work out a briefing schedule for dispositive motions with defendants but have been unsuccessful.

**UNITED:**

UNITED will file a dispositive Motion for Summary Judgment within the next thirty (30) to sixty (60) days. Should the Court deny the dispositive motion for summary judgment, discovery could be completed within sixty (60) to one hundred

1 twenty (120) days after ruling on the Motion.

2 17. **SCHEDULING.**

3 **PLAINTIFFS:**

4 No experts needed at this time. Discovery cut-off 30 days before pretrial
5 conference.

6 **UNITED:**

7 If **UNITED** loses the dispositive motion for summary judgment it will retain the
8 services of a Board Certified Psychiatrist to conduct the Independent Mental
9 Examinations of **PLAINTIFFS**. Discovery should be cut off thirty (30) days before
10 the pre-trial conference.

11 18. **TRIAL.**

12 **PLAINTIFFS:**

13 **PLAINTIFFS** request a jury trial. **PLAINTIFFS** estimate the trial will take no
14 longer than 2-3 days. **PLAINTIFFS** concur in **UNITED**'s suggested pre-trial
15 conference, but suggest a date be set no later than one hundred twenty (120) days
16 from the Scheduling Conference.

17 **UNITED:**

18 **UNITED** agrees with **PLAINTIFFS'** position.

19 19. **DISCLOSURE IF NON-PARTY INTERESTED ENTITIES OR PERSONS.**

20 **PLAINTIFFS:**

21 **PLAINTIFFS** have filed the Certification and know of no parties other than
22 those disclosed by **UNITED** in its Certification.

23 **UNITED:**

24 **UNITED** is unaware of any other parties and believes that those disclosed in the
25 Certification are the only parties at interest.

26 ///
27 ///
28 20. **OTHER MATTERS.**

7

1  **PLAINTIFFS:**
2     None known.
3  **UNITED:**
4     None known.
5
6  DATED: 19 November 2007

        O'BRIEN & KELLEHER, LLP

7
8  By: _____
9  COLLEEN O'BRIEN
   Attorneys for Plaintiffs, NOAH BUTLER
10 and COLLEEN O'BRIEN
11
12 DATED: 11/19/07

        WORTHE HANSON & WORTHE

13
14 By: _____
15 TODD C. WORTHE, ESQ.
   Attorneys for Defendant, UNITED AIRLINES, INC.

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

8

# PROOF OF SERVICE

STATE OF CALIFORNIA)
                    )ss
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On November 19, 2007, I served the foregoing document described as **JOINT REPORT** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.   Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒ BY MAIL as follows:
  ☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
  ☐ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
  ☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 19, 2007, at Santa Ana, California.

_____
GINA M. FISHER

**SERVICE LIST**
*O'BRIEN/BUTLER V. UNITED AIRLINES, INC.*

**Colleen O'Brien**
O'Brien & Kelleher, LLP
1655 N. Main St. Ste. 220
Walnut Creek, CA 95496
Phone: 925-280-1250
Email: colleen@eastbayattorneys.com
**ATTORNEY IN PRO PER AND FOR PLAINTIFF**
NOAH BUTLER