**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 30, 2007**

**C-07-04369** CRB

**NOAH BUTLER, et al.  v.  UNITED AIR LINES, INC.**

Attorneys:     Colleen O'Brien                    Jeff Worth

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Not Reported**

**PROCEEDINGS:**                                                                    **RULING:**

1. Initial Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**

Discovery to go forward.  ADR process not to take place.  Matter scheduled for summary judgment hearing.

(  ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO February 29, 2007 @ 10:00 a.m. for  Summary Judgment Motion

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____            Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____