**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: C07-4369(CRB)<br>ASSIGNED TO:<br>HON. CHARLES R. BREYER<br><br>EX PARTE APPLICATION OF DEFENDANT UNITED AIRLINES, INC., FOR PROTECTIVE ORDER AND ORDER TO SHOW CAUSE RE DISCLOSURE OF NATURE, EXTENT AND SUBSTANCE OF ALL EX PARTE COMMUNICATIONS BETWEEN COLLEEN O'BRIEN AND REPRESENTED PARTIES<br><br>[*Federal Rules of Civil Procedure*, Rule 26(c) and Local Rules, Rule 7-10.]<br><br>[*Filed Concurrently with Memorandum of Points and Authorities and Declarations of Todd C. Worthe, Esq. And Monica Afkari in Support Thereof.*]<br><br>DATE:<br>TIME:<br>COURTROOM: |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

///

1

DEFENDANT UNITED AIRLINES, INC.'S EX PARTE APPLICATION FOR PROTECTIVE ORDER

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**TO PLAINTIFFS COLLEEN O'BRIEN and NOAH BUTLER AND TO THEIR ATTORNEYS OF RECORD:**

By this Application, Defendant UNITED AIRLINES, INC. ("UNITED") applies to the Court for an immediate protective order prohibiting and preventing Plaintiff, Colleen O'Brien, Esq. ("O'BRIEN") from repeatedley initiating improper communications with UNITED employees outside the presence of their attorneys of record, Worthe Hanson & Worthe. UNITED further applies for an Order directing O'BRIEN to show cause at a hearing before the Court why O'BRIEN, a licensed attorney witin the State of California should not disclose the nature, extent and substance of all ex parte communications she has had with represented UNITED employees since the case was put at issue.

Specifically, UNITED seeks the following:

1. An Order preventing O'BRIEN from communicating unilaterally with individual employees of UNITED, who are represented by counsel, on behalf of herself and of her husband and client, Plaintiff, Noah Butler;

2. An Order directing O'BRIEN, an attorney to disclose the nature and extent of all *ex parte* communications she has had with employees of UNITED on behalf of herself and her husband and client, Plaintiff, Noah Butler.

This Application shall be made pursuant to *Federal Rules of Civil Procedure*, Rule 26(c), *Local Rules of the Northern District*, Rule 7-10 and *Rules of Professional Conduct*, Rule *2-100* and on the grounds that (1) Colleen O'Brien, Esq. is an attorney-party who is representing both herself and her husband, Plaintiff, Noah Butler; (2) Employees of UNITED are represented by Worthe Hanson & Worthe, and have been since the inception of this matter; (3) O'BRIEN has on several separate occasions initiated misleading *ex parte* communications with at least one known employee of UNITED under the guise that her "attorneys" were seeking the assistance of employees in preparing her case against UNITED, (4) O'BRIEN had notice that all UNITED employees were represented by counsel within the meaning of *Rule of Professional Conduct*, Rule 2-100, *et seq.*, and, (5) O'BRIEN did not have the consent of counsel of record for UNITED to initiate communications between

herself and employees of **UNITED** on behalf of herself and her husband and client, Plaintiff, Noah Butler.

This Application is further based on Plaintiffs' contention that although Rule 2-100 of the *Rules of Professional Conduct* may permit **O'BRIEN** as an attorney-litigant to initiate and engage in ex parte communications with opposing parties represented by counsel, the rule does not allow her to do so on behalf of her husband, client and co-plaintiff, Noah Butler. Mr. Butler is not an attorney-litigant and is being represented by **O'BRIEN**. Moreover, the Rule does not permit **O'BRIEN** to contact employees of **UNITED** at their personal residences, after being instructed to cease and desist and misrepresent both her identity and the role she is playing in the present action. **UNITED** contends that Plaintiffs, by their actions, have infringed upon the privacy rights of at least one employee of **UNITED** and have violated the attorney-client privilege. [See, Declaration of Monica Afkari.] Therefore, **UNITED** requests that the Court order **O'BRIEN** to disclose the nature and substance of all such communications.

This Application is further based on the memorandum of points and authorities filed with this application; *Federal Rules of Civil Procedure,* Rule 26(c), *Local Rules of the Northern District,* Rule 7-10, and follows a meet and confer conference pursuant to Local Rules, Rule 37-1, the supporting declarations of Todd C. Worthe, Esq., and Monica Afkari and exhibits filed with this application; the pleadings, records, and other papers previously filed in this case; and such other and further evidence and argument as may be presented to the Court on this application.

DATED: December 28, 2007                                  **WORTHE HANSON & WORTHE**

By: _____
TODD C. WORTHE, ESQ.
Attorneys for Defendant, UNITED AIRLINES, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                     ) ss
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On December 28, 2007, I served the foregoing document described as **EX PARTE APPLICATION OF DEFENDANT UNITED AIRLINES, INC., FOR PROTECTIVE ORDER AND ORDER TO SHOW CAUSE RE DISCLOSURE OF NATURE, EXTENT AND SUBSTANCE OF ALL EX PARTE COMMUNICATIONS BETWEEN COLLEEN O'BRIEN AND REPRESENTED PARTIES** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine. Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐ BY MAIL as follows:
   ☐ placing ☐ the original ☐ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
   ☐ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
   ☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 28, 2007, at Santa Ana, California.

_____
GINA M. FISHER

**SERVICE LIST**
*O'BRIEN/BUTLER V. UNITED AIRLINES, INC.*

Colleen O'Brien, Esq.
O'Brien & Kelleher, LLP
1655 N. Main St. Ste. 220
Walnut Creek, CA 95496
Phone: 925-280-1250
Fax: 775-249-9120
Email: colleen@eastbayattorneys.com
**ATTORNEY IN PRO PER AND FOR PLAINTIFF**
NOAH BUTLER