**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: C07-4369(CRB)<br>ASSIGNED TO:<br>HON. CHARLES R. BREYER<br><br>**[PROPOSED] ORDER OF PROTECTIVE ORDER AND TO SHOW CAUSE RE: DISCLOSURE OF NATURE, EXTENT AND SUBSTANCE OF ALL EX PARTE COMMUNICATIONS BETWEEN COLLEEN O'BRIEN AND REPRESENTED PARTIES**<br><br>[*Federal Rules of Civil Procedure*, Rule 26© and Local Rules, Rule 7-10.]<br><br>*[FILED CONCURRENTLY WITH EX PARTE APPLICATION FOR PROTECTIVE ORDER]* |

**GOOD CAUSE APPEARING** and after submission of the moving papers, opposing papers and reply papers; as well as oral argument presented by the parties including Defendant, UNITED AIRLINES, INC. ("**UNITED**") and Plaintiffs, COLLEEN O'BRIEN, ESQ., and her husband and client NOAH BUTLER (collectively "**O'BRIEN**"), the Court rules as follows:

1.   **O'BRIEN** is prevented from communicating unilaterally with individual employees of **UNITED**, who are represented by counsel, on behalf of herself and on behalf

1

of her husband and client, Plaintiff, NOAH BUTLER;

2. **O'BRIEN** is ordered to disclose the nature and extent of all ex parte communication(s) she has had with employees of **UNITED** on behalf of herself and her husband and client, Plaintiff, NOAH BUTLER.

Dated: _____

HONORABLE JUDGE OF THE
U.S. DISTRICT COURT
CHARLES R. BREYER

# PROOF OF SERVICE

STATE OF CALIFORNIA)
                         )ss
COUNTY OF ORANGE  )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

      On December 28, 2007, I served the foregoing document described as **[PROPOSED] ORDER OF PROTECTIVE ORDER AND TO SHOW CAUSE RE: DISCLOSURE OF NATURE, EXTENT AND SUBSTANCE OF ALL EX PARTE COMMUNICATIONS BETWEEN COLLEEN O'BRIEN AND REPRESENTED PARTIES** to all interested parties in said action by:

☐   BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.  Fax Number(s):

☐   BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐   BY MAIL as follows:
      ☐ placing ☐ the original ☐ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
      ☐ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
      ☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒   BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐   STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 28, 2007, at Santa Ana, California.

                                                                               *Gina M. Fisher*
                                                                              GINA M. FISHER

**SERVICE LIST**
*O'BRIEN/BUTLER V. UNITED AIRLINES, INC.*

Colleen O'Brien, Esq.
O'Brien & Kelleher, LLP
1655 N. Main St. Ste. 220
Walnut Creek, CA 95496
Phone: 925-280-1250
Fax: 775-249-9120
Email: colleen@eastbayattorneys.com
**ATTORNEY IN PRO PER AND FOR PLAINTIFF**
NOAH BUTLER