**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOAH BUTLER,                                                                 No. C 07-04369 CRB

       Plaintiff,                                                             **Clerk's Notice**

  v.

UNITED AIR LINES, INC.,

       Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) to be heard on Friday, February 29, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 17, 2008                                                    FOR THE COURT,

                                                                           Richard W. Wieking, Clerk
                                                                        By: _____
                                                                            Barbara Espinoza
                                                                            Courtroom Deputy