Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax:  (775) 249-9120
colleen@eastbayattorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED AIR LINES, INC.,<br><br>        Defendant. | Case No.: C07-04369 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER<br><br>Hearing Date:  February 29, 2008<br>Time:  08:30 a.m.<br>Courtroom No.:  8 |

This matter came for hearing on February 29, 2008, on PLAINTIFFS COLLEEN O'BRIEN and NOAH BUTLER'S duly-noticed motion for a protective order.  The Court has read the papers submitted in support of and in opposition to the motion, and considered the arguments of counsel and the authorities cited to the court.

The court has concluded that Defendant's counsel Todd Worthe's conduct towards Ms. O'Brien during and before the deposition on January 11, 2008 indicates the need for a protective order.  Therefore, IT IS ORDERED THAT:

1. The motion of PLAINTIFFS COLLEEN O'BRIEN and NOAH BUTLER is GRANTED.

2. Defendant United Air Lines, Inc. may take the depositions of Plaintiffs subject to the following conditions:

1  3. _____

2  _____

3  _____

4

5  Date: _____    _____
                                    CHARLES R. BREYER
6                                   UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28