Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax:  (775) 249-9120
colleen@eastbayattorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED AIR LINES, INC.,<br><br>        Defendant. | Case No.: C07-04369 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS<br><br>Hearing Date:  February 29, 2008<br>Time:  08:30 a.m.<br>Courtroom No.:  8 |

This matter came for hearing on February 29, 2008, on PLAINTIFFS COLLEEN O'BRIEN and NOAH BUTLER'S duly-noticed motion for sanctions.  The Court has read the papers submitted in support of and in opposition to the motion, and considered the arguments of counsel and the authorities cited to the court.

The court has concluded that Defendant's counsel Todd Worthe's conduct towards Ms. O'Brien during and before the depositions on January 11, 2008, warrants sanctions.  Therefore, IT IS ORDERED THAT:

1. The motion of PLAINTIFFS COLLEEN O'BRIEN and NOAH BUTLER is GRANTED.

2. Defendant United Air Lines, Inc. may take the depositions of Plaintiffs subject to the following conditions:

3.  Defendant's counsel Todd Worthe is ordered to pay the costs of the deposition of Monica Afkari.

4.  Defendant's Motion for a Protective Order filed December 28, 2007 is DENIED.

5.  Defendant's counsel Todd Worthe is ordered to pay sanctions to Plaintiffs in the amount of _____

6.  Defendant and Defendant's counsel are directed to refrain from further abuse of Plaintiffs, and attacks on them unrelated to a claim or defense in this matter.

7.  _____

_____

Date: _____    _____
                                               CHARLES R. BREYER
                                               UNITED STATES DISTRICT COURT JUDGE