EXHIBIT  A

05/25/2008  17:31   6302001353          UNITED AIRLINES              PAGE 01/01

**My Merchant Services**

# DISPUTE RESPONSE

Date:_____

**FAX YOUR RESPONSE TO:**
**1-301-766-6679**

MERCHANT SERVICES
P.O. BOX 9010
Hagerstown, MD 21741-9015
US

Note: Responses must be received by          06/26/2006

Case Number:          261316005901

Amount:          $9.99

0   Ole 40667700850      Questions? Call   1-800-762-6563   Custom Data:

**I am requesting that you reverse the dispute referenced above because:**

This is a valid fee for the
purchase of tkt's Ole 2140207653
Ole 2140207654

LATITA THOMAS
MAY 2 5 2006
WHQAC-A98

Rejecting this case

**(If additional space is needed please continue on a separate sheet of paper)**

I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the
Case Number in the upper right hand corner of every sheet. (Check all that apply)

☐ Signed and Imprinted Sales Slip          ☐ Signed Order Form          ☐ Signed Rental Agreement
☐ Signed Proof of Delivery          ☐ Hotel/Motel Folio          ☐ Credit Receipts
☐ Signed Return or Cancellation Policy          ☐ Documentation of additional cardholder transactions
☐ Other Documentation (Please describe)_____

✦For non-face-to-face transactions (mail/telephone and internet          ✦For face-to-face transactions, the rules require a signed and
transactions) we recommend that you provide as much information as          card-imprinted (if not card-swiped) transaction document to
possible to establish cardholder participation in a transaction. Non Face to          establish cardholder participation in a transaction.
face transactions are made at your own risk.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:**          1-301-766-6679
OR, MAIL TO: The address at the top of this page

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# Merchant Information Request

**\*\*TIME SENSITIVE DOCUMENT\*\***

**\*\*IMMEDIATE RESPONSE REQUIRED\*\***

05/12/2006

Faxed to:

> A dispute has been initiated by the issuing bank (below). If you wish to contest the dispute, your response must be:
> **Received No Later Than 05/26/2006**
>
> **Failure to respond by the requested due date with a valid remedy may result in a fatal financial adjustment to your account.**

UNITED E-TKT DIRECT
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| **Case Number:** | 26121900B001 |
| **Amount:** | 419.19 |
| **Reason:** | Returned Merchandise and Canceled Services |
| **Dispute Type:** | INCOMING PRE-COMPLIANCE |
| **Special Mail Indicator:** | 011 |

## Case Summary

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Cardholder cancelled because service was not as requested.

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011809566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115883000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207653 |
| Total Batch Amount: | 0.00 | Batch Date: | |
| | | Custom Data: | |

## Comments:

Please provide cancellation policy with proof of proper disclosure

Fax your response to: 1-301-786-5679

**Complete the information requested on the back side of this form. Follow all instructions.**

## Pre-Compliance Exhibit
## Issuer Form

To BIN:  479262                                    From BIN:  44171_6

**Cardholder Information**

Account Number:  4417-1630-1190-9566          Cardholder Name (optional):

**Transaction Information**

Acquirer Reference Number:  24792626115683000290402    Merchant Category Code:  3000

Transaction Date:  04/23/06                        Merchant Name:  UNITED AIR  0162140207653
                   (MM/DD/YY)

Transaction Amount:  419.19 USD                    Merchant Location:  PASAY CITY  8 H
Transaction ID:  1$6113662406035-01

Transaction Type:  Sale                            Processing Date:  6116
                                                                     (YY/DD)

**Pre-Compliance Request**

Request Date:  05/10/06          Days to Respond:  30          Expected Date to File:  06.09.06
Dispute Amount:  419.19 USD

Why are you initiating/continuing Pre-Compliance?  cardholder cancelled this airline ticket because when she made the reservation she specifically asked for
Economy Plus due to the extra room.  The reservation agent confirmed numerous times that she was

