EXHIBIT B

**Taheri, Mina [WHQAC]**

**From:**    Ferguson, Cyril [Cyril.Ferguson@chasepaymentech.com]
**Sent:**    Friday, January 04, 2008 2:17 PM
**To:**    Taheri, Mina [WHQAC]
**Subject:** RE: case # 261310006001

Hi Mina,

The cardholder should have received the credit for the incoming pre-compliance case because your account was debited for the chargeback case. Please keep a look out for the credit, UA should receive credit for duplicate chgbks within sixty (60) days.

Sincerely,

Cyril Ferguson
Relationship Management Specialist
Phone: (800) 326-7907 ext. 5425
Fax: (954)375-5382
ChasePaymentech Solutions, LLC
Sawgrass Lakes Center
13450 West Sunrise Blvd, Suite 250
Sunrise, FL 33323

Email Address: Cyril.Ferguson@chasepaymentech.com

**From:** Taheri, Mina [WHQAC] [mailto:Mina.Taheri@united.com]
**Sent:** Friday, January 04, 2008 1:00 PM
**To:** Ferguson, Cyril
**Subject:** RE: case # 261310006001

Hi Cyril,

You're correct there is no duplicate chargeback for $20.00.

Could you verify that card holder received one credit on each transaction?
Can I have a copy of the pre-compliance (credit compliance request) for the duplicate chargeback?

Thank you,
Mina

**From:** Ferguson, Cyril [mailto:Cyril.Ferguson@chasepaymentech.com]
**Sent:** Friday, January 04, 2008 11:44 AM
**To:** Taheri, Mina [WHQAC]
**Subject:** RE: case # 261310006001

We have submitted the 2 cases for $419.19 to pre-compliance because we show a duplicate chargeback was received under the following case numbers.

| Compliance Case # | Chargeback Case # |
|---|---|
| 261310006001 | 261526127501 |
| 261310006101 | 261526127601 |

However, I do not show a duplicate chargeback for case #261310005901 in the amount of $20.00.

Unfortunately, we are unable to verify if the cardholder received 2 credits.

Sincerely,

Cyril Ferguson
Relationship Management Specialist
 Phone: (800) 326-7907 ext. 5425
Fax: (954)375-5382
ChasePaymentech Solutions, LLC
Sawgrass Lakes Center
13450 West Sunrise Blvd, Suite 250
Sunrise, FL 33323

Email Address: Cyril.Ferguson@chasepaymentech.com

**From:** Taheri, Mina [WHQAC] [mailto:Mina.Taheri@united.com]
**Sent:** Friday, January 04, 2008 12:20 PM
**To:** Ferguson, Cyril
**Subject:** ref: case # 261310006001
**Importance:** High

Hi Cyril,

I need your help in regard to a couple chargeback cases from 2006; I might have previously sent you an email and requested info about these cases.

| Case # 261310006001 | $419.19 | 016 2140207653 | 05/26/06 |
|---|---|---|---|
| Case # 261526127501 | $419.19 | 0162140207653 | 06/22/06 |
| Case # 261310006101 | $419.19 | 0162140207654 | 05/26/06 |
| Case 261526127601 | $419.19 | 0162140207654 | 06/22/06 |
| Case 261310005901 | $20.00 | 0164066700850 | 05/31/06 |

There are only 2 tickets each for $419.19 and one service fee ticket for $20.00 transaction date 04/23/2006.

- A) I show 2 debits per ticket, I cannot find any reversal. If 2 extra debits UA need 2 reversals each for $419.19
- B) If any reversal please provide reversal case #s and settlement date
- C) Is there any way to verify if c/h has received these credits?

Please advice.

Thank you,
Mina
----------