**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: C07-4369(CRB)<br><br>**DECLARATION OF TODD C. WORTHE, ESQ., IN SUPPORT OF DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Notice of Motion and Motion for Summary Judgment; Declaration of Mina Taheri; Declaration of Todd C. Worthe, Esq., and Proposed Order Thereon filed concurrently herewith]<br><br>DATE:  February 29, 2008<br>TIME:  10:00 a.m.<br>DEPT.:  8 |

I, TODD C. WORTHE, ESQ., declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California, and am a partner in the law firm of Worthe Hanson & Worthe, a law corporation, attorneys of record for Defendant, UNITED AIRLINES, INC. ("UNITED"). As such, I have personal knowledge of the file and pleadings in this matter, as well as the facts stated herein. If called upon as a witness, I could and would competently testify to the following:

2. Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's correspondence to UNITED dated April 30, 2006.

1

3.  Attached hereto as Exhibit "D" is a true and correct copy of June 2, 2006, correspondence to Plaintiff received from Charles Travis.

4.  Attached hereto as Exhibit "E" is a true and correct copy of Plaintiff's correspondence dated July 19, 2006 to UNITED.

5.  Attached hereto as Exhibit "F" is a true and correct copy of Plaintiff's Verified Complaint filed on July 18, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of January, 2008, at Santa Ana, California.

_____
TODD C. WORTHE, Declarant