EXHIBIT C

**EXHIBIT C**

# O'BRIEN & KELLEHER, LLP
### ATTORNEYS AT LAW

### WALNUT CREEK

**California Evidence Code Section 1152—Not to be Used in Litigation**
**Via Facsimile 877.406.1059**—United Airlines Customer Service

April 30, 2006

Dear United:

This is to inform you that I am canceling reservation number LSDN1O issued 23 April 2006 for two passengers due to your breach of contract. I expect all monies to be credited to me.

When I booked the flight, I made clear that I only wished to purchase Economy Plus tickets. <u>I received numerous assurances during the call that I was booked in Economy Plus, not economy.</u> I made clear that the extra room was the entire basis of the transaction.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". I then was treated to forty useless minutes of lecture on United policy, et cetera, when simply listening to the recording of the 23 April call would have been enough to settle the issue. That call is the only thing relevant here, because it makes clear United breached its contract with me, as your agent guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April stated the recording of the call is available. She said she could access it within 48 hours. I am formally requesting through this letter that you take all reasonable and available steps to preserve that recording of my April 23, 2006 booking now in your possession. Should I bring a civil action against United for breach of contract and fraud—an action I am contemplating—I intend to access that recording during discovery. If United allows that recording to be destroyed or lost, I will seek additional sanctions against it.

I have notified my credit card company to remove all the United charges from my account. You are on notice that if United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", I will bring a legal action in California against United for damages. United is in clear breach and is a bad actor. Any action will include a request for punitive damages as well.

United, in my experience, is the worst airline in the world. You have canceled flights on me before and refused to honor numerous agreements for vouchers and the like. The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. Your poor reputation on customer service matters is well-deserved.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien