

EXHIBIT D

Cardmember Service
Post Office Box 15298
Wilmington, DE 19850-5298
1-800-436-7939



June 02, 2006

COLLEEN M OBRIEN


RE: 9566

Dear COLLEEN M OBRIEN:

Thank you for your recent inquiry regarding your credit card account.

We have investigated your dispute of a 858.38 charge from UNITED AIR 0162140207653 that originally appeared on your credit card account on April 26, 2006.

We have resolved this dispute and issued a credit to your account for the amount of the charges. You will see this on your next monthly statement.

If the merchant's bank sends us evidence that these charges are valid, we may rebill your account and notify you of our resolution.

If you have any questions, or if we can help in any other way, please call us. Serving you is very important to us, and we appreciate your business.

Sincerely,

Charles Travis
Financial Service Advisor
1-800-475-3360 ext. 67565


CUST8651.doc    30185954.RAV