

# O'BRIEN & KELLEHER, LLP
### ATTORNEYS AT LAW
#### WALNUT CREEK

<u>California Evidence Code Section 1152—Not to be Used in Litigation</u>
<u>Via Facsimile 877.406.1059</u>—United Airlines Customer Service

July 19, 2006

To United Airlines and its Attorneys:

This is to inform you that I intend to file suit against your company in California for breach of contract, fraud, infliction of emotional distress and any other applicable statutory violations stemming from reservation LSDN1O and your repeated failure to honor it on July 18 and July 19th. The demand will be for $10,000.00. The suit will be filed on or about August 1, 2006, unless United's attorneys contact me in the interim and a compromise is reached.

I have notified my credit card company to remove all the United charges from my account. You are on additional notice that if United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", I will include a claim for additional damages. United is in clear breach and is a bad actor. Any action will include a request for punitive damages as well.

United, in my experience, is the worst airline in the world. You have canceled flights on me before and refused to honor numerous agreements for vouchers and the like. The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. Your poor reputation on customer service matters is well-deserved.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

1655 N. Main St Ste 220, Walnut Creek, CA 94596 • (925) 280-1250
Fax: (775) 249-9120
www.EastBayAttorneys.com

P000014