EXHIBIT F

*5815887*

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher LLP
1655 N. Main Street, Suite 220, Walnut Creek, CA 94596

TELEPHONE NO: 925.280.1250     FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* NOAH JAMES BUTLER and COLLEEN O'BRIEN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda

STREET ADDRESS: 1225 Fallon St.

MAILING ADDRESS:

CITY AND ZIP CODE: Oakland, CA 94612

BRANCH NAME: Civil Division

**FILED**
ALAMEDA COUNTY

JUL 1 8 2007

BY _____

PLAINTIFF: Noah James Butler and Colleen O'Brien, a married couple,

DEFENDANT: United Air Lines, Inc., a California Corporation, and,

☑ DOES 1 TO    100

**CONTRACT**

☑ COMPLAINT        ☐ AMENDED COMPLAINT *(Number):*

☐ CROSS-COMPLAINT  ☐ AMENDED CROSS-COMPLAINT *(Number):*

**Jurisdiction** *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded   ☐ does not exceed $10,000
                    ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:

RG07336336

1. **Plaintiff\*** *(name or names):*
   Noah James Butler and Colleen O'Brien

   alleges causes of action against **defendant\*** *(name or names):* United Air Lines, Inc., and Does 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 16.

3. a. Each plaintiff named above is a competent adult
   ☐ except plaintiff *(name):*
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity *(describe):*
     (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
     a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*
     b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☑ except defendant *(name):* United Air Lines, Inc.          ☐ except defendant *(name):*
     (1) ☐ a business organization, form unknown              (1) ☐ a business organization, form unknown
     (2) ☑ a corporation                                      (2) ☐ a corporation
     (3) ☐ an unincorporated entity *(describe):*              (3) ☐ an unincorporated entity *(describe):*
     (4) ☐ a public entity *(describe):*                       (4) ☐ a public entity *(describe):*
     (5) ☐ other *(specify):*                                  (5) ☐ other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

www.accesslaw.com

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

4.   *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☑ Doe defendants *(specify Doe numbers):* 1-50 _____ were the agents or employees of the named
         defendants and acted within the scope of that agency or employment.
      (2) ☑ Doe defendants *(specify Doe numbers):* 51-100 _____ are persons whose capacities are unknown to
         plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
      a. ☐ has complied with applicable claims statutes, *or*
      b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to   ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☑ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☑ Breach of Contract

   ☑ Common Counts

   ☑ Other *(specify):* Fraud, Violation of Consumer Legal Remedies Act; Violations of the Song-Beverly Consumer
      Warranty Act; Violations of the Magnuson-Moss Act; Negligent and/or Intentional Misrepresentation of Fact and
      False Advertising; Unlawful Business Practices and Advertising
9. ☑ Other allegations: Please see attachment

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☑ damages of: $ in an amount according to proof
   b. ☑ interest on the damages
      (1) ☑ according to proof
      (2) ☐ at the rate of *(specify):*       percent per year from *(date):*
   c. ☑ attorney's fees
      (1) ☐ of: $
      (2) ☑ according to proof.
   d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 18, 2007

Colleen O'Brien
(TYPE OR PRINT NAME)                    ▶              (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]          **COMPLAINT—Contract**          Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

<u>FIRST</u>      **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Noah James Butler and Colleen O'Brien

alleges that on or about *(date):* April 23, 2006
a ☑ written  ☐ oral  ☐ other *(specify):*
agreement was made between *(name parties to agreement):*
All Plaintiffs and all Defendants

☑ A copy of the agreement is attached as Exhibit A, or
☐ The essential terms of the agreement  ☐ are stated in Attachment BC-1  ☐ are as follows *(specify):*

Defendants sold Plaintiffs airline tickets.

