**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
JOHN R. HANSON, SBN 149794
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN, | CASE NO.: C07-4369(CRB) |
| Plaintiffs, | [PROPOSED] ORDER ON DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive, | |
| Defendants. | DATE: February 29, 2008<br>TIME: 10:00 a.m.<br>DEPT.: 8 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**TO THE ABOVE-ENTITLED COURT, THE PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Motion for Order of Summary Judgment, pursuant to *Federal Rules of Civil Procedure, Rule* 56 by Defendant, UNITED AIRLINES, INC., came on regularly for hearing in Courtroom 8, before the Honorable Charles B. Breyer, on February 29, 2008.

///

1  The Court, having considered the moving papers, opposition and reply,
2  including any and all exhibits and documentary evidence referenced thereto, as well
3  as oral argument by and between the parties, rules as follows:
4  The Motion for Summary Judgment of Defendant, UNITED is granted, as there
5  is no triable issue of material fact to be presented to the jury.

7  DATED: _____
   HONORABLE CHARLES R. BREYER
8  JUDGE OF THE U.S. DISTRICT COURT