**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
JOHN R. HANSON, SBN 149794
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN, | CASE NO.: C07-4369(CRB) |
| Plaintiffs, | [PROPOSED] JUDGMENT ON DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive, | |
| Defendants. | DATE: February 29, 2008<br>TIME: 10:00 a.m.<br>DEPT.: 8 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**TO THE ABOVE-ENTITLED COURT, THE PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Motion for Summary Judgment, pursuant to *Federal Rules of Civil Procedure, Rule* 56 by Defendant, UNITED AIRLINES, INC., came on regularly for hearing in Courtroom 8, before the Honorable Charles B. Breyer, on February 29, 2008.

///

The Court, having considered the moving papers, opposition and reply, including any and all exhibits and documentary evidence referenced thereto, as well as oral argument by and between the parties, rules as follows:

**IT IS ORDERED DECREED AND ADJUDGED:** Plaintiff's BUTLER and O'BRIEN shall take nothing by way of their Complaint. Defendant UNITED to recover costs as prevailing party in the amount of $_____, as pert its Cost Bill.

The Motion for Summary Judgment of Defendant, UNITED is granted, as there is no triable issue of material fact to be presented to the jury.

DATED: _____

HONORABLE CHARLES R. BREYER
JUDGE OF THE U.S. DISTRICT COURT