Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax:  (775) 249-9120
colleen@EastBayAttorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIR LINES, INC.,<br><br>　　　　　Defendant. | Case No.: C07-04369 CRB<br><br>[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT TO PLAINTIFF<br><br>Hearing Date:  February 29, 2008<br>Time:  8:30 a.m.<br>Courtroom No.:  8, 19th Floor |

　　The motion of the Plaintiffs, for partial summary judgment, pursuant to Federal Rules of Civil Procedure Rule 56, as to its breach of contract and Consumer Legal Remedy Act claims noticed for hearing, this date.

　　Now therefore, the Court, having reviewed the papers filed in connection with the motion and heard the arguments of counsel, and being fully apprised in the premises,

　　IT IS HEREBY ORDERED that the Plaintiffs' motion for partial summary judgment as to their First and Third Causes of Action be, and it hereby is, GRANTED, in favor of the Plaintiffs as follows:

　　1. The Court finds that Defendant United Arlines, Inc. breached its contract with Plaintiffs by not allowing them to travel on the flight for which they purchased tickets.  Plaintiffs are awarded $640.02 in compensatory damages.

　　2. The Court also finds that Defendant breached its contractual customer service obligations to Plaintiffs.  In order to put Plaintiffs back in the position they were before the breach, United is

hereby ordered to send a letter to Daniel Kelleher and Mark Terbeek informing them of this Court's decision and retracting any accusation of wrongdoing on the part of Plaintiff O'Brien.

    3. The Court finds that United's conduct violated California's Consumer Legal Remedies Act, Civil Code §§ 1770(a)(14) and a(16), with damages to be determined at trial.

IT IS SO ORDERED.

Date: _____       _____
                                                                CHARLES R. BREYER
                                                                UNITED STATES DISTRICT COURT JUDGE