Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax: (775) 249-9120
colleen@EastBayAttorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED AIR LINES, INC.,<br><br>　　　　Defendant. | Case No.: C07-04369 CRB<br><br>DECLARATION OF COLLEEN O'BRIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date: February 29, 2008<br>Time: 8:30 a.m.<br>Courtroom No.: 8, 19th Floor |

I, Colleen O'Brien, declare as follows:

　1.  I am a resident of Oakland, California, and an attorney licensed and practicing in Walnut Creek, California. I am a member of the state bars of California and Pennsylvania. I have personal knowledge of the facts set forth below, and if called as a witness I would testify truthfully as follows:

　2.  My husband, Noah Butler and I, are the plaintiffs in this lawsuit against United Airlines for its failure to honor our tickets to fly on July 18, 2006, its attempt to get us to purchase additional and more expensive tickets when we already had tickets, its appalling treatment of us during and after the incident, and its subsequent failure to compensate us for our losses. I am submitting this declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

　3.  This is a case about United's refusal to let me fly, lack of explanation for it, refusal to talk to me about it, or to make any kind of reasonable or alternate accommodation. It is about United's failure to make any restitution after suit was filed and the abusive way in which they

have treated me—at the airport, on the phone, when I filed the suit and at the depositions in January. In short, it is about United's utter bad faith throughout this process. After reading this declaration, I believe the Court will see why I have brought and maintained this lawsuit and why a consumer remedy is so desperately called for in a case like this.

How The Story Began—Reservation Ticketed Incorrectly and Ticket Cancellation Requested

4. This section of my declaration deals with tickets that I purchased that are NOT the tickets at issue in this case. I am including this information only because United representatives repeatedly talk about it, as they did at the Case Management Conference. As I made a subsequent ticket purchase—the tickets that are at issue in this case—I do not believe the earlier ticket purchase makes any difference or that it explains or excuses United's behavior in the matter of the tickets at issue in this case.

5. In April 2006, I was reluctant to fly on United. In the past, I have had flights changed on me, problems using flight vouchers, and difficulty with booking. However, I was planning a cross-country flight in July 2006, and at that time, I would be in my second trimester of pregnancy. I knew that it would be really important to be comfortable at this stage of my pregnancy, and I knew that United offered certain seats with extra legroom. I therefore decided that it would be worth it to fly United in order to have the extra room on the flight. I was flying to Rochester, New York, via Chicago. This was a redeye flight, and I would be on the plane for almost six hours, with a two-hour layover. My husband, Noah Butler, was traveling with me. I was going to visit my brother, who was a doctor at a rural Pennsylvania hospital. After flying to Rochester, I would have to be in a car for another two hours. It was going to be a very long trip, but I wanted to see my brother and his family while I was still able to travel before I gave birth.

6. I called United to see if I could purchase an "Economy Plus" ticket. Economy Plus is the section of the plane that has the greater room. I called on April 23, 2006 and spoke to a female booking agent—I do not know her name and have not been able to get it, even though I later

asked for the recording of that call to be preserved. I was trying to book for a flight on July 18, 2006.

7. The agent gave me a quote for the seat. I emphasized to her that I only wanted to purchase the ticket if I could fly in Economy Plus. In fact, I checked three times that the price she was quoting me was for the Economy Plus seats. I told her that I did not want to buy the standard economy seats and that I would not buy the ticket unless it was Economy Plus. As I said, I stressed this three times, because I have had so much trouble with United in the past, and the entire point of me flying on United was to have these larger and more comfortable seats. The agent confirmed, repeatedly, that they were Economy Plus seats. Based on that representation, I bought the tickets and charged them to my credit card.

8. United sent me a confirmation, attached hereto as Exhibit 1. As one can see on the attached Exhibit, my spouse and I were scheduled to depart on July 18, 2006 at 11:00 p.m. As one can also see, there were no seat assignments on the confirmation.

9. United also charged my credit card, and I have attached the credit card statement containing the charge as Exhibit 2. The total charge was $858.38 ($419.19 for each ticket, plus a $20.00 service fee). I redacted my other charges, but you can see the charges from United on Bates No. P000033. An authenticated, unredacted copy of my credit card statements will be filed with this court under seal.

