# EXHIBIT 1


## Windows Live™

---

# Your E-mail Confirmation from United
**From: United Airlines** (United-Airlines@tmr3.com)
Sent: Sun 4/23/06 11:24 AM
To: OBRIENCOLLEENM@HOTMAIL.COM

---



**Please do not respond to this e-mail!**

**If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.**

## E-Ticket Receipt & Travel Itinerary

Thank you for choosing United!

Your electronic airline ticket is stored in our computer system. As with all airline tickets, your E-Ticket is not transferable to others.

If you are traveling on an electronic ticket, please remember to bring a **copy of your receipt** with a valid **photo ID.**

Minimum check-in requirements for flights based on scheduled departure times:
-60 minutes for customers traveling without checked baggage within the U.S.
-90 minutes for customers traveling with checked baggage within the U.S.
-120 minutes for customers traveling on flights with International itineraries.

Reservations are subject to cancellation if you are not checked in and obtained your boarding pass at least 30 minutes prior to your scheduled departure for flights between U.S. cities, to/from Canada, Mexico or the Caribbean; and 45 minutes to/from International points.

Ticket validity is based on fare and point of origin. Refundable tickets are valid for one year from date of issue. Nonrefundable tickets are valid as issued. For travel originating in the U.S., any changes and/or exchanges to a nonrefundable ticket must occur prior to midnight of your current ticketed travel dates or ticket will lose all remaining value. Certain penalties and/or fees may also apply.

To make changes to your reservation within the United States, call
1-800-UNITED-1 (1-800-864-8331).  For up-to-date flight information within the US, call
1-800-824-6200.
Check on united.com.

---

**E-Ticket ReceiptE-Ticket Receipt**

| | | |
|---|---|---|
| **Reservation No:** LSDN1O | | **Issued:** 23 APR 06 |
| **Number in Party:** 2 | | |

---

|  |  |  |  |
|---|---|---|---|
| **Name:** | OBRIEN/COLLEEN M MS |  |  |
| **Ticket No:** | 0162140207653 | **Mileage Plus® No:** | 03166 306 719 |
| **Name:** | BUTLER/NOAH J MR |  |  |
| **Ticket No:** | 0162140207654 | **Mileage Plus® No:** | NONE |

|  | Per Passenger |
|---|---|
| **Base Fare:** | 351.62 USD |
| **Tax/Fee/Charge:** | 26.37 US |
|  | 41.20 XT |
| **Total:** | 419.19 USD |

**Fare Details:** Fare Basis SA7UN
FC 18JUL OAK UA X/CHI UA ROC 175.81SA7UN UA X/CHI UA OAK
175.81SA7UN USD351.62END ZPOAKORDROCORD XT 13.20ZP
10.00AY 18.00XFOAK4.5ORD4.5ROC4.5ORD4.5

NONREF-CHG100PLUSFAREDIF-
CXL BY FLT DATE OR NOVALUE

BAXXXXXXXXXXXX9566 EXP0109/ 795B

---

### Travel Itinerary

#### OAKLAND to CHICAGO/OHARE                                   TUE 18 JUL

| **Flight** | **Departs** | **Arrives** | **Class** |
|---|---|---|---|
| ✈ UNITED 644 | OAKLAND TUE 18 JUL 11:00P Terminal 1 | CHICAGO/OHARE WED 19 JUL 5:01A Terminal 1 | UNITED ECONOMY® |

| **MP Miles** | **Meals Served** | **Equip** | **Baggage Allowance** | **Inflight Services** |
|---|---|---|---|---|
| 1835 |  | 319 | 2PC | AUDIO |

#### CHICAGO/OHARE to ROCHESTER NY                             WED 19 JUL

| **Flight** | **Departs** | **Arrives** | **Class** |
|---|---|---|---|
| ✈ UNITED 7582 * | CHICAGO/OHARE WED 19 JUL 6:55A Terminal 1 | ROCHESTER NY WED 19 JUL 9:34A | UNITED ECONOMY® |

**\* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA**

**PLEASE CHECK IN AT UNITED AIRLINES TERM 1**

| **MP Miles** | **Meals Served** | **Equip** | **Baggage Allowance** | **Inflight Services** |
|---|---|---|---|---|
| 528 |  | E70 | 2PC | NONE |

#### ROCHESTER NY to CHICAGO/OHARE                             MON 24 JUL

| **Flight** | **Departs** | **Arrives** | **Class** |
|---|---|---|---|
| ✈ UNITED 1141 | ROCHESTER NY MON 24 JUL 4:54P | CHICAGO/OHARE MON 24 JUL 5:45P Terminal 1 | UNITED ECONOMY® |

| **MP Miles** | **Meals Served** | **Equip** | **Baggage Allowance** | **Inflight Services** |
|---|---|---|---|---|
| 528 |  | 737 | 2PC | AUDIO |

## CHICAGO/OHARE to OAKLAND                          MON 24 JUL

| Flight | Departs | Arrives | Class |
|--------|---------|---------|-------|
| **UNITED** 481 | CHICAGO/OHARE MON 24 JUL 7:45P Terminal 1 | OAKLAND MON 24 JUL 10:22P Terminal 1 | UNITED ECONOMY® |

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
|----------|--------------|-------|-------------------|-------------------|
| 1835 | | 757 | 2PC | AUDIO |

**Valuable Offers**

**Important United Information**

UNITED ECONOMY PLUS OFFERS
UP TO
FIVE INCHES EXTRA LEGROOM.
VOTED
**BEST PREMIUM ECONOMY CLASS
IN THE WORLD**
BY READERS OF BUSINESS
TRAVELER.
JUST ONE OF THE MANY WAYS WE
REWARD LOYALTY.

EASY CHECK-IN KIOSKS
LET YOU CHECK IN QUICKLY
OR
REGISTERED UNITED.COM
CUSTOMERS
CAN CHECK IN ONLINE

FOR UNITED.COM CUSTOMERS
ALSO
EARN 1000 BONUS MILES
EVERY TIME YOU BOOK
QUALIFYING
TRAVEL ON UNITED.COM

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your request:
Click here for www link
You will receive one additional e-mail message confirming your removal.

# EXHIBIT 2



**Statement** for account number: ████████9566

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment | **CHASE** ◯ |
|---|---|---|---|---|

Amount Enclosed | $ | . | Make your check payable to Chase Card Services. New address or e-mail? Print on back.

█████████9566000030000015011300000003



22345 06X Z 12108 C
COLLEEN M OBRIEN
█████████████████

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

⑆5000160288⑆ ⁚224301190956608⁚



| | Statement Date: | 04/03/06 - 05/01/06 | CUSTOMER SERVICE | |
|---|---|---|---|---|
| | Payment Due Date: | 05/26/06 | In U.S. | 1-800-792-0001 |
| | Minimum Payment Due: | ████ | Español | 1-888-446-3308 |
| | | | TDD | 1-800-955-8060 |
| | | | Pay by phone | 1-800-436-7958 |
| | | | Outside U.S. call collect | 1-302-594-8200 |

**VISA ACCOUNT SUMMARY**  Account Number: ████████9566

| | | | |
|---|---|---|---|
| Previous Balance | ████ | Total Credit Line | ████ |
| Payment, Credits | ████ | Available Credit | ████ |
| Purchases, Cash, Debits | ████ | Cash Access Line | ████ |
| New Balance | ████ | Available for Cash | ████ |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/creditcards

Congratulations! Your credit line has been increased. Take advantage of your enhanced spending power to make purchases and transfer balances today.

**SOUTHWEST AIRLINES RAPID REWARDS VISA SUMMARY**
Reward dollars earned from previous statement
Reward dollars earned from SWA purchases
Reward dollars earned from purchases
Total reward dollars
Total rewards transferred to flight credits
Remaining rewards balance
Flight credits transferred



For more information on Southwest Airlines Rapid Rewards program, log on to www.southwest.com or call 1-800-445-5764

Southwest will automatically issue a Roundtrip Award for every 16 credits you earn in a twenty-four month period.

Every time you make a purchase with your Southwest Airlines Rapid Rewards Visa card, you will earn Reward Dollars. For every 1,200 Reward Dollars earned you will receive one Rapid Rewards credit. Earned credits will be transferred within 30 days of this statement.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit Amount |
|---|---|---|---|---|
| ████ | ███████████ | ███████████████ | | $25.64 |
| ████ | ███████████ | ███████████████ | | 27.18 |
| ████ | ███████████ | ███████████████ | | 9.90 |
| ████ | ███████████ | ███████████████ | | 59.66 |
| ████ | ███████████ | ███████████████ | | 28.23 |
| ████ | ███████████ | ███████████████ | | 49.46 |
| ████ | ███████████ | ███████████████ | | 100.00 |
| ████ | ███████████ | ███████████████ | | 23.70 |
| ████ | ███████████ | ███████████████ | | 5.00 |
| ████ | ███████████ | ███████████████ | | 137.11 |
| ████ | ███████████ | ███████████████ | | 10.28 |
| ████ | ███████████ | ███████████████ | | 31.76 |
| ████ | ███████████ | ███████████████ | 677.63 | |
| ████ | ███████████ | ███████████████ | | 96.81 |
| ████ | ███████████ | ███████████████ | | 18.80 |
| ████ | ███████████ | ███████████████ | | 10.68 |
| ████ | ███████████ | ███████████████ | | 15.40 |
| ████ | ███████████ | ███████████████ | | 26.10 |
| ████ | ███████████ | ███████████████ | | 16.46 |
| ████ | ███████████ | ███████████████ | | 16.65 |
| ████ | ███████████ | ███████████████ | | 15.66 |
| ████ | ███████████ | ███████████████ | | 27.45 |
| ████ | ███████████ | ███████████████ | | 21.21 |
| ████ | ███████████ | ███████████████ | | 31.66 |
| ████ | ███████████ | ███████████████ | | 153.72 |
| ████ | ███████████ | ███████████████ | | 307.35 |

**This Statement is a Facsimile - Not an original**

X 0000006 F1503336 C 4    000 N Z 01 os/06/01    Page 1 of 3    01368  MA MA 22341    1211006004000234401

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____

Home Phone: ____ ____ _____

Work Phone: ____ ____ _____

E-mail Address: _____



Statement Date: 04/03/06 - 05/01/06
Account Number: ●●●●●●566
Page 2 of 3
OVER

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 04/10 | | | | 31 96 |
| 04/11 | | | | 13 99 |
| 04/12 | | | | 26 01 |
| 04/12 | | | | 6 08 |
| 04/12 | | | | 76 49 |
| 04/15 | | | 337 86 | |
| 04/13 | | | | 60 57 |
| 04/15 | | | | 121 84 |
| 04/13 | | | | 7 68 |
| 04/15 | | | | 21 26 |
| 04/14 | | | | 12 09 |
| 04/16 | | | | 9 60 |
| 04/16 | | | | 16 80 |
| 04/17 | | | | 27 69 |
| 04/18 | | | | 61 42 |
| 04/17 | | | | 12 28 |
| 04/18 | | | | 12 68 |
| 04/18 | | | | 10 00 |
| 04/18 | | | | 7 78 |
| 04/18 | | | | 19 99 |
| 04/18 | | | | 30 26 |
| 04/19 | | | | 17 86 |
| 04/19 | | | | 14 87 |
| 04/19 | | | | 12 36 |
| 04/20 | | | | 49 62 |
| 04/22 | | | 485 61 | |
| 04/21 | | | | 10 33 |
| 04/23 | | | | 1 65 |
| 04/22 | | | | 28 84 |
| 04/22 | | | | 45 66 |
| 04/22 | | | | 26 80 |
| 04/22 | | | | 60 47 |
| 04/21 | | | | 7 18 |
| 04/23 | | | | 8 43 |
| 04/22 | | | | 76 65 |
| 04/23 | | | | 5 10 |
| 04/23 | | | | 17 13 |
| 04/23 | | | | 26 98 |
| 04/23 | | | | 20 00 |
| 04/23 | 2479262611568300004163I UNITED AIR 01640607008 50 PASAY CITY P IL | | | |
| | 042306 I Y    XAA    XAA | | | |
| 04/23 | 2479262611568300029040 2 UNITED AIR 0162140207853 PASAY CITY P IL | | | 419 19 |
| | 071806 1 S    OAK    CHI | | | |
| | 2 S    CHI    ROC | | | |
| | 3 SO    ROC    CHI | | | |
| | 4 SX    CHI    OAK | | | |
| 04/23 | 2479262611568300029041D UNITED AIR 0162140207854 PASAY CITY P IL | | | 419.19 |
| | 071806 1 S    OAK    CHI | | | |
| | 2 S    CHI    ROC | | | |
| | 3 SO    ROC    CHI | | | |
| | 4 SX    CHI    OAK | | | |
| | | | | 21 39 |
| | | | | 82 79 |
| | | | | 32 25 |
| | | | | 9 76 |
| | | | | 76 46 |
| | | | | 12 60 |
| | | | | 15 23 |
| | | | | 4 75 |
| | | | | 45 96 |



