# EXHIBIT 28



# Contract of Carriage Reference Guide

*Note:  Click on any chapter below to go directly there, enable the Navigation pane, or use the "search" feature in Acrobat.*

1.  Tariff Application ................................................................. 02

2.  Definitions ......................................................................... 04

3.  Refusal to Transport Passengers .......................................... 07

4.  Electronic Surveillance of Passengers and Baggage ............. 09

5.  Children as Passengers ........................................................ 09

6.  Inflight Entertainment ......................................................... 11

7.  Ticketing ............................................................................. 12

8.  Reservations ........................................................................ 15

9.  Fares ................................................................................... 16

10. Baggage Acceptance ............................................................ 19

11. Failure to Operate on Schedule or Failure to Carry ............. 26

12. Denied Boarding Compensation .......................................... 29

13. Rerouting ............................................................................ 32

14. Refunds ............................................................................... 33

15. Fees .................................................................................... 37

16. United Express ................................................................... 42

United Airlines, Inc.                                        Updated: 2/9/2006

AREA: US TARIFF: DGR     CXR: UA  RULE: 0001

**APPLICATION OF TARIFF**

A)   RULES IN THIS TARIFF CONSTITUTE THE CONDITIONS UPON WHICH UA
TRANSPORTS OR AGREES TO TRANSPORT, AND ARE EXPRESSLY AGREED TO BY THE
PASSENGER TO THE SAME EXTENT AS IF SUCH RULES WERE INCLUDED AS
CONDITIONS IN THE CONTRACT OF CARRIAGE.

B)   INTERNATIONAL TRANSPORTATION SHALL BE SUBJECT TO THE RULES RELATING
TO LIABILITY ESTABLISHED BY, AND TO ALL OTHER PROVISIONS OF, THE
CONVENTION FOR THE UNIFICATION OF CERTAIN RULES RELATING TO
INTERNATIONAL TRANSPORTATION BY AIR, SIGNED AT WARSAW, OCTOBER 12,
1929, OR SUCH CONVENTION AS AMENDED, WHICHEVER MAY BE APPLICABLE TO THE
TRANSPORTATION HEREUNDER.  ANY PROVISIONS OF THESE RULES WHICH IS
INCONSISTENT WITH ANY PROVISION OF THE SAID CONVENTION SHALL, TO THAT
EXTENT, BUT ONLY TO THAT EXTENT, BE INAPPLICABLE TO INTERNATIONAL
TRANSPORTATION.

C)   CHANGES IN RULES, FARES, AND CHARGES  EXCEPT AS OTHERWISE PROVIDED
WITHIN SPECIFIC FARE RULES, TRANSPORTATION IS SUBJECT TO THE RULES,
FARES, AND CHARGES IN EFFECT ON THE DATE ON WHICH THE TICKET IS ISSUED.
"WRITE YOUR OWN" TYPE TICKETS WHICH ARE BILLED TO THE PASSENGER ONLY
AFTER USE ARE CONSIDERED TO BE ISSUED ON THE DATE OF USE.   PURCHASE OF
A PREPAID TICKET ADVICE (PTA) CONSTITUTES PURCHASE AND ISSUANCE OF A
TICKET FOR THE PURPOSE OF THIS RULE PROVIDED THE PTA IS PURCHASED IN
ACCORDANCE WITH THE RESERVATION AND PURCHASE REQUIREMENTS WHICH APPLY
TO THE FARE. ALL PROVISIONS WITHIN THIS RULE APPLICABLE TO TICKETS
APPLY TO PTAS.  THE PROVISIONS OF THIS RULE APPLY ONLY TO THE PASSENGER
TO WHOM THE TICKET WAS ORIGINALLY ISSUED.

   1) IF, AFTER A TICKET HAS BEEN ISSUED AND BEFORE ANY PORTION THEREOF
HAS BEEN USED, EITHER A DECREASE IN THE FARES OR CHARGES APPLICABLE TO
THE TRANSPORTATION SHOWN ON THE TICKET BECOMES EFFECTIVE, OR A NEW FARE
(UNLESS THAT NEW FARE-SUCH AS A CERTAIN LIMITED SALE TIME PROMOTIONAL
FARE-IS  SPECIFICALLY EXEMPTED FROM THIS PROVISION) FOR WHICH THE
PASSENGER CAN QUALIFY IS ADDED BETWEEN THE POINTS SHOWN ON THE TICKET,
THE FULL AMOUNT OF THE DIFFERENCE IN FARES WILL BE REFUNDED AND ANY
APPLICABLE SERVICE CHARGES WAIVED (EXCEPT AS SPECIFIED IN THIS RULE),
PROVIDED:

   A) THERE IS NO CHANGE IN ORIGIN, DESTINATION, STOPOVER
POINT(S)/FLIGHT(S)/DATES(S) SHOWN ON THE ORIGINAL TICKET;

   B) WHERE THE DECREASED FARES OR CHARGES OR THE NEW FARES BEARS A
FIRST DATE ON WHICH TICKETS MAY BE ISSUED, THE ORIGINATING FLIGHT IS
NOT EARLIER THAN THE FIRST DATE WHICH WOULD BE ALLOWED AFTER MEETING
ADVANCE RESERVATION AND TICKETING REQUIREMENTS APPLICABLE TO THE
DECREASED FARES OR CHARGES OR TO THE NEW FARE;

   C) SUBSEQUENT TO THE DECREASE IN FARES CR CHARGES OR THE ADDITION
OF A NEW FARE, ALL CONDITIONS OF THE DECREASED FARES OR CHARGES OR THE
NEW FARE ARE MET, INCLUDING BOOKING CODE AND ADVANCE RESERVATIONS AND
TICKETING REQUIREMENTS.

United Airlines, Inc.                              Updated: 2/9/2006

D) CHARGE WILL BE USD 100.00 FOR ALL -N TYPE NONREFUNDABLE FARE
TICKETS/UNTICKETED PTAS PRESENTED FOR REFUND.

EXCEPTION 1:  THE PASSENGER WILL BE GIVEN THE OPTION OF RECEIVING A
REFUND (AFTER SUBTRACTING THE USD 100.00 SERVICE CHARGE) OR RECEIVING
THE DIFFERENCE IN FARES IN THE FORM OF A NONREFUNDABLE MISCELLANEOUS
CHARGE ORDER (MCO)OR UA TRAVEL VOUCHER.  THE USD 100.00 SERVICE CHARGE
WILL BE WAIVED IF THE REFUND IS ISSUED IN THE FORM OF A NONREFUNDABLE
MCO/UA TRAVEL VOUCHER.  THE MCO/TRAVEL VOUCHER IS TRANSFERABLE TO
ANOTHER PERSON, VALID FOR ONE YEAR FROM DATE OF ISSUE AND MAY BE USED
AS PAYMENT FOR AIR TRAVEL ON UA OR UA EXPRESS ONLY.  PARTIALLY USED
MCOS/TRAVEL VOUCHERS WILL HAVE RESIDUAL VALUE.  THE ENDORSEMENT BOX OF
ANY TICKET ISSUED IN EXCHANGE FOR THE MCO/TRAVEL VOUCHER REFERRED TO
ABOVE MUST CONTAIN A NON-REF AMOUNT (INCLUDING TAXES AND SURCHARGES)
EQUAL TO THE GREATER OF THE SERVICE CHARGE APPLICABLE TO THE FARE ON
THE TICKET OR OF THE VALUE OF THE MCO/UA TRAVEL VOUCHER THAT WAS
APPLIED TO THE TICKET.
EXCEPTION 2:  THE USD 100.00 SERVICE CHARGE DOES NOT APPLY TO REFUNDS
UNDER THIS RULE IF THE TICKET HAS AN ORIGIN/STOPOVER/DESTINATION IN
CANADA.

   2) WHERE THE TICKET HAS BEEN ISSUED BEFORE THE EFFECTIVE DATE OF A
TARIFF CONTAINING AN INCREASE IN THE APPLICABLE FARE, THE INCREASE WILL
NOT BE COLLECTED, PROVIDED:

   A) THE ORIGINATING FLIGHT COUPON OF THE TICKET WAS ISSUED FOR A
SPECIFIC FLIGHT AT THE FARE CONTAINED IN A TARIFF IN EFFECT ON THE DATE
OF THE TICKET ISSUANCE (DETERMINED BY THE VALIDATION STAMPED OR
IMPRINTED ON THE TICKET.);

   B) THAT SUBSEQUENT TO THE EFFECTIVE DATE OF ANY INCREASE IN THE
APPLICABLE FARE:

     I) THE ORIGINATING FLIGHT IS NOT VOLUNTARILY CHANGED, AND
     II) FLIGHTS OTHER THAN THE ORIGINATING FLIGHT ARE NOT VOLUNTARILY
CHANGED TO REFLECT A REVISED ROUTING VIA WHICH THE ORIGINAL FARE
CHARGED WOULD NOT HAVE BEEN APPLICABLE. EXCEPTION:  FOR FARES (ALSO
CALLED "SHUTTLE FARES") GOVERNED BY DFR RULES
2001UA/2021UA/4857UA/3103UA AND FOR -SH TYPE/-SX TYPE FARES GOVERNED BY
DFR RULE 4630UA, ANY VOLUNTARY CHANGE TO OTHER THAN THE ORIGINATING
FLIGHT WILL REQUIRE THE COLLECTION OF ANY INCREASED FARE FOR THE
CHANGED SEGMENT(S) THAT BECAME EFFECTIVE ON OR BEFORE THE PROCESSING
DATE OF THE VOLUNTARY FLIGHT CHANGE.  OTHER FARES COMBINED ON THE SAME
TICKET WITH
"SHUTTLE FARES" WILL NOT BE SUBJECT TO THIS ADDITIONAL COLLECTION
PROVIDED THEY MEET THE OTHER CONDITIONS SPECIFIED IN PARAGRAPH C)2) OF
THIS RULE. NOTE:  THESE PROVISIONS APPLY WHETHER OR NOT AN INCREASE
RESULTS FROM A CHANGE IN FARE LEVEL, A CHANGE IN CONDITIONS GOVERNING
THE FARE, OR A CANCELLATION OF THE FARE ITSELF.

   D)UA WILL BE RESPONSIBLE FOR THE FURNISHING OF TRANSPORTATION ONLY
OVER ITS OWN LINES.  WHEN UA UNDERTAKES TO ISSUE A TICKET, CHECK
BAGGAGE, OR MAKE ANY OTHER ARRANGEMENTS FOR TRANSPORTATION OVER THE
LINES OF ANY OTHER CARRIER (WHETHER OR NOT SUCH TRANSPORTATION IS PART
OF A THROUGH SERVICE), UA WILL ACT ONLY AS AGENT FOR SUCH OTHER
CARRIER, AND WILL ASSUME NO RESPONSIBILITY FOR THE ACTS OR OMISSIONS OF
SUCH OTHER CARRIER.

E)FARES APPLY FOR TRAVEL ONLY BETWEEN THE POINTS FOR WHICH THEY ARE PUBLISHED. TICKETS MAY NOT BE ISSUED AT FARE(S) PUBLISHED TO AND/OR FROM A MORE DISTANT POINT(S) THAN THE POINTS BEING TRAVELED, EVEN WHEN ISSUANCE OF SUCH TICKETS WOULD PRODUCE A LOWER FARE. WHEN THROUGH OR CONNECTING PASSENGERS ENPLANE AT AN INTERMEDIATE POINT BETWEEN THE ORIGIN AND DESTINATION SHOWN ON THEIR TICKETS, UA MAY REQUIRE EVIDENCE, SUCH AS A BOARDING PASS, OF USE OF A PRECEDING FLIGHT FOR THE PORTION OF THE TICKET FROM POINT OF ORIGIN TO INTERMEDIATE POINT. ABSENT SUCH EVIDENCE, UA MAY REQUIRE ADDITIONAL FARE COLLECTION FROM THE PASSENGER FOR ANY DIFFERENCE BETWEEN THE FARE PAID FOR THE TICKET FROM ORIGIN TO DESTINATION AND THE FARE WHICH WOULD APPLY FROM THE INTERMEDIATE BOARDING POINT TO THE DESTINATION.

F)NO EMPLOYEE OF UA HAS THE AUTHORITY TO ALTER, MODIFY, OR WAIVE ANY PROVISION OF THE CONTRACT OF CARRIAGE OR OF THIS TARIFF UNLESS AUTHORIZED BY A CORPORATE OFFICER OF UA. UA APPOINTED AGENTS AND REPRESENTATIVES ARE ONLY AUTHORIZED TO SELL TICKETS FOR AIR TRANSPORTATION PURSUANT TO APPROVED FARES, RULES, AND REGULATIONS OF UA.

G)SMOKING IS PROHIBITED ON ALL FLIGHTS. FEDERAL LAW PROHIBITS TAMPERING WITH, DISABLING, OR DESTROYING ANY SMOKE DETECTOR INSTALLED IN AN AIRCRAFT LAVATORY.

H)UNITED INCORPORATES BY REFERENCE INTO THIS TARIFF THE PROVISIONS OF "OUR UNITED COMMITMENT", THE CUSTOMER SERVICE PLAN ADOPTED AND PUBLISHED BY UNITED ON SEPTEMBER 15, 1999, WITH AN EFFECTIVE DATE OF DECEMBER 15,1999, AS IF SET FORTH HEREIN. NOTHING IN "OUR UNITED "COMMITMENT" SHALL OVERRIDE THE SPECIFIC TERMS OF UNITED'S CONTRACT OF CARRIAGE, BUT ITS PROVISIONS SHALL CONSTITUTE AN ENFORCEABLE COMMITMENT TO UNITED'S CUSTOMERS AND PASSENGERS.

I)UNITED WILL, UPON REQUEST, PROVIDE CUSTOMERS INFORMATION RELATING TO ITS OPERATIONS OF INTEREST TO CUSTOMERS, INCLUDING BUT NOT LIMITED TO POLICIES AND PROCEDURES RELATED TO DENIED BOARDING; CHANGES IN AIRCRAFT ON A SINGLE FLIGHT WITH A SINGLE FLIGHT NUMBER; CANCELLATION POLICIES INVOLVING FAILURE TO USE EACH FLIGHT SEGMENT COUPON; MILEAGE PLUS RULES, RESTRICTIONS AND DATA RELATING TO AWARD REDEMPTIONS; INFORMATION REGARDING AIRCRAFT CONFIGURATION, INCLUDING SEAT SIZE AND PITCH; AND POLICIES AND PROCEDURES REGARDING THE TREATMENT OF PASSENGERS WITH DISABILITIES AND SPECIAL NEEDS.

**DEFINITIONS AS USED IN THIS TARIFF OR IN TARIFFS UA  RULE:005**

AS USED IN THIS TARIFF OR IN TARIFFS MAKING  REFERENCE HERETO, UNLESS OTHERWISE DEFINED:

ANIMALS--IN ADDITION TO THE USUAL CONNOTATION, INCLUDES REPTILES, BIRDS, POULTRY, AND FISH.

APPLICABLE ADULT FARE--MEANS THE FARE WHICH WOULD BE APPLICABLE TO AN ADULT FOR THE TRANSPORTATION EXCEPTING THOSE SPECIAL FARES APPLICABLE TO A PASSENGER'S STATUS;E.G., MILITARY FARES, ADULT STANDBY, ETC.

APPLICABLE FULL FARE--MEANS THE FULL ADULT FARE FOR THE CLASS OF SERVICE OR COMPARTMENT OF THE AIRCRAFT USED BY THE PASSENGER.

United Airlines, Inc.                                    Updated: 2/9/2006

CIRCLE TRIP--MEANS ANY TRIP, THE ULTIMATE DESTINATION OF WHICH IS THE
POINT OF ORIGIN, BUT WHICH INCLUDES A STOP AT LEAST ONE OTHER POINT,
AND WHICH IS NOT MADE VIA THE SAME ROUTING IN BOTH DIRECTIONS. EXAMPLES
OF CIRCLE TRIPS:
EXAMPLE 1:      POINT 1 TO POINT 2 ON AIRLINE A POINT 2 TO POINT 1 ON
AIRLINE B
EXAMPLE 2:      POINT 1 TO POINT 2 TO POINT 3ON AIRLINE A
EXAMPLE 3:      POINT 1 TO POINT 2 ON AIRLINE A (FIRST CLASS)POINT 2 TO
POINT 1 ON AIRLINE A OR ANY OTHER AIRLINE (COACH)CONNECTION--A STOP AT
AN INTERMEDIATE POINT OF THE ROUTE TO BE TRAVELED, WHERE A CHANGE OF
PLANES IS MADE AND WHICH DOES NOT FALL WITHIN THE DEFINITION OF A
STOPOVER.

CONTINENTAL UNITED STATES--MEANS THE DISTRICT OF COLUMBIA AND ALL
STATES OF THE UNITED STATES OTHER THAN ALASKA AND HAWAII.

DESTINATION--MEANS THE ULTIMATE DESTINATION OF THE PASSENGER'S JOURNEY
AS SHOWN ON THE TICKET(S).

DISABLED--MEANS ANY INDIVIDUAL WHO HAS A PHYSICAL OR MENTAL IMPAIRMENT
THAT, ON A PERMANENT OR TEMPORARY BASIS, SUBSTANTIALLY LIMITS ONE OR
MORE MAJOR LIFE ACTIVITIES, HAS A RECORD OF SUCH AN IMPAIRMENT, OR IS
REGARDED AS HAVING SUCH AN IMPAIRMENT.  AS USED IN THIS DEFINITION, THE
PHRASE:

   1) PHYSICAL OR MENTAL IMPAIRMENT--MEANS (1) ANY PHYSIOLOGICAL
DISORDER, OR CONDITION, COSMETIC DISFIGUREMENT, OR ANATOMICAL LOSS
AFFECTING ONE OR MORE OF THE FOLLOWING BODY SYSTEMS:  NEUROLOGICAL,
MUSCULOSKELETAL, SPECIAL SENSE ORGANS, RESPIRATORY INCLUDING SPEECH
ORGANS, CARDIO-VASCULAR, REPRODUCTIVE, DIGESTIVE, GENITO-URINARY, HEMIC
AND LYMPHATIC, SKIN, AND ENDOCRINE; OR (2) ANY MENTAL OR PSYCHOLOGICAL
DISORDER, SUCH AS MENTAL RETARDATION, ORGANIC BRAIN SYNDROME, EMOTIONAL
OR MENTAL ILLNESS, AND SPECIFIC LEARNING DISABILITIES.  THE TERM
"PHYSICAL OR MENTAL IMPAIRMENT" INCLUDES, BUT IS NOT LIMITED TO, SUCH
DISEASES AND CONDITIONS AS ORTHOPEDIC, VISUAL, SPEECH, AND HEARING
IMPAIRMENTS; CEREBRAL PALSY, EPILEPSY, MUSCULAR DYSTROPHY, MULTIPLE
SCLEROSIS, CANCER, HEART DISEASE, DIABETES, MENTAL RETARDATION,
EMOTIONAL ILLNESS, DRUG ADDICTION, AND ALCOHOLISM.

   2) MAJOR LIFE ACTIVITIES--MEANS FUNCTIONS SUCH AS CARING FOR ONE'S
SELF, PERFORMING MANUAL TASKS, WALKING, SEEING, HEARING, SPEAKING,
BREATHING, LEARNING, AND WORKING.

   3) HAS A RECORD OF SUCH IMPAIRMENT--MEANS HAS HISTORY OF, OR HAS BEEN
CLASSIFIED, OR MISCLASSIFIED, AS HAVING A MENTAL OR PHYSICAL IMPAIRMENT
THAT SUBSTANTIALLY LIMITS ONE OR MORE MAJOR LIFE ACTIVITIES.

   4) IS REGARDED AS HAVING AN IMPAIRMENT MEANS:

      A) HAS PHYSICAL OR MENTAL IMPAIRMENT THAT DOES NOT SUBSTANTIALLY
LIMIT MAJOR LIFE ACTIVITIES BUT THAT IS TREATED BY AN AIR CARRIER AS
CONSTITUTING SUCH A LIMITATION;
      B) HAS A PHYSICAL OR MENTAL IMPAIRMENT THAT SUBSTANTIALLY LIMITS A
MAJOR LIFE ACTIVITY ONLY AS A RESULT OF THE ATTITUDES OF OTHERS TOWARD
SUCH AN IMPAIRMENT; OR

C) HAS NONE OF THE IMPAIRMENTS SET FORTH IN THIS DEFINITION BUT IS TREATED BY AN AIR CARRIER AS HAVING SUCH AN IMPAIRMENT.

DOT HAZARDOUS MATERIALS REGULATIONS--MEANS THE HAZARDOUS MATERIALS REGULATIONS ISSUED BY THE MATERIALS TRANSPORTATION BUREAU OF THE DEPARTMENT OF TRANSPORTATION IN TITLE 49 OF THE CODE OF FEDERAL REGULATIONS, PARTS 171 THROUGH 180 (49 CFR 171-180).

HAW.--MEANS HONOLULU, HILO, KAHULUI, KONA, AND LIHUE, HAWAII.

IMMEDIATE FAMILY--MEANS SPOUSE, DOMESTIC PARTNER, CHILDREN, PARENTS, SISTERS, BROTHERS, GRANDPARENTS, GRANDCHILDREN, AUNTS, UNCLES, NIECES, AND NEPHEWS.
NOTE:  RELATIONSHIPS APPLY WHETHER NATURAL, ADOPTIVE, STEP, IN-LAW OR DOMESTIC PARTNER.

INTERCHANGE FLIGHT--MEANS A FLIGHT OPERATED OVER THE ROUTES OF TWO OR MORE CARRIERS WITHOUT CHANGE OF EQUIPMENT.

INTERLINE--MEANS ANY TRANSPORTATION WHICH INVOLVES CARRIAGE VIA TWO OR MORE AIR CARRIERS.

INTERNATIONAL TRANSPORTATION--MEANS ANY TRANSPORTATION OR OTHER SERVICES, FURNISHED BY ANY CARRIER, WHICH ARE INCLUDED WITHIN THE SCOPE OF THE TERM "INTERNATIONAL TRANSPORTATION" AS USED IN THE CONVENTION FOR THE UNIFICATION OF CERTAIN RULES RELATING TO INTERNATIONAL TRANSPORTATION BY AIR SIGNED AT WARSAW, OCTOBER 12, 1929, OR SUCH CONVENTION AS AMENDED, WHICHEVER MAY BE APPLICABLE TO THE TRANSPORTATION HEREUNDER, AND TO WHICH THE SAID CONVENTION APPLIES.

JET AIRCRAFT--MEANS THE FOLLOWING AIRCRAFT (AND SERIES THEREOF); A-319, A-320, B-737, B-747, B-757, B-767, B-777, BAE-146, CRJ, ERJ, FRJ.

MAIN CABIN--MEANS THE PASSENGER COMPARTMENT(S) OTHER THAN FIRST CLASS OR BUSINESS CLASS.

MAXIMUM OUTSIDE LINEAR DIMENSIONS--MEANS THE SUM OF THE GREATEST OUTSIDE LENGTH PLUS THE GREATEST OUTSIDE WIDTH PLUS THE GREATEST OUTSIDE HEIGHT.

MILITARY PASSENGER--MEANS MILITARY PERSONNEL OF THE U.S. MILITARY AGENCIES WHO ARE ON ACTIVE DUTY STATUS, OR WHO HAVE BEEN DISCHARGED FROM ACTIVE MILITARY SERVICE WITHIN SEVEN DAYS OF THE DATE OF TRAVEL. ONLINE--MEANS AIR TRANSPORTATION WHOLLY ON THE SAME CARRIER.

OPEN-JAW TRIP--MEANS ANY TRIP WHICH IS ESSENTIALLY OF A ROUND TRIP OR CIRCLE TRIP NATURE, BUT THE OUTWARD POINT OF DEPARTURE AND THE INWARD POINT OF ARRIVAL, OR THE OUTWARD POINT OF ARRIVAL AND INWARD POINT OF DEPARTURE, ARE NOT THE SAME. EXAMPLE OF OPEN-JAW TRIP: POINT 1 TO POINT 2 TO POINT 3

OUTWARD DESTINATION--MEANS THAT STOPOVER POINT ON THE PASSENGER'S ITINERARY WHICH IS FURTHEST FROM THE PASSENGER'S POINT OF ORIGIN.

PROPELLER AIRCRAFT-THE FOLLOWING AIRCRAFT (AND ALL SERIES THEREOF): D38, DH2, EM2, J31, J41.

United Airlines, Inc.                                    Updated: 2/9/2006

QUALIFIED DISABLED--MEANS A DISABLED INDIVIDUAL WHO:
   1) WITH RESPECT TO ACCOMPANYING OR MEETING A TRAVELER, USE OF GROUND
TRANSPORTATION, USING TERMINAL FACILITIES, OR OBTAINING INFORMATION
ABOUT SCHEDULES, FARES OR POLICIES, TAKES THOSE ACTIONS NECESSARY TO
AVAIL HIMSELF OR HERSELF OF FACILITIES OR SERVICES OFFERED BY AN AIR
CARRIER TO THE GENERAL PUBLIC, WITH REASONABLE ACCOMMODATIONS, AS
NEEDED, PROVIDED BY THE CARRIER;

   2) WITH RESPECT TO OBTAINING A TICKET FOR AIR TRANSPORTATION ON AN
AIR CARRIER, OFFERS, OR MAKES A GOOD FAITH ATTEMPT TO OFFER, TO
PURCHASE OR OTHERWISE VALIDLY TO OBTAIN SUCH A TICKET;

   3) WITH RESPECT TO OBTAINING AIR TRANSPORTATION, OR OTHER SERVICES OR
ACCOMMODATIONS:
      A) PURCHASES OR POSSESSES A VALID TICKET FOR AIR TRANSPORTATION ON
AN AIR CARRIER AND PRESENTS HIMSELF OR HERSELF AT THE AIRPORT FOR THE
PURPOSE OF TRAVELING ON THE FLIGHT FOR WHICH THE TICKET HAS BEEN
PURCHASED OR OBTAINED; AND
      B) MEETS REASONABLE, NONDISCRIMINATORY CONTRACT OF CARRIAGE
REQUIREMENTS APPLICABLE TO ALL PASSENGERS.

REROUTE--MEANS TO ISSUE A NEW TICKET COVERING TRANSPORTATION TO THE
SAME DESTINATION AS, BUT VIA A DIFFERENT ROUTING THAN, THAT DESIGNATED
ON THE TICKET, OR PORTION THEREOF, THEN HELD BY THE PASSENGER, OR TO
HONOR THE TICKET, OR PORTION THEREOF, THEN HELD BY THE PASSENGER FOR
TRANSPORTATION TO THE SAME DESTINATION AS, BUT VIA A DIFFERENT ROUTING
THAN, THAT DESIGNATED THEREON.