**Days Between Events**

Date of Discovery from Tran CPD:        6

Primary rule violated:  (3.4.A.1.I) Vol-I 11.05 Disputed Services - T&E Transactions
Date of violation:  04.23.06        Date of discovery:  05.02.06
If using Date of Discovery, please explain why:  Date issuer received first cardholder letter

Additional rule violated:  (5.2.R) Vol-I 11.05 Returned Goods /Cancelled Services
Additional rule violated:  (5.2.Q.2) Vol-I 11.05 Credit Transaction Receipt
Additional Information on Rule(s) Violated     5.2.r.1.a
                                               5.2.r2.a

Explanation of Financial Loss:  cardholder is withholding payment for this amount

**Pre-Compliance Response**

Dispute Amount:                        Response:
Acceptance Amount:

_____  We are willing to accept.  We will issue credit through Miscellaneous Funds Disbursement    When will it be sent?  _____
_____  We are willing to accept.  Please debit us through Miscellaneous Fee Collection
_____  We are not willing to accept.
If accepting partial liability, please provide explanation:

Why are you initiating Pre-Compliance? (continued)

booked in Economy plus. When cardholder called later to inquire about seating she was given seats in the back of the plane and when she asked if she was in Economy Plus she was told no, only Economy, cardholder then canceled the ticket.

Additional Information on Rule(s) Violated (continued)

5.2.q.2.a

05/01/2006  11:90    7762499129    O'BRIEN & KELLEHER    PAGE  01

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW

### WALNUT CREEK

**California Evidence Code Section 1152—Not to be Used in Litigation**
**Via Facsimile 888.643.9624**

May 1, 2006

Dear Chase:

This is to inform you that I am disputing and refusing to pay all charges to VISA card 4417163011909566 from United Airlines. I believe all these charges totaling $858.38 ($419.19, $419.19 and $20.00) were posted to the account on April 26, 2006.

The reason for this dispute/refusal to pay is United breached its contract with me regarding the class of ticket that was the basis of the entire transaction.

When I booked the flight by phone on April 23, I made clear that I only wished to purchase Economy Plus tickets. I received numerous assurances during the call that I was booked in Economy Plus, not economy. I was calling a number I had been given for Economy Plus tickets. I made clear that the extra room was the entire basis of the transaction for this cross-county, overnight flight.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". This is breach of contract and/or fraud, as United guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April 2006 stated the recording of the call is available. She said she could access it within 48 hours. She would not listen to it on the phone with me, nor would she assign me seats in the class I booked. I informed United in writing that it is in breach and that I have cancelled the contract.

Should United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", bear in mind that United is in clear breach and is a bad actor. The only evidence that is relevant in this situation is what the agent and I agreed to on 23 April. So far, my account, that United promised and guaranteed me the better class as the entire basis of the bargain, is undisputed. United cannot dispute what happened on the call by citation to its policies or by showing you a "copy" of the ticket. It must produce actual the phone call to refute my account. Whether the agent followed policy is not relevant to what she promised me. The recording will show clearly what the agent promised and guaranteed, and it will confirm my account of the transaction.

The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. United is in breach of contract and/or fraud with the sale. I dispute the fraudulent items listed above and will not pay them. Chase should not pay United for any of these transactions. If Chase decides to pay United, then I dispute the debt and will not pay and will cancel my Visa.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015



05/26/2006

Faxed to:

A financial adjustment has been made to your account
as a result of a dispute initiated by the issuing bank
(below).

UNITED E-TKT DIRECT
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

**Case Number:** 961310096001
**Adjustment Amount:** 419.19
**Reason:** Returned Merchandise and Canceled Services
**Dispute Type:** INCOMING PRE-COMPLIANCE
**Special Mail Indicator:** 011

**Case Summary**
A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available. We are unable to defend this case. This case is considered closed.

**Original Transaction Detail Information**

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207663 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

**Comments:**

No documentation has been provided to support your rebuttal, disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6610
Hagerstown, MD 21741-6015

**DISPUTE
NOTIFICATION**

05/31/2006

Faxed to:

A financial adjustment has been made to your account
as a result of a dispute initiated by the issuing bank
(below).