BC-2. On or about *(dates):* July 19, 2006
defendant breached the agreement by  ☐ the acts specified in Attachment BC-2  ☑ the following acts
*(specify):*

Plaintiffs had valid flight reservations Defendants refused to honor.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4  ☑ as follows *(specify):*

general damages; special damages; emotional distress

BC-5. ☑ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☑ according to proof.
BC-6. ☐ Other:

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]
**CAUSE OF ACTION—Breach of Contract**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*www.accesslaw.com*

PLD-C-001(3)

| SHORT TITLE:                    | CASE NUMBER: |
|---------------------------------|--------------|
| Butler v. United Air Lines, Inc. |              |

__SECOND__    **CAUSE OF ACTION—Fraud**
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*: Noah James Butler and Colleen O'Brien

    alleges that defendant *(name)*: United Air Lines, Inc., and Does 1-100

    on or about *(date)*: July 19, 2006       defrauded plaintiff as follows:

FR-2. ☑ **Intentional or Negligent Misrepresentation**
    a. Defendant made representations of material fact    ☐ as stated in Attachment FR-2.a    ☑ as follows:

    Defendants fraudulently refused to honor Plaintiffs' contract. Defendants repeatedly stated Plaintiffs did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the like. Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of Plaintiffs' tickets.

    b. These representations were in fact false. The truth was    ☐ as stated in Attachment FR-2.b    ☑ as follows:

    Plaintiffs had valid reservations Defendants refused to honor.

    c. When defendant made the representations,
      ☑ defendant knew they were false, **or**
      ☑ defendant had no reasonable ground for believing the representations were true.

    d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☑ **Concealment**
    a. Defendant concealed or suppressed material facts    ☐ as stated in Attachment FR-3.a    ☐ as follows:

    Plaintiffs are informed and believe and thereon allege that Defendants knew Plaintiffs had valid and still refused to honor the contract.

    b. Defendant concealed or suppressed material facts
      ☑ defendant was bound to disclose.
      ☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

    c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page    __4__

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*www.accesslaw.com*

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

<u>SECOND</u>                                    **CAUSE OF ACTION—Fraud**

(number)

FR-4. [✓]  **Promise Without Intent to Perform**
　　　　a.  Defendant made a promise about a material matter without any intention of performing it [ ]  as stated
　　　　　　in Attachment FR-4.a [ ] as follows:

Defendants fraudulently refused to honor Plaintiffs' contract.  Defendants repeatedly stated Plaintiffs
did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the
like.  Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of
Plaintiffs' tickets.

　　　　b.  Defendant's promise without any intention of performance was made with the intent to defraud and induce
　　　　　　plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
　　　　　　defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5.  In justifiable reliance upon defendant's conduct, plaintiff was induced to act [ ]  as stated in Attachment FR-5
　　　　[✓]  as follows:

Plaintiffs were induced to procure tickets from another airline at a higher rate.

FR-6.  Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged [ ]  as stated in
　　　　Attachment FR- 6 [✓]  as follows:

general damages; special damages; emotional distress

FIR - 7.  Other:

Plaintiffs seek punitive and exemplary damages

Page  　5

1  Colleen O'Brien (Bar No. 215514)
2  O'Brien & Kelleher, LLP
   1655 N. Main St, Suite 220
3  Walnut Creek, CA 94596-4642
4  Telephone: (925) 280-1250

5  Attorneys for Noah James Butler and Colleen O'Brien

6

7                SUPERIOR COURT OF THE STATE OF CALIFORNIA
                     FOR THE COUNTY OF ALAMEDA
8

9  NOAH JAMES BUTLER and COLLEEN        ATTACHMENT TO COMPLAINT
10 O'BRIEN, a married couple,           (ADDITIONAL CAUSES OF ACTION)

11            Plaintiffs,               California Civil Code §§ 1780, *et seq.*
12        v.
13 UNITED AIR LINES, INC., a California
14 corporation, and DOES 1-100,
15
16            Defendants.

17                    THIRD CAUSE OF ACTION
              VIOLATION OF CONSUMERS LEGAL REMEDIES ACT
18            [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
19

20 1. Plaintiffs reallege and reincorporate the allegations made in the Complaint and attachments.

21 2. Defendant UNITED AIR LINES, INC., is, and at all times herein mentioned was, a

22 corporation duly organized and existing under the laws of California, doing business in Alameda

23 County (the county in which the transaction and the subject matter of the above-captioned action,

24 or a substantial portion thereof, occurred) and engaged, and engaging, in business as an airline

25 serving the general public.