10. I received the confirmation email on April 23, 2006. I did not immediately notice that there were no seat assignments because I did not look at it right away. However, when I did notice that, I called United on April 30, 2006. I spoke to another booking agent. This person then told me that I did not have Economy Plus seats. She stated that one cannot purchase Economy Plus seats, because they are only available to Mileage Plus members when seats are available. (I was a Mileage Plus member.)

11. As the only purpose of me flying on United was to have the Economy Plus seats, I sent United a letter on April 30, 2006, stating that I wanted my reservation canceled and all moneys refunded. In fact, I specifically stated that I was canceling "reservation number LSDN10 issued 23 April 2006." A copy of the letter I sent United on April 30, 2006, is attached as Exhibit 3.

12. On May 1, 2006, I notified my credit card company, Chase Bank, that I was disputing the charges to United on April 23, 2006. The letter that I faxed to Chase Bank on May 1, 2006 is attached as Exhibit 4.

13. In May 2006, I received a response from United, dated May 25, 2006, to my May 1st letter. The response told me that I had sent my letter to the wrong department and should instead call reservations. This letter is attached as Exhibit 5.

I Purchase New Tickets and Receive Confirmation.

14. My flight was not until July 18, 2006. I wanted to make sure that I received the money back before purchasing another two expensive airline tickets. For approximately one month, I did not hear from United whether they would or would not refund my money, and I also had not heard from my credit card company how they had resolved my dispute.

15. On May 29, 2006, the bank resolved the dispute in my favor and canceled the charges of April 23, 2006, amounting to $ 858.38. The letter from the bank is attached as Exh. 6. The credit card statement showing the refund as a "credit" is attached as Exhibit 7, and you can see the refund at P000037. Again, I have redacted the credit card statement but will file an unredacted copy with the Court under seal.

16. On June 3, 2006, I called United to make sure they had canceled my reservations. This person told me that they had not canceled the reservations, that they were showing up as valid on the computer. I stated that I had sent a cancellation notice, in writing, over a month ago. The agent asked why I canceled the tickets. I explained that I had canceled because I was promised Economy Plus seats and had not received them. She then stated to me that she could give me those seats. I agreed, but explained that I had already disputed the ticket on my credit card. I already knew that the dispute had been resolved in my favor and explained that this had happened and that I would need new reservations. I authorized the agent to charge my credit card and gave her the credit card number. The agent said that the reservation number would not change but that she would bill my credit card anew. She stated the new charges would appear on

my credit card as a "rebill"—in other words, a new charge. I explained that in that case I wanted a new electronic confirmation, showing definitely that I had the Economy Plus seats and showing that I had a paid for a new ticket. She agreed to do this. She told me the specific seat assignments she was going to give me, and I wrote those down on a copy of the previous April confirmation. She also told me that the flight numbers and times had changed, and I wrote those changes down on my printout of the April confirmation as well. That printout, with my notes, is attached as Exhibit 8.

17. After this conversation, I received two emails from United. The first email on June 3, 2006, attached as Exhibit 9, has a section titled "E-Ticket Receipt" and shows I had paid $838.38 for the tickets. This email did not reflect the new flights or times or any seats, but it did show payment for the flights and it had the amount that I had agreed to pay—$838.38. (Actually, I agreed to pay $858.38, which is the $838.38 plus a $10 service charge per ticket. The service charge did not show up on this email, although I was billed for it on my credit card.)

18. Less than 15 minutes later, I received a second email from United that showed the seat assignments, as well as the flight changes. The seat assignments were the same ones the agent had told me on the telephone, and they were in fact in Economy Plus. The flight changes were also the ones I wrote down. I have attached a copy of that email as Exhibit 10.

19. On my credit card statement for June 2, 2006 through July 2, 2006, three charges from United appear with the word "Rebill." There are two charges for $419.19 and one for $20.00. These appear in the "Debit" column at P000038. The charges totaled $858.38, which is the amount that I had agreed on June 3, 2006, to pay for the tickets and the amount that appeared on the first June 3rd email. My redacted credit card statement is attached as Exhibit 11. These rebills appear on the statement between charges made on June 3, 2006 and June 4, 2006. Thus, although the dates for the United rebills appear as "4/23/06," it is obvious that the "rebill" occurred on June 3, 2006 or June 4, 2006 from the placement on the June statement. Again, I will file the unredacted credit card bill with the Court under seal.