## FINANCE CHARGES

| Category | Daily Periodic Rate 29 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | | | | | | |
| Cash advances | | | | | | |
| Total finance charges | | | | | | |

Effective Annual Percentage Rate (APR):

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

P000033

**IMPORTANT NEWS (CONTINUED)**

PLEASE NOTE THAT YOUR PAYMENT DUE DATE MAY HAVE CHANGED AND
MAY VARY EACH MONTH. ALWAYS VERIFY THE PAYMENT DUE DATE IN
THE BOX ABOVE. TO REQUEST A DUE DATE CHANGE, CALL CUSTOMER
SERVICE. YOU CAN ALWAYS PAY BY ACCESSING OUR WEBSITE
DISPLAYED ON THIS STATEMENT OR BY CALLING 800-436-7958

**This Statement is a Facsimile - Not an original**

P000034

# EXHIBIT 3

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW

### WALNUT CREEK

**California Evidence Code Section 1152—Not to be Used in Litigation**
**Via Facsimile 877.406.1059**—United Airlines Customer Service

April 30, 2006

Dear United:

This is to inform you that I am canceling reservation number LSDN1O issued 23 April 2006 for two passengers due to your breach of contract. I expect all monies to be credited to me.

When I booked the flight, I made clear that I only wished to purchase Economy Plus tickets. I received numerous assurances during the call that I was booked in Economy Plus, not economy. I made clear that the extra room was the entire basis of the transaction.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". I then was treated to forty useless minutes of lecture on United policy, et cetera, when simply listening to the recording of the 23 April call would have been enough to settle the issue. That call is the only thing relevant here, because it makes clear United breached its contract with me, as your agent guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April stated the recording of the call is available. She said she could access it within 48 hours. I am formally requesting through this letter that you take all reasonable and available steps to preserve that recording of my April 23, 2006 booking now in your possession. Should I bring a civil action against United for breach of contract and fraud—an action I am contemplating—I intend to access that recording during discovery. If United allows that recording to be destroyed or lost, I will seek additional sanctions against it.

I have notified my credit card company to remove all the United charges from my account. You are on notice that if United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", I will bring a legal action in California against United for damages. United is in clear breach and is a bad actor. Any action will include a request for punitive damages as well.

United, in my experience, is the worst airline in the world. You have canceled flights on me before and refused to honor numerous agreements for vouchers and the like. The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. Your poor reputation on customer service matters is well-deserved.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

faxed
4.30.06

P000043

# EXHIBIT 4

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW

### WALNUT CREEK

<u>California Evidence Code Section 1152—Not to be Used in Litigation</u>
<u>Via Facsimile 888.643.9624</u>

May 1, 2006

Dear Chase:

This is to inform you that I am disputing and refusing to pay all charges to VISA card 4417163011909566 from United Airlines. I believe all these charges totaling $858.38 ($419.19, $419.19 and $20.00) were posted to the account on April 26, 2006.

The reason for this dispute/refusal to pay is United breached its contract with me regarding the class of ticket that was the basis of the entire transaction.

When I booked the flight by phone on April 23, I made clear that I only wished to purchase Economy Plus tickets. <u>I received numerous assurances during the call that I was booked in Economy Plus, not economy.</u> I was calling a number I had been given for Economy Plus tickets. I made clear that the extra room was the entire basis of the transaction for this cross-county, overnight flight.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". This is breach of contract and/or fraud, as United guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April 2006 stated the recording of the call is available. She said she could access it within 48 hours. She would not listen to it on the phone with me, nor would she assign me seats in the class I booked. I informed United in writing that it is in breach and that I have cancelled the contract.

Should United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", bear in mind that United is in clear breach and is a bad actor. The only evidence that is relevant in this situation is what the agent and I agreed to on 23 April. So far, my account, that United promised and guaranteed me the better class as the entire basis of the bargain, is undisputed. United cannot dispute what happened on the call by citation to its policies or by showing you a "copy" of the ticket. It must produce actual the phone call to refute my account. Whether the agent followed policy is not relevant to what she promised me. The recording will show clearly what the agent promised and guaranteed, and it will confirm my account of the transaction.

The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. United is in breach of contract and/or fraud with the sale. I dispute the fraudulent items listed above and will not pay them. Chase should not pay United for any of these transactions. If Chase decides to pay United, then I dispute the debt and will not pay and will cancel my Visa.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

P000064

# EXHIBIT 5

**✈UNITED**     May 25, 2006     A STAR ALLIANCE MEMBER ✦ ™

Ms. Colleen O'Brien
1655 North Main Street, Suite 220
Walnut Creek, CA 94596

Dear Ms. O'Brien:

Thank you for writing. I appreciate the opportunity to respond.

Customer Relations' primary responsibility is to assist customers with past date travel issues.
Since your concern is about a future date reservation, please contact your original booking agent,
or a United reservations specialist at:

- Domestic Reservations: 1-800-UNITED1 (1-800-864-8331)
- International Reservations: 1-800-JETAWAY (1-800-538-2929)
- Mileage Plus Award Reservations: 1-888-467-0507
- International Award Reservations: 1-888-674-4680

Reservation phone numbers outside of the U.S. or in Canada, may be found at www.united.com
by selecting "United Worldwide Contacts".

I hope this information helps when you plan your travels with United. We look forward to
serving you in the future.

Sincerely,

Elena Daniel
Customer Relations

I4D/ca
Ref #: 5022463A

P000055

World Headquarters  1200 East Algonquin Road  Elk Grove Township, Illinois 60007  Mailing Address: Box 66100, Chicago, Illinois 60666

# EXHIBIT 6

**Cardmember Service**
Post Office Box 15298
Wilmington, DE 19850-5298
1-800-436-7939



June 02, 2006

COLLEEN M OBRIEN



RE:  9566

Dear COLLEEN M OBRIEN:

Thank you for your recent inquiry regarding your credit card account.

We have investigated your dispute of a 858.38 charge from UNITED AIR 0162140207653 that originally appeared on your credit card account on April 26, 2006.

We have resolved this dispute and issued a credit to your account for the amount of the charges. You will see this on your next monthly statement.

If the merchant's bank sends us evidence that these charges are valid, we may rebill your account and notify you of our resolution.

If you have any questions, or if we can help in any other way, please call us. Serving you is very important to us, and we appreciate your business.

Sincerely,

Charles Travis
Financial Service Advisor
1-800-475-3360 ext. 67565

CUST8651.doc    30185954.RAV

P000059

EXHIBIT  7



Statement for account number ███████9566

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|

**CHASE** 〇

Amount Enclosed  $ [        ]    Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

███████6600001800000932340000007


COLLEEN M OBRIEN

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160281⑈ 22430119095660⑆



Statement Date: 05/02/06 - 08/01/06   **CUSTOMER SERVICE**
Payment Due Date: 06/26/06             In U.S.        1-800-792-0001
Minimum Payment Due:                   Español        1-888-446-3308
                                       TDD            1-800-955-8060
                                       Pay by phone 1-800-436-7958
                                       Outside U.S. call collect
                                       1-302-594-8200

**VISA ACCOUNT SUMMARY**     Account Number: ███████9568

Previous Balance                         Total Credit Line
Payment, Credits                         Available Credit
Purchase, Cash, Debits                   Cash Access Line
New Balance                              Available for Cash

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5296

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/creditcards

**SOUTHWEST AIRLINES RAPID REWARDS VISA SUMMARY**
Reward dollars earned from previous statement
Reward dollars earned from purchases
Total reward dollars
Total rewards transferred to flight credits
Remaining rewards balance
Flight credits transferred

For more information on Southwest Airlines
Rapid Rewards program, log on to
www.southwest.com or call 1-800-445-5764

Southwest will automatically issue a Roundtrip
Award for every 16 credits you earn in a
twenty-four month period.

Every time you make a purchase with your Southwest Airlines Rapid Rewards Visa
card, you will earn Reward Dollars. For every 1,200 Reward Dollars earned you
will receive one Rapid Rewards credit. Earned credits will be transferred within 30
days of this statement.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 04/30 | | | | 50.76 |
| 04/30 | | | | 34.08 |
| 05/01 | | | | 19.65 |
| 05/01 | | | | 6.15 |
| 05/01 | | | | 35.35 |
| 05/04 | | | 697.12 | |
| 05/05 | | | | 12.28 |
| 05/02 | | | | 143.85 |
| 05/02 | | | | 15.90 |
| 05/05 | | | | 16.25 |
| 05/04 | | | | 14.05 |
| 05/04 | | | | 7.25 |
| 05/06 | | | | 78.09 |
| 05/06 | | | | 59.68 |
| 05/06 | | | | 9.35 |
| 05/06 | | | | 23.65 |
| 05/07 | | | | 31.58 |
| 05/07 | | | | 17.36 |
| 05/07 | | | | 9.37 |
| 05/09 | | | | 13.66 |
| 05/08 | | | | 7.28 |
| 05/09 | | | | 31.08 |
| 05/09 | | | | 78.76 |
| 05/09 | | | | 21.06 |
| 05/10 | | | | 4.55 |
| 05/12 | | | 532.76 | |
| 05/10 | | | | 16.17 |
| 05/12 | | | | 6.85 |
| 05/11 | | | | 7.76 |
| 05/14 | | | | 34.63 |

**. This Statement is a Facsimile - Not an original**

X 000001  A6233333 C 4       000  N Z  01 ' 06 0601    Page 1 of 2    01898   MA M4  10491   10210000040001045101

P000035

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___

Zip. _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

P000036

Statement Date:   05/02/06 - 06/01/06
Account Number                9666
Page 2 of 2

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 05/15 | | | 143.99 | |
| 05/14 | | | | 33.83 |
| 05/15 | | | | 4.15 |
| 05/15 | | | | 96.39 |
| 05/17 | | | | 35.43 |
| 05/17 | | | | 12.00 |
| 05/22 | | | 208.43 | |
| 05/21 | | | | 32.02 |
| 05/20 | | | | 36.04 |
| 05/22 | | | | 13.45 |
| 05/22 | | | | 10.00 |
| 05/21 | | | | 29.91 |
| 05/22 | | | | 20.64 |
| 05/22 | | | | 16.25 |
| 05/22 | | | | 20.00 |
| 05/23 | | | | 22.00 |
| 05/22 | | | | 14.49 |
| 05/22 | | | | 7.16 |
| 05/22 | | | | 13.64 |
| 05/22 | | | | 7.91 |
| 05/24 | | | | 270.37 |
| 05/25 | | | | 1.55 |
| 05/24 | | | | 83.76 |
| 05/26 | | | | 60.56 |
| 05/26 | | | | 34.22 |
| 05/26 | | | | 57.10 |
| 05/27 | | | | 31.95 |
| 05/27 | | | | 1.55 |
| 05/27 | | | | 3.85 |
| 05/27 | | | | 13.60 |
| 05/28 | | | | 8.51 |
| 05/28 | | | | 7.11 |
| 04/23 | 24792628116683000029041D UNITED AIR  0162140207864PASAY CITY  PIL | | 419.19 | |
| 04/23 | 24792628116683000029040? UNITED AIR  0162140207863PASAY CITY  PIL | | 419.19 | |
| 05/29 | | | | 31.45 |
| 05/30 | 74265651513187000071335 Courtesy Adjustment           DE | | 20.00 | |
| 05/30 | | | | 10.78 |
| 05/30 | | | | 29.45 |
| 05/30 | | | | 14.99 |
| 05/28 | | | | 8.45 |
| 05/30 | | | | 35.22 |
| 05/30 | | | 18.05 | |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | | | | | | |
| Cash advances | V | | | | | |
| Total finance charges | | | | | | |

**Effective Annual Percentage Rate (APR):**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Did you know you can use your credit card to access cash
whenever and wherever you need it?  All you need is your
PIN (Personal Identification Number) and an ATM.
Just call 1-800-297-4970
to create your PIN today.