ROUND TRIP--MEANS ANY TRIP, THE ULTIMATE DESTINATION OF WHICH IS THE
POINT OF ORIGIN, AND WHICH IS MADE VIA THE SAME ROUTING IN BOTH
DIRECTIONS.
EXAMPLES OF ROUND TRIPS:
EXAMPLE OF LOCAL ROUND TRIP:
POINT 1 TO POINT 2 ON AIRLINE A
POINT 2 TO POINT 1 ON AIRLINE A
EXAMPLE OF JOINT ROUND TRIP:
POINT 1 TO POINT 2 ON AIRLINE A
POINT 2 TO POINT 3 ON AIRLINE B
POINT 3 TO POINT 2 ON AIRLINE B
POINT 2 TO POINT 1 ON AIRLINE A

ROUTING--MEANS THE CARRIER(S) AND/OR THE CITIES AND/OR CLASS OF SERVICE
VIA WHICH TRANSPORTATION IS PROVIDED BETWEEN TWO POINTS, AS SPECIFIED
IN ANY TARIFF GOVERNED BY THIS TARIFF. STOPOVER--MEANS A DELIBERATE
INTERRUPTION, IN EXCESS OF FOUR HOURS, OF A JOURNEY BY THE PASSENGER AS
AGREED TO IN ADVANCE BY THE CARRIER, AT A POINT BETWEEN THE PLACE OF
DEPARTURE AND THE PLACE OF DESTINATION.

UA--MEANS UNITED AIR LINES, INC.

UA TICKET STOCK--MEANS TICKETS WHICH ARE IMPRINTED WITH THE CARRIER
CODE (016) AS PART OF THE SERIAL NUMBER AND WHICH ARE ISSUED AND
VALIDATED WITH A UA VALIDATOR BY AN AUTHORIZED UA EMPLOYEE, UA
APPOINTED TRAVEL AGENCY, OR ANY OTHER PERSON AUTHORIZED TO ISSUE UA
TICKETS.

## CAPACITY LIMITATIONS UA  RULE: 0020

THE CARRIER SHALL LIMIT THE NUMBER OF PASSENGERS CARRIED ON ANY ONE
FLIGHT AT FARES GOVERNED BY RULES OR FARES MAKING REFERENCE HERETO, AND
SUCH FARES WILL NOT NECESSARILY BE AVAILABLE ON ALL FLIGHTS.   THE
NUMBER OF SEATS WHICH THE CARRIER SHALL MAKE AVAILABLE ON A GIVEN
FLIGHT WILL BE DETERMINED SOLELY BY THE CARRIER.

## REFUSAL TO TRANSPORT UA  RULE: 0035

UA WILL REFUSE TO TRANSPORT OR WILL REMOVE AT ANY POINT, ANY PASSENGER:

GOVERNMENT REQUEST -
    A) GOVERNMENT REQUEST OR REGULATIONS--WHENEVER SUCH ACTION IS
NECESSARY TO COMPLY WITH ANY GOVERNMENT REGULATION, OR TO COMPLY WITH
ANY GOVERNMENTAL REQUEST FOR EMERGENCY TRANSPORTATION IN CONNECTION
WITH THE NATIONAL DEFENSE, OR WHENEVER SUCH ACTION IS NECESSARY OR
ADVISABLE BY REASON OF WEATHER OR OTHER CONDITIONS BEYOND ITS CONTROL
(INCLUDING, BUT WITHOUT LIMITATION, ACTS OF GOD, FORCE MAJEURE,
STRIKES, CIVIL COMMOTIONS, EMBARGOES, WARS, HOSTILITIES, OR
DISTURBANCES) ACTUAL, THREATENED, OR REPORTED.

SEARCH OF PASSENGER -
    B) SEARCH OF PASSENGER OR PROPERTY--WHO REFUSES TO PERMIT SEARCH OF
HIS/HER PERSON OR PROPERTY FOR EXPLOSIVES OR A CONCEALED, DEADLY, OR
DANGEROUS WEAPON OR ARTICLE.

PROOF OF IDENTITY -
    C) PROOF OF IDENTITY--WHO REFUSES ON REQUEST TO PRODUCE
IDENTIFICATION WHICH REFLECTS THE SAME FULL NAME INFORMATION DISPLAYED
ON THE TICKETS(S).
NOTE:  UA SHALL HAVE THE RIGHT, BUT SHALL NOT BE OBLIGATED, TO REQUIRE
IDENTIFICATION OF PERSONS PURCHASING TICKETS AND/OR PRESENTING A
TICKET(S) FOR THE PURPOSE OF BOARDING THE AIRCRAFT.

ACROSS INT'L BOUNDARIES -
    D) ACROSS INTERNATIONAL BOUNDARIES--WHO IS TRAVELING ACROSS ANY
INTERNATIONAL BOUNDARY IF:
        1) THE TRAVEL DOCUMENTS OF SUCH PASSENGER ARE NOT IN ORDER;
        2) FOR ANY REASON, SUCH PASSENGER'S EMBARKATION FROM, TRANSIT
THROUGH, OR ENTRY INTO ANY COUNTRY FROM, THROUGH, OR TO WHICH SUCH
PASSENGER DESIRES TRANSPORTATION WOULD BE UNLAWFUL;
        3) SUCH PASSENGER FAILS OR REFUSES TO COMPLY WITH THE RULES AND
REGULATIONS OF UA.

    E) SAFETY
        1) IN THE FOLLOWING CATEGORIES WHERE REFUSAL OR REMOVAL MAY BE
NECESSARY FOR THE SAFETY OF THEMSELVES AND OTHER PASSENGERS:
        A) PERSONS WHOSE CONDUCT IS DISORDERLY, ABUSIVE, OR VIOLENT
(OTHER THAN A QUALIFIED DISABLED PASSENGER WHOSE APPEARANCE OR
INVOLUNTARY BEHAVIOR MAY OFFEND, ANNOY, OR INCONVENIENCE CREW MEMBERS
OR THEIR PASSENGER).
        B) PASSENGERS WHO ARE BAREFOOT.
        C) PERSONS WHO ARE UNABLE TO SIT IN THE SEAT WITH THE SEAT
BELT FASTENED.

D) PERSONS WHO APPEAR TO BE INTOXICATED OR UNDER THE INFLUENCE OF DRUGS.  (OTHER THAN A QUALIFIED DISABLED INDIVIDUAL WHOSE APPEARANCE OR INVOLUNTARY BEHAVIOR MAY MAKE THEM APPEAR TO BE INTOXICATED OR UNDER THE INFLUENCE OF DRUGS.)

E) PERSONS KNOWN TO HAVE A COMMUNICABLE DISEASE OR INFECTION WHICH HAS BEEN DETERMINED, BY THE U.S. SURGEON GENERAL, THE CENTER FOR DISEASE CONTROL, OR OTHER FEDERAL PUBLIC HEALTH AUTHORITY KNOWLEDGEABLE ABOUT THE DISEASE OR INFECTION, TO BE TRANSMISSIBLE TO OTHER PERSONS IN THE NORMAL COURSE OF THE FLIGHT.  IF THE PASSENGER WITH THE COMMUNICABLE DISEASE OR INFECTION PRESENTS A MEDICAL CERTIFICATE GIVING APPROVAL TO TRAVEL AND STATING ANY CONDITIONS FOR TRAVEL, UA SHALL PROVIDE TRANSPORTATION TO THE PASSENGER UNLESS IT IS NOT FEASIBLE TO IMPLEMENT THE CONDITIONS SET FORTH IN THE MEDICAL CERTIFICATE AS NECESSARY TO PREVENT THE TRANSMISSION OF THE DISEASE OR INFECTION TO OTHER PERSONS IN THE NORMAL COURSE OF THE FLIGHT.

F) PERSONS WHO HAVE A MALODOROUS CONDITION (OTHER THAN INDIVIDUALS QUALIFYING AS DISABLED).

G) PERSONS WHO ATTEMPT TO INTERFERE WITH ANY MEMBER OF THE FLIGHT CREW IN THE PURSUIT OF THEIR DUTIES.

H) PERSONS WHO ARE MENTALLY DERANGED OR MENTALLY INCAPACITATED WHOSE BEHAVIOR MAY BE HAZARDOUS TO HIMSELF/HERSELF, THE CREW, OR OTHER PASSENGERS. HOWEVER, UA WILL ACCEPT ESCORTED MENTAL PATIENTS IF THE REQUESTING MEDICAL AUTHORITY FURNISHES A MEDICAL CERTIFICATE WHICH STATES THAT THE MENTAL PATIENT MAY BE TRANSPORTED SAFELY.  THE ESCORT MUST ACCOMPANY THE ESCORTED PASSENGER AT ALL TIMES.

I) PERSONS WHO ARE SERIOUSLY ILL, WHO CANNOT OR REFUSE TO PROVIDE A PHYSICIAN'S WRITTEN PERMISSION TO FLY.

J) PERSONS WHO WEAR OR HAVE ON OR ABOUT THEIR PERSONS CONCEALED OR UNCONCEALED DEADLY OR DANGEROUS WEAPONS; PROVIDED HOWEVER, THAT UA WILL CARRY PASSENGERS WHO MEET THE QUALIFICATIONS AND CONDITIONS ESTABLISHED IN F.A.R. 108.11.

K) MANACLED PERSONS IN CUSTODY OF LAW ENFORCEMENT PERSONNEL, OR PERSONS WHO HAVE RESISTED OR MAY REASONABLE BE BELIEVED TO BE CAPABLE OF RESISTING ESCORTS.

L) UNACCOMPANIED PASSENGERS WHO ARE BOTH BLIND AND DEAF, UNLESS SUCH PASSENGER IS ABLE TO COMMUNICATE WITH REPRESENTATIVES OF UA BY EITHER PHYSICAL, MECHANICAL, ELECTRONIC, OR OTHER MEANS.  SUCH PASSENGER MUST INFORM UA OF THE METHOD OF COMMUNICATION TO BE USED.

M) PERSONS WHO WOULD REQUIRE UNUSUAL OR UNREASONABLE TYPE OF ASSISTANCE OR MEDICAL TREATMENT ENROUTE, CONFIRMED BY A UA PHYSICIAN, UNLESS ACCOMPANIED BY A TICKETED PASSENGER CAPABLE OF GIVING NECESSARY ASSISTANCE. UNITED AIRLINES PERSONNEL ARE NOT PERMITTED TO GIVE HYPODERMIC INJECTIONS.

N) PERSONS WHO ARE UNWILLING/UNABLE TO ABIDE WITH NO-SMOKING REQUIREMENTS.

F)  PASSENGER'S CONDUCT OR CONDITION

1)  EXCEPT AS PROVIDED IN RULE 90 (OXYGEN SERVICE), AND ELSEWHERE IN THIS RULE, UA MAY REQUIRE AN ATTENDANT TO ACCOMPANY A DISABLED PASSENGER ONLY FOR SAFETY-RELATED REASONS AS OUTLINED BELOW.

A)  WHO IS TRAVELING IN AN INCUBATOR;
B)  WHO IS TRAVELING IN A AEROSTRETCHER;
C)  WHO BECAUSE OF A MENTAL DISABILITY IS UNABLE TO COMPREHEND OR RESPOND TO SAFETY RELATED INSTRUCTIONS;
D)  WHO HAS BOTH A SEVERE HEARING AND VISION IMPAIRMENT AND WHO IS UNABLE TO ESTABLISH A MEANS OF COMMUNICATION WITH UA PERSONNEL SUFFICIENT TO RECEIVE THE SAFETY BRIEFING;

United Airlines, Inc.                                Updated: 2/9/2006

E)   WHO HAS A MOBILITY IMPAIRMENT SO SEVERE AS TO BE UNABLE TO ASSIST IN HIS/HER OWN EVACUATION.
2)   CONDITIONS FOR ACCEPTANCE
EXCEPT AS NOTED BELOW, UA WILL NOT REQUIRE THAT A QUALIFIED DISABLED PASSENGER PROVIDE ADVANCE NOTICE OF HIS/HER INTENTION TO TRAVEL OR OF HIS/HER
DISABILITY AS A CONDITION OF RECEIVING TRANSPORTATION.  UA WILL REQUIRE 48 HOUR ADVANCE NOTICE AND ONE HOUR ADVANCE CHECK IN CONCERNING QUALIFIED DISABLED INDIVIDUALS WHO WISH TO RECEIVE ANY ONE OF THE FOLLOWING SERVICES.  HOWEVER, UA WILL MAKE EVERY REASONABLE EFFORT TO ACCOMMODATE PASSENGERS WHO FAIL TO MAKE RESERVATIONS 48 HOURS OR CHECK-IN ONE HOUR BEFORE DEPARTURE, BUT WILL NOT BE OBLIGATED TO DO SO:
A)   MEDICAL OXYGEN;
B)   CARRIAGE OF AN INCUBATOR (UNITED EXPRESS MAY NOT PROVIDE THIS SERVICE);
C)   HOOK-UP OF A RESPIRATOR/VENTILATOR/KIDNEY TRANSPORT MODULES TO THE AIRCRAFT ELECTRICAL POWER SUPPLY (UNITED EXPRESS MAY NOT PROVIDE THIS SERVICE);
D)   ACCOMMODATION OF A GROUP OF 10 OR MORE DISABLED INDIVIDUALS WHO ARE TRAVELING AS A GROUP;
E)   TRANSPORTATION OF ELECTRIC WHEELCHAIR OR OTHER BATTERY POWERED ASSISTIVE DEVICE; NOTE:   THE 48 HOUR ADVANCE NOTICE PROVISION IS REQUIRED ONLY ON FLIGHTS SCHEDULED TO BE MADE WITH AN AIRCRAFT OF LESS THAN 60 SEATS FOR WHICH THE DEVICE MIGHT HAVE TO BE COLLAPSED AND SEPARATE DANGEROUS GOODS PACKAGING FOR THE BATTERY MAY BE REQUIRED;
F)   AEROSTRETCHER SERVICE (AVAILABLE ONLY ON LIMITED BASIS ON SOME UNITED EXPRESS FLIGHTS);
G)   REQUEST FOR ON BOARD WHEELCHAIR ON AN AIRCRAFT THAT DOES NOT HAVE AN ACCESSIBLE LAVATORY.  (MAY NOT BE AVAILABLE ON ALL UNITED EXPRESS FLIGHTS).

G)   LIABILITY
UA IS NOT LIABLE FOR ITS REFUSAL TO TRANSPORT ANY PASSENGER OR FOR ITS REMOVAL OF ANY PASSENGER IN ACCORDANCE WITH THE PRECEDING PARAGRAPHS OF THIS RULE, BUT SUCH CARRIER WILL, AT THE REQUEST OF THE PASSENGER, REFUND IN ACCORDANCE WITH RULE 260 (INVOLUNTARY REFUNDS) (N)AS AN EXPRESS PRECONDITION TO ISSUANCE OF ANY TICKET OR GRANTING OF PASSAGE BY UA HEREUNDER, UA SHALL NOT BE RESPONSIBLE FOR COMPENSATORY OR PUNITIVE DAMAGES.  THE PASSENGER'S SALE AND EXCLUSIVE REMEDY SHALL BE RULE 260 (REFUND INVOLUNTARY).


**ELECTRONIC SURVEILLANCE OF PASSENGERS AND BAGGAGE UA  RULE: 0040**


PASSENGERS AND/OR THEIR BAGGAGE ARE SUBJECT TO INSPECTION WITH AN ELECTRONIC DETECTOR, WITH OR WITHOUT THE PASSENGER'S CONSENT OR KNOWLEDGE.

ACCEPTANCE OF CHILDREN UA  RULE: 0050
   A)  ACCOMPANIED.   CHILDREN UNDER 12 YR. OLD ARE ACCEPTED FOR
TRANSPORTATION WHEN ACCOMPANIED ON THE SAME FLIGHT AND IN THE SAME
COMPARTMENT BY A PASSENGER AT LEAST 12 YR. OLD. A CHILD UNDER 2 YEARS
OF AGE ON THE DATE OF COMMENCEMENT OF OUTBOUND TRAVEL AND NOT OCCUPYING
A SEAT MUST BE ACCOMPANIED BY A PASSENGER AT LEAST 18 YEARS OF AGE AS
DESCRIBED BELOW:

   B)  UNACCOMPANIED.
   1)  UNDER 5 YR. OLD--NOT ACCEPTED UNDER ANY CONDITIONS.
   2)  5-11 YR. OLD--CHILDREN 5-11 YEARS OF AGE NOT ACCOMPANIED ON
THE SAME FLIGHT AND IN THE SAME COMPARTMENT BY A PASSENGER 12 YEARS OF
AGE OR OVER ARE ACCEPTED FOR TRANSPORTATION ONLY UNDER THE FOLLOWING
CONDITIONS:
   A)  5, 6 OR 7 YR. OLD--ACCEPTED FOR ONLINE TRANSPORTATION ONLY
WHEN THROUGH SERVICE IS PROVIDED WITHOUT CHANGE OF AIRCRAFT. THE CHILD
MUST BE BROUGHT TO THE AIRPORT OF DEPARTURE BY A PARENT OR RESPONSIBLE
ADULT WHO REMAINS WITH THE CHILD UNTIL ENPLANED, AND WHO MUST FURNISH
UA WITH SATISFACTORY EVIDENCE THAT THE CHILD WILL BE MET BY ANOTHER
PARENT OR RESPONSIBLE ADULT UPON DEPLANING AT CHILD'S DESTINATION.  THE
CHILD WILL NOT BE ACCEPTED IF THE FLIGHT(S) ON WHICH THE CHILD HOLDS A
RESERVATION IS EXPECTED TO TERMINATE SHORT OF, OR BYPASS THE CHILD'S
DESTINATION.
   B)  8-11 YR. OLD— ACCEPTED FOR ONLINE TRANSPORTATION OR
INTERLINE TRANSPORTATION PROVIDED SPACE HAS BEEN CONFIRMED TO THE FIRST
POINT OF STOPOVER OR TO FINAL DESTINATION.
        EXCEPTION: NOT ACCEPTED WHEN AN ONLINE OR INTERLINE CONNECTING
        FLIGHT IS THE LAST FLIGHT OF THE DAY SCHEDULED TO DEPART FROM THE
        CONNECTING POINT TO THE CHILD'S NEXT STOPOVER OR CONNECTING
        POINT. FURTHER, SUCH CHILDREN WILL NOT BE ACCEPTED IF THE LAST
        NONSTOP OR THROUGH SERVICE VIA ANY CARRIER IS SCHEDULED TO DEPART
        THE CONNECTING POINT TO THE CHILD'S NEXT STOPOVER POINT,
        CONNECTING POINT OR FINAL DESTINATION LESS THAN ONE HOUR LATER
        THAN THE SCHEDULED DEPARTURE OF THE CONNECTING FLIGHT ON WHICH
        THE CHILD IS CONFIRMED. THE CHILD WILL NOT BE ACCEPTED IF THE
        FLIGHT(S) ON WHICH THE CHILD HOLDS A RESERVATION IS EXPECTED TO
        TERMINATE SHORT OF OR BYPASS THE CHILD'S DESTINATION.
   3)  12-17 YR. OLD--ACCEPTED WITHOUT RESTRICTIONS. HOWEVER, ESCORT
SERVICE MAY BE REQUESTED FOR PASSENGERS 12-17 YEARS OF AGE WHO ARE
MAKING A CONNECTION ENROUTE. IN SUCH CASES, THE PASSENGER WILL BE
ACCEPTED ONLY UNDER THE CONDITIONS SPECIFIED IN B)ABOVE FOR CHILDREN 8-
11. NOTE: FOR THE PURPOSE OF THIS RULE, ESCORT SERVICE MEANS THAT UA
WILL PROVIDE SUPERVISION FOR THE CHILD FROM THE TIME OF BOARDING UNTIL
THE CHILD IS MET AT THE DESTINATION.

   C)  CHILDREN'S FARES
EXCEPT AS OTHERWISE PROVIDED IN A SPECIFIC FARE RULE, FARES FOR
CHILDREN ACCEPTED PURSUANT TO PARAGRAPHS A)AND B) ABOVE WILL BE:
   1)  CHILDREN UNDER TWO YRS. OLD
   A)  UA WILL ACCEPT FOR TRANSPORTATION, WITHOUT CHARGE, NOT MORE
THAN ONE CHILD UNDER TWO YR. OLD OF AGE, WHO DOES NOT OCCUPY A SEPARATE
SEAT, AND IS ACCOMPANIED BY A FARE-PAYING PASSENGER AT LEAST 18 YEARS
OF AGE.
   B)  WHEN MORE THAN ONE CHILD UNDER TWO YEARS OF AGE IS
ACCOMPANIED BY A PASSENGER AT LEAST 18 YEARS OF AGE, EACH ADDITIONAL
CHILD MUST OCCUPY A SEPARATE RESERVED SEAT.  THE FIRST TWO ADDITIONAL

United Airlines, Inc.                              Updated: 2/9/2006

CHILDREN ARE ELIGIBLE FOR A 50 PERCENT DISCOUNT OFF THE FULL ADULT FARE USING TICKET DESIGNATOR INF50 AS DESCRIBED IN DFR-3 RULE 8000, UNLESS A LOWER FARE IS SPECIFICALLY PUBLISHED.  ANY ADDITIONAL CHILDREN OR CHILDREN NOT QUALIFYING FOR THE INF50 DISCOUNT, WILL BE CHARGED A FARE THAT IS THE SAME FOR A CHILD TWO YEARS OLD, BUT LESS THAN 12 YEARS OF AGE, DESCRIBED BELOW. C)  WHEN A SEPARATE SEAT IS RESERVED FOR EACH CHILD UNDER TWO YEARS OF AGE AND IS ACCOMPANIED BY A ONE PASSENGER AT LEAST (C)15 YEARS OF AGE, THE FARE FOR UP TO TWO CHILDREN WILL BE A 50 PERCENT DISCOUNT OFF OF THE FULL ADULT FARE USING TICKET DESIGNATOR INF50 AS DESCRIBED IN DFR-3 RULE 8000, UNLESS A LOWER FARE IS SPECIFICALLY PUBLISHED.  ANY ADDITIONAL CHILDREN, OR CHILDREN NOT QUALIFYING FOR THE INF50 DISCOUNT, WILL BE CHARGED A FARE THAT IS THE SAME AS FOR A CHILD TWO YEARS OLD, BUT LESS THAN 12 YEARS OF AGE, DESCRIBED BELOW.

     2)  CHILDREN TWO YEARS OF AGE BUT LESS THAN TWELVE THE FARE, UNLESS SPECIFICALLY PUBLISHED, FOR CHILDREN WHO ARE AT LEAST TWO YEARS OF AGE, BUT LESS THAN 12, AND ARE ACCOMPANIED ON THE SAME FLIGHT IN THE SAME COMPARTMENT BY A FARE-PAYING PASSENGER AT LEAST 12 YR. OLD, WILL BE THE APPLICABLE ADULT FARE.

     3)  UNACCOMPANIED CHILDREN
THE FARE FOR CHILDREN ACCEPTED UNDER B) ABOVE, WILL BE THE APPLICABLE ADULT FARE PLUS ANY SURCHARGES APPLICABLE UNDER 4) BELOW.

     4)  A)  APPLICABLE FOR UNACCOMPANIED CHILDREN 5-11: THERE WILL BE AN UNACCOMPANIED MINOR SERVICE CHARGE OF USD 60.00 ASSESSED FOR EACH ONE-WAY JOURNEY FROM THE CHILD'S BOARDING POINT TO THE POINT OF STOPOVER OR DESTINATION.  IF TWO OR MORE CHILDREN WHO ARE IMMEDIATE FAMILY MEMBERS, ARE TRAVELING TOGETHER, ONLY ONE UNACCOMPANIED MINOR SERVICE CHARGE WILL BE ASSESSED.  THE USD 60.00 CHARGE WILL ALSO APPLY IF A CONNECTION IS BEING MADE FROM A UA FLIGHT TO THE FLIGHT OF ANOTHER CARRIER.

     B)  APPLICABLE FOR UNACCOMPANIED CHILDREN 12-17 WHO REQUEST ESCORT SERVICE: IN ADDITION TO THE FULL ADULT FARE APPLICABLE TO SUCH PASSENGERS, WHEN ESCORT SERVICE IS REQUESTED PURSUANT TO RULE 50 UA (B)(3) OF THE ACCOMPANIED MINOR SERVICE CHARGE OF USD 60.00 OUTLINED IN (C)(4)(A) ABOVE WILL APPLY.

     5)  PASSENGERS TRAVELING IN ACCORDANCE WITH DFR-2 RULE 6164/6165 (MILEAGE PLUS PROGRAM) WILL BE CONSIDERED ADULT FARE-PAYING PASSENGERS.
     D)  INFANT CARRYING SEAT
A FEDERAL AVIATION ADMINISTRATION (FAA)-APPROVED CHILD RESTRAINT DEVICE WILL BE ACCEPTED FOR TRANSPORTATION IN THE PASSENGER COMPARTMENT ONLY WHEN AN ADDITIONAL SEAT IS RESERVED FOR THE INFANT, A TICKET PURCHASED, AND THE FAA-APPROVED CHILD RESTRAINT DEVICE CAN BE PROPERLY SECURED BY THE SEAT BELT.

United Airlines, Inc.                              Updated: 2/9/2006

## INFLIGHT ENTERTAINMENT UA RULE 0080

UA WILL PROVIDE COMPLIMENTARY AUDIO HEADSETS FOR INFLIGHT VISUAL AND/OR
AUDIO ENTERTAINMENT ON ALL FLIGHTS.  AUDIO HEADSETS WILL BE FOR USE
DURING THE FLIGHT, AND MUST BE RETURNED TO UA AT THE REQUEST OF THE
FLIGHT ATTENDANT PRIOR TO DEPLANING OR AT THE FIRST STOP AFTER THE
AUDIO AND/OR VISUAL ENTERTAINMENT HAS BEEN COMPLETED.

## PRE-PLANNED OXYGEN SESRVICE UA RULE 0090

PRE-PLANNED OXYGEN SERVICE
PASSENGERS REQUESTING THAT UA PROVIDE IN-FLIGHT OXYGEN SERVICE, ON A
PRE-PLANNED BASIS, WILL BE REQUIRED TO GIVE UA AT LEAST 48 HOURS NOTICE
THAT SUCH OXYGEN WILL BE NEEDED AND WILL BE REQUIRED TO CHECK-IN FOR
THE FLIGHT AT LEAST ONE (1) HOUR BEFORE PLANNED DEPARTURE. UNITED WILL
REQUIRE A MEDICAL CERTIFICATE FROM THE PASSENGER'S PHYSICIAN CERTIFYING
THE NEED FOR INFLIGHT OXYGEN, WHETHER ANY SPECIAL CONDITIONS OR
ATTENDANTS ARE REQUIRED, AND GIVE THE MAXIMUM USAGE PER HOUR AND THE
OXYGEN FLOW RATE PER MINUTE.  UA WILL MADE EVERY REASONABLE EFFORT TO
ACCOMMODATE PASSENGERS WHO FAIL TO MEET THE 48 HOUR
RESERVATION/NOTIFICATION REQUIREMENT OR THE ONE (1) HOUR ADVANCE CHECK-
IN REQUIREMENT, BUT WILL NOT BE OBLIGATED TO DO SO.  UA WILL ASSESS
EACH PASSENGER A USD 100.00 CHARGE PER SET UP.  THIS CHARGE IS NOT
SUBJECT TO ANY DISCOUNT.