UNITED DIRECT SALES
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| Case Number: | 261319005901 |
| Adjustment Amount: | 20.00 |
| Reason: | Disputed Services |
| Dispute Type: | INCOMING PRE-COMPLIANCE |
| Special Mail Indicator: | 011 |

**Case Summary**
A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
You did not provide signed proof of proper disclosure that ch aware of association fee . No further recourse

**Original Transaction Detail Information**

| | | | |
|---|---|---|---|
| Merchant Number: | 451198481991 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000041631 |
| Transaction Amount: | 20.00 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0164006700550 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

**Comments:**

Rebuttal does not remedy. No further recourse is available.

05/25/2006  17:29    6302501353                    UNITED AIRLINES                    PAGE  01/01

**My Merchant Services**

# DISPUTE RESPONSE

Date:_____

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015
US

**FAX YOUR RESPONSE TO:**
**1-301-766-5679**

Note: Responses must be received by                    05/26/2006

| | |
|---|---|
| Case Number: | 261310006001 |
| Amount: | 419.10 |

0  016214020**7**653

Questions?
Call          1-800-762-6663

Custom Data:

**I am requesting that you reverse the dispute referenced above because:**

United dosn't sell economy plus tickets.
The ticket would need to be upgraded to
economy plus which would make the
value about $ 800.00. The passenger
is not in the rear of the plane she's
in the middle. The schedule change
is less than 90min. The tkt is
non refundable

Rejecting this case.

LATITA THOM[A]
MAY 2 5 2006
WHQAC-A9

**(If additional space is needed please continue on a separate sheet of paper)**

I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the
Case Number in the upper right hand corner of every sheet.  (Check all that apply)

- ☐ Signed and imprinted Sales Slip
- ☐ Signed Proof of Delivery
- ☐ Signed Return or Cancellation Policy
- ☐ Other Documentation (Please describe)_____

- ☐ Signed Order Form
- ☐ Hotel/Motel Folio
- ☐ Documentation of additional cardholder transactions

- ☐ Signed Rental Agreement
- ☐ Credit Receipts

♦For non- face-to-face transactions (mail/telephone and internet
transactions) we recommend that you provide as much information as
possible to establish cardholder participation in a transaction. Non Face to
face transactions are made at your own risk.

♦For face-to-face transactions, the rules require a signed and
card-imprinted (if not card-swiped) transaction document to
establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:**                    1-301-766-5679
OR, MAIL TO:The address at the top of this page

Archived:  HABFAX01_0605252205326037  Page: 1/1  0000                    05/25/2006  06:05PM

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# Merchant Information Request

### ***TIME SENSITIVE DOCUMENT***

### ***IMMEDIATE RESPONSE REQUIRED***

Faxed to:

05/12/2006

A dispute has been initiated by the issuing bank (below). If you wish to contest the dispute, your response must be:
**Received No Later Than**
**05/26/2006**

Failure to respond by the requested due date with a valid remedy may result in a fatal financial adjustment to your account.

UNITED E-TKT DIRECT
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| **Case Number:** | 261310006101 |
| **Amount:** | 419.19 |
| **Reason:** | Disputed Services |
| **Dispute Type:** | INCOMING PRE-COMPLIANCE |
| **Special Mail Indicator:** | 011 |

## Case Summary

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Cardholder cancelled because service was not as requested.

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Total Batch Amount: | 0.00 | Batch Date: | |
| | | Custom Data: | |

## Comments:

Please provide copy of cancellation policy with proof of proper disclosure.

Fax your response to: 1-301-766-5679

**Complete the information requested on the back side of this form. Follow all instructions.**

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW

### WALNUT CREEK

**California Evidence Code Section 1152—Not to be Used in Litigation**
**Via Facsimile 888.643.9624**

May 1, 2006

Dear Chase:

This is to inform you that I am disputing and refusing to pay all charges to VISA card 4417163011909566 from United Airlines. I believe all these charges totaling $858.38 ($419.19, $419.19 and $20.00) were posted to the account on April 26, 2006.