26 3. On or about July 19, 2006, at Oakland Airport, Alameda County, California, Defendants, in

27 carrying out the terms of a transaction entered into with Plaintiffs, namely a transaction for the

28 sale of airline tickets (Confirmed United Reservation Number LSDN1O), violated the provisions

29 of the California Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship,

30 approval or certification of goods or services, (2) representing that goods or services have

   sponsorship, approval, characteristics, ingredients, uses, benefits or quantities which they do not

---

                                          1
          ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

1    have, (3) representing that goods or services are of a particular standard quality or grade, if they

2    are of another, (4) advertising of goods or services with the intent not to sell them as advertised,

3    (5) representing that a transaction confers or involves rights, remedies or obligations which it

4    does not have or involve, or which are prohibited by law, (6) representing that the subject of a

5    transaction has been supplied in accordance with a previous representation when it has not, (7)

6    misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

7    of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and

8    (18) of Section 1770(a) of the Civil Code.

9    4. The goods and services as described above were bought by Plaintiffs primarily for personal,

10    family, or household purposes.

11    5. Plaintiffs are informed and believe, and thereon allege, that the above-mentioned violations

12    and misrepresentations were intended by Defendant to result in the denial of the goods and

13    services to Plaintiffs.

14    6. On or about July 26, 2006, and at various times thereafter, Plaintiffs sent to Defendant a

15    written Notice of Violation of Consumers Legal Remedies Act and Demand for Remedy,

16    attached to this complaint as Exhibit B and incorporated by reference, by certified mail, return

17    receipt requested, to Defendant's principal place of business and its agent for service of process

18    in California.   This notice and demand notified Defendant of its above-mentioned violations of

19    the Civil Code that resulted in the fraudulent sale of the airline tickets to Plaintiffs and demanded

20    that Defendant remedy the violations.

21    7. Within 30 days of the receipt of the notice and demand, attached as Exhibit B, Defendant

22    failed to correct, repair, replace, or otherwise rectify, and failed to agree to correct, repair,

23    replace, or otherwise rectify within a reasonable time, the above-mentioned violations

24    of Subdivision(s) (2), (5), (7), (9), (14), (16) and (18) of Section 1770(a) of the Civil Code.

25    8. By reason of the above-mentioned violations of the Civil Code, have suffered damage.

26    9. Plaintiffs are informed and believe and thereon allege that Defendant engages in similar

27    transactions with a class of persons similarly situated with Plaintiffs.  Plaintiffs will seek leave of

28    court to amend this Complaint to certify a class of Plaintiffs, as appropriate.

29    10. Plaintiffs are informed and believe and thereon allege that Defendant continues to engage in

30    the above-described deceptive practices and unless enjoined from doing so by this Court will

1  continue to do so, all to the damage of its consumer who will purchase its airline tickets.

2  11. The aforementioned violations of the Civil Code by defendant were willful, oppressive,

3  fraudulent, and malicious.  Plaintiffs are therefore entitled to punitive damages.

4

5                        FOURTH CAUSE OF ACTION
6  VIOLATION OF CONSUMER WARRANTY AND ADVERTISING STATUTES
           [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
7

8  12.  The contract, attached to this complaint as Exhibit A and incorporated by reference, was and

9  is subject to the requirements of the Song-Berly Consumer Warranty Act, Civil Code § 1790,

10  *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308, *et seq.,* Negligent or Intentional

11  Misrepresentation of Fact and False Advertising, Civil Code §§ 1709, 1710, 3294 and 3333,

12  Unlawful Business Practices and Advertising, §§ 17200 and 17500, *et seq.*

13  13.  Through their actions described above, Defendants violated the provisions of these acts.

14

15                        FIFTH CAUSE OF ACTION
16  NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
           [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
17

18  14.  As a further natural and consequential result of Defendant's breach of the contract described

19  herein, Plaintiff suffered injuries to person and property, in that they caused grave trauma to the

20  body of Plaintiff, who was pregnant at the time of the breach/fraud.