20. I paid my entire June credit card bill, including the charges for United, as you can see on my credit card statement. The statement shows that I made a payment on June 10, 2006 for

$2,445.00, which covered all of the charges I had made in June 2006, including the United rebills.

21. Despite the fact that I had received two emailed confirmations, one with new billing, the other with the with seats I wanted, and the fact that United had billed my credit card, I remained concerned because I had had so many problems with United in the past.  I therefore called United between three and five times in the two weeks leading up to the flight, to confirm that I still had a valid reservation.   Each time, the person that I spoke to confirmed that I (and my husband) had valid tickets and reservations.  At least one of these calls occurred after July 14, 2006.  I remember that it was after I had printed out my itinerary, as discussed in the next paragraph.  I think that last call was within a day or two of the flight because I noted new flight times on that itinerary.

22. Like other airlines, United's website has a feature where one can have an account.  One can log on with an account name and password, view frequent flyer mile balances, check reservations, view itineraries, and print out confirmations and boarding passes.  On July 14, 2006, I logged on to the website and went into "My Itineraries."  That showed my reservation for July 18, 2006 and showed the flights as "confirmed" and "ticketed."  It also showed the seat assignments, which were the same seat assignments that had been on the June 3, 2006 email.  I printed out this page, which is attached as Exhibit 12.  The written notes that change the flight times were my notes.  United changed the flight times between the time that I printed the itinerary on July 14, 2006 and the date of the flight, July 18, 2006.  I wrote these new times down during a telephone conversation between July 14th and July 18th.  The other handwriting that appears on this page was added later, as I describe below.

Arriving for Flight on July 18, 2006, United Refuses to Honor Valid Tickets

23. The first indication that I had that there was going to be a problem was that several hours before the flight, on July 18, 2006, I went online to print out the boarding passes for the flight.  This is a standard procedure, so when I saw that it said that I had to check in at the airport, I

became concerned that there would be a problem. There was no indication however, that I did not have tickets, merely that I needed to "check in" at the counter and couldn't pre-print my boarding passes at home. I decided that we should arrive extra early at the airport to deal with any issues.

24. Accordingly, we arrived at the airport around 9 p.m. on July 18, 2006, for an 11:40 p.m. flight. We tried to check in using the electronic ticket machine but it told us that we had to see a counter person. I went to the check in desk. There were people in line, but it was not terribly crowded. I handed the person the itinerary I had printed out on July 14, 2006, showing the seat assignments and the etickets.

25. The agent did not provide us with boarding passes after I provided the printouts. Instead, the agent said there was a problem. Over the course of the next two or two and one-half hours, we (my husband and I) spoke to approximately four people. One person made a telephone call and appeared to be on hold for a very long time—more than an hour, after which the flight had left. During this time, I was told there was a problem, but I was never told what the problem was. No boarding pass was ever given, but we also were not told we would not be allowed to fly. The agents were quite rude, totally unconcerned, and eventually all walked away from us.

26. I asked repeatedly for a supervisor, but I was told there was no supervisor, and no one ever appeared and represented herself as a supervisor. There was one woman who was wearing a vest, while the other people were wearing polo shirts. She wrote on my itinerary (Exhibit 12) the words "Open ET, Showing Printed." She was one of the ones on hold on the telephone for a while that night. Then, she told another person to stay on the phone waiting for someone, and she left.

27. This was, I believe, the last flight of the night. Other United agents left during the course of this incident as well.

28. Either my husband or I remained at the counter for over two hours. While this happened, people were boarding our flight. The attitude of the people behind the counter was that they did not care about our plight and did not understand why we were bothering them. Their behavior toward us made me feel hurt, angry, embarrassed and humiliated. Some of the people behind the

counter appeared to find the incident amusing. At some point, I left the counter to sit down and cry, because I was so frustrated and angry. I was at this time over four months pregnant. I tried calling a number I had for United but no one answered. I called my brother, who was expecting us, and told him it appeared we were not coming. Eventually, the flight left and we obviously were not on it. One of the people behind the counter gave us a telephone number, which she said to call in the morning because no one was there at the time (approximately midnight).

29. Eventually, everyone at United left the counter, and we went home. No one apologized or seemed to care if we were okay. We did not know what had happened, but the impression we got was that the situation was fixable, but the people there did not have the authority to fix it.