This Statement is a Facsimile - Not an original

P000037

EXHIBIT 8



MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search:    Go

 Hotmail    **Today** | **Mail** | **Calendar** | **Contacts**

obriencolleenm@hotmail.com

 Reply | ✍ Reply All | ✍ Forward | ✗ Delete | ☒ Junk | ☒ Put in Folder ▾ | ☒ Print View | ☒ Save Address

| | |
|---|---|
| From : | United Airlines <United-Airlines@tmr3.com> |
| Sent : | Sunday, April 23, 2006 11:24 AM |
| To : | OBRIENCOLLEENM@HOTMAIL.COM |
| Subject : | Your E-mail Confirmation from United |



Please do not respond to this e-mail!

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

E-Ticket Receipt & Travel Itinerary

Thank you for choosing United!

Your electronic airline ticket is stored in our computer system. As with all airline tickets, your E-Ticket is not transferable to others.

If you are traveling on an electronic ticket, please remember to bring a copy of your receipt with a valid photo ID.

Minimum check-in requirements for flights based on scheduled departure times:
-60 minutes for customers traveling without checked baggage within the U.S.
-90 minutes for customers traveling with checked baggage within the U.S.
-120 minutes for customers traveling on flights with International itineraries.

Reservations are subject to cancellation if you are not checked in and obtained your boarding pass at least 30 minutes prior to your scheduled departure for flights between U.S. cities, to/from Canada, Mexico or the Caribbean; and 45 minutes to/from International points.

Ticket validity is based on fare and point of origin. Refundable tickets are valid for one year from date of issue. Nonrefundable tickets are valid as issued. For travel originating in the U.S., any changes and/or exchanges to a nonrefundable ticket must occur prior to midnight of your current ticketed travel dates or ticket will lose all remaining value. Certain penalties and/or fees may also apply.

To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331). For up-to-date flight information within the US, call 1-800-824-6200.
Check on united.com.

P000025

MSN Hotmail - Message                                                    Page 2 of 3

---

| E-Ticket ReceiptE-Ticket Receipt |

| Reservation No: LSDN1O | Issued: 23 APR 06 |

Number in Party: 2

| Name: OBRIEN/COLLEEN M MS |
| Ticket No: 0162140207653 | Mileage Plus® No: 03166 306 719 |

| Name: BUTLER/NOAH J MR |
| Ticket No: 0162140207654 | Mileage Plus® No: NONE |

|  | Per Passenger |
| Base Fare: | 351.62 USD |
| Tax/Fee/Charge: | 26.37 US |
|  | 41.20 XT |
| Total: | 419.19 USD |

Fare Details: Fare Basis SA7UN
FC 18JUL OAK UA X/CHI UA ROC 175.81SA7UN UA X/CHI UA OAK 175.81SA7UN
USD351.62END ZPOAKORDROCORD XT 13.20ZP 10.00AY
18.00XFOAK4.5ORD4.5ROC4.5ORD4.5

NONREF-CHG100PLUSFAREDIF-
CXL BY FLT DATE OR NOVALUE

BAXXXXXXXXXXXX9566 EXP0109/ 795B

*877406*
*1089*

---

| Travel ItineraryTravel Itinerary |

OAKLAND to CHICAGO/OHARE                                      TUE 18 JUL

*both*

| Flight | Departs | Arrives | Class |
| ✈ UNITED | OAKLAND | CHICAGO/OHARE | UNITED |
| 644 | TUE 18 JUL | WED 19 JUL | ECONOMY® |
| 1200 | 11:00P 10:45 | 5:02P 4:48am | |
|  | Terminal 1 | Terminal 1 | |

10A
10C

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
| 1835 |  | 319 | 2PC | AUDIO |

CHICAGO/OHARE to ROCHESTER NY                                WED 19 JUL

| Flight | Departs | Arrives | Class |
| ✈ UNITED | CHICAGO/OHARE | ROCHESTER NY | UNITED |
| 7582 * | WED 19 JUL | WED 19 JUL | ECONOMY® |
| 6:05 | 6:15P | 9:34A 9:37 | |
|  | Terminal 1 | | |

8A
8C

* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA

PLEASE CHECK IN AT UNITED AIRLINES TERM 1

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
| 528 |  | E70 | 2PC | NONE |

ROCHESTER NY to CHICAGO/OHARE                                MON 24 JUL

| Flight | Departs | Arrives | Class |
|  | ROCHESTER NY | CHICAGO/OHARE | UNITED |

9A
9C

P000026

MSN Hotmail - Message                                                                Page 3 of 3

| UNITED 417 | MON 24 JUL 5:26 pm | MON 24 JUL 5:45P 6:17 pm Terminal 1 | ECONOMY® |  |
|---|---|---|---|---|
| MP Miles 528 | Meals Served | Equip 737 | Baggage Allowance 2PC | Inflight Services AUDIO |

CHICAGO/OHARE to OAKLAND                                          MON 24 JUL

| Flight UNITED 481 | Departs CHICAGO/OHARE MON 24 JUL 2:45P 2:45 pm Terminal 1 | Arrives OAKLAND MON 24 JUL 10:23P 11:10 pm Terminal 1 | Class UNITED ECONOMY® |  |
|---|---|---|---|---|
| MP Miles 1835 | Meals Served | Equip 757 | Baggage Allowance 2PC | Inflight Services AUDIO |

14A
19C

**Important United Information**

UNITED ECONOMY PLUS OFFERS UP TO
FIVE INCHES EXTRA LEGROOM. VOTED
**BEST PREMIUM ECONOMY CLASS IN
THE WORLD**
BY READERS OF BUSINESS TRAVELER.
· JUST ONE OF THE MANY WAYS WE
REWARD LOYALTY.

**Valuable Offers**

EASY CHECK-IN KIOSKS
LET YOU CHECK IN QUICKLY
OR
REGISTERED UNITED.COM CUSTOMERS
CAN CHECK IN ONLINE

FOR UNITED.COM CUSTOMERS ALSO
EARN 1000 BONUS MILES
EVERY TIME YOU BOOK QUALIFYING
TRAVEL ON UNITED.COM

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your request:
Click here for www link
You will receive one additional e-mail message confirming your removal.

# EXHIBIT 9


Windows Live™

🖶 Print                                                          ✕ Close window

---

## Your E-mail Confirmation from United

**From: United Airlines** (United-Airlines@tmr3.com)
Sent: Sat 6/03/06 11:25 AM
To: OBRIENCOLLEENM@HOTMAIL.COM

---




**Please do not respond to this e-mail**

If you have questions about your reservation, please contact United reservations at
1-800-UNITED-1 within the United States, or your local international reservations office
listed below.

## Travel Itinerary

Thank you for choosing United!

This document is for reference only.

If you are traveling on an electronic ticket, please remember to bring a copy of your receipt
with a valid **photo ID** and the **credit card used for purchase.**
As with all airline tickets, your electronic ticket is not transferable.

Please ensure you have all necessary country specific documentation.

To make changes to your reservation within the United States, call 1-800-UNITED-1
(1-800-864-8331).

---

**Passenger Information**

---

| | |
|---|---|
| **Reservation No:** LSDN1O | **Number in Party:** 2 |
| **Name:** OBRIEN/COLLEEN M MS | |
| **Name:** BUTLER/NOAH J MR | |

---

**Travel ItineraryTravel Itinerary**

---

OAKLAND to CHICAGO/OHARE                                    TUE 18 JUL

P000028

## E-Ticket ReceiptE-Ticket Receipt

|  |  |  |  |
|---|---|---|---|
| **Reservation No:** LSDN1O | ... | **Issued:** 23 APR 06 | |

**Number in Party:** 2

**Name:** OBRIEN/COLLEEN M MS

**Ticket No:** 0162140207653    ....    **Mileage Plus® No:** 03166 306 719

**Name:** BUTLER/NOAH J MR

**Ticket No:** 0162140207654    ....    **Mileage Plus® No:** NONE

|  | **Per Passenger** |
|---|---|
| **Base Fare:** | 351.62 USD |
| **Tax/Fee/Charge:** | 26.37 US . |
|  | 41.20 XT . |
| **Total:** | 419.19 USD |

**Fare Details:** Fare Basis SA7UN
FC 18JUL OAK UA X/CHI UA ROC 175.81SA7UN UA X/CHI UA OAK
175.81SA7UN USD351.62END ZPOAK0RDROCORD XT 13.20ZP
10.00AY 18.00XFOAK4.5ORD4.5ROC4.5ORD4.5

NONREF-CHG100PLUSFAREDIF-
CXL BY FLT DATE OR NOVALUE

BAXXXXXXXXXXXX9566 EXP0109/ 795B

## Travel ItineraryTravel Itinerary

### OAKLAND to CHICAGO/OHARE      TUE 18 JUL

| Flight | Departs | Arrives | Class |
|---|---|---|---|
| 644 | OAKLAND<br>TUE 18 JUL<br>11:00P<br>Terminal 1 | CHICAGO/OHARE<br>WED 19 JUL<br>5:01A<br>Terminal 1 | UNITED ECONOMY® |

| MP Miles | Meals Served | Equip | Baggage Allowance | Inflight Services |
|---|---|---|---|---|
| 1835 | | 319 | 2PC | AUDIO |

### CHICAGO/OHARE to ROCHESTER NY      WED 19 JUL

| Flight | Departs | Arrives | Class |
|---|---|---|---|
| 7582 * | CHICAGO/OHARE<br>WED 19 JUL<br>6:55A<br>Terminal 1 | ROCHESTER NY<br>WED 19 JUL<br>9:34A | UNITED ECONOMY® |

**\* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA**

**PLEASE CHECK IN AT UNITED AIRLINES TERM 1**

P000029

| MP Miles | Meals Served | Equip | Baggage | Inflight |
|----------|--------------|-------|---------|----------|
| 528 | | E70 | Allowance | Services |
| | | | 2PC | NONE |

## ROCHESTER NY to CHICAGO/OHARE                    MON 24 JUL

| Flight | Departs | Arrives | Class |
|--------|---------|---------|-------|
| ▓▓▓▓▓ | ROCHESTER NY | CHICAGO/OHARE | UNITED ECONOMY® |
| 1141 | MON 24 JUL | MON 24 JUL | |
| | 4:54P | 5:45P | |
| | | Terminal 1 | |

| MP Miles | Meals Served | Equip | Baggage | Inflight |
|----------|--------------|-------|---------|----------|
| 528 | | 737 | Allowance | Services |
| | | | 2PC | AUDIO |

## CHICAGO/OHARE to OAKLAND                    MON 24 JUL

| Flight | Departs | Arrives | Class |
|--------|---------|---------|-------|
| ▓▓▓▓▓ | CHICAGO/OHARE | OAKLAND | UNITED ECONOMY® |
| 481 | MON 24 JUL | MON 24 JUL | |
| | 7:45P | 10:22P | |
| | Terminal 1 | Terminal 1 | |

| MP Miles | Meals Served | Equip | Baggage | Inflight |
|----------|--------------|-------|---------|----------|
| 1835 | | 757 | Allowance | Services |
| | | | 2PC | AUDIO |

**Important United Information**

**Valuable Offers**

UNITED ECONOMY PLUS OFFERS
UP TO
FIVE INCHES EXTRA LEGROOM.
VOTED
**BEST PREMIUM ECONOMY CLASS
IN THE WORLD**
BY READERS OF BUSINESS
TRAVELER.
JUST ONE OF THE MANY WAYS WE
REWARD LOYALTY.