NOTE:   OXYGEN SERVICE IS AVAILABLE ON UNITED AIRLINES, HOWEVER, IT IS
NOT AVAILABLE ON UNITED EXPRESS CARRIERS.

## CLAIMS UA RULE 0095

CLAIMS

    A)  TIME LIMITATIONS
      1)  PERSONAL INJURY AND DEATH
        NO ACTION SHALL BE MAINTAINED FOR INJURY TO OR DEATH OF ANY
PASSENGER UNLESS:
            A)  NOTICE OF THE ALLEGED OCCURRENCE OF EVENTS RESULTING IN
THE CLAIM IS PRESENTED IN WRITING TO THE GENERAL OFFICES OF THE CARRIER
ALLEGED TO BE RESPONSIBLE WITHIN 90 DAYS, AND;
            B)  ACTION REGARDING THE CLAIM COMMENCES WITHIN ONE YEAR OF
ITS ALLEGED OCCURRENCE.
      2)  BAGGAGE CLAIMS
        NO ACTION SHALL BE MAINTAINED FOR ANY LOSS OF, OR DAMAGE TO,
OR ANY DELAY IN THE DELIVERY OF ANY PROPERTY OR BAGGAGE, OR ON ANY
OTHER CLAIM (EXCEPTING ONLY PERSONAL INJURY OR DEATH), ARISING OUT OF
OR IN CONNECTION WITH TRANSPORTATION OF, OR FAILURE TO TRANSPORT ANY
PASSENGER, PROPERTY, OR BAGGAGE UNLESS THE CLAIM IS REPORTED TO UA
WITHIN 24 HR. AND NOTICE IS PRESENTED IN WRITING TO AN OFFICE OF UA
WITHIN 45 DAYS AFTER THE ALLEGED OCCURRENCE OF THE EVENTS GIVING RISE
TO THE CLAIM, AND UNLESS THE ACTION IS COMMENCED WITHIN TWO YEARS AFTER
SUCH ALLEGED OCCURRENCE.  FAILURE TO GIVE THE ABOVE NOTICE SHALL NOT BE
A BAR IF THE CLAIMANT CAN SHOW GOOD CAUSE FOR HIS/HER FAILURE TO BRING
HIS/HER CLAIM WITHIN 45 DAYS.

B)  OVERCHARGES

NO CLAIMS FOR OVERCHARGES SHALL BE VALID AND NO ACTION SHALL BE
MAINTAINED THEREON MORE THAN TWO YEARS AFTER THE DATE OF THE SALE OF
THE TICKET, UNLESS SUCH CLAIM OR ACTION IS ACCOMPANIED BY THE PASSENGER
COUPON PORTION OF SAID TICKET.

**TICKETS - GENERAL UA  RULE: 0100**

A) NO PERSON SHALL BE ENTITLED TO TRANSPORTATION EXCEPT UPON
PRESENTATION OF A VALID TICKET. SUCH TICKET SHALL ENTITLE THE PASSENGER
TO TRANSPORTATION ONLY BETWEEN POINT OF ORIGIN AND DESTINATION, AND VIA
THE ROUTING DESIGNATED THEREON.

B) FLIGHT COUPONS WILL BE HONORED ONLY IN THE ORDER IN WHICH THEY ARE
ISSUED, AND ONLY IF ALL UNUSED FLIGHT COUPONS AND AHTE PASSENGER
COUPONS ARE PRESENTED TOGETHER.

C) USE OF COUPONS FROM TWO OR MORE TICKETS ISSUED AT ROUND TRIP FARES
FOR THE PURPOSE OF CIRCUMVENTING APPLICABLE TARIFF RULES (SUCH AS
ADVANCE PURCHASE/MINIMUM STAY REQUIREMENT) IS NOT PERMITTED. UA AGENTS
AND AUTHORIZED TRAVEL AGENTS ARE PROHIBITED FROM ISSUING TICKETS,
COMMONLY REFERRED TO AS "BACK TO BACK", UNDER SUCH CIRCUMSTANCES WHEN
THERE IS OBVIOUS INTENT TO ABUSE AND/OR MISUSE RESTRICTED ROUND TRIP
FARES. AGENTS FOUND ISSUING SUCH TICKETS MAY BE LIABLE FOR THE
DIFFERENCE BETWEEN THE FARE PAID AND THE FARE FOR TRANSPORTATION USED.
UA HAS THE RIGHT TO DENY TRANSPORTATION TO PASSENGERS FOUND UTILIZING
TICKETS IN THIS MANNER UNLESS THE DIFFERENCE BETWEEN THE FARE PAID AND
THE FARE FOR TRANSPORTATION USED IS COLLECTED.

D) A TICKET WHICH HAS NOT BEEN VALIDATED, OR WHICH HAS BEEN ALTERED,
MUTILIATED OR IMPROPERLY ISSUED, SHALL NOT BE VALID.

EXCEPTION: WRITE-YOUR-OWN TYPE TICKETS WILL BE HONORED FOR
TRANSPORTATION WITHOUT VALIDATION, PROVIDED THE PERSON ISSUING SUCH
TICKETS HAS A WRITTEN AGREEMENT WITH THE CARRIER SETTING FORTH
ACCOUNTING, RESERVATIONS, AND TICKETING PROCEDURES.
E) TICKETS ARE NOT TRANSFERABLE, BUT UA IS NOT LIABLE TO THE OWNER OF A
TICKET FOR HONORING OR REFUNDING SUCH TICKET WHEN PRESENTED BY ANOTHER
PERSON.
F) THE PURCHASER OF A UA TICKET AND THE PASSENGER INTENDING TO USE SUCH
TICKET ARE RESPONSIBLE FOR ENSURING THAT THE TICKET ACCURATELY STATES
THE PASSENGER'S NAME. PRESENTATION OF A TICKET FOR TRANSPORTATION ON UA
BY SOMEONE OTHER THAN THE PASSENGER NAMED THEREON RENDERS THE TICKET
VOID. SUCH TICKET WILL BE SUBJECT TO CONFISCATION AND WILL BE
INELIGIBLE FOR ANY REFUND.
G) AN ELECTRONIC TICKET (E-TICKET/ET) IS THE RECORD OF AGREEMENT
MAINTAINED AND PROCESSED WITHIN THE CARRIER'S ELECTRONIC RESERVATION
SYSTEM. A WRITTEN RECEIPT IS PROVIDED TO THE PURCHASER OF THE
ELECTRONIC TICKET WHICH CONTAINS A REFERENCE FOR RETRIEVING THE RECORD
WITHIN THE CARRIER'S RESERVATION SYSTEM AND SUMMARY OF THE TICKET
INFORMATION.
 (1) UA MAY MANDATE THE ISSUANCE OF AN ELECTRONIC TICKET (ET)
REGARDLESS OF MARKET, CARRIER, FORM OF PAYMENT, OR CUSTOMER TYPE
(INCLUDING MILEAGE PLUS AND PARTICIPATING CARRIER FREQUENT FLYER
MEMBERS.)

United Airlines, Inc.                              Updated: 2/9/2006

(2) EFFECTIVE FOR TICKETS ISSUED IN THE UNITED STATES, PUERTO RICO AND THE U.S. VIRGIN ISLANDS, UA OR ITS AUTHORIZED AGENT WILL COLLECT A USD 50.00 SERVICE CHARGE WHEN A PASSENGER VOLUNTARILY REQUESTS THE CONVERSION OF AN ELECTRONIC TICKET (ET) TO PAPER FOR ALL ET-ELIGIBLE ITINERARIES. THIS SERVICE CHARGE IS NON-REFUNDABLE AND APPLIES IN ADDITION TO ALL OTHER APPLICABLE CHARGES.

EFFECTIVE 06FEB06  UNITED WILL ASSESS A USD 10.00 SERVICE FEE TO ASSIST WITH A VOLUNTARY CHANGE ON TICKETS ORIGINALLY ISSUED VIA ANY EXTERNAL TICKETING SOURCE (TRAVEL AGENCY/INTERNET AGENCY/OTHER AIRLINE/ETC). THE FEE APPLIES TO DOMESTIC TRAVEL (UNITED STATES/PUERTO RICO/U.S. VIRGIN ISLANDS) AND U.S. POINT OF SALE TO INTERNATIONAL DESTINATIONS. THE FEE IS NON-REFUNDABLE AND APPLIES IN ADDITION TO ALL APPLICABLE CHARGES.

**TICKET VALIDITY UA  RULE: 0105**

A) PERIOD OF VALIDITY

    (1)   EXCEPT AS PROVIDED IN PARAGRAPH C)1) BELOW, AN ORIGINAL TICKET OR COMPLETELY REISSUED PUBLISHED FARE TICKET WILL BE VALID FOR TRANSPORTATION FOR ONE YEAR FROM THE DATE ON WHICH TRANSPORTATION COMMENCES AT THE POINT OF ORIGIN DESIGNATED ON THE ORIGINAL TICKET OR, IF NO PORTION OF THE TICKET IS USED, FROM THE DATE OF ISSUANCE OF THE ORIGINAL OR REISSUED TICKET WHICHEVER IS LATER.  WHEN AN UNUSED PUBLISHED FARE TICKET IS COMPLETELY REISSUED, THE NEW TICKET VALIDITY ON THE REISSUED TICKET WILL BE FAILURE TO OCCUPY SPACE DETERMINED FROM THE DATE THE TICKET WAS REISSUED.

    (2) NON-REFUNDABLE FARES: TICKETS HAVE NO VALUE AFTER TICKETED DEPARTURE DATE.
        Exception: When the passenger cancels the ticketed flight reservations prior to the ticketed departure date, the ticket will be valid for transportation for one year from the date of issuance of the original ticket. Otherwise, the ticket has no value after ticketed departure date.

B) EXTENSION OF VALIDITY
    1) IF THE PASSENGER IS PREVENTED FROM USING THE TICKET, OR A PORTION OF  THE TICKET, DURING THE PERIOD OF VALIDITY SPECIFIED IN PARAGRAPH A) ABOVE OR THE PERIOD OF VALIDITY APPLICABLE TO AN EXCURSION OR SPECIAL FARE, DUE TO LACK OF SPACE OR FLIGHT CANCELLATION, THE TICKET WILL REMAIN VALID UNTIL SPACE CAN BE PROVIDED ON A SCHEDULE COMPARABLE TO THE SCHEDULE THAT THE PASSENGER HAD REQUESTED.

    2) IF THE PASSENGER IS UNABLE TO COMMENCE OR CONTINUE HIS/HER TRAVEL DUE TO PERSONAL ILLNESS OR PHYSICAL INCAPACITY, OR THE ILLNESS OR PHYSICAL INCAPACITY OF A MEMBER OF HIS/HER IMMEDIATE FAMILY, OR OF AN ASSOCIATE WITH WHOM HE/SHE IS TRAVELING, UA WILL EXTEND THE PERIOD OF VALIDITY BEYOND THE ORIGINAL LIMIT NOT TO EXCEED 30 DAYS.  THE ILLNESS OR INCAPACITY MUST BE CERTIFIED IN WRITING BY A PHYSICIAN, SPECIFYING THAT THE PASSENGER IS PREVENTED FROM COMPLETING HIS/HER JOURNEY PRIOR TO THE EXPIRATION OF THE ORIGINAL TIME LIMIT BECAUSE OF SUCH CIRCUMSTANCES.  THE CERTIFICATE MUST BE SURRENDERED TO UA, AND THE TICKET AND ALL COUPONS AFFECTED MUST BE ENDORSED BY AN AUTHORIZED UA TICKET AGENT TO INDICATE THAT AN EXTENSION HAS BEEN GRANTED.

NOTE: THE ABOVE PROVISIONS WILL ALSO APPLY IF THE PASSENGER IS UNABLE
TO COMMENCE OR CONTINUE HIS/HER TRAVEL DUE TO THE DEATH OF A MEMBER OF
HIS/HER IMMEDIATE FAMILY, OR AN ASSOCIATE WITH WHOM HE/SHE IS
TRAVELING.  THE DEATH MUST BE CERTIFIED IN WRITING BY A PHYSICIAN,
SPECIFYING THAT THE PASSENGER IS
PREVENTED FROM COMPLETING HIS/HER JOURNEY PRIOR TO THE EXPIRATION OF
THE ORIGINAL TIME LIMIT BECAUSE OF SUCH CIRCUMSTANCES.  IN THE CASE OF
DEATH, A COPY OF THE DEATH CERTIFICATE SHALL BE PRESENTED TO UA.

     3) WAIVERS FOR JURY DUTY SUMMONS/SUBPOENA
WHEN PASSENGERS ARE CALLED TO JURY DUTY OR RECEIVE A SUBPOENA WHICH
CONFLICTS WITH THE TRAVEL DATES, UA WILL EXTEND VALIDITY OF TICKET
AND/OR WAIVER REQUIREMENTS AS NOTED BELOW:
     A) UA WILL EXTEND TICKET VALIDITY BEYOND THE ORIGINAL LIMIT NOT
TO EXCEED 30 DAYS.
     B) WAIVER OF SPECIAL FARE PROVISIONS:
          I)  WHEN TRANSPORTATION HAS NOT COMMENCED FROM
          AA) GROUP FARES:  PASSENGERS MAY TRAVEL WITH A SUBSEQUENT
GROUP TRAVELING ON THE SAME TYPE OF FARE.  ADVANCE
RESERVATION/TICKETING/SERVICE CHARGE/NON-CHANGEABLE PROVISIONS WILL BE
WAIVED.  INDIVIDUAL TRAVEL WILL BE PERMITTED ONLY IN ACCORDANCE WITH
APPLICABLE TARIFF RULES OF THE GROUP FARE.
          BB) INDIVIDUAL FARES:  PASSENGERS WILL BE PERMITTED TO TRAVEL
ON SUBSEQUENT FLIGHTS. ADVANCE RESERVATION/TICKETING/SERVICE
CHARGE/NON-CHANGEABLE PROVISIONS AND LIMITED SEAT REQUIREMENTS WILL BE
WAIVED.
NOTE:  TRAVEL WILL NOT BE PERMITTED ON A DAY OR AT A TIME WHEN THE FARE
IS NOT APPLICABLE FOR TRAVEL, NOR WILL TRAVEL BE PERMITTED TO COMMENCE
AT A FARE THAT HAS EXPIRED.
          II)  WHEN TRAVEL HAS COMMENCED FROM POINT OF ORIGIN, PASSENGER
WILL BE PERMITTED TO RETURN ON AN EARLIER/LATER FLIGHT.  GROUP TRAVEL,
RESERVATION/TICKETING/SERVICE CHARGE/ NON-CHANGEABLE PROVISIONS, AND
MINIMUM/MAXIMUM STAY REQUIREMENTS WILL BE WAIVED.
     C) ANY EXTENSION OF TICKET VALIDITY OR WAIVED RESTRICTION WILL
ALSO APPLY TO IMMEDIATE FAMILY MEMBERS AND TO TRAVELING COMPANION(S).
     D) THE PASSENGER MUST SUBMIT A COPY OF JURY SUMMONS OR SUBPOENA
WHICH ARE IN CONFLICT WITH THE TRAVEL DATES.  IF A SATISFACTORY PROOF
IS NOT SUBMITTED, THE PASSENGER MUST PAY THE FARE APPLICABLE TO THE
TRANSPORTATION ACTUALLY USED. THE PASSENGER MAY LATER SUBMIT A REFUND
APPLICATION WITH SUPPORTING PROOF.
     E) IF CIRCUMSTANCES REQUIRE THE PASSENGER TO STOP OVER AT AN
INTERMEDIATE POINT, ONE STOPOVER WILL BE PERMITTED AT NO ADDITIONAL
COST.
     F) THE PASSENGER WILL BE ACCOMMODATED ONLY IN THE CLASS OF
SERVICE, I.E. FIRST CLASS/COACH COMPARTMENT, AS ORIGINALLY TICKETED.
     4) VIA ALL -N TYPE NONREFUNDABLE FARES, NO WAIVERS TO FARE RULES
DUE TO ILLNESS/JURY DUTY/SUBPOENA WILL APPLY.

     C) SPECIAL FARE PROVISIONS
THE PROVISIONS BELOW WILL APPLY TO FARES THAT ARE SUBJECT TO GROUP
TRAVEL REQUIREMENTS, AND/OR RESERVATIONS OR TICKETING TIME LIMITATIONS,
AND/OR MINIMUM OR MAXIMUM STAY REQUIREMENTS.
     1) PERIOD OF VALIDITY
WHEN A TICKET INCLUDES AN EXCURSION OR SPECIAL FARE HAVING A SHORTER
PERIOD OF VALIDITY THAN ONE YEAR, THE SHORTER PERIOD OF VALIDITY WILL
APPLY ONLY TO THE EXCURSION OR SPECIAL FARE TRANSPORTATION.
     2) EXTENSION OF VALIDITY


United Airlines, Inc.                              Updated: 2/9/2006

SEE PROVISIONS IN PARAGRAPH B) ABOVE.

    3) WAIVER OF SPECIAL FARE RESTRICTIONS
       A) WHEN A PASSENGER TRAVELING AT AN EXCURSION OR SPECIAL FARE
IS PREVENTED FROM TRAVELING IN ACCORDANCE WITH THE TERMS OF THE
APPLICABLE TARIFF DUE TO THE PASSENGER'S ILLNESS, INJURY, OR PHYSICAL
INCAPACITY; OR DUE TO THE DEATH, ILLNESS, INJURY, OR PHYSICAL
INCAPACITY OF A MEMBER OF HIS/HER
IMMEDIATE FAMILY, THE PASSENGER WILL BE PERMITTED TO TRAVEL ACCORDING
TO THE PROVISIONS BELOW.  (SEE ALSO PARAGRAPH B) BELOW.)
       I) WHEN TRANSPORTATION HAS NOT COMMENCED FROM POINT OF
ORIGIN AND TRAVEL IS:
       AA)    GROUP TRAVEL:  THE PASSENGER WILL BE PERMITTED TO
TRAVEL WITH A SUBSEQUENT GROUP TRAVELING ON THE SAME TYPE OF FARE ON
WHICH THE PASSENGER WAS ORIGINALLY TICKETED, WITHOUT REGARD TO ANY
MINIMUM RESERVATIONS OR TICKETING LIMIT.  THE PASSENGER WILL NOT BE
PERMITTED TO COMMENCE TRAVEL INDIVIDUALLY UNLESS IN ACCORDANCE WITH THE
APPLICABLE TARIFF.
       BB)    INDIVIDUAL TRAVEL:  THE PASSENGER WILL BE PERMITTED
TO COMMENCE TRAVEL ON A SUBSEQUENT FLIGHT WITHOUT REGARD TO ANY MINIMUM
RESERVATION, OR TICKETING LIMIT, OR MAXIMUM PASSENGER LIMITATION.  THE
PASSENGER WILL NOT BE PERMITTED TO ORIGINATE TRAVEL PRIOR TO THE
ORIGINAL DEPARTURE DATE. NOTE:  TRAVEL WILL NOT BE PERMITTED ON A DAY
AT A TIME WHEN THE FARE IS NOT APPLICABLE FOR TRAVEL, NOR WILL TRAVEL
BE PERMITTED TO COMMENCE AT A FARE THAT HAS EXPIRED.  WHEN NECESSARY
THE APPROPRIATE DIFFERENCE IN FARE WILL BE COLLECTED FROM OR REFUNDED
TO THE PASSENGER.
       II)    WHEN TRANSPORTATION HAS COMMENCED FROM POINT OF ORIGIN
THE PASSENGER WILL BE PERMITTED TO RETURN TO THE FINAL DESTINATION ON
AN EARLIER OR LATER FLIGHT, AS NECESSARY, WITHOUT REGARD TO GROUP
TRAVEL REQUIREMENTS OR ANY MINIMUM RESERVATIONS OR TICKETING LIMIT.
    B) TRAVEL PERMITTED IN ACCORDANCE WITH THE PROVISIONS IN
PARAGRAPHS A) I) AND II) ABOVE IS ALSO SUBJECT TO THE FOLLOWING
PROVISIONS:
       I) THE PASSENGER WILL BE ACCOMMODATED ONLY IN THE CLASS OF
SERVICE ORIGINALLY TICKETED.
       II)    IF THE CIRCUMSTANCES REQUIRE THE PASSENGER TO STOP
OVER AT AN INTERMEDIATE POINT NAMED ON THE ROUTING APPLICABLE TO THE
FARE PAID BY THE PASSENGER, ONE STOPOVER WILL BE PERMITTED AT NO
ADDITIONAL COST.
       III)    THE PASSENGER MUST SUBMIT TO UA A PHYSICIAN'S
CERTIFICATE STATING THE CIRCUMSTANCES WHICH NECESSITATE TRAVEL UNDER
THIS PROVISION.  IN THE CASE OF DEATH OF A MEMBER OF THE PASSENGER'S
IMMEDIATE FAMILY, A COPY OF THE DEATH CERTIFICATE SHALL BE PRESENTED TO
UA.
       IV)    IF THE MEDICAL CERTIFICATE OR DEATH CERTIFICATE IS NOT
AVAILABLE AT THE TIME THE PASSENGER IS TO TRAVEL, OR IF UA HAS REASON
TO DOUBT THE VALIDITY OF SUCH CERTIFICATE, THE PASSENGER WILL BE
ACCOMMODATED ONLY UPON PAYMENT OF THE FARE APPLICABLE TO TRANSPORTATION
ACTUALLY USED, AND A REQUEST FOR REFUND MAY BE FILED WITH UA.  UPON
RECEIPT OF THE CLAIM FORM AND ALL SUPPORTING DOCUMENTS, AND AFTER
DETERMINING THE VALIDITY OF THE CLAIM, UA WILL REFUND TO THE PASSENGER
THE DIFFERENCE BETWEEN THE TOTAL FARE PAID BY THE PASSENGER AND THE
AMOUNT THE PASSENGER WOULD HAVE PAID UNDER THE PROVISIONS OF THIS RULE.
       V) ANY EXTENSION OF VALIDITY OR RESTRICTIONS WAIVED WILL
ALSO APPLY TO MEMBERS OF THE IMMEDIATE TRAVEL PARTY WHO ACCOMPANY THE
PASSENGER

United Airlines, Inc.                                    Updated: 2/9/2006

DESCRIBED IN PARAGRAPH C)3)A) ABOVE.

    4) WAIVER OF SERVICE CHARGES
ALL SERVICE CHARGES WILL BE WAIVED IN THE EVENT OF AN ILLNESS/DEATH TO
THE PASSENGER/IMMEDIATE FAMILY MEMBER (TRAVELING OR NOT)/TRAVELING
COMPANION, AS EVIDENCED BY A DEATH/MEDICAL CERTIFICATE.
    5) VIA ALL -N TYPE NONREFUNDABLE FARES, NO WAIVERS TO FARE
RULES DUE TO ILLNESS/JURY DUTY/SUBPOENA WILL APPLY. SERVICE CHARGE TO
THE PASSENGER'S ESTATE.  A COPY OF THE DEATH CERTIFICATE MUST BE
PRESENTED TO UA.
    6) MILITARY PERSONNEL WHO ARE ACTIVATED FOR DUTY AND ARE
HOLDING VALID TICKETS FOR TRAVEL DURING THE DATE FOR WHICH THEY MUST
REPORT FOR ACTIVE DUTY MAY, UPON PRESENTING TO UA A COPY OF THE
MILITARY ORDERS:
    (A)    REAPPLY THE TICKETS TO A REVISED OR NEW
ITINERARY, REQUALIFYING FOR A FARE APPROPRIATE TO THE
ITINERARY, AND THE TICKETS MAY BE REISSUED WITHOUT A
SERVICE CHARGE, OR
    (B)    REFUND THE TICKETS IN THE FORM OF A UA
TRAVEL VOUCHER OR TO THE ORIGINAL FORM OF PAYMENT
WITHOUT A SERVICE CHARGE.
THIS WAIVER MAY ALSO BE EXTENDED TO IMMEDIATE FAMILY
MEMBERS, AS DEFINED UNDER RULE 5UA, WHO ARE ACCOMPANYING
THE QUALIFYING MILITARY PASSENGER.

## CONFIRMATION OF RESERVED SPACE UA  RULE: 0115

A) A RESERVATION FOR SPACE ON A GIVEN FLIGHT IS VALID WHEN THE
AVAILABILITY AND ALLOCATION OF SUCH SPACE IS CONFIRMED BY A RESERVATION
AGENT OF UA OR ITS AUTHORIZED REPRESENTATIVE.  SUBJECT TO PAYMENT OR
SATISFACTORY CREDIT ARRANGEMENT, A VALIDATED TICKET WILL BE ISSUED BY
UA OR ITS AUTHORIZED REPRESENTATIVE INDICATING SUCH CONFIRMED SPACE,
PROVIDED PASSENGER APPLIES FOR SUCH TICKET AT LEAST 60 MINUTES PRIOR TO
THE SCHEDULED DEPARTURE TIME OF THE FLIGHT TO WHICH SUCH RESERVATION
APPLIES.  SUCH RESERVATION IS SUBJECT TO CANCELLATION BY UA, WITHOUT
NOTICE, IF THE PASSENGER HAS NOT OBTAINED A VALIDATED TICKET SPECIFYING
HIS/HER CONFIRMED RESERVED SPACE AT LEAST 60 MINUTES PRIOR TO THE
SCHEDULED DEPARTURE TIME OF THE FLIGHT TO WHICH SUCH RESERVATION
APPLIES.
PASSENGERS WHO CONTACT UNITED OR ITS AUTHORIZED REPRESENTATIVES FOR
TRAVEL WITHIN POINTS IN THE UNITED STATES/CANADA/PUERTO RICO/U.S.
VIRGIN ISLANDS MAY, AT THEIR DISCRETION, HOLD RESERVATIONS WHICH HAVE
BEEN CONFIRMED AT A UNITED LOCATION WITHOUT PAYMENT AT THE FARE STORED
IN THE RESERVATION UNTIL MIDNIGHT LOCAL TIME THE DAY FOLLOWING THE
CONFIRMATION OF THE RESERVATION, PROVIDED NO VOLUNTARY CHANGES ARE MADE
TO THE ITINERARY BY THE CUSTOMER, ALL FARE RULES ARE MET, AND TICKETING
OCCURS BY UNITED AIRLINES OR ITS AUTHORIZED REPRESENTATIVE.

EXCEPTION 1: WHERE RULES APPLICABLE TO A FARE PROVIDE FOR ISSUANCE,
VALIDATION, OR PURCHASE OF A TICKET MORE THAN 60 MINUTES PRIOR TO THE
SCHEDULED DEPARTURE TIME OF THE FLIGHT TO WHICH A RESERVATION APPLIES,
THE ADVANCE TICKETING LIMIT SPECIFIED IN SUCH OTHER RULES WILL APPLY.

United Airlines, Inc.                                    Updated: 2/9/2006

EXCEPTION 2: DURING A WORK STOPPAGE RESULTING FROM A STRIKE BY ONE OR
MORE OF UA'S LABOR UNIONS, UA WILL CANCEL ONLY THOSE FLIGHTS THAT IT IS
UNABLE TO OPERATE AS A RESULT OF THE WORK STOPPAGE.