The reason for this dispute/refusal to pay is United breached its contract with me regarding the class of ticket that was the basis of the entire transaction.

When I booked the flight by phone on April 23, I made clear that I only wished to purchase Economy Plus tickets. I received numerous assurances during the call that I was booked in Economy Plus, not economy. I was calling a number I had been given for Economy Plus tickets. I made clear that the extra room was the entire basis of the transaction for this cross-county, overnight flight.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". This is breach of contract and/or fraud, as United guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April 2006 stated the recording of the call is available. She said she could access it within 48 hours. She would not listen to it on the phone with me, nor would she assign me seats in the class I booked. I informed United in writing that it is in breach and that I have cancelled the contract.

Should United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", bear in mind that United is in clear breach and is a bad actor. The only evidence that is relevant in this situation is what the agent and I agreed to on 23 April. So far, my account, that United promised and guaranteed me the better class as the entire basis of the bargain, is undisputed. United cannot dispute what happened on the call by citation to its policies or by showing you a "copy" of the ticket. It must produce actual the phone call to refute my account. Whether the agent followed policy is not relevant to what she promised me. The recording will show clearly what the agent promised and guaranteed, and it will confirm my account of the transaction.

The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. United is in breach of contract and/or fraud with the sale. I dispute the fraudulent items listed above and will not pay them. Chase should not pay United for any of these transactions. If Chase decides to pay United, then I dispute the debt and will not pay and will cancel my Visa.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

## Pre-Compliance Exhibit

## Issuer Form

To BIN: 479262    From BIN: 441716

**Cardholder Information**

Account Number: 4417-1630-1190-9566    Cardholder Name (optional):

**Transaction Information**

Acquirer Reference Number: 24792626115683000240410    Merchant Category Code: 3000

Transaction Date: 04/23/06    Merchant Name: UNITED AIR 016214020765H
(MM/DD/YY)

Transaction Amount: 419.19 USD    Merchant Location: PASAY CITY P.H.
Transaction ID: 166113662406035-02

Transaction Type: Sale    Processing Date: 6116
(YDDD)

**Pre-Compliance Request**

Request Date: 05/10/06    Days to Respond: 30    Expected Date to File: 06/09/06
Dispute Amount: 419.19 USD

Why are you initiating/continuing Pre-Compliance? cardholder cancelled this airline ticket because when she made the reservation she specifically asked for
Economy Plus due to the extra room. The reservation agent confirmed numerous times that she was

**Days Between Events**

Date of Discovery from Tran CPD: 6

Primary rule violated: (3.4.A.1.l) Vol-I 11/05 Disputed Services – T&E Transactions

Date of violation: 04/23/06    Date of discovery: 05/02/06

If using Date of Discovery, please explain why: Date issuer received first cardholder letter

Additional rule violated: (5.2.R) Vol-I 11/05 Returned Goods/Cancelled Services

Additional rule violated: (5.2.Q.2) Vol-I 11/05 Credit Transaction Receipt

Additional Information on Rule(s) Violated: 5.2.r.1.a
5.2.r.2.a

Explanation of Financial Loss: cardholder is withholding payment for this amount

**Pre-Compliance Response**

Dispute Amount:    Response:

Acceptance Amount:

___ We are willing to accept. We will issue credit through Miscellaneous Funds Disbursement    When will it be sent? ___
___ We are willing to accept. Please debit us through Miscellaneous Fee Collection
___ We are not willing to accept.

If accepting partial liability, please provide explanation:

Why are you initiating Pre-Compliance? (continued)

booked in Economy plus. When cardholder called later to inquire about seating she was given seats in the back of the plane and when she asked if she was in Economy Plus she was told no, only Economy, cardholder then canceled the ticket.