21

22  WHEREFORE, Plaintiffs pray judgment as follows:

23

24  1. For actual damages in a sum according to proof;

25  2. For punitive damages;

26  3. For a permanent injunction enjoining the defendant, and its agents and employees from

27   refusing to honor valid reservations;

28  4. That defendant be required to make restitution to each Plaintiff of any and all money paid to

29  another airline;

30  5. For reasonable attorney's fees;

   6. For costs of suit herein incurred; and

---
                                3
     ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

7. For such other and further relief as the court may deem proper.

DATED: July 18, 2007

_____
Colleen O'Brien

## VERIFICATION

I, Colleen O'Brien, am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 18, 2007

_____
Colleen O'Brien

# EXHIBIT A



MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search: [  ] [Go]

It's the future
of MSN Hotmail

 **Windows Live Mail** *Beta*

Faster, Safer,
Simple and FR

Try it absolutely now!

 **Hotmail**    Today | Mail | Calendar | Contacts

obriencolleenm@hotmail.com

Reply | Reply All | Forward | X Delete | Junk | Put in Folder ▾ | Print View | Save Address    ◈ | ◈ | X | In

| | |
|---|---|
| From : | United Airlines <United-Airlines@tmr3.com> |
| Sent : | Saturday, June 3, 2006 11:38 AM |
| To : | OBRIENCOLLEENM@HOTMAIL.COM |
| Subject : | Your E-mail Confirmation from United |

UNITED    United Carrier Passenger Notice

Please do not respond to this e-mail!

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

Travel Itinerary

Thank you for choosing United!

This document is for reference only.

If you are traveling on an electronic ticket, please remember to bring a copy of your receipt with a valid photo ID and the credit card used for purchase.
As with all airline tickets, your electronic ticket is not transferable.

Please ensure you have all necessary country specific documentation.

To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331).

Passenger Information

Reservation No: LSDN1O    Number in Party: 2

Name: OBRIEN/COLLEEN M MS

Name: BUTLER/NOAH J MR

Travel ItineraryTravel Itinerary

OAKLAND to CHICAGO/OHARE    TUE 18 JUL



| Flight<br>✈UNITED<br>1200 | Departs<br>OAKLAND<br>TUE 18 JUL<br>10:45P<br>Terminal 1 | Arrives<br>CHICAGO/OHARE<br>WED 19 JUL<br>4:48A<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>10A,10C |
|---|---|---|---|---|
| MP Miles<br>1835 | Meals Served | Equip<br>319 | Inflight<br>Services<br>AUDIO | |

CHICAGO/OHARE to ROCHESTER NY                                        WED 19 JUL

| Flight<br>✈UNITED<br>7582 * | Departs<br>CHICAGO/OHARE<br>WED 19 JUL<br>6:50A<br>Terminal 1 | Arrives<br>ROCHESTER NY<br>WED 19 JUL<br>9:33A | Class<br>UNITED<br>ECONOMY® | Seat<br>8A, 8C |
|---|---|---|---|---|

\* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA

PLEASE CHECK IN AT UNITED AIRLINES TERM 1

| MP Miles<br>528 | Meals Served | Equip<br>E70 | Inflight<br>Services<br>NONE | |
|---|---|---|---|---|

ROCHESTER NY to CHICAGO/OHARE                                        MON 24 JUL

| Flight<br>✈UNITED<br>417 | Departs<br>ROCHESTER NY<br>MON 24 JUL<br>5:26P | Arrives<br>CHICAGO/OHARE<br>MON 24 JUL<br>6:17P<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>9A, 9C |
|---|---|---|---|---|
| MP Miles<br>528 | Meals Served | Equip<br>737 | Inflight<br>Services<br>AUDIO | |

CHICAGO/OHARE to OAKLAND                                             MON 24 JUL

| Flight<br>✈UNITED<br>481 | Departs<br>CHICAGO/OHARE<br>MON 24 JUL<br>8:45P<br>Terminal 1 | Arrives<br>OAKLAND<br>MON 24 JUL<br>11:10P<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>14A,14C |
|---|---|---|---|---|
| MP Miles<br>1835 | Meals Served | Equip<br>757 | Inflight<br>Services<br>AUDIO | |

Important United Information

UNITED ECONOMY PLUS OFFERS UP TO
FIVE INCHES EXTRA LEGROOM. VOTED
\*\*BEST PREMIUM ECONOMY CLASS IN
THE WORLD\*\*
BY READERS OF BUSINESS TRAVELER.
JUST ONE OF THE MANY WAYS WE
REWARD LOYALTY.