30. When the flight left without us, we left the airport for home a little after midnight.

31. When we got home, my spouse and I were both very upset. My husband insisted that I attempt to get some sleep. He said he would get up early and begin calling the telephone number. We were assuming that once we spoke to someone with authority, we would be put on a flight immediately.

32. I had a sleepless night, as did he. We were very upset by this whole incident.

A Nightmarish Day on the Phone with United Results in Absolutely Nothing

33. Early in the morning, my spouse got up, and I heard him begin calling United. At this point, because I was so upset, he was trying to handle the matter for me.

34. At 2 p.m., he was still on the telephone. He had not done anything else the entire day. At that point, he appeared completely exhausted and he was actually so upset that he could not resolve the situation that he broke down crying. He would call numbers that rang without answer; he would be on hold for an hour and get disconnected. I decided to take over the telephone calls for a while.

35. When I got on the phone, I insisted that United put us on a plane that night. The person I was speaking to told me that if I wanted to fly that night, it would cost more than $3,000.00

header

final

($1,438.40 times two tickets). I wrote down the amount the person said and that note appears as Exhibit 14.

36. I explained that we already had tickets, and I faxed United my credit card billing statement, showing that I had been charged for the tickets on June 3, 2006, as well as my itinerary showing that Noah and I were confirmed for the flight that had left the previous night. In fact, I faxed this information to at least two different people at United.

37. This incident, with Noah and I both periodically on the phone, continued all day. Someone finally said to me that our tickets were "canceled". This conversation, somewhere on the afternoon of July 19, 2006, was the first time during this ordeal that I heard the word "canceled".

38. Noah and I arranged a conference call between United and Chase, my credit card company. He had agents from both on the phone. I was standing next to him and interjecting and listening as the Chase agent told United that we had been billed for the tickets. This conversation also did not result in any kind of resolution.

39. At that point, we realized we were never going to be able to resolve this with United on the phone. It was late afternoon. We had spent the entire day trying to deal with United. I had spoken to perhaps five different people. I had been hung up on, transferred, and treated with complete indifference or outright hostility. No one was even slightly helpful or nice to me. No one appeared to care at all. We had been on the phone with United almost continually from early in the morning until around 4 p.m., and the agents were indicating they were going home for the day.

40. I called Jet Blue and purchased tickets from Oakland that night, July 19, 2006. The tickets cost $1498.40, and I have attached the email receipt for those as Exhibit 15.

41. I then sent United a fax stating that I wanted a refund and that I was going to sue them for the way they had behaved. A copy of that letter is attached as Exhibit 16.

42. I also called my credit card company and told them that I was going to dispute the charges made by United that appeared on my June 2006 statement. Between June 3, 2006 (when I authorized payment for the tickets), and July 19, 2006, I had not called the credit card company

or in any way disputed those charges. I had paid in full my credit card statement that contained those charges.

A Conversation at Oakland Airport on July 19, 2006 Confirms that I had Valid Tickets.

43. We arrived at the Oakland airport more than an hour before the Jet Blue flight.

44. When we got to the airport, I wanted to go to the United counter to try to understand what had happened. The night before, no one had said anything about the ticket being canceled, and it had seemed like they were calling someone who they thought would be able to solve the situation. I was hoping to speak to someone who had been there on July 18th who could give us some information about what they knew about the status of our tickets on July 18, 2006.

45. When I got to the counter, I saw the woman who had been wearing the vest the night before and had seemed to have a slightly better idea what was going on. I told her that we had never gotten on the flight the night before and that we had called all day and were told that our tickets were canceled. I asked her if, last night (July 18, 2006), it had shown that our tickets were canceled. She said no, our tickets were not "canceled"; rather, they had been "printed". She then printed out something for me, which she handed to me. This two-page document is attached as Exhibit 17. I asked if she was showing that the tickets were paid for. She said "yes" and underlined the places where it showed the tickets had been paid for. She also circled for me the place where it said the tickets had been printed and wrote "refund" in the margin next to these.

46. She then told me that I should call another number to get a refund, and she printed out something on stock card (the size and shape of a boarding pass) with a telephone number. I have attached that piece of paper, with the phone number, as Exhibit 18. (I think I received the number in writing on July 18th at the counter and the card on July 19th, but it is possible that I received the card on July 18th and the number in writing on July 19th. In any event, I received the same number both nights.)

47. At this point, I asked her to write down her name and the fact that we had been to the airport on time on July 18, 2006. The reason that I asked about this was that when I was on the phone with United on July 19, 2006, one of the many people I spoke to suggested that the reason I was not allowed on the flight was that I was probably late. She wrote on the two-page printout—"Afkari, cust arrived @ OAK 18 July @ 10:00 pm." (We had arrived earlier than 10 p.m., but I was most concerned that we had something showing we were on time.) She told us that we could use the two-page printout to get a refund. Regarding the printout, she said, "I shouldn't be giving you this, but I'm leaving United anyway."

48. We then proceeded to Jet Blue and boarded the flight without incident. We had a three-and-one-half-hour layover at JFK, which made the flight both longer and more difficult for me than it would have been if we had been able to go on the United flight that I paid for. Our boarding passes are attached as Exhibit 19.

49. We tried very hard not to let this experience color our time with my brother, but it definitely did. I felt physically unwell and very anxious.

I File A "Notice of Violation" Under the California Consumer Remedies Act, and I Receive No Meaningful Response from United.

50. After I returned from the trip to my brothers' house, I looked up how one deals with these kinds of disputes with airlines. I am an attorney, but I had never dealt with anything like this before, and so I had to do some research.

51. On July 26, 2006, I sent United a "notice of violation" under the California Consumer Legal Remedies Act. That notice is attached as Exhibit 20.

52. I received a letter dated August 3, 2006, from United, attached as Exhibit 21, saying that United was "sorry you did not get your seat choice" and "flight schedules are subject to change." As the problem was that I got no seat, and I was never allowed to fly, this letter was totally unresponsive. Nothing was said about what had actually happened.

53. I responded on August 9, 2006, attaching my July 19, 2006 letter. I stated that their response did not address my complaint and that I was going to sue United. My letter of August 9, 2006 is attached as Exhibit 22.

54. In November 2006, United sent me a letter, stating that their attorneys would be in touch with me soon.

55. On February 22, 2007, no one had been in touch with me. I sent another letter, attached as Exhibit 24, stating that if I did not hear from them, I would file suit.

56. On April 5, 2007, United sent me a letter stating that someone from their legal staff would contact me as soon as possible. That letter is attached as Exhibit 25.

I File Suit Against United.

57. By July 2007, eight months after the November 2006 United letter saying a lawyer would be in touch with me, I still had not heard from a lawyer or anyone else regarding the substance of my complaint. At that point, I filed suit in Alameda County Superior Court on July 18, 2007. My complaint is attached as Exhibit 26.

58. I heard nothing from United. A couple days before the Answer was due in late August 2007, I received a telephone call from Bonnie Cohen, a lawyer who said she was representing United. She asked me what had happened, and I told her. She then asked me if I wanted "tickets". I said "no". She said that was good, because she could not get tickets. She told me that there was no relief available to me because of "deregulation," and that I could not get any of the relief I was requesting in the complaint. She told me that there were "two sides to every story". I asked her what United's story was. She told me that I had canceled the ticket. I explained to her that there had been an earlier cancellation, but then there was a rebooking for which I had been billed. Although this conversation was relatively cordial, it was my definite impression that Ms. Cohen was not in any way trying to be helpful or attempting to resolve the situation. I have spoken to many opposing attorneys, and I can tell the difference. My impression was that she was trying to intimidate me.

United's Attorney Accuses Me of Attempted Theft and Threatens My Law Partner and Another Random Lawyer With Potential Rule 11 Liability.

59. On August 28, 2007, I came into my office, and there was a fax waiting for me from Ms. Cohen, which I have attached as Exhibit 27.  The faxed letter was incredibly insulting.  It was addressed to three people:  me; "David" (Daniel) Kelleher, my partner at my law firm; and Mark Terbeek, an attorney in Walnut Creek to whom I had never spoken.  The letter stated, among other things, that "A more reasonable interpretation of these undisputed facts suggests claims against an attorney for improperly attempting to gain a seat on a flight for which the reservations had already been cancelled and refunded, under a theory of attempted theft of services."  It also advises Mr. Kelleher and Mr. Terbeek to "put your carrier on notice regarding these frivolous claims and the malicious prosecution and continued prosecution of an action that has no place in our congested courts."  The letter purported to be a notification under the "safe harbor" provision of Rule 11.

60. There was also a message from Mr. Terbeek.  He had received Ms. Cohen's letter and had called asking what it was about.  I had never met Mr. Terbeek or spoken to him before.  He had (and has) absolutely nothing to do with this case.  I called him and told him I did not know why he was on the letter.  He said that he would call Ms. Cohen and ask why she had sent the letter to him.

61. I cannot tell you how upset I was by this letter.  Thus far, United had refused to honor my tickets, put me through hours and hours of unpleasantness, ignored my complaints, ignored the absolutely crystal clear evidence that they had made a mistake in refusing to honor my ticket, treated me with nothing but indifference and contempt.  Now, this person had sent a letter to a complete stranger, another lawyer who practices in the same geographic area, accusing me of attempted theft, and dishonest and improper behavior.  She had also sent this letter to my law partner, who, until this time, I had been trying to keep out of this dispute.  I had a brand new

legal secretary, and she was the first one to read and see this letter. I had to try and explain to my new employee that I was not a thief and that I had done nothing wrong.

62. I called Ms. Cohen immediately and told her that she had defamed me and that I wanted her to write to Mr. Terbeek and retract her defamatory statements. I also faxed her my credit card statement (which I had already sent to United at least twice), showing that United charged me for this ticket. Although she apparently told Mr. Terbeek that the letter was sent to him by accident, she would not retract her accusation about attempted theft of services.

63. She also called my partner, Dan Kelleher, repeatedly, even though he was not involved in the case. He was also out of town.

64. United's abusive behavior toward me has continued with United's current counsel, Todd Worthe, as described in the Plaintiffs' Motion for a Protective Order and Motion for Sanctions, filed January 14, 2008 and amended January 18, 2008. This is the case even though United's attorneys have had all my documentation for months showing a valid, ticketed, billed, and paid reservation.

Identification of Documents

65. United's "Contract of Carriage" that was in effect on June 3, 2006 (when I purchased the tickets) was provided to me by United pursuant to FRCP Rule 26. It is attached as Exh. 28.

66. The Contract of Carriage states that it incorporates the terms of "Our United Commitment," which was United's customer service plan at the time. United did not produce that document in discovery. I plan to make a specific document request for it. However, I have printed out from two United international websites (Korea and Japan) what appears to be the text of "Our United Commitment." On the U.S. webpage, the customer commitment language states that it was changed in 2007, and I was unable to find the older version on the United website. Additionally, I located a news article from 1999 (when Our United Commitment" was implemented, with the text, and it appears to be identical with the text on the two websites. The current United Customer Service plan contains the same relevant language, that United makes a

"sincere promise" to treat its customers with "respect, courtesy, fairness and honesty." I have attached all of these documents as Exhibit 29.

67. Attached as Exhibit 30 are excerpts from the rough transcript of a deposition I took of United under Rule 30(b)(6) on January 11, 2008. I have not yet received the final transcript.

68. A true and correct copy of "Responses of Defendant United Airlines, Inc., to Plaintiffs' Second Set of Special Interrogatories," dated January 14, 2008, is attached as Exhibit 31

69. I have examined Exhibits 1 through 31 attached to this declaration, and they are true and correct copies of the original documents. (The credit card statements are redacted versions of true and correct copies, and, as explained above, I will file unredacted copies with the Court.)

I File for Partial Summary Judgment.

70. I do not know why United failed to honor my ticket on July 18, 2006. Nevertheless, whatever the reason, starting the next day, they had full information showing that I had a valid ticket. Nonetheless, for more than a year, they refused to do anything or even respond to my letters. When I finally sued, their lawyer, instead of reading the documents that plainly established that I had a ticket that United failed to honor, sent a letter accusing me of criminal behavior and threatening my law partner and another person in the legal community with possible financial sanctions. When I read this story, I have trouble believing it is actually happening because it is so outrageous.

71. Accordingly, I seek a ruling from this Court granting me summary judgment on my breach of contract and some of my Consumer Legal Remedies Act claims.

72. I am familiar with the exhibits attached to this declaration and they are true and correct copies of my documents and the documents I have received from United in discovery in this matter.

//

//

I declare under penalty of perjury of the laws of the state of California that the foregoing is true and correct.

Date:  January 25, 2008                                _____/s/_____
                                                                            Colleen O'Brien
                                                                            Attorney for Plaintiffs and Plaintiff