EASY CHECK-IN KIOSKS
LET YOU CHECK IN QUICKLY
OR
REGISTERED UNITED.COM
CUSTOMERS
CAN CHECK IN ONLINE

FOR UNITED.COM CUSTOMERS
ALSO
EARN 1000 BONUS MILES
EVERY TIME YOU BOOK QUALIFYING
TRAVEL ON UNITED.COM

...©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the
following Internet link and confirm your request:
Click here for www link
You will receive one additional e-mail message confirming your removal.

P000030

EXHIBIT  10

MSN Hotmail - Message

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat      Sign Out      Web Search: | Go



It's the future of MSN Hotmail

**Windows Live Mail** Beta

Faster, Safer, Simple and FR

  **Hotmail**      Today | Mail | Calendar | Contacts

obriencolleenm@hotmail.com

Reply | Reply All | Forward | ✗ Delete | Junk | Put in Folder ▾ | Print View | Save Address

| From : | United Airlines <United-Airlines@tmr3.com> |
|---|---|
| Sent : | Saturday, June 3, 2006 11:38 AM |
| To : | OBRIENCOLLEENM@HOTMAIL.COM |
| Subject : | Your E-mail Confirmation from United |

◁ | ♡ | ✗ | In

**@UNITED**                                      United Carrier Passenger Notice

Please do not respond to this e-mail!

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

Travel Itinerary

Thank you for choosing United!

    This document is for reference only.

    If you are traveling on an electronic ticket, please remember to bring a copy of your receipt with a valid photo ID and the credit card used for purchase.
As with all airline tickets, your electronic ticket is not transferable.

    Please ensure you have all necessary country specific documentation.

    To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331).

**Passenger Information**

| Reservation No: | LSDN1O | Number in Party: | 2 |
|---|---|---|---|
| Name: | OBRIEN/COLLEEN M MS | | |
| Name: | BUTLER/NOAH J MR | | |

Travel ItineraryTravel Itinerary

OAKLAND to CHICAGO/OHARE                                      TUE 18 JUL

P000021

| Flight | Departs | Arrives | Class | Seat |
|---|---|---|---|---|
| ✈ UNITED<br>1200 | OAKLAND<br>TUE 18 JUL<br>10:45P<br>Terminal 1 | CHICAGO/OHARE<br>WED 19 JUL<br>4:48A<br>Terminal 1 | UNITED<br>ECONOMY® | 10A,10C |

| MP Miles | Meals Served | Equip | Inflight Services |
|---|---|---|---|
| 1835 | | 319 | AUDIO |

CHICAGO/OHARE to ROCHESTER NY                                    WED 19 JUL

| Flight | Departs | Arrives | Class | Seat |
|---|---|---|---|---|
| ✈ UNITED<br>7582 * | CHICAGO/OHARE<br>WED 19 JUL<br>6:50A<br>Terminal 1 | ROCHESTER NY<br>WED 19 JUL<br>9:33A | UNITED<br>ECONOMY® | 8A, 8C |

\* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA

PLEASE CHECK IN AT UNITED AIRLINES TERM 1

| MP Miles | Meals Served | Equip | Inflight Services |
|---|---|---|---|
| 528 | | E70 | NONE |

ROCHESTER NY to CHICAGO/OHARE                                    MON 24 JUL

| Flight | Departs | Arrives | Class | Seat |
|---|---|---|---|---|
| ✈ UNITED<br>417 | ROCHESTER NY<br>MON 24 JUL<br>5:26P | CHICAGO/OHARE<br>MON 24 JUL<br>6:17P<br>Terminal 1 | UNITED<br>ECONOMY® | 9A, 9C |

| MP Miles | Meals Served | Equip | Inflight Services |
|---|---|---|---|
| 528 | | 737 | AUDIO |

CHICAGO/OHARE to OAKLAND                                    MON 24 JUL

| Flight | Departs | Arrives | Class | Seat |
|---|---|---|---|---|
| ✈ UNITED<br>481 | CHICAGO/OHARE<br>MON 24 JUL<br>8:45P<br>Terminal 1 | OAKLAND<br>MON 24 JUL<br>11:10P<br>Terminal 1 | UNITED<br>ECONOMY® | 14A,14C |

| MP Miles | Meals Served | Equip | Inflight Services |
|---|---|---|---|
| 1835 | | 757 | AUDIO |

Important United Information

UNITED ECONOMY PLUS OFFERS UP TO
FIVE INCHES EXTRA LEGROOM. VOTED
\*\*BEST PREMIUM ECONOMY CLASS IN
THE WORLD\*\*
BY READERS OF BUSINESS TRAVELER.
JUST ONE OF THE MANY WAYS WE
REWARD LOYALTY.

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your P000022

request:
Click here for www link
You will receive one additional e-mail message confirming your removal.

**Get the latest updates from MSN**

**MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat**

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

1-800- 589- 5582

1877 228 1237
S

P000023

# EXHIBIT 11

Statement Date:     06/02/06 - 07/02/06
Account Number:     ████████8556
Page 2 of 2

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 06/14 | | | | 38 30 |
| 06/15 | | | | 36 50 |
| 06/14 | | | | 22 52 |
| 06/16 | | | | 19 54 |
| 06/16 | | | 137 86 | |
| 06/17 | | | | 20 00 |
| 06/16 | | | | 11 94 |
| 06/17 | | | | 57 48 |
| 06/17 | | | | 9 00 |
| 06/18 | | | | 16 31 |
| 06/19 | | | | 33 30 |
| 06/19 | | | | 13 84 |
| 06/19 | | | | 33 43 |
| 06/21 | | | | 46 12 |
| 06/21 | | | | 9 24 |
| 06/20 | | | | 756 61 |
| 06/21 | | | | 60 00 |
| 06/21 | | | | 50 00 |
| 06/24 | | | | 26 88 |
| 06/25 | | | | 54 50 |
| 06/25 | | A | | 37 27 |
| 06/26 | | | | 7 00 |
| 06/26 | | | | 72 97 |
| 06/27 | | | | 8 50 |
| 06/28 | | | | 25 50 |
| 06/28 | | | | 27 80 |
| 06/28 | | | | 3 85 |



## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | | | | | | |
| Cash advances | | | | | | |
| Total finance charges | | | | | | |



Effective Annual Percentage Rate (APR):     0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Did you know you can use your credit card to access cash
whenever and wherever you need it? All you need is your
PIN (Personal Identification Number) and an ATM.
Just call 1-800-297-4970
to create your PIN today.

This Document is a Facsimile Reproduction

P000040



Statement for account number █████8566

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment | **CHASE** ◯ |
|---|---|---|---|---|
| | 07/27/06 | | | |

Amount Enclosed $ _____

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

█████9566000029000014802000000001

43540 BEX Z 14906 C
COLLEEN M OBRIEN ██████████

ldlllallllulllulllllllllllllullllllllullldllllllll

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

lllulllulllulllllllulllllllullllllullllllulllllllulll

⑆5000160281⑆ 2243011909566⑆"



| | Statement Date: | 06/02/06 - 07/02/06 | CUSTOMER SERVICE | |
|---|---|---|---|---|
| SOUTHWEST | Payment Due Date: | 07/27/06 | In U.S. | 1-800-792-0001 |
| | Minimum Payment Due: | | Español | 1-888-446-3308 |
| | | | TDD | 1-800-955-8060 |
| | | | Pay by phone | 1-800-436-7958 |
| | | | Outside U.S. call collect | |
| | | | | 1-302-594-8200 |

**VISA ACCOUNT SUMMARY**    Account Number ████████566

| | | |
|---|---|---|
| Previous Balance | Total Credit Line | ACCOUNT INQUIRIES |
| Payment, Credits | Available Credit | P.O. Box 15298 |
| Purchases, Cash, Debits | Cash Access Line | Wilmington, DE 19850-5298 |
| New Balance | Available for Cash | PAYMENT ADDRESS |
| | | P.O. Box 94014 |
| | | Palatine, IL 60094-4014 |
| | | VISIT US AT: |
| | | www.chase.com/creditcards |

**SOUTHWEST AIRLINES RAPID REWARDS VISA SUMMARY**

Reward dollars earned from previous statement
Reward dollars earned from purchases
Total reward dollars
Total rewards transferred to flight credits
Remaining rewards balance
Flight credits transferred

For more information on Southwest Airlines
Rapid Rewards program, log on to
www.southwest.com or call 1-800-445-5764

Southwest will automatically issue a Roundtrip
Award for every 16 credits you earn in a
twenty-four month period.

Every time you make a purchase with your Southwest Airlines Rapid Rewards Visa
card, you will earn Reward Dollars. For every 1,200 Reward Dollars earned you
will receive one Rapid Rewards credit. Earned credits will be transferred within 30
days of this statement.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 06/01 | | | | 519.68 |
| 06/01 | | | | 36.16 |
| 06/03 | | | | 23.80 |
| 06/02 | | | | 16.14 |
| 06/01 | | | | 8.60 |
| 05/30 | 74266851513287000071335 | REBILL: UNITED AIR 0164060700860 | | 20.00 |
| 06/03 | | | | 14.85 |
| 06/03 | | | | 8.15 |
| 06/03 | | | | 96.42 |
| 04/23 | 24792626115583000290402 | REBILL: UNITED AIR 0162140207653 | | 419.19 |
| 04/23 | 24792626115583000290410 | REBILL: UNITED AIR 0162140207654 | | 419.19 |
| 06/04 | | | | 10.43 |
| 06/04 | | | | 56.35 |
| 06/04 | | | | 33.42 |
| 06/04 | | | | 142.41 |
| 06/04 | | | | 31.58 |
| 06/05 | | | | 90.00 |
| 06/05 | | | | 8.57 |
| 06/05 | | | | 29.13 |
| 06/08 | | | | 270.38 |
| 06/09 | | | | 34.07 |
| 06/10 | | | 2 445.00 | |
| 06/09 | | | | 20.00 |
| 06/11 | | | | 1.55 |
| 06/13 | | | 326.00 | |
| 06/12 | | | | 30.39 |
| 06/12 | | | | 16.67 |
| 06/12 | | | | 34.88 |
| 06/13 | | | | 9.07 |
| 06/15 | | | | 8.65 |

**This Statement is a Facsimile - Not an original**

X 0000001  RB23336 C 4        000  N  Z  81  05/07/08     Page 1 of 2     01888  MA MA 43680   14310000040001404001 .

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________

State: ___

Zip: _____ ____

Home Phone: ___ ___ ____

Work Phone: ___ ___ ____

E-mail Address: ______________________________

**Information About Your Account**

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement.

**Notice About Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15048, Wilmington, DE 19850-5048. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.) If this statement shows a previous cycle average daily balance for purchases, we do the same thing for each day of the previous cycle to get the daily balance of purchases for the previous billing cycle. However, the daily balance for previous billing cycle purchases is considered to be zero for each day of the previous billing cycle if a periodic finance charge was already billed on purchases disclosed on your previous statement or we received payment of your New Balance on your previous statement in full by the date and time your payment was due.

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):**

We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

Also, for some Qualifying Promotional Financing balances, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. This is referred to as "deferred interest." If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date. Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15290 Wilmington, DE 19850-5290 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (including purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA051208

# EXHIBIT  12

# UNITED

Fly **Ted**

**Hello colleen**
You are logged in.
Log out

Help

# View itinerary

If you have questions regarding airport check-in times, security procedures or baggage restrictions see our Traveler frequently asked questions.

Access held reservation

*[handwritten: 7:30am  1:30pm  10:45pm]*

*[handwritten: ASHLEY]*

**This reservation has been ticketed.**

*[handwritten: 0162140207653  0162140207654]*

*[handwritten: 1200]*

*[handwritten: 888-551-6881  NO]*

| Airline/status | Dates | Class/seats |
|---|---|---|
| Oakland California (OAK) to Chicago O'Hare (ORD) | | Tue, Jul 18 |
| United Airlines 1200 ✈ Flight: Confirmed | Jul 18 10:45 PM depart OAK Jul 19 04:48 AM arrival ORD *[11:40 5:38]* | Cabin: United Economy Seat: 10A, 10C Fare Basis Code: SA7UN Booking class: S Fare Rules |
| Chicago O'Hare (ORD) to Rochester New York (ROC) | | Wed, Jul 19 |
| United Airlines 7582 Operated by UNITED EXPRESS/SHUTTLE AMERICA ✈ Flight: Confirmed | Jul 19 06:50 AM depart ORD Jul 19 09:33 AM arrival ROC | Cabin: United Economy Seat: 08A, 08C Fare Basis Code: SA7UN Booking class: S Fare Rules |
| Rochester New York (ROC) to Chicago O'Hare (ORD) | | Mon, Jul 24 |
| United Airlines 0417 ✈ Flight: Confirmed | Jul 24 05:26 PM depart ROC Jul 24 06:17 PM arrival ORD | Cabin: United Economy Seat: 09A, 09C Fare Basis Code: SA7UN Booking class: S Fare Rules |
| Chicago O'Hare (ORD) to Oakland California (OAK) | | Mon, Jul 24 |
| United Airlines 0481 ✈ Flight: Confirmed | Jul 24 08:45 PM depart ORD Jul 24 11:10 PM arrival OAK | Cabin: United Economy Seat: 14A, 14C Fare Basis Code: SA7UN Booking class: S Fare Rules |
| Confirm #: LSDN1O | | |

*[handwritten: 877-228-1327]*

Print itinerary    Itinerary shown above reflects latest updates

View e-receipt    View and print for your records

*[handwritten: 800-864-8331]*

*[handwritten: OPEN ET SHOWING PRINTED]*

*[handwritten: 1-800-241-6522]*

P000013

EXHIBIT  13

Exhibit not used.

EXHIBIT  14

The same ticket on
United is now
$ 1438.40 X 2

# EXHIBIT 15

**MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat**     Sign Out     Web Search:



 **Hotmail**      Today | Mail | Calendar | Contacts

obriencolleenm@hotmail.com

🔄 Reply | 🔄 Reply All | 🔄 Forward | ✖ Delete | 📁 Junk | 📂 Put in Folder ▾ | | 🖨 Print View | 📇 Save Address

| | |
|---|---|
| From : | JetBlue Reservations <mail@jetblueconnect.com> |
| Reply-To : | mail@jetblueconnect.com |
| Sent : | Wednesday, July 19, 2006 4:51 PM |
| To : | |
| Subject : | Your JetBlue E-tinerary |



AIRWAYS

╭─ Kiosk Check-in ─╮
│ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ │
╰──────────────────╯

**You're all set!**

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Manage your flights online. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

We look forward to welcoming you aboard.

**Flight Summary**

| COLLEEN O'BRIEN | | |
|---|---|---|
| | Confirmation Number: | **APZNEC** |
| | | **(manage flights)** |
| | Date Booked: | **19 Jul 06** |
| | Modified: | **19 Jul 06** |
| | Booked By: | **26673** |

| Name | TrueBlue Number | Seats |
|---|---|---|
| Welcome Aboard: COLLEEN O'BRIEN | | View |




Expedia.c

Save an avera
of $220 when
create your o
vacation pack

Expedia.com

P000019

NOAH BUTLER                                      View

| Date | Flt | Depart | Arrive | Stops |
|------|-----|--------|--------|-------|
| 19 Jul 06 | 110 | Oakland, CA 9:35pm | New York, JFK 06:00am +1 | 0 |
| 20 Jul 06 | 20 | New York, JFK 09:30am | Rochester, NY 10:55am | 0 |
| 24 Jul 06 | 49 | Rochester, NY 2:15pm | New York, JFK 3:25pm | 0 |
| 24 Jul 06 | 107 | New York, JFK 6:10pm | Oakland, CA 9:50pm | 0 |

| Total for 2 customers | | |
|---|---|---|
| | Fare: | 1317.22 |
| | Tax: | 125.18 |
| | Security Fee: | 20.00 |
| | Passenger Facility Charge: | 36.00 |
| | **Total:** | **$1498.40** |
| | Visa: | $1498.40 |
| | **Balance Due:** | **$0.00** |

## Great Hotel Deals *

**Hotel offers in Rochester**



- Americas Best Value Inn Diplomat Hotel
  ☆☆ rooms $307 per night
- Wellesley Inn-Brighton
  ☆☆ rooms $76 per night
- Super 8 Henrietta
  ☆☆☆ rooms $72 per night

*Hotel availability is limited and may not be available at the rates quoted above.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. Changes and cancellations can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person plus applicable fare adjustment. Save $5 by changing or canceling your flight online at jetblue.com. Any remaining balance will be placed in a JetBlue air-only credit and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV service is not available on flights between New York City and Puerto Rico. All JetBlue flights arriving from or departing to San Juan, Puerto Rico will operate from Terminal 4 at New York's JFK International Airport. Flights to and from Newark, NJ are not affected. JetBlue provides beverage and snack service only. Other restrictions apply.

DOMESTIC TRAVEL NOTE:
* All JetBlue flights arriving from or departing to San Juan, Puerto Rico will operate from Terminal 4 at New York's JFK International Airport. Flights to and from Newark, NJ are not affected.
* Government-issued photo ID is required of all customers 18 years of age or older.
* Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
* Each customer is allowed two checked bags up to 70 pounds each free of charge. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher value is declared and an extra charge is paid. For international transportation governed by the Warsaw Convention and the Hague Protocol and their amendments, JetBlue's liability for baggage is limited to $9.07 per pound for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared

EXHIBIT 16

O'BRIEN & KELLEHER

ATTORNEYS AT LAW

WALNUT GREEK

**California Evidence Code Section 1152—Not to be Used in Litigation**
**Via Facsimile 877.406.1059**—United Airlines Customer Service

July 19, 2006

To United Airlines and its Attorneys:

This is to inform you that I intend to file suit against your company in California for breach of contract, fraud, infliction of emotional distress and any other applicable statutory violations stemming from reservation LSDN1O and your repeated failure to honor it on July 18 and July 19th. The demand will be for $10,000.00. The suit will be filed on or about August 1, 2006, unless United's attorneys contact me in the interim and a compromise is reached.

I have notified my credit card company to remove all the United charges from my account. You are on additional notice that if United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", I will include a claim for additional damages. United is in clear breach and is a bad actor. Any action will include a request for punitive damages as well.

United, in my experience, is the worst airline in the world. You have canceled flights on me before and refused to honor numerous agreements for vouchers and the like. The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. Your poor reputation on customer service matters is well-deserved.

Very truly yours,

**O'Brien & Kelleher, LLP**
Colleen O'Brien

EXHIBIT  17

```
  1 UA1200S 18JUL OAKORD HK2  1045P  448A\        TU/WE
ORD/0553CT/IN    550A 1.02L MECH
  2 UA7582S 19JUL ORDROC HK2   650A  933A          WE
         OPERATED BY UNITED EXPRESS/SHUTTLE AMERICA
ORD/0652CT/OFF   651A .09E        OPB
ROC/0810CT/IN   .909A .24E OT     OPB
  3 UA 417S 24JUL ROCORD HK2   526P  617P          MO
  4 UA 481S 24JUL ORDOAK HK2   845P 1110P          MO
*** UNITED FIELDS EXIST *** >*UF
*** SEAT DATA EXISTS *** >?D
*** ELECTRONIC TICKET ***
*** MILEAGE PLUS *** >*MP
FONE-OAKR/510-5350862
     2 OAKC/510-4276438
     3 NOTS/510-4276438
     4 NOTI/510-4276438
ADRS-COLLEEN M OBRIEN@2748 GRANDE VISTA AV 5@OAKLAND CA Z/94601@
USA
FOP:-4417163011909566/D0109
TKTG-T/MMH 23APR1824Z 05 GS*** ELECTRONIC TICKET *** >*TE
*** LINEAR FARE DATA EXISTS *** >*LF
ATFQ-REPR/$B
 FQ-USD 703.24/USD 52.74US/USD 82.40XT/USD 838.38 - 23APR SA7UN.
SA7UN.SA7UN.SA7UN/SA7UN.SA7UN.SA7UN.SA7UN
EMAIL1:- OBRIENCOLLEENM@HOTMAIL.COM/AVAILABLE FOR USE
EMAIL2:- OBRIENCOLLEENM@HOTMAIL.COM/AVAILABLE FOR USE
GFAX-OSIUA SERVICE FEE WAIVED DUE TO SCHEDULE CHANGE.
RMKS-A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM
     2 A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM
     3 A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM
     4 A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM
     5 ECU7043-ETKT NOT EXACT MATCH
     6 ECU TIMESTAMP 19JUL06 05:27ZULU
TOAKCSUA OAKCS 20JUL/0231 864712 U121217
;07200231 104295 0736




 QK OAKCSUA
.OAKRMUA 200232 AFCS U121217
  TKT: 016 2140 207653    NAME: OBRIEN/COLLEEN M MS
  CC: BA4417163011909566  MP: 03166306719
 - USE   CR FLT  CL DATE   BRDOFF TIME  ST F/B        FARE    CPN
   PRTD  UA 1200 S  18JUL OAKORD 1045P OK SA7UN         CXN 1R
   PRTD  UA 7582 S  19JUL ORDROC  655A OK SA7UN       175.81 2
   PRTD  UA  417 S  24JUL ROCORD  526P OK SA7UN         CXN 3R
   PRTD  UA  481 S  24JUL ORDOAK  745P OK SA7UN       175.81 4

FARE USD  351.62    EQUIV FARE              TOTAL USD  419.19
TAX   26.37US    TAX     41.20XT     TAX
EB/1.  NONREF-CHG100PLUSFAREDIF-
    2.  CXL BY FLT DATE OR NOVALUE

NVB           1/18JUL    2/19JUL    3/24JUL    4/24JUL
NVA           1/18JUL    2/19JUL    3/24JUL    4/24JUL

 FP BA4417163011909566 EXPO109/  795B FC 18JUL OAK UA X/CHI UA
 ROC 175.81SA7UN UA X/CHI UA OAK 175.81SA7UN USD351.62END ZPOAKO
 RDROCORD XT 13.20ZP 10.00AY 18.00XFOAK4.5ORD4.5ROC4.5ORD4.5
 ISSUED MMHRR  UA/23APR06
```

P000011

```
QK OAKCSUA
.OAKRMUA 200232 AFCS U121217
  TKT: 016 2140 207654    NAME: BUTLER/NOAH J MR
  CC: BA4417163011909566  PH: 510 535 0862
  USE  CR FLT CL DATE  BRDOFF TIME ST F/B        FARE    CPN
  PRTD UA 1200 S  18JUL OAKORD 1045P OK SA7UN             CXN 1R
  PRTD UA 7582 S  19JUL ORDROC  655A OK SA7UN     175.81 2
  PRTD UA  417 S  24JUL ROCORD  526P OK SA7UN             CXN 3R
  PRTD UA  481 S  24JUL ORDOAK  745P OK SA7UN     175.81 4

FARE USD  351.62    EQUIV FARE                  TOTAL USD  419.19
TAX     26.37US    TAX     41.20XT    TAX
EB/1.   NONREF-CHG100PLUSFAREDIF-
   2.   CXL BY FLT DATE OR NOVALUE

NVB              1/18JUL     2/19JUL     3/24JUL    4/24JUL
NVA              1/18JUL     2/19JUL     3/24JUL    4/24JUL

FP BA4417163011909566 EXPO109/  795B FC 18JUL OAK UA X/CHI UA
ROC 175.81SA7UN UA X/CHI UA OAK 175.81SA7UN USD351.62END ZPOAKO
RDROCORD XT 13.20ZP 10.00AY 18.00XFOAK4.5ORD4.5ROC4.5ORD4.5
ISSUED MMIIRR  UA/23APR06


>*TE/EX .... EB ... REF .... CURR/SVC ... ....... ADD TKTS .
>*TE/INVOL .... ADD TKTS .

TOAKCSUA OAKCS 20JUL/0232 864712 U121217
;07200232 104295 0738



QK OAKCSUA
.OAKRMUA 200232 AFCS U121217
 1 UA1200S 18JUL OAKORD HK2  1045P  448A\      TU/WE
 2 UA7582S 19JUL ORDROC HK2   650A  933A       WE
        OPERATED BY UNITED EXPRESS/SHUTTLE AMERICA
 3 UA 417S 24JUL ROCORD HK2   526P  617P       MO
 4 UA 481S 24JUL ORDOAK HK2   845P 1110P       MO
TOAKCSUA OAKCS 20JUL/0232 864712 U121217
;07200232 104295 0739
```

AFKARI
CUST ARRIVED @
OAK 18 JUL @ 100PM

# EXHIBIT 18





UNITED AIRLINES-WHQPW
WWW.UNITED.COM PH 877 228-1327
P.O. BOX 66100
CHICAGO IL 60666
USA

STAPLE
HERE

INSERT

Do not expose to excessive heat or direct sunlight.

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP.-DALLAS, TX.    REV. 1-03  FORM P082   Part H-08

P000051

EXHIBIT  19

JETBLUE AIRWAYS          Customer Copy   APZNEC
                                         SEQ: 74
Name:O'BRIEN/COLLEEN     TrueBlue Member:

                                         SEAT: 1E
19JUL06 FLT:110   GATE:9        /09:05pm

Depart: Oakland                    09:35pm
Arrive: New York City -            06:00am

                        Bag Tags:

P000007

JETBLUE AIRWAYS        Customer Copy  APZNEC
                                      SEQ: 31

Name:O'BRIEN/COLLEEN    TrueBlue Member:
                                      SEAT:14B

19JUL06 FLT:20    GATE:        /09:00am

Depart: New York City - J          09:30am
Arrive: Rochester, New Y           10:55am

                   Bag Tags:

---

JETBLUE AIRWAYS        Customer Copy  APZNEC
                                      SEQ: 30

Name:BUTLER/NOAH        TrueBlue Member:
                                      SEAT:14C

19JUL06 FLT:20    GATE:        /09:00am

Depart: New York City - J          09:30am
Arrive: Rochester, New Y           10:55am

                   Bag Tags:
                   0279238360
                   0279238361



P000009

**JETBLUE AIRWAYS**    Customer Copy    APZNEC
SEQ: 73

Name: BUTLER/NOAH    TrueBlue Member:

SEAT: 1D

19JUL06 FLT:110   GATE:9    /09:05pm

Depart: Oakland    09:35pm
Arrive: New York City -    06:00am

Bag Tags:
0279238360
0279238361

# EXHIBIT 20

1  Colleen O'Brien (Bar No. 215514)
2  Daniel C. Kelleher (Bar No. 185058)
   O'Brien & Kelleher, LLP
3  1655 N. Main St, Suite 220
4  Walnut Creek, CA 94596-4642
   Telephone: (925) 280-1250
5
6  Attorneys for Noah James Butler and Colleen O'Brien
7
               SUPERIOR COURT OF THE STATE OF CALIFORNIA
8                    FOR THE COUNTY OF ALAMEDA
9
10 NOAH JAMES BUTLER and COLLEEN          NOTICE OF VIOLATION OF CONSUMERS
   O'BRIEN, a married couple,             LEGAL REMEDIES ACT AND DEMAND
11                                        FOR REMEDY
12              Plaintiffs,
                                          California Civil Code § 1782
13        v.
14 UNITED AIR LINES, INC., a California
   corporation, and DOES 1-100,
15
16              Defendants.
17
18 TO UNITED AIR LINES, INC.:
19        You are hereby notified that on or about July 18 and July 19, 2006, in carrying out the
20 terms of a transaction you entered into with the above-named Plaintiffs, namely a transaction for
21 the sale of airline tickets (Confirmed United Reservation Number LSDN1O, which you have
22 repeatedly and willfully refused to honor), you violated the provisions of the California
23 Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship, approval or
24 certification of goods or services, (2) representing that goods or services have sponsorship,
25 approval, characteristics, ingredients, uses, benefits or quantities which they do not have, (3)
26 representing that goods or services are of a particular standard quality or grade, if they are of
27 another, (4) advertising of goods or services with the intent not to sell them as advertised, (5)
28 representing that a transaction confers or involves rights, remedies or obligations which it does
29 not have or involve, or which are prohibited by law, (6) representing that the subject of a
30 transaction has been supplied in accordance with a previous representation when it has not, (7)
   misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

P000004

1  of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and

2  (18) of Section 1770(a) of the Civil Code.

3       Plaintiffs intend to file suit for general, compensatory, statutory, punitive and other

4  applicable damages in Superior Court 30 days after receipt of this notice unless restitution is

5  made to Plaintiffs by UNITED AIR LINES, INC. within 30 days of receipt of this notice in the

6  amount of $10,000.00 (Ten Thousand Dollars). Causes of action will include violations of the

7  California Consumers Legal Remedies Act, Civil Code § 1750, *et seq.*. the Song-Beverly

8  Consumer Warranty Act, Civil Code § 1790, *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308,

9  *et seq.*, Negligent or Intentional Misrepresentation of Fact and False Advertising, Civil Code §§

10  1709, 1710, 3294 and 3333, Unlawful Business Practices and Advertising, §§ 17200 and 17500,

11  *et seq.*, as well as statutory and common law allegations of fraud, infliction of emotional distress,

12  breach of contract, negligence and requests for equitable remedies. This list is not intended to be

13  exhaustive and Plaintiffs will include allegations as appropriate and this letter will serve as notice

14  of those allegations as required by law. Plaintiffs will seek their costs as well as their attorney's

15  fess for prosecution of the action. As appropriate, Plaintiffs will seek leave of court to certify

16  action as a class action pursuant to CC § 1781.

17       Demand is hereby made that you correct the violation within 30 days after receipt of this

18  notice. **Plaintiffs have been forced to cover their losses by travel on another airline at a**

19  **higher rate and will not accept travel on UNITED AIR LINES, INC. or a refund of the**

20  **purchase price as a correction as these are inadequate to compensate Plaintiffs for the**

21  **losses incurred due to UNITED AIR LINES, INC.'s breach/fraud/statutory violations.**

23  Dated: July 26, 2006

    Respectfully submitted,
    O'Brien & Kelleher, LLP

By: _____
    Colleen O'Brien

P000005

EXHIBIT 21

# ▟ UNITED

A STAR ALLIANCE MEMBER ✛ ™

August 03, 2006

Ms. Colleen O'Brien
Attorney At Law
O'Brien & Kelleher, LLP
1656 North Main Street, Suite 220
Walnut Creek, CA 94596

Dear Ms. O'Brien:

Thank you for contacting us at United Airlines Customer Relations. I appreciate the opportunity to respond.

You place a great deal of importance on comfortable and spacious seating we know. We do make every effort to honor our customers' requests, so I am sorry that you didn't get the seat you desired in Economy Plus.

Ms. O'Brien, please also know that flight schedules are subject to change without notice as mentioned in United's Conditions of Contract with our customers. For this reason, we do not assume responsibility or compensate customers for inconveniences resulting from schedule changes.

We appreciate this opportunity to be of assistance and look forward to serving you again.

Sincerely,

*Elena Daniel*

Elena Daniel
Customer Relations

I4D/ca
Ref #: 5022463B

P000008

# EXHIBIT 22

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW
### WALNUT CREEK • VACAVILLE

**Via First Class Mail**

August 9, 2006

Elena Daniel, Customer Relations
1200 East Algonquin Road
Elk Grove Township, IL  60007

Dear Ms. Daniel,

Thank you for the form letter you sent to me regarding my customer service complaint. Enclosure A. Unfortunately, your letter reveals your complete ignorance of my case as articulated in my letter of July 18, and as would be revealed if you had done any investigation whatsoever into my issue.

You speak of seat reservations and flight schedules changing. You have no clue what transpired on July 18 and 19. You apparently have no idea that **MY SPOUSE AND I DID NOT FLY AT ALL ON UNITED DESPITE PAYING FOR AND HAVING A TICKET. The "inconvenience" you cavalierly refer to was us showing up at the airport with a paid reservation and itinerary, not being allowed to fly, still not being able to fly the next day after over eight hours of phone calls, and being forced to fly on another airline.** Your callousness to the actual problem of me not flying and you stealing money from me is appalling. I cannot believe you did not even read my letter before responding in such an irresponsible manner. Your suggestion that you have been of any "assistance" to me would be laughable if it were not so insulting.

This is no longer a customer service issue; it is a fraud and breach of contract civil prosecution. Please show this letter to your legal counsel and take all necessary steps to preserve your files—both written and recorded—regarding reservation LSDN1O. I will be requesting them during discovery.

Enclosed please find a copy of the statutory notice I served on your agent for service of process in California. Enclosure B.

Very Truly Yours,
**O'Brien & Kelleher, LLP**

Colleen O'Brien

P000016

WALNUT CREEK • 1655 N. MAIN ST STE 220, WALNUT CREEK, CA 94596 • (925) 280-1250
VACAVILLE • 78 CERNON ST STE C, VACAVILLE, CA 95687 • (707) 470-0304
FAX: (775) 249-9120
WWW.EASTBAYATTORNEYS.COM

# EXHIBIT 23

Exhibit not used.

# EXHIBIT 24

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW
## WALNUT CREEK • VACAVILLE

MAR 0 2 2007

.WHQP'·

**Via First Class Mail**

February 22, 2007

Elena Daniel, Customer Relations
1200 East Algonquin Road
Elk Grove Township, IL  60007

Dear Ms. Daniel,

In November of last year, you sent me a letter stating your attorney would be in touch with me shortly to discuss alternatives to litigation stemming from my allegations of breach of contract/fraud against United.

I have not heard from anyone in your company since you sent that letter.  I plan to file a civil suit in Alameda County Superior Court next week.  I will seek $25,000.00 in damages.  I will ask for exemplary damages.

Should you wish to resolve this matter without litigation, you should have your attorney or someone with settlement authority contact me by phone immediately.

Very Truly Yours,
O'Brien & Kelleher, LLP

Colleen O'Brien

# EXHIBIT 25

**𝕎 U N I T E D**                                    A STAR ALLIANCE MEMBER ✧ ™

April 05, 2007

Ms. Colleen O'Brien
Attorney At Law
O'Brien & Kelleher, LLP
1656 North Main Street, Suite 220
Walnut Creek, CA  94596

Dear Ms. O'Brien:

I am truly sorry no one has gotten back to you from our Legal staff, however, because this
concerns legal issues it would be best the response come from them.  I have forwarded your most
recent letter along with copies of your previous correspondence to our Legal staff and have asked
them to respond to you as soon as possible.  Meanwhile your continued patience and
understanding are greatly appreciated.

Sincerely,

*Anne K McFadden*

Anne McFadden
Customer Relations

AKM/ca
Ref #: 5022463D

EXHIBIT 26

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Colleen O'Brien (Bar No. 215514)<br>O'Brien & Kelleher LLP<br>1655 N. Main Street, Suite 220, Walnut Creek, CA 94596<br><br>TELEPHONE NO: 925.280.1250    FAX NO. *(Optional)*:<br><br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: NOAH JAMES BUTLER and COLLEEN O'BRIEN | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Civil Division

PLAINTIFF: Noah James Butler and Colleen O'Brien, a married couple,

DEFENDANT: United Air Lines, Inc., a California Corporation, and,

☑ DOES 1 TO ___100___

**FOR COURT USE ONLY:**

ENDORSED
FILED
ALAMEDA COUNTY

JUL 1 8 2007

CLERK OF THE SUPERIOR COURT
BY YASMIN SINGH, Deputy

**CONTRACT**
☑ COMPLAINT    ☐ AMENDED COMPLAINT *(Number)*:
☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT *(Number)*:

**Jurisdiction** *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
            ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:

RG07336336

1. Plaintiff* *(name or names)*:
   Noah James Butler and Colleen O'Brien

   alleges causes of action against defendant* *(name or names)*: United Air Lines, Inc., and Does 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 16.
3. a. Each plaintiff named above is a competent adult
     ☐ except plaintiff *(name)*:
       (1) ☐ a corporation qualified to do business in California
       (2) ☐ an unincorporated entity *(describe)*:
       (3) ☐ other *(specify)*:

   b. ☐ Plaintiff *(name)*:
     a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

     b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
     c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
     ☑ except defendant *(name)*: United Air Lines, Inc.     ☐ except defendant *(name)*:
       (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
       (2) ☑ a corporation                      (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe)*:    (3) ☐ an unincorporated entity *(describe)*:

       (4) ☐ a public entity *(describe)*:            (4) ☐ a public entity *(describe)*:

       (5) ☐ other *(specify)*:                (5) ☐ other *(specify)*:

Form Approved for Optional Use         **COMPLAINT—Contract**         Code of Civil Procedure, § 425.12
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

www.accesslaw.com

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

4.  *(Continued)*
    b. The true names of defendants sued as Does are unknown to plaintiff.
       (1) ☑ Doe defendants *(specify Doe numbers):* 1-50 _____ were the agents or employees of the named
           defendants and acted within the scope of that agency or employment.
       (2) ☑ Doe defendants *(specify Doe numbers):* 51-100 _____ are persons whose capacities are unknown to
           plaintiff.
    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.  ☐ Plaintiff is required to comply with a claims statute, and
    a. ☐ has complied with applicable claims statutes, *or*
    b. ☐ is excused from complying because *(specify):*

6.  ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.
7.  This court is the proper court because
    a. ☑ a defendant entered into the contract here.
    b. ☐ a defendant lived here when the contract was entered into.
    c. ☐ a defendant lives here now.
    d. ☑ the contract was to be performed here.
    e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. ☐ real property that is the subject of this action is located here.
    g. ☐ other *(specify):*

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☑ Breach of Contract

    ☑ Common Counts

    ☑ Other *(specify):* Fraud, Violation of Consumer Legal Remedies Act; Violations of the Song-Beverly Consumer
       Warranty Act; Violations of the Magnuson-Moss Act; Negligent and/or Intentional Misrepresentation of Fact and
       False Advertising; Unlawful Business Practices and Advertising
9.  ☑ Other allegations: Please see attachment

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: $ in an amount according to proof
    b. ☑ interest on the damages
       (1) ☑ according to proof
       (2) ☐ at the rate of *(specify):*          percent per year from *(date):*
    c. ☑ attorney's fees
       (1) ☐ of: $
       (2) ☑ according to proof.
    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 18, 2007

_____
Colleen O'Brien
(TYPE OR PRINT NAME)

►  _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

___FIRST___     **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name):* Noah James Butler and Colleen O'Brien

alleges that on or about *(date):* April 23, 2006

a  ☑ written  ☐ oral  ☐ other *(specify):*
agreement was made between *(name parties to agreement):*
All Plaintiffs and all Defendants

☑ A copy of the agreement is attached as Exhibit A, or
☐ The essential terms of the agreement  ☐ are stated in Attachment BC-1  ☐ are as follows *(specify):*

Defendants sold Plaintiffs airline tickets.

BC-2.  On or about *(dates):* July 19, 2006
defendant breached the agreement by  ☐ the acts specified in Attachment BC-2  ☑ the following acts
*(specify):*

Plaintiffs had valid flight reservations Defendants refused to honor.

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4  ☑ as follows *(specify):*

general damages; special damages; emotional distress

BC-5. ☑  Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☑ according to proof.

BC-6. ☐  Other:

Page ___3___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]
**CAUSE OF ACTION—Breach of Contract**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

_____SECOND_____  **CAUSE OF ACTION—Fraud**
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name):* Noah James Butler and Colleen O'Brien

alleges that defendant *(name):* United Air Lines, Inc., and Does 1-100

on or about *(date):* July 19, 2006          · defrauded plaintiff as follows:

FR-2. ☑ **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact   ☐ as stated in Attachment FR-2.a   ☑ as follows:

Defendants fraudulently refused to honor Plaintiffs' contract. Defendants repeatedly stated Plaintiffs did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the like. Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of Plaintiffs' tickets.

b. These representations were in fact false. The truth was   ☐ as stated in Attachment FR-2.b   ☑ as follows:

Plaintiffs had valid reservations Defendants refused to honor..

c. When defendant made the representations,
☑ defendant knew they were false, or
☑ defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☑ **Concealment**
a. Defendant concealed or suppressed material facts   ☐ as stated in Attachment FR-3.a   ☐ as follows:

Plaintiffs are informed and believe and thereon allege that Defendants knew Plaintiffs had valid and still refused to honor the contract.

b. Defendant concealed or suppressed material facts
☑ defendant was bound to disclose.
☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page    4

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

SECOND
(number)

**CAUSE OF ACTION—Fraud**

FR-4. ☑ **Promise Without Intent to Perform**
    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

Defendants fraudulently refused to honor Plaintiffs' contract. Defendants repeatedly stated Plaintiffs did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the like. Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of Plaintiffs' tickets.

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5 ☑ as follows:

Plaintiffs were induced to procure tickets from another airline at a higher rate.

FR-6. Because of plaintiffs reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR- 6 ☑ as follows:

general damages; special damages; emotional distress

FIR - 7. Other:

Plaintiffs seek punitive and exemplary damages

PLD-C-001(3) [Rev. January 1, 2007]    **CAUSE OF ACTION—Fraud**    

Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250

Attorneys for Noah James Butler and Colleen O'Brien

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF ALAMEDA

NOAH JAMES BUTLER and COLLEEN
O'BRIEN, a married couple,

Plaintiffs,

v.

UNITED AIR LINES, INC., a California
corporation, and DOES 1-100,

Defendants.

ATTACHMENT TO COMPLAINT
(ADDITIONAL CAUSES OF ACTION)

California Civil Code §§ 1780, *et seq.*

### THIRD CAUSE OF ACTION
### VIOLATION OF CONSUMERS LEGAL REMEDIES ACT
### [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]

1. Plaintiffs reallege and reincorporate the allegations made in the Complaint and attachments.

2. Defendant UNITED AIR LINES, INC., is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of California, doing business in Alameda County (the county in which the transaction and the subject matter of the above-captioned action, or a substantial portion thereof, occurred) and engaged, and engaging, in business as an airline serving the general public.

3. On or about July 19, 2006, at Oakland Airport, Alameda County, California, Defendants, in carrying out the terms of a transaction entered into with Plaintiffs, namely a transaction for the sale of airline tickets (Confirmed United Reservation Number LSDN1O), violated the provisions of the California Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship, approval or certification of goods or services, (2) representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities which they do not

1   have, (3) representing that goods or services are of a particular standard quality or grade, if they

2   are of another, (4) advertising of goods or services with the intent not to sell them as advertised,

3   (5) representing that a transaction confers or involves rights, remedies or obligations which it

4   does not have or involve, or which are prohibited by law, (6) representing that the subject of a

5   transaction has been supplied in accordance with a previous representation when it has not, (7)

6   misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

7   of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and

8   (18) of Section 1770(a) of the Civil Code.

9   4. The goods and services as described above were bought by Plaintiffs primarily for personal,

10  family, or household purposes.

11  5. Plaintiffs are informed and believe, and thereon allege, that the above-mentioned violations

12  and misrepresentations were intended by Defendant to result in the denial of the goods and

13  services to Plaintiffs.

14  6. On or about July 26, 2006, and at various times thereafter, Plaintiffs sent to Defendant a

15  written Notice of Violation of Consumers Legal Remedies Act and Demand for Remedy,

16  attached to this complaint as Exhibit B and incorporated by reference, by certified mail, return

17  receipt requested, to Defendant's principal place of business and its agent for service of process

18  in California.  This notice and demand notified Defendant of its above-mentioned violations of

19  the Civil Code that resulted in the fraudulent sale of the airline tickets to Plaintiffs and demanded

20  that Defendant remedy the violations.

21  7. Within 30 days of the receipt of the notice and demand, attached as Exhibit B, Defendant

22  failed to correct, repair, replace, or otherwise rectify, and failed to agree to correct, repair,

23  replace, or otherwise rectify within a reasonable time, the above-mentioned violations

24  of Subdivision(s) (2), (5), (7), (9), (14), (16) and (18) of Section 1770(a) of the Civil Code.

25  8. By reason of the above-mentioned violations of the Civil Code, have suffered damage.

26  9. Plaintiffs are informed and believe and thereon allege that Defendant engages in similar

27  transactions with a class of persons similarly situated with Plaintiffs.  Plaintiffs will seek leave of

28  court to amend this Complaint to certify a class of Plaintiffs, as appropriate.

29  10. Plaintiffs are informed and believe and thereon allege that Defendant continues to engage in

30  the above-described deceptive practices and unless enjoined from doing so by this Court will

1  continue to do so, all to the damage of its consumer who will purchase its airline tickets.

2  11. The aforementioned violations of the Civil Code by defendant were willful, oppressive,

3  fraudulent, and malicious.  Plaintiffs are therefore entitled to punitive damages.

4

5                            FOURTH CAUSE OF ACTION
6      VIOLATION OF CONSUMER WARRANTY AND ADVERTISING STATUTES
          [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
7

8  12.  The contract, attached to this complaint as Exhibit A and incorporated by reference, was and

9  is subject to the requirements of the Song-Beverly Consumer Warranty Act, Civil Code § 1790,

10  *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308, *et seq.*, Negligent or Intentional

11  Misrepresentation of Fact and False Advertising, Civil Code §§ 1709, 1710, 3294 and 3333,

12  Unlawful Business Practices and Advertising, §§ 17200 and 17500, *et seq.*

13  13.  Through their actions described above, Defendants violated the provisions of these acts.

14

15                            FIFTH CAUSE OF ACTION
16     NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
          [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
17

18  14.  As a further natural and consequential result of Defendant's breach of the contract described

19  herein, Plaintiff suffered injuries to person and property, in that they caused grave trauma to the

20  body of Plaintiff, who was pregnant at the time of the breach/fraud.

21

22  WHEREFORE, Plaintiffs pray judgment as follows:

23

24  1. For actual damages in a sum according to proof;

25  2. For punitive damages;

26  3. For a permanent injunction enjoining the defendant, and its agents and employees from

27  refusing to honor valid reservations;

28  4. That defendant be required to make restitution to each Plaintiff of any and all money paid to

29  another airline;

30  5. For reasonable attorney's fees;

    6. For costs of suit herein incurred; and

7. For such other and further relief as the court may deem proper.

DATED: July 18, 2007

_____
Colleen O'Brien

## VERIFICATION

I, Colleen O'Brien, am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 18, 2007

_____
Colleen O'Brien

4

ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

MSN Hotmail - Message

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat          SIGN OUT          Web Search:          Go



It's the future
of MSN Hotmail

**Windows Live Mail** Beta

Faster, Safer,
Simple and FR

  **Hotmail**          Today | Mail | Calendar | Contacts

obriencolleenm@hotmail.com

🔊 Reply | 🔊 Reply All | 🔊 Forward | ✗ Delete | ⬛ Junk | 🔊 Put in Folder ▾ | 🔊 Print View | 🔊 Save Address

| | | |
|---|---|---|
| From : | United Airlines <United-Airlines@tmr3.com> | ◁ \| ◈ \| ✗ \| 🔊 In |
| Sent : | Saturday, June 3, 2006 11:38 AM | |
| To : | OBRIENCOLLEENM@HOTMAIL.COM | |
| Subject : | Your E-mail Confirmation from United | |

**✈ UNITED**                                        United Carrier Passenger Notice

Please do not respond to this e-mail!

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

Travel Itinerary

Thank you for choosing United!

This document is for reference only.

If you are traveling on an electronic ticket, please remember to bring a copy of your receipt with a valid photo ID and the credit card used for purchase.
As with all airline tickets, your electronic ticket is not transferable.

Please ensure you have all necessary country specific documentation.

To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331).

---

Passenger Information

| | | |
|---|---|---|
| Reservation No: LSDN1O | | Number in Party: 2 |
| Name: OBRIEN/COLLEEN M MS | | |
| Name: BUTLER/NOAH J MR | | |

---

Travel ItineraryTravel Itinerary

OAKLAND to CHICAGO/OHARE                                        TUE 18 JUL

| Flight #UNITED 1200 | Departs OAKLAND TUE 18 JUL 10:45P Terminal 1 | Arrives CHICAGO/OHARE WED 19 JUL 4:48A Terminal 1 | Class UNITED ECONOMY® | Seat 10A,10C |

| MP Miles 1835 | Meals Served | Equip 319 | Inflight Services AUDIO | |

CHICAGO/OHARE to ROCHESTER NY                                WED 19 JUL

| Flight #UNITED 7582 * | Departs CHICAGO/OHARE WED 19 JUL 6:50A Terminal 1 | Arrives ROCHESTER NY WED 19 JUL 9:33A | Class UNITED ECONOMY® | Seat 8A, 8C |

\* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA

   PLEASE CHECK IN AT UNITED AIRLINES TERM 1

| MP Miles 528 | Meals Served | Equip E70 | Inflight Services NONE | |

ROCHESTER NY to CHICAGO/OHARE                                MON 24 JUL

| Flight #UNITED 417 | Departs ROCHESTER NY MON 24 JUL 5:26P | Arrives CHICAGO/OHARE MON 24 JUL 6:17P Terminal 1 | Class UNITED ECONOMY® | Seat 9A, 9C |

| MP Miles 528 | Meals Served | Equip 737 | Inflight Services AUDIO | |

CHICAGO/OHARE to OAKLAND                                     MON 24 JUL

| Flight #UNITED 481 | Departs CHICAGO/OHARE MON 24 JUL 8:45P Terminal 1 | Arrives OAKLAND MON 24 JUL 11:10P Terminal 1 | Class UNITED ECONOMY® | Seat 14A,14C |

| MP Miles 1835 | Meals Served | Equip 757 | Inflight Services AUDIO | |

Important United Information

   UNITED ECONOMY PLUS OFFERS UP TO
   FIVE INCHES EXTRA LEGROOM. VOTED
   \*\*BEST PREMIUM ECONOMY CLASS IN
                THE WORLD\*\*
   BY READERS OF BUSINESS TRAVELER.
   JUST ONE OF THE MANY WAYS WE
          REWARD LOYALTY.

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your

# EXHIBIT B

1  | Colleen O'Brien (Bar No. 215514)
2  | Daniel C. Kelleher (Bar No. 185058)
   | O'Brien & Kelleher, LLP
3  | 1655 N. Main St, Suite 220
4  | Walnut Creek, CA 94596-4642
   | Telephone: (925) 280-1250
5  |
6  | Attorneys for Noah James Butler and Colleen O'Brien
7  |
   | SUPERIOR COURT OF THE STATE OF CALIFORNIA
8  | FOR THE COUNTY OF ALAMEDA
9  |
10 | NOAH JAMES BUTLER and COLLEEN     NOTICE OF VIOLATION OF CONSUMERS.
   | O'BRIEN, a married couple,        LEGAL REMEDIES ACT AND DEMAND
11 |                                   FOR REMEDY
12 |         Plaintiffs,
   |                                   California Civil Code § 1782
13 |     v.
14 | UNITED AIR LINES, INC., a California
   | corporation, and DOES 1-100,
15 |
16 |
   |         Defendants.
17 |
18 | TO UNITED AIR LINES, INC.:
19 |     You are hereby notified that on or about July 18 and July 19, 2006, in carrying out the
20 | terms of a transaction you entered into with the above-named Plaintiffs, namely a transaction for
21 | the sale of airline tickets (Confirmed United Reservation Number LSDN1O, which you have
22 | repeatedly and willfully refused to honor), you violated the provisions of the California
23 | Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship, approval or
24 | certification of goods or services, (2) representing that goods or services have sponsorship,
25 | approval, characteristics, ingredients, uses, benefits or quantities which they do not have, (3)
26 | representing that goods or services are of a particular standard quality or grade, if they are of
27 | another, (4) advertising of goods or services with the intent not to sell them as advertised, (5)
28 | representing that a transaction confers or involves rights, remedies or obligations which it does
29 | not have or involve, or which are prohibited by law, (6) representing that the subject of a
30 | transaction has been supplied in accordance with a previous representation when it has not, (7)
   | misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

1  of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and

2  (18) of Section 1770(a) of the Civil Code.

3      Plaintiffs intend to file suit for general, compensatory, statutory, punitive and other

4  applicable damages in Superior Court 30 days after receipt of this notice unless restitution is

5  made to Plaintiffs by UNITED AIR LINES, INC. within 30 days of receipt of this notice in the

6  amount of $10,000.00 (Ten Thousand Dollars). Causes of action will include violations of the

7  California Consumers Legal Remedies Act, Civil Code § 1750, *et seq.*, the Song-Beverly

8  Consumer Warranty Act, Civil Code § 1790, *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308,

9  *et seq.*, Negligent or Intentional Misrepresentation of Fact and False Advertising, Civil Code §§

10  1709, 1710, 3294 and 3333, Unlawful Business Practices and Advertising, §§ 17200 and 17500,

11  *et seq.*, as well as statutory and common law allegations of fraud, infliction of emotional distress,

12  breach of contract, negligence and requests for equitable remedies. This list is not intended to be

13  exhaustive and Plaintiffs will include allegations as appropriate and this letter will serve as notice

14  of those allegations as required by law. Plaintiffs will seek their costs as well as their attorney's

15  fess for prosecution of the action. As appropriate, Plaintiffs will seek leave of court to certify

16  action as a class action pursuant to CC § 1781.

17      Demand is hereby made that you correct the violation within 30 days after receipt of this

18  notice. Plaintiffs have been forced to cover their losses by travel on another airline at a

19  higher rate and will not accept travel on UNITED AIR LINES, INC. or a refund of the

20  purchase price as a correction as these are inadequate to compensate Plaintiffs for the

21  losses incurred due to UNITED AIR LINES, INC.'s breach/fraud/statutory violations.

22

23  Dated: July 26, 2006                        Respectfully submitted,
                                                 O'Brien & Kelleher, LLP
24

25

26                                              By: _____
27                                                  Colleen O'Brien
28

29

30

---

2

1   Colleen O'Brien (Bar No. 215514)
2   O'Brien & Kelleher, LLP
    1655 N. Main St, Suite 220
3   Walnut Creek, CA 94596-4642
4   Telephone: (925) 280-1250

ENDORSED
FILED
ALAMEDA COUNTY

JUL 1 8 2007

CLERK OF THE SUPERIOR COURT
BY YASMIN SINGH, Deputy

5   Attorneys for Noah James Butler and Colleen O'Brien

6

7           SUPERIOR COURT OF THE STATE OF CALIFORNIA
8               FOR THE COUNTY OF ALAMEDA    RG07336336

9   NOAH JAMES BUTLER and COLLEEN    DECLARATION OF COLLEEN O'BRIEN IN
10  O'BRIEN, a married couple,        SUPPORT OF COMPLAINT FOR
                                      VIOLATION OF CONSUMERS LEGAL
11          Plaintiffs,               REMEDIES ACT

12      v.                            California Civil Code §§ 1780, et seq.
13  UNITED AIR LINES, INC., a California
14  corporation, and DOES 1-100,

15
16          Defendants.

17  I, COLLEEN O'BRIEN declare:

18

19  1. I am a Plaintiff in this action.

20  2. I declare that the Complaint therein is being filed concurrently with the filing of this

21  Declaration in a proper place for the trial thereof, which is a county in which the Defendant is

22  doing business, and which is the county in which the transaction and the subject matter of the

23  above-captioned action, or a substantial portion thereof, occurred.

24

25  I declare under penalty of perjury under the laws of the State of California that the foregoing is

26  true and correct.

27

28  DATED: July 18, 2007        _____
29                                    Colleen O'Brien
30

                                  1
    DECLARATION OF COLLEEN O'BRIEN IN SUPPORT OF COMPLAINT FOR VIOLATION OF
                        CONSUMERS LEGAL REMEDIES ACT

# EXHIBIT 27

TO THE OFFICE MANAGER AND/OR THE PERSON WHO RECEIVES
AND DISTRIBUTES FAXES AT THIS NUMBER:

I have faxed two separate copies of this letter to Mr. Kelleher and Ms.
O'Brien.  Kindly deliver a separate copy to each.

If you cannot or will not do so, please contact me so that I might arrange
personal service.

If individual copies of my letter have been personally delivered to each
recipient, kindly confirm in the easiest way for you:

brcohen@att.net

Law Offices of Bonnie R. Cohen
3096 Washington Street
San Francisco, CA  94115

RECEIVED
AUG 2 0 2007
BY: --------------------

LAW OFFICES OF
# BONNIE R. COHEN
3006 WASHINGTON STREET
SAN FRANCISCO, CALIFORNIA 94115
TEL (415) 931-0928
FAX (415) 931-0927
BRCOHEN@ATT.NET

**Sent Via Facsimile**
**775-249-9120 and 925-935-1789**

David Kelleher
Colleen O'Brien
O'Brien and Kelleher
1655 North Main Street # 220
Walnut Creek, CA  94946-4642

Mark Terbeek
Mehlman & Terbeek
350 North Wiget Lane # 150
Walnut Creek, CA  94598

Re:  Butler & O'Brien vs. United Air Lines, Inc.

Dear Mr. Kelleher, Ms. O'Brien and Mr. Terbeek:

This letter is written to you each of you, jointly and severally, under Rule 11 of the
*Federal Rules of Civil Procedure*, Rule 11-4 of the Local Rules for the Northern District
of California, and Rule 5-210 of the California Rules of Professional Conduct, and §§
1285-7 of the *California Code of Civil Procedure*.

Here is a partial list of the pertinent facts:

- Ms. O'Brien is a key witness in this case.  Mr. Keller and Ms. O'Brien purport to
  be counsel for Noah Butler, but there is no indication that you received his written
  consent and acknowledgement of conflict **before** the complaint was filed.  Also,
  as the Court correctly noted, Ms. O'Brien is representing herself *pro se* and any
  claims for attorney fees are frivolous;

- The complaint lacks candor and is substantially misleading in that it does not
  mention that Ms. O'Brien **cancelled** the subject reservation **in writing** and
  received a **full** refund through her credit card **before** attempting to board the very
  flight she had cancelled;

August 28, 2007
Page 2

- Before filing the complaint, Mr. O'Brien failed to research or chose to ignore the well established law that state statutory consumer laws and remedies are preempted, expressly and impliedly, under the Airline Deregulation Act and other Federal statutes, and by the United States Supreme Court rulings in *Morales* and *Wolens*;

- The email attached to the complaint states on its face that it is not a contract, and no reasonable attorney would allege that it is, especially given Ms. O'Brien's written cancellation of the flight[1] and the subsequent lack of consideration to create a binding contract;

- No reasonable person or attorney would conclude that United's refusal to honor a non-refundable, cancelled ticket for which the purchase price had been fully refunded were so extreme as to exceed all bounds that are usually tolerated in a civilized community. A more reasonable interpretation of these undisputed facts suggests claims against an attorney for improperly attempting to gain a seat on a flight for which the reservations had already been cancelled and refunded, under a theory of attempted theft of services;

- No reasonable person who show up at a gate expecting a seat for a flight where the reservations had been cancelled in writing and in which the passenger received a full and total refund of the ticket price.

I will ask my client to consider a waiver of fees and costs in exchange for your dismissal, with prejudice, of these actions. In plain terms, demanding a seat on a flight where the reservations had already been cancelled by the passenger in writing, and where the passenger received a full refund for the ticket price is remarkable. As my mother would have said "What Chutzpah!"

I am giving you an opportunity to dismiss you complaint with prejudice under the "safe harbor" provisions of Rule 11.

In any event, I **strongly** urge each of the three of you to put your carrier on notice regarding these frivolous claims and the malicious prosecution and continued prosecution of an action that has no place in our congested courts.


Very truly yours,

Bonnie R. Cohen

---

[1] The label on top of Ms. O'Brien's written cancellation is meaningless and ineffectual. Nothing in the letter is a settlement demand, nor could it be since it was written weeks before the subject flight. If Ms. O'Brien contemplated litigation before the date of the subject flight and after she received a full refund of the price of the ticket, that will give rise to other Rule 11 and other claims.