B)    ONCE A PASSENGER OBTAINS A TICKET REFLECTING CONFIRMED SPACE FOR A
SPECIFIC UA FLIGHT AND DATE, EITHER FROM UA OR FROM ANY AGENT OF UA,
THE RESERVATION IS CONFIRMED EVEN IF THERE IS NO RECORD IN UA'S
RESERVATIONS SYSTEM.

EXCEPTION 1: TICKETS SHALL NOT BE VALID IF RESERVATIONS ARE CANCELLED
PURSUANT TO RULE 135, (CANCELLATION OF RESERVATIONS) OR CANCELLED BY
THE PASSENGER OR HIS/HER REPRESENTATIVE.

EXCEPTION 2: "WRITE-YOUR-OWN" TYPE TICKETS SHALL BE VALID ONLY IF THE
RESERVATION IS RECORDED IN UA'S RESERVATION SYSTEM.


EXCEPTION 3: TICKETS WHICH ARE REVALIDATED BY USE OF A STICKER TO
INDICATE A CONFIRMED RESERVATION ON UA SHALL BE VALID ONLY IF A
CONFIRMED RESERVATION IS RECORDED IN UA'S RESERVATION SYSTEM.

C)    UA FLIGHTS ARE SUBJECT TO OVERBOOKING WHICH COULD RESULT IN THE
CARRIER'S INABILITY TO PROVIDE PREVIOUSLY CONFIRMED SPACE FOR A GIVEN
FLIGHT OR FOR THE CLASS OF SERVICE RESERVED.  IN THAT EVENT, UA'S
OBLIGATION TO THE PASSENGER IS GOVERNED BY RULE 245 (DENIED BOARDING
COMPENSATION).  THE TERM "OVERBOOKING" MEANS THE LIMITED ACCEPTANCE OF
MORE CONFIRMED RESERVATIONS FOR A CLASS OF SERVICE ON A GIVEN FLIGHT
THAN THE SEATING CAPACITY OF THAT CLASS OF SERVICE ON THE AIRCRAFT. THE
PASSENGER SHALL NOT BE ENTITLED TO COMPENSATORY OR PUNITIVE DAMAGES IN
THE EVENT OF AN OVERSELL.


## CANCELLATION OF RESERVATIONS UA  RULE: 0135

A)    UA WILL CANCEL RESERVATIONS OF ANY PASSENGER WHENEVER SUCH ACTION
IS NECESSARY TO COMPLY WITH ANY GOVERNMENTAL REGULATION, WITH ANY
GOVERNMENTAL REQUEST FOR EMERGENCY TRANSPORTATION IN CONNECTION WITH
THE NATIONAL DEFENSE, OR WHENEVER SUCH ACTION IS NECESSARY OR ADVISABLE
BY REASON OF WEATHER, WORK STOPPAGE RESULTING FROM A STRIKE, OR OTHER
CONDITIONS BEYOND ITS CONTROL.

B)    FAILURE TO OCCUPY SPACE.  IF THE PASSENGER FAILS TO OCCUPY SPACE
WHICH HAS BEEN RESERVED FOR HIM/HER ON A UA FLIGHT, AND UA FAILS TO
RECEIVE NOTICE OF THE CANCELLATION OF SUCH RESERVATION PRIOR TO THE
DEPARTURE OF SUCH FLIGHT; OR IF ANY CARRIER CANCELS THE RESERVATION OF
ANY PASSENGER IN ACCORDANCE WITH THIS RULE, UA WILL CANCEL ALL
RESERVATIONS HELD BY SUCH PASSENGER ON THE FLIGHTS OF UA FOR CONTINUING
OR RETURN SPACE, PROVIDED UA ORIGINALLY RESERVED THAT SPACE.

C)    AIRPORT CHECK-IN TIME LIMITS - APPLICABLE TO/FROM ALL POINTS
      IN THE U.S.A.
UA RESERVES THE RIGHT TO CANCEL THE RESERVED SPACE, ANY PREASSIGNED
SEAT AND THE ENTIRE ITINERARY OF ANY PASSENGER WHO FAILS TO CHECK-IN
AND RECEIVE A BOARDING PASS AT LEAST THIRTY (30) MINUTES PRIOR TO
SCHEDULED DEPARTURE AND BE AVAILABLE TO BOARD AT THE DESIGNATED

United Airlines, Inc.                                    Updated: 2/9/2006

BOARDING GATE AT LEAST TWENTY (20) MINUTES PRIOR TO SCHEDULED DEPARTURE
OF THE FLIGHT ON WHICH THE RESERVATION IS MADE.

D)    PASSENGERS WHO ARE UNABLE TO PRESENT THEMSELVES FOR CHECK-IN IN
ACCORDANCE WITH THE ABOVE, DUE TO THE LATE ARRIVAL OF AN INBOUND
CONNECTING FLIGHT OF UA OR ANOTHER CARRIER, WILL BE CONSIDERED
MISCONNECTIONS.

E)    UA IS NOT LIABLE WHEN IT CANCELS THE RESERVATION OF ANY PASSENGER
IN ACCORDANCE WITH THIS RULE, BUT
    1)    IF SUCH RESERVATION WAS CANCELLED PURSUANT TO PARAGRAPHS A) OR
D) OF THIS RULE, EXCEPT FOR CANCELLATIONS DUE TO A WORK STOPPAGE
RESULTING FROM A STRIKE, UA WILL TAKE SUCH ACTION AS IS PROVIDED IN
RULE 240 (FAILURE TO OPERATE ON SCHEDULE OR FAILURE TO CARRY).
    2)    IF SUCH RESERVATION WAS CANCELLED DUE TO A WORK STOPPAGE
RESULTING FROM A STRIKE, UA WILL REROUTE PASSENGERS TICKETED ON THE DAY
OF OR PRIOR TO SUCH WORK STOPPAGE VIA UA OR VIA OTHER CARRIERS WITH
WHOM UA HAS AN AGREEMENT FOR SUCH REROUTING. PASSENGERS TICKETED AFTER
ONSET OF A WORK STOPPAGE WILL BE PROTECTED ONLY OVER THE ROUTES OF UA.
IF UA IS UNABLE TO PROVIDE ALTERNATE SERVICE ACCEPTABLE TO THE
PASSENGER, UA SHALL REFUND THE FLIGHT COUPON(S) FOR THE UNFLOWN
PORTION(S) IN ACCORDANCE WITH RULE 260 (REFUNDS-INVOLUNTARY).
    3)    IF SUCH RESERVATION WAS CANCELLED PURSUANT TO PARAGRAPHS B) OR
C) OF THIS RULE, UA WILL REROUTE IN ACCORDANCE WITH RULE 255 (REROUTING
- WHEN ALLOWED), OR WILL REFUND IN ACCORDANCE WITH RULE 270 (REFUNDS-
VOLUNTARY).
    4)    THE REMEDIES IN SUB-PARAGRAPH 1), 2) AND 3) ABOVE SHALL BE THE
SOLE AND EXCLUSIVE REMEDIES FOR A PASSENGER.  THE PASSENGER SHALL HAVE
NO CLAIM AS LAW OR EQUITY FOR COMPENSATORY OR PUNITIVE DAMAGES.

F)  PASSENGER'S RIGHT TO CANCEL RESERVATIONS.
NOTWITHSTANDING ANY OTHER PROVISIONS OF THE CONTRACT OF CARRIAGE,
CUSTOMERS WHO PURCHASE A TICKET IN THE UNITED STATES, WHETHER THROUGH
UNITED RESERVATIONS, UNITED'S CITY TICKET OFFICES, AIRPORT TICKET
LOCATIONS OR UNITED.COM MAY CANCEL THAT RESERVATION AND RECEIVE A FULL
REFUND FOR THE FARE PAID UP TO 24 HOURS FROM THE TIME THE TICKET WAS
ISSUED.


## APPLICATION OF FARES - GENERAL UA  RULE: 0150

FARES AND CHARGES SHALL APPLY ONLY TO AIR TRANSPORTATION BETWEEN THE
AIRPORT AND/OR HELIPORTS THROUGH WHICH THE CITIES NAMED IN CONNECTION
WITH SUCH FARES AND CHARGES ARE SERVED BY UA OR CARRIERS BY WHOM, OR ON
WHOSE BEHALF, SUCH
FARES AND CHARGES ARE PUBLISHED.  GROUND TRANSPORTATION OTHER THAN THAT
SPECIFIED BELOW WILL BE ARRANGED BY THE PASSENGER, AND AT HIS/HER OWN
EXPENSE.

LOWEST FARE AVAILABLE UA  RULE: 0151

IN MAKING RESERVATIONS AND QUOTING FARES TO CUSTOMERS, UNITED EMPLOYEES
WILL OFFER THE LOWEST FARE AVAILABLE FOR WHICH THE CUSTOMERS ARE
ELIGIBLE, GIVEN THE DATE, FLIGHT AND CLASS OF SERVICE REQUESTED AND THE
MOST LOGICAL ROUTING.


FARE CONSTRUCTION UA  RULE: 0165

WHEN THE FARE BETWEEN ANY 2 POINTS IS NOT SPECIFICALLY PUBLISHED VIA
THE DESIRED ROUTING, SUCH FARE SHALL BE CONSTRUCTED BY COMBINING THOSE
FARES, APPLICABLE VIA THE DESIRED ROUTING FROM THE PASSENGER'S POINT OF
ORIGIN TO POINT OF DESTINATION, WHICH PRODUCE THE LOWEST FARE FOR THE
CLASS OF SERVICE USED; PROVIDED, HOWEVER, THAT SUCH FARE WILL NOT
EXCEED THE LOWEST FARE DETERMINED IN ACCORDANCE WITH PARAGRAPHS 1), 2),
3), 4) AND 5) OF THIS RULE.

NOTE: FARES MAY BE CONSTRUCTED BY COMBINING END TO END IF SUCH FARES
ARE LESS THAN SPECIFICALLY PUBLISHED FARES VIA THE SAME ROUTING,
PROVIDED THAT TRAVEL IS VIA THE POINT OVER WHICH FARES HAVE BEEN
COMBINED.
1)    NOT USED
2)    CIRCLE-TRIP/ROUND-TRIP MAXIMUM IF THE FARE CONSTRUCTED FOR SUCH
ROUTING EXCEEDS THE FARE FOR A CIRCLE TRIP OR ROUND TRIP CONSTRUCTED
FROM THE SAME POINT OF ORIGIN WHICH WOULD INCLUDE SUCH ROUTING, THE
CIRCLE-TRIP OR ROUND-TRIP FARE WOULD APPLY.
3)    NOT USED
4)    MAXIMUM FARE - TRAVEL VIA THE SAME OR DIFFERENT CLASSES OF SERVICE
A COMBINATION OF FARES OF THE SAME OR DIFFERENT CLASSES OF SERVICE (SEE
NOTES TO PARAGRAPH 4 BELOW) MAY NOT EXCEED THE LOWEST OF THE FOLLOWING
FARES OR COMBINATION OF FARES VIA THE SAME CARRIER(S) BETWEEN AND VIA
THE SAME POINT:
      A)    A COMBINATION OF FARES VIA THE CLASS OF SERVICE USED FOR A
PORTION OF THE TRANSPORTATION AND FARES FOR A HIGHER CLASS OF SERVICE
FOR THE REMAINDER OF THE TRANSPORTATION, OR
      B)    A COMBINATION OF FARES VIA HIGHER CLASSES OF SERVICE, OR
      C)    A THROUGH PUBLISHED FARE VIA A HIGHER CLASS OF SERVICE, OR
EXCEPTION:  A THROUGH PUBLISHED FARE VIA A HIGHER CLASS OF SERVICE TO
OR FROM A MORE DISTANT POINT MAY NOT BE USED TO CONSTRUCT A FARE FOR AN
INTERMEDIATE POINT(S) IF THERE IS A PUBLISHED FARE FOR THE SAME HIGHER
CLASS OF SERVICE TO OR FROM SUCH INTERMEDIATE POINT(S).
      D) A FARE CONSTRUCTED IN ACCORDANCE WITH PARAGRAPH 5) BELOW.
NOTE:    FOR THE PURPOSE OF PARAGRAPHS A), B) AND C), FARES ARE
PUBLISHED IN THE FOLLOWING DESCENDING CLASS OF SERVICE/BOOKING CODE
ORDER:
      1) FIRST CLASS:
         BOOKING CODE:  F
      2) RESTRICTED FIRST CLASS:
         BOOKING CODE:  P
         BOOKING CODE:  A
      3) BUSINESS CLASS:
         BOOKING CODE:  C
      4) RESTRICTED BUSINESS CLASS:
         BOOKING CODE:  D
         BOOKING CODE:  Z


United Airlines, Inc.                              Updated: 2/9/2006

```
            5) COACH CLASS:
                 BOOKING CODE:  Y
            6) RESTRICTED COACH CLASS:
                 BOOKING CODE:  B
                 BOOKING CODE:  M
                 BOOKING CODE:  E
                 BOOKING CODE:  U
                 BOOKING CODE:  H
                 BOOKING CODE:  Q
                 BOOKING CODE:  V
                 BOOKING CODE:  W
                 BOOKING CODE:  S
                 BOOKING CODE:  T
                 BOOKING CODE:  K
                 BOOKING CODE:  L
                 BOOKING CODE:  G
```

5) A) CONSTRUCTION OF FARES FOR COMBINATION OF JET AND PROPELLER
TRANSPORTATION IN THE SAME CLASS OF SERVICE  (VIA OTHER THAN AA, AS,
BF, DL, EA, NW, UA AND US.)  CONSTRUCTION OF FARES FOR COMBINATION OF
JET PROPELLER TRANSPORTATION IN THE SAME CLASS OF SERVICE OR FOR
COMBINATION OF FIRST CLASS AND COACH SERVICE  (APPLICABLE TO AS.)
WHERE NO THROUGH ONE-FACTOR FARE IS PUBLISHED FROM POINT OF ORIGIN TO
POINT OF DESTINATION VIA THE ROUTE OF MOVEMENT FOR A JOURNEY IN ONE
CLASS OF SERVICE, PARTLY ON JET AIRCRAFT AND PARTLY ON PROPELLER
AIRCRAFT, THE APPLICABLE FARE FOR SUCH TRANSPORTATION WILL BE
CONSTRUCTED AS FOLLOWS: WHERE A THROUGH ONE-FACTOR FARE FOR PROPELLER
AIRCRAFT IS PUBLISHED FROM POINT OF ORIGIN TO POINT OF DESTINATION VIA
THE ROUTE OF MOVEMENT FOR THE CLASS OF SERVICE USED, THE APPLICABLE
FARE WILL BE THE THROUGH ONE-FACTOR FARE, PLUS THE DIFFERENCE BETWEEN
THE FARES FOR JET AND PROPELLER AIRCRAFT, FOR THE CLASS OF SERVICE
USED, BETWEEN THE POINTS WHERE JET AIRCRAFT IS USED.  FOR THE PURPOSE
OF PARAGRAPH 5) THE CLASSES OF SERVICE ARE:
I)   FIRST CLASS SERVICE
II)  COACH SERVICE OTHER THAN NIGHT COACH
III)  COACH SERVICE OTHER THAN NIGHT COACH/OFF-PEAK COACH (APPLICABLE
TO NW.)
IV)  NIGHT COACH SERVICE
V)  NIGHT COACH/OFF-PEAK COACH (APPLICABLE TO NW.)


**ROUND-TRIP FARES UA  RULE: 0170**

WHEN A TICKET IS PURCHASED BEFORE THE TRANSPORTATION COMMENCES, OR IS
REISSUED PURSUANT TO RULE 255 (REROUTING - WHEN ALLOWED), THE FARE
APPLICABLE TO A ROUND TRIP BETWEEN TWO POINTS OVER THE LINES OF ONE OR
MORE CARRIERS SHALL BE:
A) WHEN SPECIFICALLY PUBLISHED VIA THE DESIRED ROUTING, THE APPLICABLE
ROUND-TRIP FARE PUBLISHED BY OR ON BEHALF OF SUCH CARRIER(S).
B) WHEN NOT SPECIFICALLY PUBLISHED VIA THE DESIRED ROUTING, THE SUM OF
THE ONE-WAY FARES APPLICABLE TO THE RESPECTIVE ONE-WAY SEGMENTS.

**CIRCLE-TRIP FARES UA  RULE: 0175**

WHEN A TICKET IS PURCHASED BEFORE THE TRANSPORTATION COMMENCES, OR IS
REISSUED PURSUANT TO RULE 255 (REROUTING - WHEN ALLOWED), THE FARE
APPLICABLE TO A CIRCLE TRIP VIA PARTICIPATING CARRIERS SHALL BE THE SUM
OF FIFTY PERCENT OF THE APPLICABLE ROUND-TRIP FARES FOR THE RESPECTIVE
SEGMENTS.

**STOPOVERS UA  RULE: 0180**

A) STOPOVERS WILL BE PERMITTED ONLY UPON PAYMENT OF THE COMBINATION OF
APPLICABLE FARES, OR STOPOVER CHARGES WHEN PROVIDED ON TRANSPORTATION
SOLELY WITHIN THE CONTINENTAL UNITED STATES, UNLESS THE APPLICABLE FARE
PERMITS SUCH
STOPOVERS.  A STOPOVER, AS USED HEREIN, WILL OCCUR WHEN A PASSENGER
ARRIVES AT AN INTERMEDIATE OR JUNCTION TRANSFER POINT ON A FLIGHT OF
ANY CARRIER, AND FAILS TO DEPART FROM SUCH INTERMEDIATE OR JUNCTION
TRANSFER POINT ON:
       1) THE FIRST FLIGHT ON WHICH SPACE IS AVAILABLE; OR,
       2) THE FLIGHT THAT WILL PROVIDE FOR THE PASSENGER'S EARLIEST
ARRIVAL AT INTERMEDIATE OR JUNCTION TRANSFER POINT(S) OR DESTINATION
POINT, VIA THE CARRIER AND CLASS OF SERVICE AS SHOWN ON THE PASSENGER'S
TICKET.  PROVIDED, HOWEVER, THAT IN NO EVENT WILL A STOPOVER OCCUR WHEN
THE PASSENGER DEPARTS
FROM THE INTERMEDIATE OR JUNCTION TRANSFER POINT ON A FLIGHT SHOWN IN
UA'S OFFICIAL GENERAL SCHEDULES, AND/OR SERVICE PATTERNS AS DEPARTING
WITHIN FOUR HOURS AFTER THE PASSENGER'S ARRIVAL AT SUCH POINT.

B) ON TRANSPORTATION BETWEEN POINTS IN THE CONTINENTAL U.S./ALASKA AND
HAWAII, STOPOVERS WILL BE PERMITTED WITHOUT CHARGE AT INTERMEDIATE
POINTS ON THE APPLICABLE ROUTING, UNLESS THE APPLICABLE TARIFF
SPECIFICALLY EXCLUDES SUCH STOPOVER. EXCEPTION:  STOPOVERS WITHIN HAW.
ARE PERMITTED AT HNL ONLY.

C) ON TRANSPORTATION BETWEEN POINTS IN THE CONTINENTAL U.S. AND ALASKA,
STOPOVERS WILL BE PERMITTED WITHOUT CHARGE AT ANC/PDX/SEA/SFO.

**TRANSFERS UA  RULE: 0183**

A MAXIMUM OF 4 CONNECTIONS IN EACH DIRECTION ARE PERMITTED VIA ANY
PUBLISHED FARE.

EXCEPTION: BETWEEN HAWAII AND THE CONTINENTAL U.S./ALASKA CONNECTIONS
ARE NOT LIMITED VIA FARES GOVERNED BY DFR RULES 4825UA/4826UA/4830UA/
4831UA AND VIA C-TYPE FARES/F/FPS/F1UA/FUA/FCAS/Y/YUA/YUAS FARES.

**ROUTINGS UA  RULE: 0185**

A) EACH FARE APPLIES ONLY TO TRANSPORTATION VIA THE ROUTINGS SPECIFIED
IN CONNECTION WITH SUCH FARE.

B) A LOCAL ROUTING IN CONNECTION WITH A FARE APPLICABLE FOR
TRANSPORTATION OVER THE LINES OF UA BETWEEN ANY TWO POINTS, SHALL BE
INCLUDED IN A ROUTING IN CONNECTION WITH A PUBLISHED JOINT FARE OF THE
SAME FARE BASIS CODE WHICH INCLUDES TRANSPORTATION BETWEEN SUCH POINTS,
UNLESS EXPRESSLY EXCLUDED FROM THE JOINT FARE ROUTING OR ROUTINGS.
WHERE MORE THAN ONE LOCAL FARE OF THE SAME FARE BASIS CODE APPLIES, THE

United Airlines, Inc.                          Updated: 2/9/2006

JOINT FARE SHALL APPLY ONLY VIA THE ROUTING SPECIFIED IN CONNECTION
WITH THE LOWEST LOCAL FARE.  IN THE ABSENCE OF A LOCAL FARE WITH THE
SAME FARE BASIS CODE, THE ROUTING APPLICABLE TO THE LOWEST COACH (Y)
FARE SHALL APPLY.


**ACCEPTANCE OF BAGGAGE:  GENERAL UA  RULE: 0190**

A)  GENERAL CONDITIONS OF ACCEPTANCE
UA WILL ACCEPT FOR TRANSPORTATION AS BAGGAGE, SUCH PERSONAL PROPERTY AS
IS NECESSARY OR APPROPRIATE FOR THE WEAR, USE, COMFORT, OR CONVENIENCE
OF THE PASSENGER FOR THE PURPOSE OF THE TRIP, SUBJECT TO THE FOLLOWING
CONDITIONS:
    1)  ALL BAGGAGE IS SUBJECT TO INSPECTION BY UA; HOWEVER, THERE IS
NO OBLIGATION THAT UA PERFORM AN INSPECTION.  UA WILL REFUSE TO
TRANSPORT OR WILL REMOVE AT ANY POINT BAGGAGE THAT THE PASSENGER
REFUSES TO SUBMIT FOR INSPECTION.
    2)  UA HAS THE RIGHT TO REFUSE TO TRANSPORT BAGGAGE ON ANY FLIGHT
OTHER THAN THE ONE CARRYING THE PASSENGER.
    3)  UA WILL REFUSE TO ACCEPT PROPERTY FOR TRANSPORTATION WHICH
SIZE, WEIGHT, OR CHARACTER RENDERS IT UNSUITABLE FOR TRANSPORTATION ON
THE PARTICULAR AIRCRAFT WHICH IS TO TRANSPORT IT; WHICH CANNOT BE
ACCOMMODATED WITHOUT HARMING OR ANNOYING PASSENGERS; OR WHICH IS NOT
SUITABLE OR ADEQUATELY PACKAGED TO WITHSTAND ORDINARY HANDLING, UNLESS
THE PASSENGER
EXECUTES A RELEASE FORM.
    4)  UA WILL NOT ACCEPT BAGGAGE OR OTHER PERSONAL PROPERTY FOR
STORAGE.
    5)  BAGGAGE MUST BE CHECKED AT THE AIRPORT AT LEAST 30 MINUTES IN
ADVANCE OF FLIGHT DEPARTURE TIME. IF CHECKED BAGGAGE IS ACCEPTED LESS
THAN 30 MINUTES BEFORE SCHEDULED DEPARTURE TIME, UA WILL BE EXCLUDED
FROM LIABILITY AS DEFINED BELOW.
    A)  CUTOFF TIME FOR BAGGAGE CHECK-IN IS 30 MINUTES BEFORE
DEPARTURE FOR ALL AIRPORTS IN THE U.S. EXCEPT THE FOLLOWING AIRPORTS
WHICH HAVE a 45 MINUTE CUT-OFF TIME FOR BAGGAGE CHECK-IN:
                        ATL-ATLANTA GA
                        CLT - CHARLOTTE NC
                        DEN - DENVER CO
                        JFK - JOHN F KENNEDY AIRPORT / NEW YORK NY
                        LAS - LAS VEGAS NV
                        LAX - LOS ANGELES CA
                        MCO - ORLANDO FL
                        ORD - OHARE AIRPORT / CHICAGO IL
                        PHL - PHILADELPHIA PA
                        PHX - PHOENIX AZ
                        SEA - SEATTLE WA
                        SFO - SAN FRANCISCO CA
                        TPA - TAMPA FL
                        IAD - DULLES INTL AIRPORT / WASHINGTON DC
    B)  THE PASSENGER'S NAME MUST APPEAR ON THE BAGGAGE.
    C)  BAGGAGE WILL NOT BE CHECKED:
      I)  TO A POINT THAT IS NOT ON THE PASSENGER'S ROUTING.
      II)  BEYOND THE PASSENGER'S NEXT POINT OF STOPOVER OR, IF THERE
IS NO STOPOVER, BEYOND THE FINAL DESTINATION DESIGNATED ON THE TICKET.


United Airlines, Inc.                          Updated: 2/9/2006

III)  BEYOND A POINT AT WHICH THE PASSENGER WANTS TO RECLAIM THE BAGGAGE OR ANY PORTION THEREOF.

IV)  BEYOND THE POINT TO WHICH ALL APPLICABLE CHARGES HAVE BEEN PAID.

V)  BEYOND A POINT AT WHICH THE PASSENGER IS TO TRANSFER TO A CONNECTING FLIGHT, IF THAT FLIGHT IS SCHEDULED TO DEPART FROM AN AIRPORT DIFFERENT FROM THE ONE AT WHICH THE PASSENGER IS SCHEDULED TO ARRIVE.

VI)  TO A POINT WHICH IS INTERMEDIATE TO THE PASSENGER'S NEXT POINT OF STOPOVER, OR IF NONE, INTERMEDIATE TO THE FINAL DESTINATION.

6)  SIZE MAXIMUMS

NO ARTICLE WILL BE ACCEPTED IF THE MAXIMUM OUTSIDE LINEAR DIMENSIONS (LENGTH   WIDTH   HEIGHT) EXCEED 115 IN., OR IF THE ARTICLE WEIGHS MORE THAN 100 1B. NO SINGLE DIMENSION SHALL EXCEED 72 IN. EXCEPTION: CANCELLED NOTE:  THESE PROVISIONS DO NOT APPLY TO CERTAIN SPECIAL ITEMS SUCH AS SPORTING EQUIPMENT, CABIN BAGGAGE, OR KENNELS.

7)  MISCELLANEOUS ITEMS

A)  UA WILL ACCEPT SPORTING EQUIPMENT AS CHECKED BAGGAGE SUBJECT TO CERTAIN CONDITIONS, LIMITATIONS, AND APPLICABLE CHARGES. INFORMATION AS TO CONDITIONS OF ACCEPTANCE AND CHARGES, IF ANY, WILL BE PROVIDED BY ANY UA RESERVATION AGENT OR AUTHORIZED TRAVEL AGENT.

B)  UA WILL ACCEPT LIVE ANIMALS FOR CARRIAGE EITHER AS CHECKED BAGGAGE OR IN THE PASSENGER COMPARTMENT UNDER THE FOLLOWING CONDITIONS:

I)  SPACE MUST BE RESERVED FOR ANIMALS IN EITHER THE PASSENGER OR CARGO COMPARTMENT.  ANIMALS WITHOUT RESERVED SPACE WILL BE ACCEPTED, IF SPACE IS AVAILABLE, ONLY AFTER THE ANIMALS FOR WHOM SPACE HAS BEEN RESERVED HAVE BEEN ACCOMMODATED.

II)  THE ANIMAL MUST BE HARMLESS, INOFFENSIVE, ODORLESS, AND REQUIRE NO ATTENTION DURING TRANSIT.

III)  THE ANIMAL MUST BE CONFINED IN A CAGE OR CONTAINER SUBJECT TO INSPECTION AND APPROVAL BY UA, AND MEET THE DEPARTMENT OF AGRICULTURE REQUIREMENTS PRIOR TO ACCEPTANCE.

IV)  THE PASSENGER TRANSPORTING THE ANIMAL MUST MAKE ALL ARRANGEMENTS AND ASSUME FULL RESPONSIBILITY FOR COMPLYING WITH ANY APPLICABLE LAWS, CUSTOMS, AND/OR OTHER GOVERNMENTAL REGULATIONS, REQUIREMENTS, OR RESTRICTIONS OF THE COUNTRY, STATE, OR TERRITORY TO WHICH THE ANIMAL IS BEING TRANSPORTED.  UA WILL NOT BE LIABLE FOR LOSS OR EXPENSE DUE TO THE PASSENGER'S FAILURE TO COMPLY WITH THIS PROVISION, AND UA WILL NOT BE RESPONSIBLE IF ANY PET IS REFUSED PASSAGE INTO OR THROUGH ANY COUNTRY, STATE, OR TERRITORY.

V)  THE PASSENGER MUST TRAVEL ON THE SAME FLIGHT AS THE ANIMAL; UNACCOMPANIED ANIMALS MAY BE SHIPPED AS AIR FREIGHT ONLY.

VI)  KENNELS MAY BE INTERLINED TO STAR CARRIERS WITH THE EXCEPTION OF USAIR.

VII)  MAXIMUM KENNEL SIZE OF 115 IN. (LENGTH PLUS WIDTH PLUS HEIGHT) AND MAXIMUM WEIGHT OF 150 LB. WILL BE ACCEPTED AS CHECKED BAGGAGE.

VIII)  ONLY DOMESTIC CATS, DOGS, HOUSEHOLD BIRDS, OR SCIENTIFIC OR SPECIALLY TRAINED ANIMALS WILL BE CARRIED IN THE PASSENGER COMPARTMENT OF THE AIRCRAFT.  THE FOLLOWING ADDITIONAL RESTRICTIONS APPLY:

AA)  CARRIAGE OF ANIMALS IS LIMITED TO ONE ANIMAL PER CONTAINER EXCEPT THAT TWO HOUSEHOLD BIRDS OR TWO PUPPIES/KITTENS (MINIMUM 8 WEEKS/MAXIMUM 6 MONTHS) WILL BE PERMITTED IN A SINGLE CONTAINER.  CARRIAGE IS LIMITED PER AIRCRAFT COMPARTMENT BY AIRCRAFT TYPE.

BB) DOGS, CATS, AND HOUSEHOLD BIRDS MUST BE STORED UNDER A
SEAT    DIRECTLY IN FRONT OF THE PASSENGER. THE PASSENGER WILL NOT BE
PERMITTED IN A ROW IMMEDIATELY BEHIND A BULKHEAD, OR ADJACENT TO AN
EMERGENCY EXIT.

CC) SCIENTIFIC OR SPECIALLY TRAINED ANIMALS MUST BE STORED
UNDER A SEAT DIRECTLY IN FRONT OF THE PASSENGER, OR IN A SEAT
IMMEDIATELY BEHIND A BULKHEAD OR CLASS DIVIDER. ACCEPTANCE OF THESE
ANIMALS IS SUBJECT TO PRIOR APPROVAL BY UA.

DD) CONTAINERS STORED UNDER A SEAT MUST NOT EXCEED 17L BY 12W
BY 8H INCHES.

EE) THE ANIMAL MUST REMAIN IN THE CONTAINER, AND THE
CONTAINER MUST REMAIN CLOSED AND SEALED FROM THE TIME OF ENTRY INTO THE
AIRPLANE UNTIL AFTER DEPLANING FROM THE AIRPLANE.
NOTE: ANIMALS WILL NOT BE ACCEPTED FOR CARRIAGE ON SOME UNITED EXPRESS
FLIGHTS.
EXCEPTION: ONE DOG TRAINED IN EXPLOSIVE DETECTION, SEARCH, AND RESCUE
PER CABIN WILL BE ACCEPTED WHEN PROPERLY HARNESSED AND MUZZLED, AND
ACCOMPANIED BY A HANDLER, FOR A CHARGE OF USD 30.00 EACH. THE DOG WILL
BE PERMITTED TO ACCOMPANY ITS HANDLER INTO THE CABIN BUT MAY NOT OCCUPY
A SEAT. THE DOG AND ITS HANDLER MUST BE ON OFFICIAL EMERGENCY DUTY
STATUS AND SUCH OFFICIAL DUTY STATUS MUST BE DOCUMENTED IN WRITING TO
THE SATISFACTION OF UA. SERVICE DOGS AND OTHER APPROVED SERVICE
ANIMALS TRAINED TO ASSIST DISABLED PASSENGERS WILL BE CARRIED WITHOUT
CHARGE AND MAY ACCOMPANY THE DISABLED PASSENGER OR TRAINER INTO THE
CABIN. THESE SERVICE ANIMALS MAY NOT OCCUPY A SEAT.

C) UA ACCEPTS MUSICAL INSTRUMENTS, FRAGILE OR BULKY ITEMS AS
CABIN-SEAT BAGGAGE SUBJECT TO ADVANCE ARRANGEMENTS AND APPLICABLE
CHARGES. BASS VIOLINS AND CELLOS WILL ONLY BE ACCEPTED AS CABIN-SEAT
BAGGAGE.
NOTE: INFORMATION CONCERNING CONDITIONS OF ACCEPTANCE AND APPLICABLE
CHARGES FOR SPECIAL ITEMS WILL BE PROVIDED BY ANY UA RESERVATION AGENT
OR AUTHORIZED TRAVEL AGENT.

D) I) NONSPORTING FIREARMS AND AMMUNITION WILL BE ACCEPTED AS
CHECKED BAGGAGE ONLY.

II) SPORTING FIREARMS AND AMMUNITION WILL BE ACCEPTED AS
CHECKED BAGGAGE ONLY, AND SUBJECT TO THE FOLLOWING CONDITIONS:

AA) RIFLES/SHOTGUNS MUST BE UNLOADED AND PACKED IN A HARD
SIDED LOCKED CASE. BAGGAGE CONTAINING A HANDGUN(S) MUST BE LOCKED, AND
THE BAG MUST BE OF A HARD SIDE TYPE. A DATED DECLARATION THAT THE
FIREARM(S) IS NOT LOADED MUST BE SIGNED BY THE PASSENGER AND PLACED ON
THE INSIDE OF A CASE DESIGNED SPECIFICALLY FOR CARRYING
RIFLES/SHOTGUNS, OR INSIDE THE CONTAINER/SUITCASE OF OTHER BAGGAGE.

BB) AMMUNITION MUST BE PACKED IN THE MANUFACTURER'S ORIGINAL
PACKAGE OR SECURELY PACKED IN FIBER, WOOD, OR METAL BOXES. ELEVEN LB.
MAXIMUM WILL BE ACCEPTED.

8) FRAGILE AND PERISHABLE ITEMS

A) UA DOES NOT ASSUME RESPONSIBILITY FOR DAMAGE TO FRAGILE
ARTICLES PRESENTED AS CHECKED BAGGAGE UNLESS APPROPRIATELY PACKAGED IN
AN ORIGINAL FACTORY SEALED CARTON, CARDBOARD MAILING TUBE OR CONTAINER,
OR CASE DESIGNED FOR SHIPPING SUCH ITEMS, OR SUITABLY PACKED WITH
PROTECTIVE INTERNAL MATERIAL.

B) UA WILL ACCEPT FRAGILE ITEMS WITHOUT APPROPRIATE PACKAGING
UPON EXECUTION OF A RELEASE FORM FURNISHED BY UA WHICH RELIEVES UA OF
LIABILITY FOR PRIOR DAMAGE, OR FOR DAMAGE TO FRAGILE ITEMS (OF THE TYPE
IDENTIFIED BELOW) IN CHECKED BAGGAGE. SUCH EXCLUDED DAMAGE MUST RESULT
SOLELY FROM THE UNSUITABILITY OF FRAGILE ITEMS AS CHECKED BAGGAGE,

AND/OR THE INADEQUACY OF THEIR PACKAGING, AND NOT FROM UA'S FAILURE TO
EXERCISE THE ORDINARY STANDARD OF CARE. EXECUTION OF THE RELEASE FORM
ALSO RELIEVES UA OF LIABILITY FOR SPOILAGE, OR SUBSTANTIAL LOSS OF
VALUE OR POTENCY WHICH RESULTS FROM UA'S
DELAY IN DELIVERY OF CHECKED BAGGAGE WHEN SUCH SPOILAGE RESULTS FROM
THE UNSUITABILITY OF SUCH ITEMS AS CHECKED BAGGAGE, AND NOT FROM UA'S
FAILURE TO EXERCISE THE ORDINARY STANDARD OF CARE.  ALSO, WHEN
PACKAGING IS INADEQUATE, THE RELEASE APPLIES TO LOSS OF CONTENTS FROM
THE CONTAINER WHILE IN TRANSIT. THE CLASSES OF ITEMS LISTED BELOW ARE
DEEMED BY UA TO BE FRAGILE OR PERISHABLE, OR OTHERWISE UNSUITABLE AS
CHECKED BAGGAGE, AND ARE SUBJECT TO THE CONDITIONS OF ACCEPTANCE SET
FORTH ABOVE. EXAMPLES ARE BY ILLUSTRATION AND NOT BY LIMITATION.

     I)  ARTISTIC ITEMS - PAINTINGS, DRAWINGS, STATUES OR OTHER
SCULPTURES, PLASTICS, AND PLASTER OF PARIS MODELS AND CASTS.
     II)  CHINAWARE/CERAMICS/POTTERY (SEE ALSO GLASS) - CERAMICS,
POTS, BOWLS, CROCKERY, DISHES, GLASSES, EARTHENWARE, AND OTHER
CONTAINERS OR ORNAMENTS MADE OF PORCELAIN OR CLAY HARDENED BY HEAT.
     III)  ELECTRONIC AND MECHANICAL ITEMS - TYPEWRITERS, SEWING
MACHINES, WATCHES, CLOCKS, SENSITIVE CALIBRATED TOOLS AND INSTRUMENTS,
TELEVISIONS, RADIOS (INCLUDING CITIZEN BAND), CALCULATORS, COMPUTER
EQUIPMENT, AUDIO AND VIDEO EQUIPMENT, ELECTRON MICROSCOPES,
ELECTROGRAPHS, AND ELECTRONIC MEDICAL EQUIPMENT THAT INCLUDES TUBES AND
GLASS.
     IV)  GARMENT BAGS - GARMENT BAGS AND SUIT/DRESS COVERS OF LIGHT,
FLIMSY PLASTIC OR VINYL DESIGNED FOR CARRYING AND NOT FOR SHIPPING.
     V)  GLASS - GLASSWARE, CRYSTAL, MIRRORS, BOTTLES, AND ANY
LIQUIDS CONTAINED THEREIN (EXCLUDING REASONABLE QUANTITIES OF
TOILETRIES), TELESCOPES, BINOCULARS, BAROMETERS, AND EYEGLASSES AND
CONTACT LENSES THAT ARE NOT IN THEIR CASES.
     VI)  MUSICAL INSTRUMENTS AND EQUIPMENT - GUITARS, VIOLINS AND
VIOLAS, CELLOS, ORGANS, HARPS, DRUMS, AND AMPLIFIERS OR SPEAKERS USED
IN CONJUNCTION WITH ELECTRONIC INSTRUMENTS.
     VII)  PAPER - BUSINESS DOCUMENTS, MECHANICAL DRAWINGS,
BLUEPRINTS, MAPS, CHARTS, HISTORICAL DOCUMENTS AND PHOTOGRAPHS.
     VIII)  PHOTOGRAPHIC/CINEMATOGRAPHIC EQUIPMENT - CAMERAS (EXCLUDING
ONE CAMERA PER PASSENGER), PHOTOFLASH EQUIPMENT, PHOTOMETERS,
SPECTROSCOPES, PHOTOTUBES, OR OTHER DEVICES USING SENSITIVE TUBES OR
PLATES.
     IX)  RECREATIONAL AND SPORTING GOODS - TENNIS RACKETS, FISHING
RODS, SCULLS, SURFBOARDS, SAILBOARDS, SCUBA-DIVING MASKS AND PRESSURE
GAUGES, SCOPES, AND SPORTING TROPHIES SUCH AS ANIMAL HORNS AND ANTLERS.
     X)  MISCELLANEOUS ITEMS - UNCRATED/UNPROTECTED/UNSUITABLE
ITEMS,
COSMETIC CASES, HAT BOXES, AND WIG BOXES. NOTE:  INFORMATION AS TO THE
ACCEPTABILITY OF FRAGILE ITEMS AS CHECKED BAGGAGE WILL BE PROVIDED BY
ANY UA RESERVATION AGENT OR AUTHORIZED TRAVEL AGENT.
     C)  PERISHABLES (E.G., FOOD, MEDICINE, FLOWERS) WILL BE ACCEPTED
AS CHECKED BAGGAGE ONLY UPON EXECUTION OF A RELEASE FORM AS DESCRIBED
ABOVE.

9) RESTRICTED ARTICLES
    A) ARTICLES RESTRICTED FROM TRANSPORTATION BY CARRIAGE ABOARD
AIRCRAFT INCLUDE ANY ARTICLE AND/OR HAZARDOUS MATERIAL CITED IN ANY OF
THE FOLLOWING RESOURCES IN EFFECT AT THE TIME OF TRAVEL:
        (i) U.S. DEPARTMENT OF TRANSPORTATION (DOT) HAZARDOUS
MATERIALS REGULATIONS (49CFR 171-177)
http://www.myregs.com/dotrspa/
        (ii) IATA DANGEROUS GOODS REGULATIONS
http://www.iata.org/NR/rdonlyres/272D036A-A21C-4508-A4C4-
909BA6036822/35880/ConditionsofContract.PDF
        (iii) U.S. TRANSPORTATION SECURITY ADMINISTRATION PERMITTED AND
PROHIBITED ITEMS
http://www.tsa.gov/public/interapp/editorial/editorial_1012.xml

    B) DRY ICE WILL BE ACCEPTED IN BAGGAGE ONLY IF THE BAGGAGE IS
PROPERLY PACKAGED. A MAXIMUM LIMIT OF 2 KILOS (4.4 LBS.) OF DRY ICE,
PROPERLY PACKAGED, WILL BE ACCEPTED IN BAGGAGE. A USD 40.00 HANDLING
SERVICE CHARGE WILL APPLY.
    C) UA MAY REQUIRE ACCEPTANCE OF SUCH ARTICLES AT OTHER THAN THE
PASSENGER TERMINAL.
10) CABIN-SEAT BAGGAGE
WHEN A PASSENGER REQUESTS THAT AN ITEM OF BAGGAGE BE CARRIED IN THE
CABIN, AND IT IS DETERMINED BY UA THAT THE ITEM IS ACCEPTABLE AS CABIN
BAGGAGE, BUT IT IS SO FRAGILE AND/OR BULKY AS TO REQUIRE THE USE OF A
SEAT, THE ITEM WILL BE ACCEPTED SUBJECT TO THE FOLLOWING CONDITIONS:
A) CABIN-SEAT BAGGAGE MUST BE CARRIED ABOARD THE AIRCRAFT BY THE
PASSENGER, AND SECURED IN A SEAT.
B) THE SEAT MUST BE IMMEDIATELY BEHIND A BULKHEAD, CLASS DIVIDER, OR
WINDSCREEN.
C) A SEAT MUST BE RESERVED IN ADVANCE, AND APPLICABLE CHARGES PAID.
D) UA WILL CHARGE 100 PERCENT OF THE APPLICABLE ADULT FARE FOR THE
EXTRA SEAT.
EXCEPTION: CABIN-SEAT BAGGAGE IS NOT ACCEPTED ON SOME UNITED EXPRESS
FLIGHTS FLIGHTS.

    B) FREE BAGGAGE ALLOWANCE
FOR TRAVEL SOLELY BETWEEN POINTS IN THE U.S.:
1) BAGGAGE ALLOWANCE - UA WILL ACCEPT A MAXIMUM OF TWO PIECES OF
CHECKED BAGGAGE WITHOUT SERVICE CHARGE PROVIDED:
    A) EACH PIECE HAS A MAXIMUM OUTSIDE LINEAR DIMENSION OF 62 IN.,
AND
    B) EACH PIECE HAS A MAXIMUM WEIGHT OF 50 LBS.
NOTE: MAXIMUM OUTSIDE LINEAR DIMENSIONS MEANS LENGTH BY WIDTH BY
HEIGHT.
2) CARRY-ON BAGGAGE - IN ADDITION TO (B)(1) ABOVE, UA WILL ACCEPT A
    MAXIMUM OF ONE PIECE OF CARRY-ON BAGGAGE TO ACCOMPANY THE PASSENGER
    ON BOARD THE AIRCRAFT WITHOUT SERVICE CHARGE PROVIDED:
    (A)     EACH PIECE MUST FIT UNDER A SEAT AND HAVE A MAXIMUM
            OUTSIDE DIMENSION OF 9 BY 14 BY 22IN. AND A COMBINED WEIGHT
            OF NO MORE THAN 50 LBS. )
    (B)     THE BAGGAGE WILL NOT ENDANGER THE SAFETY OF THE
            FLIGHT OR INTERFERE WITH THE SAFETY OR COMFORT OF
            PASSENGERS.
NOTE: GARMENT STYLE BAGS MUST MEET THE SIZE AND WEIGHT LIMITATIONS
ABOVE AND ARE ACCEPTED SUBJECT TO AVAILABLE CLOSET OR SUITABLE STORAGE
SPACE.
B) 1) C)

United Airlines, Inc.                          Updated: 2/9/2006

3) SUBSTITUTION FOR CHECKED BAGGAGE ONE OF THE FOLLOWING ITEMS WILL BE CARRIED FREE IN LIEU OF THE PIECE OF CHECKED BAGGAGE ALLOWED UNDER

B) 1) ABOVE: BOWLING, FISHING, GOLFING, SHOOTING EQUIPMENT, OR SKIING EQUIPMENT/BOWLING AND SHOOTING EQUIPMENT AND (APPLICABLE TO MILITARY PASSENGERS ONLY) ONE DUFFEL BAG, SEA BAG, OR B-4 BAG.

4) ARTICLES CARRIED FREE IN ADDITION TO STATED MAXIMUM IN ADDITION TO THE MAXIMUM ALLOWANCES PROVIDED ABOVE, EACH FARE-PAYING PASSENGER MAY CARRY ON OR CHECK, WITHOUT ADDITIONAL CHARGE, THE FOLLOWING ARTICLES OF BAGGAGE:

A) CARRY-ON (MUST BE RETAINED IN PASSENGER'S CUSTODY).
    I)    ONE PERSONAL ITEM SUCH AS A PURSE (MAXIMUM OF 25 LINEAR INCHES), BRIEFCASE, OR LAPTOP.
    II)   OUTER GARMENTS.
    III)  CHILD SAFETY SEATS FOR TICKETED CHILDREN.
    IV)   ASSISTIVE DEVICES FOR DISABLED PASSENGERS
B) CHECKED BAGGAGE
    I)    A MANUALLY OR BATTERY OPERATED COLLAPSIBLE WHEELCHAIR.
    II)   BRACES OR PROSTHETIC DEVICES.
    III)  FOR TRANSPORTATION FROM POINTS IN FLA. OR HAW., ONE BOX OR MESH BAG OF FRUIT, OR ONE BOX OF FLOWERS, OF WHICH THE MAXIMUM LINEAR DIMENSIONS DO NOT EXCEED 62 IN.
    IV)   ONE CHILD'S CAR RESTRAINT SEAT.
NOTE: ONE SEAT FOR EACH ACCOMPANIED CHILD.

C) EXCESS BAGGAGE
BAGGAGE IN EXCESS OF THE MAXIMUM ALLOWANCE SPECIFIED ABOVE, OR OVERWEIGHT OR OVERSIZED BAGGAGE, WILL BE ACCEPTED FOR TRANSPORTATION ONLY UPON PAYMENT OF EXCESS BAGGAGE CHARGES. EXCESS BAGGAGE CHARGES WILL APPLY FROM THE POINT AT WHICH BAGGAGE IS ACCEPTED FOR TRANSPORTATION TO THE POINT TO WHICH BAGGAGE IS CHECKED. BAGGAGE CONNECTING TO OTHER AIRLINES WILL ALSO BE SUBJECT TO THE CONNECTING AIRLINE'S EXCESS CHARGES, IN ADDITION TO UA'S EXCESS CHARGES.

D) LIABILITY-BAGGAGE
    1) GENERAL
LIABILITY FOR THE LOSS OF, DAMAGE TO, OR THE DELAY IN THE DELIVERY OF, ANY PERSONAL PROPERTY, BAGGAGE (WHETHER SUCH PROPERTY HAS BEEN CHECKED OR OTHERWISE DELIVERED INTO THE CUSTODY OF THE CARRIER) SHALL NOT BE MORE THAN USD 2500.00 (USD 2800.00 FOR TRAVEL BEGINNING OCTOBER 22 2004) PER PASSENGER UNLESS THE PASSENGER ELECTS TO PAY FOR HIGHER LIABILITY AS PROVIDED FOR IN PARAGRAPH 3) BELOW. UA WILL COMPENSATE THE PASSENGER FOR ALL REASONABLE, DOCUMENTED EXPENSES INCURRED AS A DIRECT RESULT OF LOSS OF, DAMAGE TO, OR DELAY IN THE DELIVERY OF ANY PERSONAL PROPERTY, UP TO THE LIMITS OF LIABILITY OR DECLARED VALUE, WHICHEVER IS HIGHER PROVIDED THE PASSENGER EXERCISED EFFORT TO MINIMIZE THE AMOUNT OF DAMAGES. WHEN TRANSPORTATION IS VIA UA AND ONE OR MORE CARRIERS WITH DIFFERENT LIMITATIONS OF LIABILITY, AND RESPONSIBILITY FOR LOSS, DAMAGE, OR DELAY IN DELIVERY OF BAGGAGE CANNOT BE DETERMINED, THE LOWEST MAXIMUM LIABILITY WILL APPLY WHEN THE CLAIM IS FILED WITH UA. WHERE BAGGAGE CHECKED ON UNITED IS DELAYED OR MISPLACED, UNITED WILL MAKE EVERY REASONABLE EFFORT TO RETURN THE BAGGAGE TO CUSTOMERS IN THE UNITED STATES WITHIN 24 HOURS AFTER A LOST BAGGAGE CLAIM IS FILED WITH UNITED.

    2) EXCLUSIONS FROM LIABILITY
        A) WHEN UA HAS EXERCISED THE ORDINARY STANDARD OF CARE IT SHALL NOT BE LIABLE FOR SPOILAGE ROUTING FROM DELAY IN DELIVERY OF ANY

PERISHABLES, NOR FOR DAMAGE TO FRAGILE ARTICLES THAT ARE UNSUITABLY PACKED OR THAT ARE INCLUDED IN THE PASSENGER'S CHECKED BAGGAGE WITHOUT UA'S KNOWLEDGE. UA SHALL NOT BE LIABLE FOR THE DAMAGE OR DELAY IN DELIVERY OF A PASSENGER'S CHECKED BAGGAGE AND PROPERTY ACCEPTED PURSUANT TO THE EXECUTION OF A RELEASE AS
SET FORTH ABOVE, TO THE EXTENT THAT SUCH RELEASE RELIEVES UA OF LIABILITY.

     B) WHEN TRANSPORTATION IS VIA UA AND ONE OR MORE CARRIERS WHICH EXCLUDE CERTAIN ITEMS IN CHECKED BAGGAGE FROM THEIR LIABILITY, UA WILL NOT BE LIABLE FOR THE EXCLUDED ITEMS.

     C) IF CHECKED BAGGAGE IS ACCEPTED LESS THAN 30 MINUTES BEFORE SCHEDULED DEPARTURE TIME, UA WILL NOT BE LIABLE FOR ANY EXPENSES INCURRED, INCLUDING DELIVERY EXPENSES, AS A RESULT OF THE BAGGAGE NOT BEING LOADED ON THE SAME FLIGHT AS THE PASSENGER.
NOTE: AIRPORTS WITH GREATER TIME RESTRICTIONS SEE ABOVE UNDER (A) (5) (A).

     D) UA WILL NOT BE LIABLE FOR LOSS OF MONEY, JEWELRY, CAMERAS, NEGOTIABLE PAPERS/SECURITIES, ELECTRONIC/VIDEO/PHOTOGRAPHIC EQUIPMENT, HEIRLOOMS, ANTIQUES, ARTIFACTS WORKS OF ART, SILVERWARE, IRREPLACEABLE BOOKS/PUBLICATIONS/MANUSCRIPTS/BUSINESS DOCUMENTS, PRECIOUS METALS AND OTHER SIMILAR VALUABLE AND COMMERCIAL EFFECTS.

     3) DECLARATION OF HIGHER VALUE

     A) A PASSENGER MAY, WHEN CHECKING IN FOR A FLIGHT AND PRESENTING PROPERTY FOR TRANSPORTATION, AND UPON PAYMENT OF APPLICABLE CHARGES, DECLARE A VALUE HIGHER THAN THE MAXIMUM AMOUNT SPECIFIED IN 1)ABOVE, UP TO A MAXIMUM OF USD 5000.00, IN WHICH EVENT UA'S LIABILITY SHALL NOT EXCEED SUCH HIGHER DECLARED VALUE.

NOTE:  HIGHER VALUATION MAY NOT BE DECLARED FOR TRANSPORTATION OF VALUABLE ARTICLES EXCLUDED FROM LIABILITY IN PARAGRAPH 2) D) ABOVE. B) WHEN PERSONAL PROPERTY, INCLUDING BAGGAGE, IS TENDERED FOR TRANSPORTATION VIA TWO OR MORE CARRIERS WITH DIFFERENT MAXIMUM LIMITS ON DECLARED VALUE, THE LOWEST LIMIT FOR ANY SUCH CARRIER SHALL APPLY TO ALL CARRIERS PARTICIPATING IN SUCH TRANSPORTATION.

     E) BAGGAGE CHARGES
     1) EXCESS PIECES
BAGGAGE IN EXCESS OF THE FREE BAGGAGE ALLOWANCE SPECIFIED IN B) ABOVE WILL BE USD 80.00 PER PIECE FOR EACH MAXIMUM EXCEEDED.

THESE CHARGES ARE IN ADDITION TO ANY CHARGES ASSESSED PURSUANT TO 2) 3) AND 4) BELOW. NOTE:  CAMERAS, FILM, AND LIGHTING AND SOUND EQUIPMENT WILL BE ACCEPTED WHEN TENDERED BY REPRESENTATIVES OF NETWORK OR LOCAL TELEVISION BROADCASTING COMPANIES OR COMMERCIAL FILM-MAKING COMPANIES, UPON PAYMENT OF USD 50.00 PER ARTICLE.

     2) OVERWEIGHT PIECES - A USD 25.00 CHARGE WILL BE MADE FOR EACH PIECE OF CHECKED BAGGAGE EXCEEDING 50 LBS., IF ANY. THESE CHARGES ARE IN ADDITION TO ANY CHARGES ASSESSED PURSUANT TO 1) ABOVE AND 3) BELOW.
NOTE 1:  NO PIECE OF BAGGAGE WEIGHING MORE THAN 100 LB. WILL BE ACCEPTED. NOTE 2:  CAMERAS, FILM, AND LIGHTING AND SOUND EQUIPMENT WILL BE ACCEPTED WHEN TENDERED BY  REPRESENTATIVES OF NETWORK OR LOCAL TELEVISION BROADCASTING COMPANIES OR COMMERCIAL FILM-MAKING COMPANIES, UPON PAYMENT OF USD 50.00 PER ARTICLE.

     3) OVERSIZED PIECES - THE CHARGE FOR EACH PIECE OF CHECKED BAGGAGE THAT EXCEEDS THE MAXIMUM OUTSIDE LINEAR DIMENSIONS WHICH WILL BE ACCEPTED WITHOUT CHARGE AS SPECIFIED IN B) 1) ABOVE WILL BE USD

80.00. THESE CHARGES ARE IN ADDITION TO ANY CHARGES ASSESSED PURSUANT
TO 1) AND 2) ABOVE.
NOTE 1:  NO PIECE OF BAGGAGE WHOSE MAXIMUM OUTSIDE LINEAR DIMENSIONS
EXCEED 115 IN. WILL BE ACCEPTED.
NOTE 2:  CAMERAS, FILM, AND LIGHTING AND SOUND EQUIPMENT WILL BE
BROADCASTING COMPANIES OR COMMERCIAL FILM- MAKING COMPANIES UPON
PAYMENT OF USD 50.00 PER ARTICLE.
4) OVERSIZED/OVERWEIGHT PIECES - THE CHARGE FOR EACH PIECE OF CHECKED
BAGGAGE THAT EXCEEDS BOTH THE WEIGHT RESTRICTIONS IN (2) ABOVE AND THE
MAXIMUM OUTSIDE LINEAR DIMENSIONS IN (3) ABOVE WILL BE USD 105.00 PER
PIECE. THESE CHARGES ARE IN ADDITION TO ANY CHARGES ASSESSED PURSUANT
TO (1), (2) AND (3) ABOVE.
                4) SPECIAL CHARGES
THE FOLLOWING ITEMS OF BAGGAGE WILL NOT BE INCLUDED IN DETERMINING THE
FREE BAGGAGE ALLOWANCE, AND WILL ALWAYS BE SUBJECT TO A SPECIAL CHARGE:
ANIMAL ANTLERS -  ACCEPTABLE TO A MAXIMUM SIZE OF 115 LINEAR INCHES AND
TIPS MUST BE PROTECTED TO PREVENT DAMAGE TO OTHER BAGGAGE AND PERSONNEL
- USD 80.00 EACH.
EXCEPTION: ANTLERS ARE NOT ACCEPTED AS BAGGAGE OUT OF ANCHORAGE ALASKA.
ANIMALS - USD 80.00 PER CARRY-ON KENNEL. USD 100.00 PER CHECKED KENNEL
WITH MAXIMUM SIZE OF 27X20X19 INCHES (68X50X48 CENTIMETERS). USD 200.00
PER CHECKED KENNEL WITH MAXIMUM SIZE OF 40X27X30 INCHES (101X68X76
CENTIMETERS). USD 200.00 PER CHECKED EXTRA LARGE KENNEL OR ANY KENNEL
INCLUDING ANIMAL WEIGHING OVER 100 POUNDS. EXTRA LARGE KENNELS MAY BE
RESTRICTED ON CERTAIN AIRCRAFT TYPES AND ON CODE SHARE FLIGHTS.
KENNELS WEIGHING OVER 100 POUNDS MAY NOT BE ACCEPTABLE ON ALL FLIGHTS.

EXCEPTION:  VIA UA OPERATED FLIGHTS, KENNELS WITH A MAXIMUM WEIGHT
GREATER THAN 100 LBS. WILL BE ACCEPTED FOR A CHARGE OF USD 200.00 PER
CHECKED KENNEL.
BIKES
$80.00 USD ONLY NON-MOTORIZED TOURING OR RACING BICYCLES WITH A SINGLE
SEAT ARE ACCEPTABLE.
FISHING EQUIPMENT
EACH SET IN EXCESS OF FREE ALLOWANCE USD 80.00
GOLF CLUBS
EACH SET IN EXCESS OF FREE ALLOWANCE USD 80.00
HANGLIDER
USD 160.00
SURFBOARD
PER BOARD - USD 80.00
SAILBOARD (WINDSURFER): WITH OR WITHOUT MAST
1ST SET - USD 160.00
ADDITIONAL SETS (EACH) - USD 160.00
ANY OVERSIZE/OVERWEIGHT SET - USD 320.00
SCUBA TANK
USD 80.00
SHOOTING EQUIPMENT
EACH SET IN EXCESS OF FREE ALLOWANCE USD 80.00
SKIS
FIRST SET IN EXCESS OF FREE ALLOWANCE USD 80.00
VAULTING POLES
USD 80.00 PER POLE (MAX. LENGTH 16 FT., INCLUDING CONTAINER).
*EXCESS VALUATION CHARGES
USD 5.00 FOR DECLARED VALUE UP TO AND INCLUDING USD 2000.00.
USD 25.00 FOR DECLARED VALUE USD 2001.00 - USD 3000.00.
USD 100.00 FOR DECLARED VALUE USD 3001.00 - USD 5000.00.

NOTE:  MAXIMUM DECLARED VALUE, USD 5000.00.

SPECIAL CHARGES NOTE: SPECIAL CHARGES BAGGAGE MAY NOT BE ACCEPTED ON
SOME UNITED EXPRESS FLIGHTS

**FAILURE TO OPERATE ON SCHEDULE OR FAILURE TO CARRY (NOT APPLICABLE TO STANDBY FARES.) UA  RULE: 0240**   ... - [ Deleted: ¶ ]

A)   GENERAL
THE PROVISIONS OF THIS RULE APPLY ONLY TO A PASSENGER WHO HAS A TICKET
AND A CONFIRMED RESERVATION ON A FLIGHT WHICH HE/SHE DOES NOT USE FOR
ONE OF THE REASONS NAMED BELOW.
B)   DEFINITIONS
FOR THE PURPOSE OF THIS RULE, THE FOLLOWING TERMS HAVE THE MEANINGS
INDICATED BELOW:
1)   COMPARABLE AIR TRANSPORTATION MEANS TRANSPORTATION PROVIDED
BY AIR CARRIERS OR FOREIGN AIR CARRIERS HOLDING CERTIFICATES OF PUBLIC
CONVENIENCE AND NECESSITY OR FOREIGN PERMITS.
2)   CONNECTING POINT MEANS A POINT TO WHICH A PASSENGER HOLDS OR
HELD CONFIRMED SPACE ON A FLIGHT OF UA, AND OUT OF WHICH THE PASSENGER
HOLDS OR HELD CONFIRMED SPACE ON A FLIGHT OF UA OR ANOTHER CARRIER.
ALL AIRPORTS THROUGH WHICH A CITY IS SERVED BY ANY CARRIER SHALL BE
DEEMED TO BE A SINGLE CONNECTING POINT WHEN THE RECEIVING CARRIER HAS
CONFIRMED RESERVATIONS TO THE DELIVERING CARRIER.
3)   DELIVERING CARRIER MEANS A CARRIER ON WHOSE FLIGHT A
PASSENGER HOLDS OR HELD CONFIRMED SPACE TO A CONNECTING POINT.
4)   MISCONNECTION OCCURS AT A CONNECTING POINT WHEN A PASSENGER
HOLDING CONFIRMED SPACE IS UNABLE TO USE SUCH CONFIRMED SPACE BECAUSE
THE  DELIVERING CARRIER WAS UNABLE TO DELIVER HIM/HER TO THE CONNECTING
POINT IN TIME TO CONNECT WITH THE RECEIVING CARRIER'S FLIGHT.
NOTE:   THE SAME RULES REGARDING DELIVERING AND RECEIVING CARRIER
RESPONSIBILITY APPLY AT THE SUBSEQUENT POINT(S) OF MISCONNECTION AS
WOULD APPLY AT THE POINT OF ORIGINAL MISCONNECTION.
5)   NEW RECEIVING CARRIER(S) MEANS A CARRIER OR COMBINATION OF
CONNECTING CARRIERS, OTHER THAN THE ORIGINAL RECEIVING CARRIER(S),
OPERATING BETWEEN THE POINT OF MISCONNECTION AND THE DESTINATION OR
NEXT POINT OF STOPOVER OR CONNECTING POINT SHOWN ON THE PASSENGER'S
TICKET, ON WHOSE FLIGHT(S) A PASSENGER IS TRANSPORTED FROM THE ORIGINAL
CONNECTING POINT.
6)   ORIGINAL RECEIVING CARRIER(S) MEANS A CARRIER OR COMBINATION
OF CONNECTING CARRIERS ON WHOSE FLIGHT(S) A PASSENGER ORIGINALLY HELD
CONFIRMED
SPACE FROM A CONNECTING POINT TO A DESTINATION, NEXT STOPOVER, OR
CONNECTING POINT.
7)   OUTBOUND FLIGHT MEANS THE FLIGHT ON WHICH A PASSENGER
ORIGINALLY HELD CONFIRMED SPACE BEYOND THE POINT WHERE THE SCHEDULE
IRREGULARITY OR FAILURE TO CARRY OCCURS.
8)   SCHEDULE IRREGULARITY MEANS ANY OF THE FOLLOWING
IRREGULARITIES OCCURRING ON DATE OF DEPARTURE:
A)   DELAY IN SCHEDULED DEPARTURE OR ARRIVAL OF A UA FLIGHT
RESULTING IN MISCONNECTION, OR
B)   FLIGHT CANCELLATION, OMISSION OF A SCHEDULED STOP, OR ANY
OTHER DELAY OR INTERRUPTION IN THE SCHEDULED OPERATION OF A UA FLIGHT,
OR
C)   SUBSTITUTION OF EQUIPMENT OF A DIFFERENT CLASS OF SERVICE,
OR

United Airlines, Inc.                              Updated: 2/9/2006

D)   SCHEDULE CHANGES WHICH REQUIRE REROUTING OF A PASSENGER AT
DEPARTURE TIME BECAUSE PRIOR NOTICE OF SUCH SCHEDULE CHANGE HAD NOT
BEEN GIVEN SUCH PASSENGER PRIOR TO THE PASSENGER'S ARRIVING AT THE
AIRPORT FOR CHECK-IN ON THE ORIGINAL FLIGHT.

9) SCHEDULE CHANGE MEANS:
A)   THE CANCELLATION OF A SCHEDULED FLIGHT WHERE NO UA
FLIGHT OF COMPARABLE ROUTING IS AVAILABLE WITHIN 90 MINUTES HOURS
OF THE ORIGINAL TIME OF DEPARTURE;
B) A CHANGE IN THE SCHEDULED DEPARTURE TIME OF A UA FLIGHT
WHICH EXCEEDS 90 MINUTES;
C) A CHANGE IN THE ROUTING OF A SCHEDULED UA FLIGHT WHICH
ADDS ONE OR MORE STOPS TO THE ORIGINAL ITINERARY; OR
D) A CHANGE IN THE ROUTING OF A SCHEDULED FLIGHT THAT
RESULTS IN A SCHEDULED ARRIVAL TIME MORE THAN 90 MINUTES LATER
THAN THE ORIGINAL SCHEDULED ARRIVAL TIME.

C)   SCHEDULE IRREGULARITY
1)   WHEN A PASSENGER WILL BE DELAYED BECAUSE OF A SCHEDULE
IRREGULARITY INVOLVING A UA FLIGHT WHICH, FOR THE PURPOSES OF THIS
RULE, FOR TICKETS ISSUED ON/AFTER SEPT. 1, 1992, FLIGHT DELAYS
EXCEEDING 2 HRS., OR UA CANCELS THE PASSENGER'S RESERVATION PURSUANT TO
PARAGRAPHS A) OR D), RULE 135 (CANCELLATION OF RESERVATIONS) EXCEPT FOR
CANCELLATIONS OF RESERVATIONS DUE TO A WORK STOPPAGE:
A)   UA WILL TRANSPORT THE PASSENGER WITHOUT STOPOVER ON ITS
NEXT FLIGHT ON WHICH SPACE IS AVAILABLE IN THE SAME CLASS OF SERVICE AS
THE PASSENGER'S ORIGINAL OUTBOUND FLIGHT AT NO ADDITIONAL COST TO THE
PASSENGER.
B)   IF UA IS UNABLE TO PROVIDE ONWARD TRANSPORTATION
ACCEPTABLE TO THE PASSENGER, UA, WITH CONCURRENCE OF THE PASSENGER,
WILL ARRANGE FOR
THE TRANSPORTATION ON ANOTHER CARRIER OR COMBINATION OF CARRIERS WITH
WHOM UA HAS AGREEMENTS FOR SUCH TRANSPORTATION.  THE PASSENGER WILL BE
TRANSPORTED WITHOUT STOPOVER ON ITS (THEIR) NEXT FLIGHT(S), IN THE SAME
CLASS OF SERVICE AS THE PASSENGER'S ORIGINAL OUTBOUND FLIGHT AT NO
ADDITIONAL COST TO THE PASSENGER.
C)   IF SPACE IS ONLY AVAILABLE AND USED ON A UA FLIGHT(S)
OF A LOWER CLASS OF SERVICE ACCEPTABLE TO THE PASSENGER, UA WILL
PROVIDE A REFUND OF THE DIFFERENCE IN FARES PURSUANT TO RULE 260
(REFUNDS-INVOLUNTARY).
D)   IF UA IS UNABLE TO ARRANGE ALTERNATE AIR TRANSPORTATION
ACCEPTABLE TO THE PASSENGER, UA SHALL REFUND THE FLIGHT COUPON(S) FOR
THE UNFLOWN PORTION(S) IN ACCORDANCE WITH RULE 260 (REFUNDS-
INVOLUNTARY).
EXCEPTION 1:  UA SHALL HAVE NO OBLIGATION TO HONOR ANOTHER CARRIER'S
TICKET WHICH DOES NOT REFLECT A CONFIRMED RESERVATION ON UA, UNLESS THE
ISSUING CARRIER REISSUES THE TICKET FOR ANY CHANGES IN ROUTING.  IN THE
EVENT SUCH CARRIER IS NOT AVAILABLE TO DO SO, UA RESERVES THE RIGHT TO
REROUTE PASSENGERS ONLY OVER ITS OWN LINES BETWEEN THE POINTS NAMED ON
THE ORIGINAL TICKET. EXCEPTION 2:  PASSENGERS HOLDING TICKETS FOR
ANOTHER CARRIER PURCHASED AT DE21/DE21E/ DE22/FE30/FE32 FARES (OR
SIMILAR DISCOUNTED FARES WHICH PROVIDE FOR TRAVEL ON FIRST CLASS
SERVICE) WILL BE ACCEPTED ON UA FIRST CLASS SERVICE UPON PAYMENT OF
ADDITIONAL FARE TO THE LEVEL OF UA'S NORMAL ONE-WAY FIRST CLASS FARES.
2)   UNITED WILL, IN A TIMELY MANNER, GIVE ALL CUSTOMERS THE BEST
AVAILABLE INFORMATION REGARDING KNOWN DELAYS, CANCELLATIONS AND
DIVERSIONS INVOLVING THEIR FLIGHT.

United Airlines, Inc.                                    Updated: 2/9/2006

D)   SCHEDULE CHANGES

IN THE EVENT OF A SCHEDULE CHANGE OF A UA FLIGHT ON WHICH A PASSENGER HOLDS A TICKET INDICATING A CONFIRMED RESERVATION, UA WILL:

1) OFFER TO TRANSPORT THE PASSENGER OVER ITS OWN LINES IN THE SAME CABIN AS THE PASSENGER WAS ORIGINALLY SCHEDULED TO TRAVEL TO THE DESTINATION, THE NEXT STOPOVER POINT LISTED ON THE TICKET, OR THE TRANSFER POINT SHOWN ON ITS PORTION OF THE TICKET WITHOUT STOPOVER, AT NO ADDITIONAL COST TO THE PASSENGER, OR

2) AT UNITED'S DISCRETION, ARRANGE FOR THE TRANSPORTATION ON ANOTHER CARRIER OR COMBINATION OF CARRIERS WITH WHOM UA HAS AGREEMENTS FOR SUCH TRANSPORTATION; THE PASSENGER WILL BE TRANSPORTED WITHOUT STOPOVER ON ITS (THEIR) NEXT FLIGHT(S), IN THE SAME CLASS OF SERVICE AS THE PASSENGER'S ORIGINAL OUTBOUND FLIGHT AT NO ADDITIONAL COST TO THE PASSENGER; OR

3) IN THE EVENT THE PASSENGER DECLINES ALTERNATE TRANSPORTATION OFFERED UNDER (1) OR (2) ABOVE, REFUND IN ACCORDANCE WITH RULE 260  (REFUNDS-INVOLUNTARY).

E)   IN THE EVENT THAT UA CHANGES THE TIME OF DEPARTURE OR ROUTING OF A FLIGHT IN A MANNER THAT DOES NOT CONSTITUTE A SCHEDULE CHANGE AS DEFINED HEREIN, WHETHER OR NOT THE SAME FLIGHT NUMBER IS RETAINED, UA WILL TRANSPORT THE PASSENGER ON THE RESCHEDULED FLIGHT AT NO ADDITIONAL COST TO THE PASSENGER.

F)   AMENITIES/SERVICES FOR DELAYED PASSENGERS  (NOT APPLICABLE TO STANDBY FARES.)

1)  LODGING

PASSENGERS WILL BE PROVIDED ON NIGHT'S LODGING, OR A MAXIMUM ALLOWANCE FOR ONE NIGHT'S LODGING AS ESTABLISHED BY EACH LOCATION, WHEN A UA FLIGHT ON WHICH THE PASSENGER IS BEING TRANSPORTED IS DIVERTED TO AN UNSCHEDULED POINT, AND THE DELAY AT SUCH POINT IS EXPECTED TO EXCEED FOUR HR. DURING THE PERIOD 10:00 P.M. TO 6:00 A.M.

EXCEPTION:  HOTEL ACCOMMODATIONS WILL NOT BE FURNISHED:

A)   TO A PASSENGER WHOSE TRIP IS INTERRUPTED AT A CITY WHICH IS HIS/HER ORIGIN POINT, STOPOVER POINT, CONNECTING POINT, OR PERMANENT DOMICILE, OR

B)   WHEN THE DESTINATION DESIGNATED AND THE FLIGHT ON WHICH THE PASSENGER IS BEING ON THE PASSENGER TICKET IS:  TRANSPORTED IS DIVERTED TO:  (OR VICE VERSA)

| COLUMN 1 | COLUMN 2 |
|---|---|
| BALTIMORE, MD | WASHINGTON, DC (IAD AIRPORT) |
| BALTIMORE, MD | WASHINGTON, DC (DCA AIRPORT) |
| CHICAGO, IL | MILWAUKEE, WI |
| CHICAGO, IL (ORD AIRPORT) | CHICAGO, IL (MDW AIRPORT) |
| LONG BEACH, CA | LOS ANGELES, CA |
| LONG BEACH, CA | ONTARIO, CA |
| LOS ANGELES, CA | ONTARIO, CA |
| MIAMI, FL | FT. LAUDERDALE, FL |
| NEWARK, NJ | NEW YORK, NY (JFK AIRPORT) |
| NEWARK, NJ | NEW YORK, NY (LGA AIRPORT) |
| NEW YORK, NY (JFK AIRPORT) | NEW YORK, NY (LGA AIRPORT) |
| SAN FRANCISCO, CA | OAKLAND, CA SAN FRANCISCO, CA SAN JOSE, CA |
| WASHINGTON, DC (IAD AIRPORT) | WASHINGTON, DC (DCA AIRPORT) |

United Airlines, Inc.                          Updated: 2/9/2006

   2)  GROUND TRANSPORTATION
WHEN THE DESTINATION DESIGNATED ON THE PASSENGER'S TICKET IS A POINT
SHOWN IN 1)B) COLUMN 1, AND THE FLIGHT ON WHICH THE PASSENGER IS BEING
TRANSPORTED
IS DIVERTED TO A POINT SHOWN IN 1)B) COLUMN 2, UA WILL PROVIDE GROUND
TRANSPORTATION TO THE ORIGINAL DESTINATION AIRPORT.

   3)  EXTRAORDINARY CIRCUMSTANCES
UA WILL PROVIDE SUCH AMENITIES AS ARE NECESSARY TO MAINTAIN THE SAFETY
AND/OR WELFARE OF CERTAIN PASSENGERS SUCH AS INVALIDS, UNACCOMPANIED
CHILDREN, THE ELDERLY OR OTHERS TO WHOM SUCH AMENITIES WILL BE
FURNISHED CONSISTENT WITH SPECIAL NEEDS AND/OR CIRCUMSTANCES.  IN
ADDITION, WHERE EXTRAORDINARY CIRCUMSTANCES RESULT IN THE EXTENDED
DELAY OF AN AIRCRAFT ON THE GROUND WITHOUT ACCESS TO THE TERMINAL,
WHETHER PRIOR TO DEPARTURE OR AFTER LANDING, UNITED WILL MAKE EVERY
REASONABLE EFFORT, IN ACCORDANCE WITH AN ESTABLISHED CONTINGENCY PLAN,
TO ENSURE THAT ITS PASSENGERS ARE PROVIDED WITH FOOD, WATER, RESTROOM
FACILITIES, AND ACCESS TO MEDICAL TREATMENT CONSISTENT WITH CUSTOMER
AND EMPLOYEE SAFETY AND SECURITY.
   4)  REMEDIES
THE SOLE AND EXCLUSIVE REMEDY FOR A PASSENGER WHO HAS A CLAIM UNDER
THIS RULE (RULE 240UA) SHALL BE THE EXPRESS AMENITIES PROVIDED IN THE
RULE.  THE PASSENGER SHALL HAVE NO OTHER CLAIMS OF LAW OR EQUITY FOR
ACTUAL, COMPENSATORY OR PUNITIVE DAMAGES.

   G)  CARRIER IN DEFAULT
NOTWITHSTANDING THE PROVISIONS OF THIS RULE, UA WILL NOT ACCEPT FOR ANY
PURPOSES UNDER THIS RULE PASSENGER TICKETS OR RELATED TRANSPORTATION
DOCUMENTS ISSUED BY ANY CARRIER WHICH IS IN SUBSTANTIAL DEFAULT OF ITS
INTERLINE OBLIGATIONS OR WHICH VOLUNTARILY OR INVOLUNTARILY HAS BECOME
THE SUBJECT OF BANKRUPTCY PROCEEDINGS (THE "DEFAULTING CARRIER").
EXCEPTION:  NOTWITHSTANDING THE PROVISIONS OF THIS PARAGRAPH, TICKETS
ISSUED BY THE DEFAULTING CARRIER OR ITS SALES AGENT PRIOR TO THE
DEFAULT, WILL BE ACCEPTED SOLELY FOR TRANSPORTATION OVER THE LINES OF
UA, PROVIDED SUCH TICKETS WERE ISSUED BY SUCH DEFAULTING CARRIER IN ITS
CAPACITY AS AGENT FOR UA AND SPECIFIED TRANSPORTATION VIA UA. WHEN
TICKETS ARE ACCEPTED, NO ADJUSTMENTS IN FARE WILL BE MADE WHICH WOULD
REQUIRE UA TO REFUND MONEY TO THE PASSENGER.
   H)  LIABILITY OF CARRIER
EXCEPT TO THE EXTENT PROVIDED IN THIS RULE, UA SHALL NOT BE LIABLE FOR
FAILING TO OPERATE ANY FLIGHT ACCORDING TO SCHEDULE, OR FOR CHANGING
THE SCHEDULE OF ANY FLIGHT, WITH OR WITHOUT NOTICE TO THE PASSENGER.

   I)  IN THE EVENT OF A STRIKE OR WORK STOPPAGE WHICH CAUSES ANY
CANCELLATION OR SUSPENSION OF OPERATIONS OF ANY OTHER CARRIER, THE
PROVISIONS OF THIS RULE WILL NOT APPLY WITH RESPECT TO PASSENGERS
HOLDING TICKETS FOR
TRANSPORTATION ON THAT CARRIER.
   J)  UA MAY, IN THE EVENT OF A FORCE MAJEURE EVENT, WITHOUT
NOTICE, CANCEL, TERMINATE, DIVERT, POSTPONE, OR DELAY ANY FLIGHT OR THE
RIGHT OF CARRIAGE OR RESERVATION OF TRAFFIC ACCOMMODATIONS AND
DETERMINED IF ANY DEPARTURE OR LANDING SHOULD BE MADE, WITHOUT ANY
LIABILITY EXCEPT TO REFUND IN ACCORDANCE WITH RULE 260 UA (REFUNDS
INVOLUNTARY) ANY UNUSED PORTION OF THE TICKET.  AS USED IN THIS RULE
"FORCE MAJEURE EVENT" MEANS:
   1)  ANY CONDITION BEYOND UA'S CONTROL (INCLUDING, BUT WITHOUT
LIMITATION, METEOROLOGICAL CONDITIONS, ACTS OF GOD, RIOTS, CIVIL

COMMOTION, EMBARGOES, WARS, HOSTILITIES, DISTURBANCES, OR UNSETTLED
INTERNATIONAL CONDITIONS), ACTUAL, THREATENED OR REPORTED OR BECAUSE OF
ANY DELAY, DEMAND
CIRCUMSTANCES OR REQUIREMENT DUE, DIRECTLY OR INDIRECTLY, TO SUCH
CONDITIONS OR
     2)  ANY STRIKE WORK STOPPAGE, SLOWDOWN, LOCKOUT OR ANY OTHER
LABOR RELATED DISPUTE INVOLVING OR AFFECTING UA'S SERVICE OR:
       3)  ANY GOVERNMENT REGULATION, DEMAND, OR REQUIREMENT OR
       4)  ANY SHORTAGE OF LABOR, FUEL OR FACILITIES  OF UA OR OTHERS,
OR
       5)  ANY FACT NOT REASONABLY FORESEEN, ANTICIPATED, OR PREDICTED.
    K)  THE PROVISION OF SERVICES IN ADDITION TO THOSE SPECIFICALLY SET
FORTH IN THIS RULE TO ALL OR SOME PASSENGERS SHALL NOT BE CONSTRUED  AS
A WAIVER OF UA'S RIGHTS.  NEITHER SHALL ANY DELAY ON THE PART OF UA IN
EXERCISING OR ENFORCING ITS RIGHTS UNDER THIS RULE BE CONSTRUED AS A
WAIVER OF SUCH RIGHTS.


<u>DENIED BOARDING COMPENSATION UA  RULE: 0245</u>

WHEN UA IS UNABLE TO PROVIDE PREVIOUSLY CONFIRMED SPACE DUE TO MORE
PASSENGERS HOLDING CONFIRMED RESERVATIONS AND TICKETS ON A FLIGHT THAT
THERE ARE AVAILABLE SEATS ON THAT FLIGHT. UA WILL TAKE THE ACTIONS
SPECIFIED IN THE PROVISIONS OF THIS RULE.  IN NO CASE SHALL ANY
PASSENGER BE ENTITLED TO ANY DAMAGES ACTUAL, COMPENSATORY, PUNITIVE FOR
DENIED BOARDING.  THIS RULE (RULE 245UA) SHALL BE THE SOLE AND
EXCLUSIVE FOR ALL PASSENGERS UNDER THIS SECTION.

    A)  DEFINITIONS
FOR THE PURPOSE OF THIS RULE:
     1)  AIRPORT MEANS THE AIRPORT AT WHICH THE DIRECT OR CONNECTING
FLIGHT, ON WHICH THE PASSENGER HOLDS CONFIRMED RESERVED SPACE, IS
PLANNED TO ARRIVE OR SOME OTHER AIRPORT SERVING THE SAME METROPOLITAN
AREA THAT IS SERVED BY THE FORMER, PROVIDED THAT TRANSPORTATION TO THE
OTHER AIRPORT IS ACCEPTED (I.E., USED) BY THE PASSENGER.
     2)  ALTERNATE TRANSPORTATION MEANS AIR TRANSPORTATION (BY AN
AIRLINE LICENSED BY THE C.A.B.) OR OTHER TRANSPORTATION USED BY THE
PASSENGER WHICH, AT THE TIME THE ARRANGEMENT IS MADE, IS PLANNED TO
ARRIVE AT THE PASSENGER'S NEXT SCHEDULED STOPOVER (OF 4 HOURS OR
LONGER), OR DESTINATION NO LATER THAN 2 HOURS FOR FLIGHTS WITHIN THE
UNITED STATES, INCLUDING TERRITORIES AND POSSESSIONS. OR 4 HOURS FOR
INTERNATIONAL FLIGHTS AFTER THE PASSENGER'S
ORIGINALLY SCHEDULED ARRIVAL TIME.
     3)  CARRIER MEANS ANY DIRECT U.S. AIR CARRIER(S), EXCEPT A
HELICOPTER OPERATOR, HOLDING A CERTIFICATE OF PUBLIC CONVENIENCE AND
NECESSITY ISSUED BY THE U.S. CIVIL AERONAUTICS BOARD.
     4)  CONFIRMED RESERVED SPACE MEANS SPACE ON A SPECIFIC DATE AND
ON A SPECIFIC FLIGHT AND CLASS OF SERVICE OF UA THAT HAS BEEN REQUESTED
BY A PASSENGER, AND THAT UA OR ITS AGENT HAS VERIFIED, BY APPROPRIATE
NOTATION ON THE TICKET OR IN ANY OTHER MANNER PROVIDED BY UA'S TARIFF,
AS BEING RESERVED FOR THE ACCOMMODATION OF THE PASSENGER.
     5)  COMPARABLE AIR TRANSPORTATION MEANS TRANSPORTATION PROVIDED
TO PASSENGERS AT NO EXTRA COST BY U.S. AIR CARRIER(S) HOLDING A
CERTIFICATE OF PUBLIC CONVENIENCE AND NECESSITY ISSUED BY THE U.S.
CIVIL AERONAUTICS BOARD.


United Airlines, Inc.                                    Updated: 2/9/2006

6)  TICKET LIFTING POINT/BOARDING AREA MEANS THE POINT WHERE THE PASSENGER'S FLIGHT COUPON IS LIFTED AND RETAINED BY THE CARRIER.

(7) SUM OF THE VALUES OF THE REMAINING FLIGHT COUPONS MEANS:

(A) UNINTERRUPTED FARE COMPONENT - THE AMOUNT EQUAL TO THE FARE AND CHARGES PAID FOR THE UNINTERRUPTED FARE COMPONENT INCLUDING ANY SURCHARGES AND TRANSPORTATION TAXES..LESS ANY APPLICABLE DISCOUNTS.

(B) INTERRUPTED FARE COMPONENT - THE FARE FOR THE UNFLOWN SEGMENT OF AN INTERRUPTED FARE COMPONENT WILL BE CALCULATED FROM THE POINT OF DENIED BOARDING TO THE DESTINATION OR NEXT STOPOVER POINT NAMED ON THE TICKET.

(C) THE VALUE OF AN INTERRUPTED FARE COMPONENT WILL BE CALCULATED BY DIVIDING THE NORMAL COACH (Y) FARE BETWEEN THE POINT OF DENIED BOARDING AND THE PASSENGERS DESTINATION OR NEXT STOPOVER POINT (UNFLOWN PORTION) BY THE SUM OF THE NORMAL COACH (Y) FARE PUBLISHED BETWEEN THE POINT OF ORIGIN AND THE POINT OF DENIED BOARDING PLUS THE NORMAL COACH (Y) FARE BETWEEN THE POINT OF DENIED BOARDING AND THE PASSENGERS DESTINATION OR NEXT STOPOVER POINT. MULTIPLY THE AMOUNT OF THE PAID FARE COMPONENT BY THE RESULTING PERCENTAGE TO DETERMINE THE VALUE OF THE UNFLOWN PORTION OF THE INTERRUPTED FARE COMPONENT.

8)  STOPOVER MEANS A DELIBERATE INTERRUPTION OF A JOURNEY BY THE PASSENGER, SCHEDULED TO EXCEED FOUR HOURS, AT A POINT BETWEEN THE PLACE OF DEPARTURE AND THE PLACE OF DESTINATION.

B)  REQUEST OF VOLUNTEERS

UA WILL REQUEST PASSENGERS WHO ARE WILLING TO DO SO, TO VOLUNTARILY RELINQUISH THEIR CONFIRMED RESERVED SPACE IN EXCHANGE FOR UNITED AIRLINES TRAVEL CREDITS.  TRAVEL CREDITS ENTITLE THE HOLDER TO A DISCOUNT OFF FUTURE UNITED AIRLINES TRAVEL, AND ARE VALID FOR ONE YEAR FROM ISSUE DATE.  IF A PASSENGER IS ASKED TO VOLUNTEER, UA WILL NOT LATER DENY BOARDING TO THAT PASSENGER INVOLUNTARILY UNLESS THAT PASSENGER WAS INFORMED AT THE TIME HE/SHE WAS ASKED TO VOLUNTEER THAT THERE WAS A POSSIBILITY OF BEING DENIED BOARDING INVOLUNTARILY, AND THAT THE SELECTION OF SUCH PERSONS TO BE DENIED SPACE SHALL BE IN A MANNER DETERMINED SOLELY BY UA.

C)  BOARDING PRIORITIES

IF A FLIGHT IS OVERSOLD (MORE PASSENGERS HOLD CONFIRMED RESERVATIONS THAN THERE ARE SEATS AVAILABLE), NO ONE WILL BE DENIED BOARDING AGAINST HIS/HER WILL UNTIL UA PERSONNEL FIRST ASK FOR VOLUNTEERS WHO WILL WILLINGLY

GIVE UP THEIR RESERVATIONS.  IF THERE ARE NOT ENOUGH VOLUNTEERS, OTHER PASSENGERS WITH CONFIRMED RESERVATIONS WILL BE DENIED BOARDING INVOLUNTARILY, IN ACCORDANCE WITH UA'S BOARDING PRIORITY PROVIDED BELOW. PASSENGERS WITH CONFIRMED RESERVATIONS WHO HAVE NOT RECEIVED BOARDING AUTHORITY WILL BE PERMITTED TO BOARD IN THE FOLLOWING ORDER UNTIL ALL AVAILABLE SEATS ARE OCCUPIED:

1)  PASSENGERS WHO ARE PHYSICALLY HANDICAPPED TO AN EXTENT THAT FAILURE TO CARRY WOULD, IN UA'S OPINION, CAUSE A SEVERE HARDSHIP, UNACCOMPANIED CHILDREN UNDER 12 YEARS OF AGE, WHO WOULD SUFFER A SEVERE HARDSHIP IN UA'S OPINION.

United Airlines, Inc.                                Updated: 2/9/2006

2)  PASSENGERS OTHER THAN NOTED IN 1) ABOVE (INCLUDING TOUR CONDUCTORS ACCOMPANYING A GROUP).

NOTE:   PASSENGERS NOTED IN 2) ABOVE WILL BE ACCOMMODATED IN THE ORDER IN WHICH THEY PRESENT THEMSELVES FOR CHECK-IN AND BOARDING AT THE LOADING GATE OR OTHER POINTS(S)DESIGNATED BY UA FOR SUCH PURPOSE.

3)  ACCOMPANIED CHILDREN UNDER 12 YEARS OF AGE WILL BE INCLUDED IN THE SAME CATEGORY AS THE ACCOMPANYING PASSENGER.

D)  TRANSPORTATION FOR PASSENGER DENIED BOARDING WHEN UA IS UNABLE TO PROVIDE PREVIOUSLY CONFIRMED SPACE, UA WILL PROVIDE TRANSPORTATION TO PERSONS WHO HAVE BEEN DENIED BOARDING WHETHER VOLUNTARILY OR INVOLUNTARILY, IN ACCORDANCE WITH THE PROVISIONS BELOW.

1)  UA WILL TRANSPORT THE PASSENGER WITHOUT STOPOVER ON ITS NEXT FLIGHT ON WHICH SPACE IS AVAILABLE AT NO ADDITIONAL COST TO THE PASSENGER.

2)  IF UA IS UNABLE TO PROVIDE ONWARD TRANSPORTATION ACCEPTABLE TO THE PASSENGER, ANOTHER CARRIER OR COMBINATION OF CARRIERS, AS ARRANGED BY UA AND WITH THE CONCURRENCE OF THE PASSENGER, WILL TRANSPORT THE PASSENGER WITHOUT STOPOVER ON ITS (THEIR) NEXT FLIGHT(S) IN THE SAME CLASS OF SERVICE AS THE PASSENGER'S ORIGINAL OUTBOUND FLIGHT, AT NO ADDITIONAL COST TO THE PASSENGER.  IF SPACE IS AVAILABLE ON A FLIGHT(S) OF A DIFFERENT CLASS OF SERVICE ACCEPTABLE TO THE PASSENGER, SUCH FLIGHT(S)WILL BE USED WITHOUT STOPOVER AT NO ADDITIONAL COST TO THE PASSENGER ONLY IF IT (THEY) WILL PROVIDE AN EARLIER ARRIVAL AT THE PASSENGER'S DESTINATION, NEXT STOPOVER POINT, OR TRANSFER POINT.

E)  COMPENSATION FOR INVOLUNTARY DENIED BOARDING

1)  CONDITIONS FOR PAYMENT
IN ADDITION TO PROVIDING TRANSPORTATION AS DESCRIBED IN PARAGRAPH D) ABOVE, WHEN THE PASSENGER WHO IS DELAYED HAS NOT VOLUNTARILY RELINQUISHED CONFIRMED RESERVED SPACE IN ACCORDANCE WITH PROVISIONS IN PARAGRAPH B) ABOVE, UA WILL COMPENSATE THE DELAYED PASSENGER FOR UA'S FAILURE TO PROVIDE CONFIRMED SPACE.  COMPENSATION WILL BE MADE IN ACCORDANCE WITH THE PROVISIONS BELOW.

A)  THE PASSENGER HOLDING A TICKET FOR CONFIRMED SPACE MUST PRESENT HIMSELF FOR CARRIAGE AT THE APPROPRIATE TIME AND PLACE, HAVING COMPLIED FULLY WITH UA'S REQUIREMENTS AS TO TICKETING AND CHECK-IN PROCEDURES, AND HAVING MET ALL REQUIREMENTS FOR ACCEPTANCE FOR TRANSPORTATION PUBLISHED IN UA'S TARIFF.

B)  THE UA FLIGHT FOR WHICH THE PASSENGER HOLDS CONFIRMED RESERVED SPACE MUST BE UNABLE TO ACCOMMODATE THE PASSENGER, AND DEPARTS WITHOUT HIM/HER.
EXCEPTION 1:  THE PASSENGER WILL NOT BE ELIGIBLE FOR COMPENSATION IF THE UA FLIGHT ON WHICH HE/SHE HOLDS CONFIRMED RESERVED SPACE IS UNABLE TO ACCOMMODATE HIM/HER BECAUSE OF SUBSTITUTION OF EQUIPMENT OF LESSER CAPACITY WHEN REQUIRED BY OPERATIONAL OR SAFETY REASONS.
EXCEPTION 2:  THE PASSENGER WILL NOT BE ELIGIBLE FOR COMPENSATION IF HE/SHE IS OFFERED ACCOMMODATIONS OR IS SEATED IN A SECTION OF THE AIRCRAFT OTHER THAN THAT SPECIFIED ON THE PASSENGER'S TICKET AT NO EXTRA CHARGE.  IF A PASSENGER IS SEATED IN A SECTION FOR WHICH A LOWER FARE APPLIES, THE PASSENGER SHALL BE ENTITLED TO AN APPROPRIATE REFUND.
EXCEPTION 3:  THE PASSENGER WILL NOT BE ELIGIBLE FOR COMPENSATION IF HE/SHE DOES NOT PRESENT HIM/HERSELF AT THE LOADING GATE FOR CHECK-IN AND/OR BOARDING AT LEAST 20 MINUTES PRIOR TO SCHEDULED DEPARTURE TIME FOR THE FLIGHT ON WHICH THE RESERVATION IS CONFIRMED.

United Airlines, Inc.                                    Updated: 2/9/2006

EXCEPTION 4:  THE PASSENGER WILL NOT BE ELIGIBLE FOR COMPENSATION IF
THE TICKET WAS ISSUED AT A FREE OR REDUCED FARE AVAILABLE TO EMPLOYEES
WITHIN THE TRANSPORTATION INDUSTRY.
EXCEPTION 5:  THE PASSENGER WILL NOT BE ELIGIBLE FOR COMPENSATION IF UA
ARRANGES FOR COMPARABLE AIR TRANSPORTATION (OR FOR OTHER TRANSPORTATION
THAT IS ACCEPTED AND USED BY THE PASSENGER AT NO EXTRA COST TO THE
PASSENGER) WHICH, AT THE TIME EITHER ARRANGEMENT IS MADE IS PLANNED TO
ARRIVE AT THE AIRPORT OF THE PASSENGER'S NEXT STOPOVER, OR IF NONE, AT
THE AIRPORT OF THE PASSENGER'S FINAL DESTINATION WITHIN ONE HOUR AFTER
THE SCHEDULED ARRIVAL TIME OF THE PASSENGER'S ORIGINAL FLIGHT OR
FLIGHTS.
    (2)  AMOUNT OF COMPENSATION
        SUBJECT TO THE PROVISIONS OF PARAGRAPH (E) (1) ABOVE UA
        WILL TENDER LIQUIDATED DAMAGES IN THE AMOUNT OF 200
        PERCENT OF THE VALUE OF THE PASSENGERS REMAINING FLIGHT
        COUPON(S) AS DEFINED IN (A) (7) ABOVE FOR A MAXIMUM
        OF USD $400.00 TO THE PASSENGER'S NEXT STOPOVER
        OR IF NONE TO THE PASSENGERS DESTINATION. HOWEVER
        THE COMPENSATION SHALL BE 50 PERCENT OF THE AMOUNT
        DESCRIBED ABOVE BUT NOT MORE THAN USD $200.00 IF
        UA ARRANGES FOR COMPARABLE AIR TRANSPORTATION OR
        OTHER TRANSPORTATION THAT IS ACCEPTABLE TO THE
        PASSENGER AT THE TIME EITHER ARRANGEMENT IS MADE
        IS PLANNED TO ARRIVE AT THE AIRPORT OF THE PASSENGER'S
        NEXT STOPOVER OR IF NONE AT THE AIRPORT OF THE
        PASSENGERS DESTINATION:

    (A)  MORE THAN ONE HOUR AFTER AND

    (B)  NOT LATER THAN TWO HOURS AFTER THE PLANNED ARRIVAL
         AT THE AIRPORT OF THE PASSENGERS NEXT POINT OF
         STOPOVER OR IF THERE IS NO NEXT POINT OF STOPOVER
         AT THE AIRPORT OF THE PASSENGERS DESTINATION OF THE
         FLIGHT ON WHICH THE PASSENGER HOLDS A CONFIRMED
         RESERVATION.

         NOTE 1:  IF THE OFFER OF COMPENSATION IS MADE BY UA
                  AND ACCEPTED BY THE PASSENGER SUCH PAYMENT
                  WILL CONSTITUTE FULL COMPENSATION FOR ALL
                  ACTUAL OR ANTICIPATORY DAMAGES INCURRED OR
                  TO BE INCURRED BY THE PASSENGER AS A RESULT
                  OF UA'S FAILURE TO PROVIDE THE PASSENGERS
                  CONFIRMED RESERVED SPACE.

         NOTE 2:  AT THE PASSENGERS OPTION UA MAY COMPENSATE
                  THE PASSENGER WITH CREDIT VALID FOR
                  TRANSPORTATION ON UA IN LIEU OF MONETARY
                  COMPENSATION. THE OFFER OF TRANSPORTATION
                  WILL BE EQUAL TO OR GREATER THAN THE
                  MONETARY COMPENSATION DUE. THE CREDIT
                  VOUCHER IS NON-TRANSFERABLE  HAS NO REFUND
                  VALUE AND MAY BE VOLUNTARILY REISSUED ONLY
                  BY UA.
    3)  TIME OF OFFER OF COMPENSATION
THE OFFER OF COMPENSATION WILL BE MADE BY UA ON THE DAY AND AT THE TIME
AND PLACE WHERE THE FAILURE TO PROVIDE CONFIRMED RESERVED SPACE OCCURS,
AND, IF ACCEPTED, WILL BE RECEIPTED FOR BY THE PASSENGER PROVIDED,

HOWEVER, THAT WHEN UA ARRANGES, FOR THE PASSENGER'S CONVENIENCE,
ALTERNATE MEANS OF TRANSPORTATION THAT DEPARTS PRIOR TO THE TIME THE
OFFER CAN BE MADE TO THE PASSENGER, THE OFFER SHALL BE MADE BY MAIL OR
OTHER MEANS WITHIN 24 HOURS AFTER THE TIME THE FAILURE OCCURS.

    F)  NOTICE PROVIDED PASSENGERS
A WRITTEN NOTICE SETTING FORTH THE ABOVE PROVISIONS SHALL BE PROVIDED
ALL PASSENGERS WHO ARE DENIED BOARDING INVOLUNTARILY ON UA FLIGHTS ON
WHICH THEY HOLD CONFIRMED RESERVED SPACE.  RULE 245 UA SHALL BE THE
EXCLUSIVE COMPENSATION AND REMEDY OF PASSENGER DENIED BOARDING
HEREUNDER AS A CONDITION TO PURCHASE OF A TICKET, ALL PASSENGERS WAIVE
ANY CLAIM FOR COMPENSATORY OR PUNITIVE DAMAGES ARISING FROM DENIED
BOARDING.


## REROUTING-WHEN ALLOWED UA  RULE: 0255

    A)   UA WILL REROUTE A PASSENGER AT THE PASSENGER'S REQUEST AND
UPON PRESENTATION OF THE TICKET OR PORTION THEREOF THEN HELD BY THE
PASSENGER.
EXCEPTION 1:  IN THE EVENT OF ILLNESS/DEATH OF THE PASSENGER/IMMEDIATE
FAMILY MEMBER (TRAVELING OR NOT)/TRAVELING COMPANION, REROUTING/FLIGHT
CHANGES MAY
BE MADE IN ACCORDANCE WITH THE PROVISIONS OF THIS RULE AND RULE 105
(TICKET VALIDITY), ANY APPLICABLE SERVICE CHARGES WILL BE WAIVED.  IF
THE FARE(S) INVOLVED ARE NONCHANGEABLE, THE NONCHANGEABLE PROVISIONS
WILL BE WAIVED.  THE PASSENGER MUST SUBMIT TO UA A PHYSICIAN'S
CERTIFICATE STATING THE CIRCUMSTANCES WHICH NECESSITATE WAIVER UNDER
THIS PROVISION.  IN THE CASE OF DEATH, A COPY OF THE DEATH CERTIFICATE
MUST BE PRESENTED TO UA.
EXCEPTION 2:  IN THE EVENT A PASSENGER/IMMEDIATE FAMILY MEMBER
(TRAVELING OR NOT)/TRAVELING COMPANION IS CALLED TO JURY DUTY, RECEIVES
A SUBPOENA OR RECEIVES NEW/REVISED MILITARY ORDERS WHICH CONFLICTS WITH
THE TRAVEL DATES; ANY SERVICE CHARGES, AND NONCHANGEABLE PROVISIONS
WILL BE WAIVED AND REROUTING/FLIGHT CHANGES MAY BE MADE IN ACCORDANCE
WITH THE PROVISIONS OF THIS RULE AND RULE 105 (TICKET VALIDITY)
PROVIDED WRITTEN PROOF OF THE CIRCUMSTANCES IS FURNISHED TO UA.
WRITTEN PROOF WILL CONSIST OF THE JURY DUTY SUMMONS, SUBPOENA OR
MILITARY ORDERS WHICH ARE IN CONFLICT WITH THE TRAVEL DATES.
EXCEPTION 3: VIA ALL -N TYPE NONREFUNDABLE FARES, NO WAIVERS TO FARE
RULES DUE TO ILLNESS/JURY DUTY/ SUBPOENA/NEW OR REVISED MILITARY ORDERS
WILL APPLY.
    B)   FARE APPLICABLE TO REROUTING OR CHANGE IN DESTINATION
     1)   PASSENGER MAY CHANGE THE ROUTING AND/OR THE ULTIMATE
DESTINATION DESIGNATED ON HIS TICKET IN ACCORDANCE WITH PARAGRAPH 2)
BELOW, PROVIDED THAT, AFTER TRANSPORTATION HAS COMMENCED, A ONE-WAY
TICKET WILL NOT BE CONVERTED INTO A ROUND-TRIP, CIRCLE-TRIP, OR OPEN-
JAW TRIP TICKET.
     2)   EXCEPT AS OTHERWISE PROVIDED IN RULE 240 (FAILURE TO OPERATE
ON SCHEDULE), THE FARE AND CHARGES APPLICABLE TO ANY CHANGES IN
ITINERARY, CLASS OF SERVICE, OR CHANGE IN ULTIMATE DESTINATION, MADE AT
THE PASSENGER'S REQUEST AT AN OFFICE OF UA PRIOR TO ARRIVAL AT THE
ULTIMATE DESTINATION NAMED
ON THE ORIGINAL TICKET, SHALL BE THE FARE AND CHARGES IN EFFECT ON THE
DATE THE REVISED ROUTING AND/OR ULTIMATE DESTINATION IS ENTERED ON THE
PASSENGER'S NEW TICKET.  ANY DIFFERENCE BETWEEN THE FARE AND CHARGES SO

APPLICABLE TO THE ORIGINAL TICKET ISSUED TO THE PASSENGER WILL BE
COLLECTED FROM OR REFUNDED TO THE PASSENGER, AS THE CASE MAY BE.
    C)  FARE APPLICABLE TO UPGRADING CLASS OF SERVICE WHILE IN FLIGHT
    1)  WHEN A PASSENGER MOVES FROM ONE COMPARTMENT TO ANOTHER
COMPARTMENT OF A COMBINATION COMPARTMENT AIRCRAFT WHILE IN FLIGHT, AN
ADDITIONAL COLLECTION WILL BE MADE IN AN AMOUNT EQUAL TO THE DIFFERENCE
BETWEEN:
    A)  THE ONE-WAY FARE FROM PASSENGER'S POINT OF ORIGIN ON SUCH
FLIGHT TO THE LAST SCHEDULED STOP PRIOR TO THE PASSENGER'S CHANGE IN
COMPARTMENT, APPLICABLE TO THE CLASS OF SERVICE USED, PLUS THE ONE-WAY
FARE FROM SUCH STOP TO THE PASSENGER'S DESTINATION ON SUCH FLIGHT,
APPLICABLE TO TRANSPORTATION IN THE COMPARTMENT TO WHICH THE PASSENGER
IS MOVING, AND
    B)  THE FARE PAID FOR TRANSPORTATION FROM THE PASSENGER'S
ORIGIN TO DESTINATION ON SUCH FLIGHT.
    NOTE:  WHEN THE AMOUNT DESCRIBED IN A) ABOVE IS LESS THAN THE
AMOUNT DESCRIBED IN B) ABOVE, NO ADDITIONAL COLLECTION WILL BE MADE.
EXCEPTION:  PASSENGERS TRAVELING AT A ROUND-TRIP FARE OR ANY FARE NOT
HAVING A ONE-WAY VALUE, MAY UPGRADE ALL OR ANY PORTION OF THEIR
ITINERARY ONLY UPON PAYMENT OF THE FULL NORMAL FARE FOR THE TOTAL
ITINERARY.
    2)  THE ACCEPTANCE OF SUCH PASSENGER IN THE COMPARTMENT TO WHICH
HE/SHE IS MOVING FOR TRAVEL BEYOND THE NEXT SCHEDULED STOPPING POINT IN
THE FLIGHT WILL BE SUBJECT TO THE AVAILABILITY OF SPACE.  DISCOUNTS,
OTHER THAN FOR CHILDREN AS PROVIDED IN RULE 8000 (CHILDREN'S FARES), OF
THE NORTH AMERICAN PASSENGER TARIFF, WILL NOT APPLY. NOTWITHSTANDING
THE PROVISIONS OF THIS RULE, UA WILL NOT ACCEPT FOR ANY PURPOSES UNDER
THIS RULE, PASSENGER TICKETS OR RELATED TRANSPORTATION DOCUMENTS ISSUED
BY ANY CARRIER WHICH IS IN SUBSTANTIAL DEFAULT OF ITS INTERLINE
OBLIGATIONS OR WHICH HAS VOLUNTARILY OR INVOLUNTARILY BECOME THE
SUBJECT OF BANKRUPTCY PROCEEDINGS (THE "DEFAULTING CARRIER").
NOTWITHSTANDING THE PROVISIONS OF THIS PARAGRAPH, TICKETS ISSUED BY THE
DEFAULTING CARRIER OR ITS SALES AGENT WILL BE REISSUED/REROUTED ONLY
BETWEEN THE POINTS NAMED ON THE ORIGINAL TICKET THAT ARE SERVED BY UA,
AND SOLELY FOR TRANSPORTATION VIA UA, PROVIDED THAT SUCH TICKETS WERE
ISSUED BY SUCH DEFAULTING CARRIER OR ITS SALES AGENT IN EITHER'S
CAPACITY AS AN AGENT FOR UA AND SPECIFIED TRANSPORTATION VIA UA.  WHEN
TICKETS ARE ACCEPTED, NO ADJUSTMENTS IN FARE WILL BE MADE THAT WOULD
REQUIRE UA TO REFUND MONEY TO THE PASSENGER.


**REFUNDS - INVOLUNTARY UA  RULE: 0260**

(A) THE AMOUNT UA WILL REFUND UPON SURRENDER OF THE UNUSED
    PORTION OF THE PASSENGERS TICKET PURSUANT TO RULE 35
    (REFUSAL TO TRANSPORT) (OR) RULE 50 (ACCEPTANCE OF
    CHILDREN) OR RULE 240 (FAILURE TO OPERATE ON SCHEDULE OR
    FAILURE TO CARRY) WILL BE:

    (1) IF NO PORTION OF THE TICKET HAS BEEN USED: AN AMOUNT
        EQUAL TO THE FARE AND CHARGES PAID.
        EXCEPTION:  UA SHALL NOT BE OBLIGATED TO REFUND ANY
        ----------  PORTION(S) OF A FULLY UNUSED TICKET WHICH
        DOES NOT REFLECT A CONFIRMED RESERVATION ON A UA FLIGHT
        INVOLVED IN A SCHEDULE IRREGULARITY UNLESS SUCH TICKET
        WAS ISSUED BY UA.

(2) IF A PORTION OF THE TICKET HAS BEEN USED:

    (A) UNINTERRUPTED FARE COMPONENT(S) FOR UNFLOWN
        SEGMENT(S) - THE AMOUNT EQUAL TO THE FARE AND
        CHARGES PAID FOR THE UNINTERRUPTED FARE
        COMPONENT WILL BE REFUNDED.

    (B) INTERRUPTED FARE COMPONENT - THE FARE FOR THE
        UNFLOWN SEGMENT OF AN INTERRUPTED FARE
        COMPONENT WILL BE CALCULATED FROM THE POINT OF
        TERMINATION TO THE DESTINATION NAMED ON THE
        TICKET..NEXT STOPOVER POINT OR POINT WHERE AIR
        TRANSPORTATION WILL BE RESUMED VIA:

        (I) THE ROUTING SPECIFIED ON THE TICKET IF THE
           POINT OF TERMINATION WAS ON THE ROUTING OF THE
           TICKET OR

        (II) IF THE POINT OF TERMINATION WAS NOT ON THE
           ROUTING SPECIFIED ON THE TICKET  THE DIRECT
           ROUTING OF ANY CARRIER OPERATING SERVICE
           BETWEEN SUCH POINTS.

    (C) INTERRUPTED FARE COMPONENT - THE VALUE OF AN
        INTERRUPTED FARE COMPONENT WILL BE CALCULATED
        BY DIVIDING THE NORMAL COACH (Y) FARE BETWEEN
        THE POINT OF TERMINATION AND THE PASSENGERS
        DESTINATION OR NEXT STOPOVER POINT BY THE SUM
        OF THE NORMAL COACH (Y) FARE PUBLISHED BETWEEN
        THE POINT OF ORIGIN AND THE POINT OF TERMINATION
        AND THE POINT OF TERMINATION AND THE PASSENGERS
        DESTINATION OR NEXT POINT OF STOPOVER. MULTIPLY
        THE AMOUNT OF THE PAID FARE COMPONENT BY THE
        RESULTING PERCENTAGE TO DETERMINE THE VALUE OF
        THE UNFLOWN PORTION OF THE INTERRUPTED FARE
        COMPONENT.

        EXCEPTION:  UA SHALL NOT BE OBLIGATED TO REFUND ANY
        ----------  PORTION(S) OF A TICKET WHICH DOES NOT
        REFLECT A CONFIRMED RESERVATION ON A UA FLIGHT
        INVOLVED IN A SCHEDULE IRREGULARITY UNLESS SUCH
        TICKET WAS ISSUED BY UA.

    (D) THE AMOUNT OF REFUND WILL NOT EXCEED THE FARE FOR
        THE PORTION OF THE TICKET FROM THE LAST POINT OF
        STOPOVER TO THE NEXT POINT OF STOPOVER OR FINAL
        DESTINATION.

    B)    UA WILL MAKE NO REFUND BUT WILL PROVIDE GROUND TRANSPORTATION
TO THE DESTINATION AIRPORT WITHOUT CHARGE WHEN:

| THE DESTINATION AIRPORT<br>DESIGNATED ON THE<br>PASSENGER TICKET IS: | AND THE FLIGHT TERMINATES AT:<br>(OR VICE VERSA) |
|---|---|
| BALTIMORE, MD | WASHINGTON, DC (IAD AIRPORT) |
| BALTIMORE, MD | WASHINGTON, DC (DCA AIRPORT) |
| CHICAGO, IL | MILWAUKEE, WI |
| CHICAGO, IL (ORD AIRPORT) | CHICAGO, IL (MDW AIRPORT) |
| COLORADO SPRINGS, CO | DENVER, CO |

United Airlines, Inc.                                    Updated: 2/9/2006

```
LOS ANGELES, CA                        ONTARIO, CA
MIAMI, FL                              FT. LAUDERDALE, FL
NEWARK, NJ                             NEW YORK, NY (JFK AIRPORT)
NEWARK, NJ                             NEW YORK, NY (LGA AIRPORT)
NEW YORK, NY                           NEW YORK, NY
(JFK AIRPORT)                          (LGA AIRPORT)
SAN FRANCISCO, CA                      OAKLAND, CA
SAN FRANCISCO, CA                      SAN JOSE, CA
WASHINGTON, DC (IAD AIRPORT)           WASHINGTON, DC (DCA AIRPORT)
LONG BEACH, CA                         LOS ANGELES, CA
LONG BEACH, CA                         ONTARIO, CA
```

INVOLUNTARY REFUNDS - 72

C)    WHEN FOR OPERATIONAL REASONS A PASSENGER HOLDING A FIRST CLASS
TICKET, OR BUSINESS CLASS TICKET, WITH CONFIRMED RESERVATIONS ENTERED
THEREON, IS ACCOMMODATED IN OTHER THAN THE TICKETED COMPARTMENT, UA
WILL REFUND TO THE PASSENGER THE DIFFERENCE, IF ANY, BETWEEN THE
INVOLUNTARY REFUND VALUE OF SUCH TICKETED CLASS (DETERMINED IN
ACCORDANCE WITH PARAGRAPH A) ABOVE), AND THE DIRECT ONE-WAY FARE
APPLICABLE TO THE CLASS OF SERVICE USED BETWEEN THE POINTS WHERE
TICKETED ACCOMMODATION WAS NOT PROVIDED.


**REFUNDS - VOLUNTARY UA  RULE: 0270**

A)    GENERAL
WHEN RULE 35 (REFUSAL TO TRANSPORT), RULE 50 (ACCEPTANCE OF CHILDREN),
OR RULE 240 (FAILURE TO OPERATE ON SCHEDULE) IS NOT APPLICABLE, UA
WILL, AT THE REQUEST OF THE PASSENGER, AND UPON SURRENDER OF THE UNUSED
PORTION OF A UA ISSUED TICKET, REFUND TO THE PASSENGER ON THE FOLLOWING
BASIS:
1)    IF NO PORTION OF THE TICKET HAS BEEN USED, THE REFUND WILL
BE AN AMOUNT EQUAL TO THE TOTAL FARE AND CHARGES PAID.
2)    IF A PORTION OF THE TICKET HAS BEEN USED, THE REFUND WILL BE
AN AMOUNT EQUAL TO THE DIFFERENCE BETWEEN THE FARE AND CHARGES
APPLICABLE TO THE TICKET ISSUED TO THE PASSENGER, AND THE FARE AND
CHARGES APPLICABLE TO THE TRANSPORTATION OF THE PASSENGER COVERED BY
THE USED PORTION OF THE TICKET. TO DETERMINE THE LOWEST APPLICABLE FARE
AND CHARGES FOR THE USED PORTION OF THE TICKET, USE THE PREVIOUSLY
BOOKED CLASS OR ANY HIGHER BOOKING CLASS AS SPECIFIED IN DGR-1 RULE 165
FOR UA.
3)    WHEN ORIGINAL FORM OF PAYMENT IS CASH OR CHECK, UA SHALL
MAKE ALL OR ANY INDIVIDUAL REFUNDS THROUGH ITS GENERAL ACCOUNTING
OFFICES VIA A REFUND APPLICATION PREPARED BY THE CARRIER.
4)    ANY APPLICABLE SERVICE CHARGE OR CANCELLATION PENALTY WILL
BE DEDUCTED FROM THE REFUND AMOUNT IN 1) OR 2) ABOVE.
EXCEPTION 1:  IN THE EVENT OF ILLNESS/DEATH OF THE PASSENGER/IMMEDIATE
FAMILY MEMBER (TRAVELING OR NOT)/ TRAVELING COMPANION, ANY APPLICABLE
CANCELLATION/REFUND SERVICE CHARGES WILL BE WAIVED.  IF THE FARE(S)
INVOLVED ARE NON-REFUNDABLE, THE NON-REFUNDABLE PROVISIONS WILL BE
WAIVED.  THE PASSENGER MUST SUBMIT TO UA A PHYSICIAN'S CERTIFICATE
STATING THE CIRCUMSTANCES WHICH NECESSITATE WAIVER UNDER THIS
PROVISIONS. IN THE CASE OF DEATH, A COPY OF THE DEATH CERTIFICATE MUST
BE PRESENTED TO UA.

EXCEPTION 2:  IN THE EVENT A PASSENGER/IMMEDIATE FAMILY MEMBER
(TRAVELING OR NOT)/TRAVELING COMPANION IS CALLED TO JURY DUTY, RECEIVES
A SUBPOENA OR RECEIVES NEW/REVISED MILITARY ORDERS WHICH CONFLICT WITH
THE TRAVEL DATES; ANY SERVICE CHARGES AND NONREFUNDABLE PROVISIONS WILL
BE WAIVED AND REFUNDS MAY BE MADE IN ACCORDANCE WITH THIS RULE PROVIDED
WRITTEN PROOF OF THE CIRCUMSTANCES IS FURNISHED TO UA.  WRITTEN PROOF
WILL CONSIST OF THE JURY DUTY SUMMONS, SUBPOENA OR MILITARY ORDERS
WHICH ARE IN CONFLICT WITH THE TRAVEL DATES.
EXCEPTION 3:  VIA ALL -N TYPE NONREFUNDABLE FARES, NO WAIVERS TO FARE
RULES DUE TO ILLNESS/JURY DUTY/SUBPOENA/NEW OR REVISED MILITARY ORDERS
WILL APPLY.
      5)    REFUND WILL BE MADE IN ACCORDANCE WITH 1) OR 2)ABOVE
PROVIDED APPLICATION HAS BEEN MADE NOT LATER THAN ONE YEAR AFTER THE
EXPIRATION DATE OF THE TICKET.
      6)    UA ASSUMES NO OBLIGATION TO ISSUE A VOLUNTARY REFUND UNLESS
SUCH TICKET WAS ISSUED ON UA TICKET STOCK.  THE TERM "UA TICKET STOCK"
MEANS TICKETS PRINTED OR IMPRINTED WITH THE UA CARRIER CODE (O16) AS
PART OF THE TICKET SERIAL NUMBER.

      7)    WHEN CUSTOMERS ARE DUE A REFUND UNDER THE CONTRACT OF
CARRIAGE, UNITED WILL ISSUE SUCH REFUND WITHIN SEVEN (7) BUSINESS DAYS
FROM THE DATE OF ITS RECEIPT OF A COMPLETED REFUND APPLICATION FOR
CREDIT CARD PURCHASES AND, FOR CASH PURCHASES, WITHIN TWENTY (20)
BUSINESS DAYS FROM THE DATE UNITED RECEIVES ALL OF THE INFORMATION
NEEDED TO PROCESS THE REFUND APPLICATION.

      B)    PERSON TO WHOM REFUND IS MADE EXCEPT AS PROVIDED BELOW, UA
WILL REFUND IN ACCORDANCE WITH THIS RULE ONLY TO THE PERSON NAMED AS
THE PASSENGER ON THE TICKET.
EXCEPTION 1:
      1)    TICKETS ISSUED IN EXCHANGE FOR A PREPAID TICKET ADVICE (PTA)
WILL BE REFUNDABLE ONLY TO THE PURCHASER OF THE PTA.
      2)    TICKETS ISSUED UNDER A UNIVERSAL AIR TRAVEL PLAN (UATP) WILL
BE REFUNDABLE ONLY TO THE SUBSCRIBER AGAINST WHOSE ACCOUNT THE TICKET
WAS CHARGED.
      3)    TICKETS ISSUED AGAINST A TRANSPORTATION REQUEST ISSUED BY A
GOVERNMENT AGENCY, OTHER THAN THE U.S. GOVERNMENT, WILL BE REFUNDED
ONLY TO THE GOVERNMENT AGENCY WHICH ISSUED THE TRANSPORTATION REQUEST.
      4)    TICKETS ISSUED AGAINST A U.S. GOVERNMENT TRANSPORTATION
REQUEST, (GTR) WILL BE REFUNDED ONLY TO THE U.S. GOVERNMENT AGENCY
WHICH ISSUED THE U.S. GOVERNMENT TRANSPORTATION REQUEST, BY CHECK MADE
PAYABLE TO THE "TREASURER OF THE UNITED STATES."
      5)    TICKETS ISSUED AGAINST A CREDIT CARD HONORED BY UA WILL BE
REFUNDED ONLY TO THE ACCOUNT OF THE PERSON TO WHOM SUCH CREDIT CARD WAS
ISSUED.
EXCEPTION 2: TICKETS REFUNDABLE TO PERSON OTHER THAN PASSENGER.  IF,
AT THE TIME OF PURCHASE, THE PURCHASER DESIGNATES ON THE TICKET ANOTHER
PERSON OR ENTITY TO WHOM REFUND SHALL BE MADE, THE REFUND WILL BE MADE
TO THE PERSON SO DESIGNATED.  A REFUND MADE IN ACCORDANCE WITH THIS
PROCEDURE TO A PERSON REPRESENTING HIM/HERSELF AS THE PERSON SO
DESIGNATED ON THE TICKET OR EXCHANGE ORDER SHALL BE DEEMED A VALID
REFUND, AND UA WILL NOT BE LIABLE TO THE TRUE PASSENGER FOR ANOTHER
REFUND.
EXCEPTION 3:  IF AT THE TIME OF APPLICATION FOR REFUND, EVIDENCE IS
SUBMITTED THAT A COMPANY PURCHASED THE TICKET ON BEHALF OF ITS
EMPLOYEE, OR THE TRAVEL AGENT HAS MADE REFUND TO ITS CLIENT, SUCH

REFUND WILL BE MADE DIRECTLY TO THE EMPLOYEE'S COMPANY OR THE TRAVEL
AGENT.

    C)   LOST TICKETS
       1)   AMOUNT OF REFUND
WHEN A PASSENGER LOSES A UA TICKET, OR THE UNUSED PORTION THEREOF, UA
WILL MAKE A REFUND TO THE PASSENGER IN THE FOLLOWING AMOUNTS, AS
APPLICABLE:
      A)   IF NO PORTION OF THE TICKET HAS BEEN USED, THE REFUND WILL
BE AN AMOUNT EQUAL TO THE FARE AND CHARGES PAID, LESS SERVICE CHARGES
AS INDICATED BELOW.
      B)   IF A PORTION OF THE TICKET HAS BEEN USED, AND
        I)   THE PASSENGER HAS PURCHASED A NEW TICKET COVERING THE
SAME TRANSPORTATION AS THAT COVERED BY THE UNUSED PORTION OF THE LOST
TICKET, THE REFUND WILL BE AN AMOUNT EQUAL TO THE FARE AND CHARGES PAID
FOR SUCH NEW TICKET, OR;
        II)   THE PASSENGER HAS NOT PURCHASED A NEW TICKET COVERING THE
SAME TRANSPORTATION AS THAT COVERED BY THE UNUSED PORTION OF THE LOST
TICKET, AND FREE TRANSPORTATION IS NOT PROVIDED BY UA, THE REFUND WILL
BE AN AMOUNT EQUAL TO THE DIFFERENCE BETWEEN THE FARE AND CHARGES PAID,
AND THE FULL NORMAL FARE AND CHARGES APPLICABLE TO THE TRANSPORTATION
OF THE PASSENGER COVERED BY THE USED PORTION OF THE TICKET.
        III)   WHERE IN UA'S JUDGMENT A HARDSHIP EXISTS, AND UA PROVIDES
A FREE TICKET COVERING THE LOST PORTION(S) UPON PAYMENT OF SERVICE
CHARGES SHOWN BELOW, NO FURTHER REFUND SHALL BE DUE.
       2)   APPLICATION FOR REFUND OF LOST TICKETS

      A)   TIME LIMIT  A REFUND WILL BE MADE IN ACCORDANCE WITH 1)
ABOVE, PROVIDED APPLICATION HAS BEEN MADE NOT LATER THAN ONE MONTH
AFTER THE EXPIRATION DATE OF THE LOST TICKET.
      B)   FORM OF APPLICATION THE APPLICATION MUST BE MADE ON FORMS
PRESCRIBED BY UA FOR SUCH REFUNDS.
      C)   WHEN PAYABLE
        I)   A REFUND WILL BE MADE BY UA UPON APPLICATION FOR SUCH
REFUND, PROVIDED THAT THE LOST TICKET OR LOST PORTION THEREOF HAS NOT
PREVIOUSLY BEEN HONORED FOR TRANSPORTATION OR REFUNDED TO ANY PERSON,
AND;
        II)   PROVIDED THAT THE PERSON TO WHOM REFUND IS MADE AGREES,
IN SUCH FORM AS MAY BE PRESCRIBED BY UA, TO INDEMNIFY UA FOR ANY LOSS
OR DAMAGE WHICH IT MAY SUSTAIN BY REASON OF SUCH REFUND.
      3) SERVICE CHARGE
UA WILL IMPOSE A SERVICE CHARGE OF USD 100.00 PER TICKET FOR HANDLING
SUCH REQUEST FOR REFUND OF A LOST TICKET/EXCHANGE ORDER.
EXCEPTION:  NO SERVICE CHARGE WILL BE IMPOSED FOR MILITARY PASSENGERS
TRAVELING ON A GOVERNMENT FARE. (FORM NO. 1169.)

    D)   AGED REFUNDS
      1) IN ADDITION TO ALL OTHER APPLICABLE CHARGES, CHARGE WILL BE
USD 100.00/CAD 145.00 WHEN THE TICKET, WHETHER PAPER OR ELECTRONIC
FORM, IS PRESENTED FOR REFUND LATER THAN:
            a) ONE YEAR FROM THE DATE
TRANSPORTATION BEGINS FROM POINT OF ORIGIN ON THE ORIGINAL TICKET FOR A
PARTIALLY USED TICKET OR,
        b) ONE YEAR FROM THE DATE OF ISSUANCE OF THE ORIGINAL
TICKET IF NO PORTION OF THE TICKET IS USED.
      1)   WITH THE EXCEPTION OF THOSE TICKETS DESIGNATED AS
      WHOLLY NON-REFUNDABLE, TICKETS ARE VALID FOR REFUND UP TO ONE

YEAR AFTER THE DATE OF EXPIRATION AS DEFINED IN RULE 105UA
(A)(1).

   E)   FARE OVERCHARGES
UA WILL, ON REQUEST, REFUND TO THE PASSENGER ANY PORTION OF A FARE
CHARGED IN EXCESS OF THE APPLICABLE FARE FOR THE SERVICE PROVIDED
SUBJECT TO ALL TERMS AND CONDITIONS.  A REQUEST FOR REFUND WILL,
HOWEVER, SUBJECT THE PASSENGER'S ENTIRE TICKET TO A FARE AUDIT AND MAY
RESULT IN EITHER A LOWER OR HIGHER FARE CAUSING EITHER A REFUND OR
COLLECTION OF ADDITIONAL FARE.


**REFUNDS INVOLVING FOREIGN CURRENCY UA  RULE: 0275**

EXPORT CONTROL  UA RESERVES THE RIGHT TO REFUSE TO MAKE ANY REFUND
AUTHORIZED BY THIS TARIFF IN A CURRENCY OTHER THAN THAT USED IN THE
PURCHASE OF THE TICKET TO BE REFUNDED, OR AT A PLACE OTHER THAN THAT AT
WHICH PAYMENT FOR SUCH TICKET WAS MADE.


**PREPAID TICKET ADVICE CHARGES : UA  RULE: 0390**

FOR EACH PREPAID TICKET ADVICE ISSUED BY UA, UA WILL IMPOSE A SERVICE
CHARGE OF USD 100.00 THIS SERVICE CHARGE IS NOT SUBJECT TO ANY DISCOUNT
AND CANNOT BE REFUNDED. EXCEPTION:  THE PREPAID TICKET ADVICE SERVICE
CHARGE WILL
NOT APPLY:
     1)  WHEN PREPAYMENT IS MADE BY THE STATE GOVERNMENTS FOR OFFICIAL
BUSINESS.
     2)  WHEN PREPAYMENT IS MADE BY THE U.S. DEPARTMENT OF DEFENSE
USING A U.S. GOVERNMENT TRANSPORTATION REQUEST (GTR - FORM 1169).
     3)  WHEN TRAVEL IS FOR THE FOLLOWING CATEGORIES OF U.S. FEDERAL
GOVERNMENT OFFICIAL AUTHORIZED TRAVEL:
        A)  U.S. FEDERAL GOVERNMENT EMPLOYEES OR THEIR DEPENDENTS
TRAVELING ON OFFICIAL BUSINESS (EXCEPT FOR DEPARTMENT OF DEFENSE USING
GTR FORM 1169 AS COVERED IN ITEM 2 ABOVE); OR
        B)  MEMBERS/EMPLOYEES OF THE U.S. SENATE/HOUSE OF
REPRESENTATIVES WITH APPROPRIATE OFFICIAL TRAVEL AUTHORIZATION GPO 81-
76229-1PP; OR
        C)  EMPLOYEES OF THE AMERICAN RED CROSS WITH APPROPRIATE
IDENTIFICATION AND ON OFFICIAL RED CROSS BUSINESS.
     NOTE:    FOR PASSENGER CATEGORIES 3)A -3)C  ABOVE WHEN TRAVEL IS
WHOLLY WITHIN THE 50 U.S. STATES AND DISTRICT OF COLUMBIA THE PREPAID
TICKET ADVICE WILL APPLY WHEN: A) THE PREPAID TICKET IS ISSUED MORE
THAN 01 DAY PRIOR TO PASSENGERS DEPARTURE OR B) THE PASSENGER IS
LOCATED WITHIN 25 MILES OF A UNITED AIRLINES TICKETING FACILITY.


**SURCHARGES UA  RULE: 0395**

(A) THE SURCHARGE LISTED BELOW WILL BE ASSESSED FOR EACH FARE
     PAYING PASSENGER. THE SURCHARGE APPLIES IN ADDITION TO ALL
     OTHER CHARGES AND IS NOT SUBJECT TO ANY DISCOUNT.

     (1) ANY POINT IN THE U.S. TO ANY POINT IN THE U.S.:
         USD 9.30
         NOTE: THE FUEL SURCHARGE ABOVE IS ASSESSED ON EACH FARE


United Airlines, Inc.                          Updated: 2/9/2006

COMPONENT AND WILL BE ADDED TO THE APPLICABLE
FARE.

(2) BETWEEN PUERTO RICO AND THE U.S.: USD 15.00 PER
DIRECTION.
(3) BETWEEN VIRGIN ISLANDS AND THE U.S.: USD 15.00 PER
DIRECTION AND AN AIRPORT/TERMINAL SURCHARGE
USD 6.50 PER DIRECTION.
NOTE: RULES GOVERNING FARES FOR TRAVEL ON A SEGMENT
ON WHICH A SURCHARGE APPLIES WILL ALSO
GOVERN THE SURCHARGE.
EXCEPTION: THE FOLLOWING PASSENGERS ARE EXEMPT FROM
THESE SURCHARGES:
(1) PASSENGERS WHO ARE TRAVELLING ON ANY UA FREE
TICKET OR ON UA/OTHER AIRLINES EMPLOYEE REDUCED
FARE TICKETS.
(2) PASSENGERS TRAVELING ON FARES EXCLUDED WITH
CATEGORY 12 - SURCHARGE - IN THE FARE RULES.

## UNITED SHARED DESIGNATOR/UNITED EXPRESS : UA  RULE: 0500

A)    AN INDEPENDENT OPERATOR WILL PROVIDE SERVICE UNDER AN
AGREEMENT WITH UA.  THE INDEPENDENT OPERATOR IS CONSIDERED EITHER A
UNITED SHARED DESIGNATOR OPERATOR OR A UNITED EXPRESS OPERATOR AS
IDENTIFIED BY THE
FLIGHT NUMBERS SHOWN IN PARAGRAPH (B).
1)    FOR UNITED SHARED DESIGNATOR FLIGHTS, ALL TERMS OF
TRANSPORTATION APPLICABLE TO UA SPECIFIED IN THIS TARIFF APPLY EXCEPT
FOR SECTION V - BAGGAGE, OR EXCEPT WHERE SPECIFICALLY NOTED.  SEE THE
INDEPENDENT OPERATOR'S SECTION OF THIS TARIFF FOR BAGGAGE PROVISIONS
APPLICABLE TO THEIR FLIGHTS.
2)    FOR UNITED EXPRESS FLIGHTS, ALL TERMS OF TRANSPORTATION
APPLICABLE TO UA SPECIFIED IN THIS TARIFF APPLY EXCEPT WHERE
SPECIFICALLY NOTED.
B)    TRANSPORTATION IS PROVIDED BY THE UNITED EXPRESS
OPERATOR (*)/UNITED SHARED DESIGNATOR OPERATOR (@) AS INDICATED BELOW:

```
OPERATOR                     FLIGHT NO.
 @U.S. AIRWAYS (US)           1700-2829
 @U.S. AIRWAYS EXPRESS (US)   2830-3899
 @ALOHA AIRLINES (AQ)         4900-4963
 @ALOHA ISLANDAIR (WP)        4964-4999
 @GREAT LAKES AIRLINES (ZK)   5000-5199
 *COLGAN AIRLINES (9L)        5200-5279
 *REPUBLIC (RW)               5280-5289
 *AIR WISCONSIN AIRLINES CORP. (ZW) 5300-5399
      effective 02APR06:      5300-5349
 *GO JET (G7)                 5600-5699 effective 04MAY06
 *SKY WEST AIRLINES (OO)      5800-6999
      effective 02APR06:      5700-6999
 *MESA AIRLINES (YV)          7000-7399
      effective 02APR06:      7000-7449
 *SHUTTLE AMERICA (S5)        7500-7774
 *CHAUTAUQUA (RP)             7775-7874
 *GO JET (G7)                 7875-7949 discontinue 03MAY06
 *TRANS STATES (AX)           7950-8099
 @AIR CANADA (AC)             8100-8574
 @AIR CANADA JAZZ (QK)        8100-8574
```

United Airlines, Inc.                              Updated: 2/9/2006

@CO CONNECTION (CO)          9593-9669