Additional Information on Rule(s) Violated (continued)

5.2.q.2.a

05/25/2006  17:30   6302501363                UNITED AIRLINES                        PAGE  01/01

**My Merchant Services**

# DISPUTE
# RESPONSE

Date:_____

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015
US

**FAX YOUR RESPONSE TO:**
**1-301-766-5679**

Note: Responses must be received by        05/26/2006

Case Number:            261310006101

Amount:                      419.19

0  **01621402207654**

Questions?  **Custom Data:**
Call        1-800-762-6683

**I am requesting that you reverse the dispute referenced above because:**

United dosn't sell economy plus
tickets. The ticket would need to be
upgraded to economy plus witt would
make the value about $160.00. The
schedule change is less than 90 min.
The tkt is non refundable
The seat assignment is in the middle of the plane

LATITA THOMAS

MAY 2 5 2006

Rejecting this case

WHQAC-A98

**(If additional space is needed please continue on a separate sheet of paper)**

I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the
Case Number in the upper right hand corner of every sheet.  (Check all that apply)

☐ Signed and Imprinted Sales Slip          ☐ Signed Order Form                 ☐ Signed Rental Agreement
☐ Signed Proof of Delivery                 ☐ Hotel/Motel Folio                 ☐ Credit Receipts
☐ Signed Return or Cancellation Policy     ☐ Documentation of additional cardholder transactions
☐ Other Documentation (Please describe)_____

◆For non- face-to-face transactions (mail/telephone and internet      ◆For face-to-face transactions, the rules require a signed and
transactions) we recommend that you provide as much information as      card-imprinted (if not card-swiped) transaction document to
possible to establish cardholder participation in a transaction. Non Face to      establish cardholder participation in a transaction.
face transactions are made at your own risk.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:**                          1-301-766-5679
OR, MAIL TO:The address at the top of this page

MERCHANT SERVICES
P.O. BOX 6619
Hagerstown, MD 21741-6015



**DISPUTE
NOTIFICATION**

05/26/2006

Faxed to:

A financial adjustment has been made to your account
as a result of a dispute initiated by the issuing bank
(below).

UNITED E-TKT DIRECT
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

Case Number:           261310006101
Adjustment Amount:     419.19
Reason:                Disputed Services
Dispute Type:          INCOMING
                       PRE-COMPLIANCE
Special Mail Indicator: 011

**Case Summary**

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available. We are unable to defend this case. This case is considered
closed.

**Original Transaction Detail Information**

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

**Comments:**

No documentation has been provided to support your rebuttal, disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# DISPUTE NOTIFICATION

Faxed to:

A financial adjustment has been made to your account
as a result of a dispute initiated by the issuing bank
(below).

05/26/2006

UNITED E-TKT DIRECT

1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| Case Number: | 261310006001 |
| Adjustment Amount: | 419.19 |
| Reason: | Returned Merchandise and Canceled Services |
| Dispute Type: | INCOMING PRE-COMPLIANCE |
| Special Mail Indicator: | 011 |

**Case Summary**

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available. We are unable to defend this case. This case is considered closed.

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207653 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

**Comments:**

No documentation has been provided to support your rebuttal, disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741–6015

# CHARGEBACK
# NOTIFICATION

✗ 06/22/2006

UNITED AIRLINES

1501 MITTEL BLVD
WOOD DALE, IL 60191



Jurisdiction: Visa USA Domestic

**A financial adjustment has been made to your account as a result of a chargeback initiated by the issuing bank (below). If you wish to contest the chargeback, your response must be:**
**Received No Later Than**
**07/06/2006**
**We must receive your response by the above due date or we will be unable to reverse this chargeback.**

| | |
|---|---|
| **Case Number:** | 261526127501 |
| **Adjustment Amount:** | 419.19 |
| **Reason:** | Not as Described or Defective Merchandise |
| **Dispute Type:** | FIRST CHARGEBACK |
| **Special Mail Indicator:** | 011 |

**Case Summary**
This chargeback has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION because the cardholder claims the goods or services were not as described or merchandise received was damaged or defective.

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207653 |
| Batch Date: | 04/25/2006 | Total Batch Amount: | 9017073.03 |
| | | Custom Data: | |

**If you accept this adjustment:** No response or further action is required.

**If you want to contest this adjustment:** The following actions are suggested so that we can assist you and provide the initiating bank with your response.
**Required Action:**

To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.
**DO NOT ISSUE CREDIT.** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**Complete the information requested on the back side of this form. Follow all instructions.**

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# DISPUTE NOTIFICATION

05/26/2006

Faxed to:

> A financial adjustment has been made to your account
> as a result of a dispute initiated by the issuing bank
> (below).

UNITED E~TKT DIRECT

1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| **Case Number:** | 261310006101 |
| **Adjustment Amount:** | 419.19 |
| **Reason:** | Disputed Services |
| **Dispute Type:** | INCOMING PRE-COMPLIANCE |
| **Special Mail Indicator:** | 011 |

**Case Summary**
A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available. We are unable to defend this case. This case is considered closed.

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

**Comments:**

No documentation has been provided to support your rebuttal, disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# CHARGEBACK
# NOTIFICATION

06/22/2006

UNITED AIRLINES

1501 MITTEL BLVD
WOOD DALE, IL 60191

*2nd C/b //*

Jurisdiction: Visa USA Domestic

A financial adjustment has been made to your account
as a result of a chargeback initiated by the issuing bank
(below). If you wish to contest the chargeback, your
response must be:
**Received No Later Than**
**07/06/2006**
We must receive your response by the above due date
or we will be unable to reverse this chargeback.

| | |
|---|---|
| Case Number: | 261526127601 |
| Adjustment Amount: | 419.19 |
| Reason: | Not as Described or Defective Merchandise |
| Dispute Type: | FIRST CHARGEBACK |
| Special Mail Indicator: | 011 |

**Case Summary**
This chargeback has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION because the cardholder claims
the goods or services were not as described or merchandise received was damaged or defective.

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Batch Date: | 04/25/2006 | Total Batch Amount: | 9017073.03 |
| | | Custom Data: | |

**If you accept this adjustment:** No response or further action is required.

**If you want to contest this adjustment:** The following actions are suggested so that we can assist you and provide the
initiating bank with your response.
**Required Action:**

To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide
copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.
**DO NOT ISSUE CREDIT.** The cardholders account has been credited as a result of this chargeback. If you previously
issued credit, please provide the date and amount of the credit.

**Complete the information requested on the back side of this form. Follow all instructions.**

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# DISPUTE
# NOTIFICATION

05/31/2006

Faxed to:

| A financial adjustment has been made to your account as a result of a dispute initiated by the issuing bank (below). |

UNITED DIRECT SALES
~~ ~~ ~~~~~~~
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

Case Number:         261310005901
Adjustment Amount:   20.00
Reason:              Disputed Services
Dispute Type:        INCOMING
                     PRE-COMPLIANCE

Special Mail Indicator:   011

---

**Case Summary**
A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
You did not provide signed proof of proper disclosure that ch aware of association fee . Nofurther recourse

---

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198481991 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000041631 |
| Transaction Amount: | 20.00 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0164066700850 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

*ticketing fee*

*also disputed —*

---

**Comments:**

Rebuttal does not remedy. No further recourse is available.

| | Case Due date | Merchant # | Amount | CC # | |
|---|---|---|---|---|---|
| ˃ | 6/14/06 | 451198481991 | 20.00 USD | 4417163011909566 | 1st c/b |
| ˃ | 6/9/06 | 451198484995 | 419.19 USD | 4417163011909566 | 1st c/b |
| ˃ | 7/6/06 | 451198484995 | 419.19 USD | 4417163011909566 | 2nd c/b |
| ˃ | 6/9/06 | 451198484995 | 419.19 USD | 4417163011909566 | 1st c/b |
| ˃ | 7/6/06 | 451198484995 | 419.19 USD | 4417163011909566 | 2nd c/b |

\* Print out from Chase online —
4 debits for 2 transactions —
We are claiming reversals for 2 extra debits