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your

# EXHIBIT B

Colleen O'Brien (Bar No. 215514)
Daniel C. Kelleher (Bar No. 185058)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250

Attorneys for Noah James Butler and Colleen O'Brien

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| NOAH JAMES BUTLER and COLLEEN O'BRIEN, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., a California corporation, and DOES 1-100,<br><br><br>Defendants. | NOTICE OF VIOLATION OF CONSUMERS LEGAL REMEDIES ACT AND DEMAND FOR REMEDY<br><br>California Civil Code § 1782 |

TO UNITED AIR LINES, INC.:

You are hereby notified that on or about July 18 and July 19, 2006, in carrying out the terms of a transaction you entered into with the above-named Plaintiffs, namely a transaction for the sale of airline tickets (Confirmed United Reservation Number LSDN1O, which you have repeatedly and willfully refused to honor), you violated the provisions of the California Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship, approval or certification of goods or services, (2) representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities which they do not have, (3) representing that goods or services are of a particular standard quality or grade, if they are of another, (4) advertising of goods or services with the intent not to sell them as advertised, (5) representing that a transaction confers or involves rights, remedies or obligations which it does not have or involve, or which are prohibited by law, (6) representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not, (7) misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

1 | of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and
2 | (18) of Section 1770(a) of the Civil Code.

3       Plaintiffs intend to file suit for general, compensatory, statutory, punitive and other
4 | applicable damages in Superior Court 30 days after receipt of this notice unless restitution is
5 | made to Plaintiffs by UNITED AIR LINES, INC. within 30 days of receipt of this notice in the
6 | amount of $10,000.00 (Ten Thousand Dollars). Causes of action will include violations of the
7 | California Consumers Legal Remedies Act, Civil Code § 1750, *et seq.*, the Song-Beverly
8 | Consumer Warranty Act, Civil Code § 1790, *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308,
9 | *et seq.*, Negligent or Intentional Misrepresentation of Fact and False Advertising, Civil Code §§
10 | 1709, 1710, 3294 and 3333, Unlawful Business Practices and Advertising, §§ 17200 and 17500,
11 | *et seq.*, as well as statutory and common law allegations of fraud, infliction of emotional distress,
12 | breach of contract, negligence and requests for equitable remedies. This list is not intended to be
13 | exhaustive and Plaintiffs will include allegations as appropriate and this letter will serve as notice
14 | of those allegations as required by law. Plaintiffs will seek their costs as well as their attorney's
15 | fess for prosecution of the action. As appropriate, Plaintiffs will seek leave of court to certify
16 | action as a class action pursuant to CC § 1781.

17       Demand is hereby made that you correct the violation within 30 days after receipt of this
18 | notice. **Plaintiffs have been forced to cover their losses by travel on another airline at a**
19 | **higher rate and will not accept travel on UNITED AIR LINES, INC. or a refund of the**
20 | **purchase price as a correction as these are inadequate to compensate Plaintiffs for the**
21 | **losses incurred due to UNITED AIR LINES, INC.'s breach/fraud/statutory violations.**

23 | Dated: July 26, 2006

Respectfully submitted,
O'Brien & Kelleher, LLP

By: _Colleen O'Brien_

Colleen O'Brien

NOTICE OF VIOLATION OF CONSUMERS LEGAL REMEDIES ACT AND DEMAND FOR REMEDY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Agent for Service of Process
The Prentice-Hall Corporation
System, Inc.
PO Box 526036
Sacramento, CA 95852-6136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _APRIL GUSS_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 2 7 2006

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)    7006 0100 0002 4197 0263

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Sender: Complete this section**

1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number
7107 1692 5290 0101 3802

2. Article Addressed to
Elena Daniel United
1260 East Algonquin Rd
Elk Grove Township, IL
60007

3. Service Type
CERTIFIED MAIL

4. Restricted Delivery? (Extra fee)

**Complete this section upon Delivery:**

A. Received by (Printed name)    B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 2?
If YES, enter delivery address below    ☐ Yes
                                        ☐ No

PS Form 3811V, March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt