# EXHIBIT 29

United Airlines - Our Customer Commitment http://www.united.com/page/article/0,6722,1505,00.html

UNITED

Home > Services & information > Our Customer Commitment

# Our Customer Commitment

### A Message to Our Customers

In the air and on the ground, online and on the telephone, our customers have the right to expect — to demand — respect, courtesy, fairness and honesty from the airline they have selected for travel.

At United, the only acceptable customer experience is one in which you arrive at your intended destination safely, comfortably and on time. When events and obstacles beyond our control, such as severe weather or Air Traffic Control delays, prohibit us from achieving this standard, we strive to minimize customer inconvenience however possible.

Our 12-point Customer Commitment outlines the ways in which we strive to keep our customers feeling relaxed, respected and rewarded both during and outside of normal flight operations.

Our Customer Commitment is a living document that is reviewed frequently and updated regularly to ensure it remains current, relevant and compelling.

In each interaction with our valued customers, our sincere promise is to:

Our Customer Commitment

### Our Customer Commitment

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

1 of 1 1/24/2008 3:25 PM



United Airlines - 1. Offer the Lowest Available Fare http://www.united.com/page/article/0,6722,1506,00.html

UNITED

Home > Services & information > Our Customer Commitment > 1. Offer the Lowest Available Fare

# 1. Offer the Lowest Available Fare

**United's commitment:**
We will offer customers who contact United through reservations or united.com the lowest available fare for which they are eligible, and the most logical routing given the date, destination(s), flight(s) and class of service requested.

**What this means for you:**
Whether calling reservations or booking your travel on united.com, United will offer the lowest available fare for which you are eligible and we will suggest the most logical route. These guidelines also apply to reservations that you book yourself and then pass on to a travel agent. However, they do not apply to bookings that originate from a travel agency and any travel agency booking fees.

**Helpful suggestion:**
If you have time to plan and are flexible with your travel dates, booking travel and purchasing your tickets at least 14 days in advance and including a Saturday-night stay may result in a lower fare. Flexibility with travel dates can be especially helpful around holidays.

Next

**Our Customer Commitment**

1. **Offer the lowest fare available**
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

Español | About United | Investor relations | Business resources | Careers | Site map

A STAR ALLIANCE MEMBER

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

1 of 1 1/24/2008 3:26 PM

UNITED

# 2. Notify Customers of Known Delays, Cancellations and Diversions

**United's commitment:**
We will give our customers, whether at the airport, onboard an aircraft, or elsewhere with computer or telephone access, the best available information regarding known delays and cancellations in a timely manner.

**What this means for you:**
Because we know that timely and accurate communication regarding travel interruptions is of utmost importance, we make every reasonable effort to provide customers and employees with the most accurate, up-to-date flight information as quickly and frequently as possible. This information is immediately linked to automated systems and reservations agents in order to deliver information as quickly as possible in the event of delays or cancellations.

- As soon as we become aware of a service interruption, we will relay information to affected customers, and we will work proactively to help them reach their intended destinations.
- If we become aware of a delay or cancellation United staff will clearly relay all known information to customers in the boarding gate area in a timely manner and provide updated information as it becomes available.
- United will provide proactive electronic notification of known flight cancellations up to 24 hours in advance. For changes to a scheduled departure time of greater than 15 minutes, notice will be given beginning three hours in advance of the original departure time to customers who are enrolled in EasyUpdate. Additionally, if United has a customer's contact information, we will send an e-mail or call to inform of a cancellation or rebooking.
- Customers can retrieve their revised itineraries online. They can also secure alternative flight arrangements using united.com or Easy Check-in kiosks located at many airports.
- We recognize that many of our customers do not have electronic access, or prefer to speak with someone in person when their travel plans change unexpectedly. For these individuals, we ensure that our gate agents, reservations agents and other appropriate personnel at the airport have the necessary information to provide assistance.
- Given that customers may choose to leave the gate area once a delayed departure time is announced, it is our policy that a delayed flight will not leave the gate prior to the revised departure time, even if an earlier departure is

**Our Customer Commitment**

1. Offer the lowest fare available
2. **Notify customers of known delays, cancellations and diversions**
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

possible. However, if all customers who are checked in for the delayed flight are onboard the aircraft, an earlier departure may be considered.

- We will explain in clear, concise terms the reason(s) for the delay or cancellation
- In the event of a canceled flight, customers can search for alternative flights and receive new boarding passes through united.com, at airport check-in kiosks or via a United representative.

**Helpful suggestions:**
By enrolling in EasyUpdate, you can receive travel updates via your cell phone, e-mail, pager or PDA. You can enroll in the program by clicking on EasyUpdate.

Prior to your trip, you can visit our Services & information page on united.com for up-to-the-minute flight and travel information.

When making your reservations, providing United with your contact information (phone numbers and/or e-mail address) can help us reach you in the event that a delay or cancellation becomes apparent before you leave for the airport or while you are in transit. Simply enter the information when making a reservation online at united.com, or give it to your United reservations agent.

Should a flight become delayed or cancelled, United works automatically to reaccommodate customers. If you miss your connection due to a delayed flight, or if your flight is cancelled, you may visit an EasyCheck-In kiosk at many airports and retrieve a new boarding pass for your revised itinerary.

Next

 © 2008 United Air Lines, Inc.

UNITED

# 3. Provide On-Time Baggage Delivery

**United's commitment:**
We strive to ensure that all checked domestic luggage arrives and is available within 25 minutes after your flight arrives at the gate. For checked international luggage, we strive to ensure that baggage arrives and is available within 35 minutes after your flight arrives at the gate. Representatives will be available to customers who require assistance with missing luggage.

**What this means for you:**
Your baggage will be available upon arrival at your final destination. If it is not, we will take appropriate measures to return your baggage to you as quickly as possible. In addition to our bar-code scanning and tracking technology, as well as our online tracking tools, Customer Service Representatives will be available to assist individuals who require or request assistance.

In the unlikely event your luggage does not arrive at your destination with you, we will collect a delayed baggage report and initiate a search for the missing piece(s) immediately. For your convenience, you can also file a delayed baggage report on kiosks located in the baggage claim area of over a dozen of our major domestic airports. And once your belongings are located, they will be returned as quickly as possible.

If a piece of luggage cannot be located within 72 hours, United's experts in our central baggage office will assist with advanced tracing. United offers customers whose baggage is missing the convenience of tracking the status of their claim by visiting BagTrack, our online bag tracking service, or by calling the United baggage information service toll-free at (800) 221-6903.

We will conduct a thorough search for your luggage, including checking with other airlines. If we are unable to locate and return your belongings within 60 days of the original claim, United will reimburse you up to a maximum of U.S. $3,000 per customer for travel wholly between points in the U.S. and 1,000 Special Drawing Rights (approximately $1,489) per customer for international travel. [Note: Some restrictions apply. Please visit our Contract of Carriage for more detailed information.]

**Helpful suggestions:**
While we do all we can to ensure that your bags *arrive at your* destination, we recommend you

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. **Provide on-time baggage delivery**
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

attach a luggage tag to each of your bags that clearly displays your name, address and telephone number. Be sure to check the information periodically to ensure its accuracy. In addition, we suggest you place this same information, or a copy of your itinerary, inside the bags.

If you arrive at your destination and a baggage mishandling has occurred, you can go to the airport baggage services office to file a claim and report any concerns *before* leaving the airport. Retain your luggage claim receipts for tracing and settlement, if necessary.

Be sure to carry necessity items like medication, keys and passports, as well as valuables such as cameras, electronics, iPods, laptop computers, jewelry, cash and personal documents, with you on the aircraft.

Always use baggage designed to withstand the stress of airport baggage handling systems and avoid over packing.

Next

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.



UNITED

# 4. Provide a Fair Baggage Liability Limit

**United's commitment:**
In the unlikely event that we mishandle your luggage and our extensive search does not recover your belongings, United will reimburse the owner up to a maximum of U.S. $3,000 per customer for travel wholly between points in the U.S. and 1,000 Special Drawing Rights (approximately $1,489) per customer for international travel.

**What this means for you:**
We will conduct a thorough search for your luggage, which includes checking with other airlines. If we are unable to locate and return your belongings to you within 60 days of your original claim, United will reimburse you up to a maximum of U.S. $3,000 per customer for travel wholly between points in the U.S. and 1,000 Special Drawing Rights (approximately $1,489) per customer for international travel.

Some items are not eligible for reimbursement, including but not limited to:

Fragile items, spoilage of perishables, loss/damage/delay of money, jewelry, cameras, electronic/video/photographic equipment, computer equipment, heirlooms, antiques, artwork, silverware, precious metals, negotiable papers/securities, commercial effects, irreplaceable books, publications, manuscripts, business documents or other irreplaceable items and/or any item where a liability release was signed by the customer.

Finally, reimbursements are subject to limits, customer efforts to minimize damage and claim verification. If you will be checking bags with items that have values exceeding the stated limit, you can purchase additional insurance when checking your baggage.

**Helpful suggestions:**
Be sure to attach a luggage tag that clearly displays your name, address and contact information in case your bag is misplaced. In addition, we suggest you place this same information, or a copy of your itinerary, inside the bags. Unclaimed bags without tags will be opened and searched for any evidence of ownership, so be sure to include this information inside your bags as well and check it periodically to ensure accuracy.

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. **Provide a fair baggage liability limit**
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

United Airlines - 4. Provide a Fair Baggage Liability Limit http://www.united.com/page/article/0,6722,1509,00.html

Carry a list of the items you packed into each of your checked bags with you onboard the aircraft. In the unlikely event that your bags are misplaced, a detailed list will help you complete the claim form, as well as help us locate and identify your bag(s) more quickly.

Next

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

2 of 2 1/24/2008 4:12 PM



United Airlines - 5. Allow Reservations to be Held or Canceled http://www.united.com/page/article/0,6722,1510,00.html

UNITED

Home > Services & information > Our Customer Commitment > 5. Allow Reservations to be Held or Canceled

# 5. Allow Reservations to be Held or Canceled

**United's commitment:**
Customers who purchase a ticket for travel on United from a U.S. point-of-sale may cancel their reservations without penalty within 24 hours of purchase.

**What this means for you:**
In order to allow our customers time to investigate travel options and prices through other channels, we allow you to cancel reservations without penalty within 24 hours of your purchase.

- If you booked and purchased your travel on united.com using your Mileage Plus® account, you may be able to cancel or change your ticket online. You can also call 800-UNITED1 (800-864-8331) or the number on the back of your Mileage Plus card within the United States to cancel or change it
- If you booked and purchased your travel online and do not have a Mileage Plus account, or if you purchased your ticket over the phone or at the airport, you can also call 800-UNITED1 (800-864-8331) within the United States to cancel or change it
- If you booked and purchased your ticket through a travel agent, please contact your agent for any travel changes

You may cancel and receive a refund on your original itinerary without penalty within 24 hours of ticket issuance. If you wish to change your itinerary, fees may apply. Remember, however, that fares and seats are subject to availability and may change at any time prior to purchase.

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. **Allow reservations to be held or canceled**
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

Next

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

1 of 1 1/24/2008 4:13 PM

UNITED

# 6. Provide Prompt Ticket Refunds

**United's commitment:**
In any instance where refunds are appropriate, United will process requests in a timely manner. In circumstances where customers purchased tickets using a credit card, United will submit refund requests to the credit card issuer within seven business days. The credit card issuer in turn will refund the purchase price of the ticket under terms of the credit card agreement.

Customers who purchased tickets with cash or a check will receive a refund within 20 business days.

**What this means for you:**
If you are eligible to receive a refund from United, we will process your request in a timely manner.

Obtaining refunds:

- Prior to traveling you can apply for a refund online at united.com or call United Reservations toll-free at 800-UNITED1 (800-864-8331 or the number on the back of your Mileage Plus card)
- After completing your travel you can apply for a refund online at united.com, or by calling United Refunds toll-free at 888-551-6881

Refundable tickets are eligible for a refund at any time. Refunds for nonrefundable tickets are subject to the terms and conditions of that ticket.

Next

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. **Provide prompt ticket refunds**
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.



Case 3:07-cv-04369-CRB Document 47-4 Filed 01/25/2008 Page 12 of 48

UNITED

# 7. Readily, Capably and Respectfully Accommodate Travelers with Special Needs

**United's commitment:**
We will provide our customers who have special needs, including individuals with disabilities and unaccompanied minors, with the level of attention, respect and care they deserve.

**What this means for you:**
To ensure our customers with special needs receive the service they deserve, we conduct ongoing training sessions for new and current employees who work in the airports, onboard our aircraft and within our reservations and customer contact departments.

Before a flight is scheduled to board, ground and flight crews are briefed about customers with special needs who will be traveling on the flight. This proactive communication helps us ensure that we can accommodate these individuals appropriately and safely.

Minors age five through 11 years traveling without an adult must use our unaccompanied minor service. The unaccompanied minor service fee is $99 each way. The only exceptions are for unaccompanied minors who originate travel in Brazil or are traveling to/from Japan. In these situations, the unaccompanied minor service fee is waived. The service is optional for minors age 12 and older. A child traveling as an unaccompanied minor may not travel on the last direct or connecting flight of the day.

**Helpful suggestions:**
When making your reservations, be sure to notify the reservations agent of any special needs you have or, if booking online, select your special needs requirements when you reserve your travel. This will alert our employees to your circumstances so they can better prepare to assist you when you arrive at the airport.

If you are the adult responsible for a minor who is traveling unaccompanied, remember that you will need to remain at the airport until the child boards the aircraft and it departs from the gate. Be sure to arrive at the airport early in order to provide any documentation that may be required and to see the child safely through the security screening and boarding processes.

Next

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. **Readily, capably and respectfully accommodate travelers with special needs**
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

A STAR ALLIANCE MEMBER

UNITED

# 8. Meet Customers' Essential Needs During Long Delays, Diversions or Cancellations

**United's commitment:**
United is committed to operating a reliable schedule for every customer. Weather and Air Traffic Control (ATC) issues, along with other internal control challenges, can cause delays and cancellations. We aspire to make our customers who experience long on-aircraft or in-airport delays as comfortable as possible during the inconvenience.

United Airlines and its regional United Express partners have implemented a comprehensive policy to minimize lengthy on-ground airport delays. For the best accommodation of our customers, the policy is to:

1. **Taxi-out delays** (the time the aircraft pushes back from the gate until airborne) – Proactively manage to minimize ground holds of more than three hours and prevent those of more than four hours.
2. **Taxi-in delays** (the time the aircraft lands until it is parked at a gate) – Proactively manage to minimize ground holds of more than 60 minutes and prevent those of more than 90 minutes.
3. **Diversions** (a non-scheduled stopping point due to weather events, medical emergencies, etc.) – Proactively manage to prevent diversions of more than fours hours.

**What this means for you:**
**On-aircraft Delays** - When an on-aircraft delay occurs, we will manage the situation aggressively to minimize delays of greater than three hours and make every reasonable effort to prevent those with durations longer than four hours. In the event of a lengthy delay, United has contingency plans to provide food, water, restroom facilities and access to medical treatment for customers onboard an airplane.

In the event a flight exceeds the four-hour guideline for a taxi-out or diversion situation, or if we exceed the 90-minute mark during taxi-in – we will provide our customers with compensation, generally in the form of discount travel certificates.

These certificates have no blackout dates, minimum purchase or fare class restrictions, and they are valid for 6-18 months, depending on distribution date, with a one-time use redeemable

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. **Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations**
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

United Airlines - 8. Meet Customers' Essential Needs During Long ... http://www.united.com/page/article/0,6722,1513,00.html

at united.com.

**Cancellations** – In the case of a cancellation, our staff will focus on rebooking as many customers as possible on alternate flights, either direct to the destination or via connections through other airports to best accommodate the individual's needs. If rebooking options are not available until thefollowing day, we will offer complimentary overnight hotel accommodations. However, if the cancellation is because of severe weather, Air Traffic Control decisions or other issues outside of United's control, we cannot offer such accommodations, though we will make reasonable efforts to provide information enabling customers to secure accommodations on their own.

**Helpful suggestions:**
While United offers Buy on Board meal service for flights more than three hours, no meal service is available on flights lasting fewer than three hours. Customers are always welcome to bring food onboard any of our flights. Doing so may help ease your discomfort in the unlikely event of a long on-aircraft delay.

If you are traveling with children, be sure to pack extra snacks and beverages as well as diapers and changing essentials in preparation for a possible delay.

Next

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

2 of 2 1/24/2008 4:13 PM

Case 3:07-cv-04369-CRB Document 47-4 Filed 01/25/2008 Page 16 of 48

UNITED

Home > Services & information > Our Customer Commitment > 9. Treat involuntarily denied boarding customers fairly and consistently

# 9. Treat involuntarily denied boarding customers fairly and consistently

**United's commitment:**
When customers are denied boarding or downgraded involuntarily due to an overbooked flight or a change in aircraft, they will be compensated and treated fairly and consistently.

**What this means for you:**
Customers will be notified of check-in requirements that can help them avoid being "bumped" from a flight. Upon request, we will advise customers if a flight is overbooked and we will provide our policies and procedures for denied boarding. Customers who have been involuntarily denied boarding will be booked on the next available flight to their original destination and will be compensated accordingly.

**Helpful suggestions:**
Please arrive at the airport in plenty of time to check your bags. For domestic flights we suggest arriving 90 minutes prior to scheduled departure if you are checking bags and 60 minutes if you have carry-on items only. For international flights, we suggest arriving two hours prior to scheduled departure.

On occasion, security lines may be longer than usual. Customers can check Services & information for specific airport information prior to leaving for the airport.

To secure your seat, please be at your gate and ready to board the aircraft at least 20 minutes prior to scheduled departure.

Next

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. **Treat involuntarily denied boarding customers fairly and consistently**
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

A STAR ALLIANCE MEMBER

Case 3:07-cv-04369-CRB Document 47-4 Filed 01/25/2008 Page 17 of 48

UNITED

Home > Services & information > Our Customer Commitment > 10.Disclose Travel Itinerary, Cancellations, Frequent Flyer Rules and Aircraft Configurations

# 10.Disclose Travel Itinerary, Cancellations, Frequent Flyer Rules and Aircraft Configurations

**United's commitment:**
We will promptly and courteously provide our customers with accurate, up-to-date information about their travel itineraries, notify them of any scheduled or unscheduled changes in aircraft or aircraft configuration, frequent flyer rules and cancellation and refund policies.

**What this means for you:**
At United, we view our many customer contact points – either in person or electronically – as opportunities to provide the information you need and expect to ensure your travel experience is enjoyable and consistent.

- When booking travel, United reservation agents will clearly communicate any required aircraft changes that exist on a single flight number to ensure that the customer is aware that a plane change is required. The change in aircraft also will appear on the customer's ticket and/or printed itinerary and will be relayed again at check-in, either at the counter or through check-in kiosks.
- Whenever a change occurs to your scheduled aircraft, we will communicate the schedule change via telephone or e-mail in advance of the date of travel, if known. Otherwise, the information will be provided upon check-in and at the gate.
- Our cancellation and refund policies regarding the failure to use all or any portion of a ticket are printed on ticket wallets and on travel itineraries. Reservations agents will also relay cancellation and refund policies to customers upon request at the time of booking.
- We will communicate any program changes to customers promptly through mailings, e-mail and the Mileage Plus section of this site.

**Helpful Suggestions:**
When making your reservations, providing United with your contact information (phone numbers and/or e-mail address) can help us reach you in the event that a delay or cancellation becomes apparent before you leave for the airport or while you are in transit. Simply enter the information when making a reservation online at united.com, or give it to your United reservations agent.

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. **Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers**
11. Work closely with our regional flying partners to deliver responsive customer service
12. Respond quickly, appropriately and courteously to customer questions and complaints

United Airlines - 10 Disclose Travel Itinerary, Cancellations, Freque... http://www.united.com/page/article/0,6722,1515,00.html

Next

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

2 of 2

1/24/2008 4:13 PM

United Airlines - 11. Work Closely with our Regional Flying Partner... http://www.united.com/page/article/0,6722,1516,00.html
Case 3:07-cv-04369-CRB Document 47-4 Filed 01/25/2008 Page 19 of 48

UNITED

Home > Services & information > Our Customer Commitment > 11. Work Closely with our Regional Flying Partners to Deliver Responsive Customer Service

# 11. Work Closely with our Regional Flying Partners to Deliver Responsive Customer Service

**United's commitment:**
Regardless of whether our customers choose a mainline United flight or any of the regional point-to-point routes operated by our United Express partner carriers, the experience will be consistent in terms of delivering the highest standards of safety, reliability, and helpful and courteous service.

**What this means for you:**
The assurance that we work closely with our regional flying partners to ensure their customer service policies and training align with Our Customer Commitment™. And if you have any service issues on a United Express flight, you can contact Customer Relations for resolution.

Next

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. **Work closely with our regional flying partners to deliver responsive customer service**
12. Respond quickly, appropriately and courteously to customer questions and complaints

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

1 of 1 1/24/2008 4:14 PM



UNITED

# 12. Respond Quickly, Appropriately and Courteously to Customer Questions and Complaints

**United's commitment:**
When our customers have questions or complaints, we will respond with the required information within 30 days in a professional, courteous manner that reflects the high value we place on each customer.

**What this means for you:**
Our Customer Relations representatives have one goal: to acknowledge customer questions and complaints and provide prompt resolution.

You can contact United with your questions or complaints in several ways:

- Call our toll-free Customer Relations line: 1-877-228-1327 (or the number on the back of your Mileage Plus card)
- E-mail us
- Write to us at: United Customer Relations, P.O. Box 66100, Chicago, IL 60666

We will follow-up within 30 days and provide an answer or resolution, or information about next steps in the resolution process.

**Helpful suggestions:**
If you have a concern with a planned trip, please contact our Reservations line at 800-UNITED1 (800-864-8331) or the number on the back of your Mileage Plus card.

Customer Relations can assist you with post-travel concerns. If possible, please have your flight number and date(s) of travel handy when you contact us.

**Our Customer Commitment**

1. Offer the lowest fare available
2. Notify customers of known delays, cancellations and diversions
3. Provide on-time baggage delivery
4. Provide a fair baggage liability limit
5. Allow reservations to be held or canceled
6. Provide prompt ticket refunds
7. Readily, capably and respectfully accommodate travelers with special needs
8. Meet customers' essential needs during long on-aircraft or in-airport delays, diversions and cancellations
9. Treat involuntarily denied boarding customers fairly and consistently
10. Disclose up-to-date travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration to our customers
11. Work closely with our regional flying partners to deliver responsive customer service
12. **Respond quickly, appropriately and courteously to customer questions and complaints**

Next

Español | About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | © 2008 United Air Lines, Inc.

A STAR ALLIANCE MEMBER

United Airlines - Domestic and international airline tickets, all-inclus... http://www.unitedairlines.co.jp/jsp/en/about/uacommitment.jsp

UNITED Japan

United Japan in Japanese | My profile | Worldwide sites | Customer service

Flights | Hotels | Cars | Cruises | Promotions

Home > About United > Company information > Our United Commitment

# Our United Commitment

**Our United Commitment**SM is a sincere promise to our customers that each day, in the air and on the ground, we will strive to provide them with the respect, courtesy, fairness and honesty that they both expect and deserve from United Airlines.

On June 17, 1999, United Airlines and member carriers of the Air Transport Association (ATA) committed to the development of an industrywide, voluntary plan to address 12 key areas intended to improve customer satisfaction. Each carrier was charged with developing its own plan to address these service provisions outlined by the ATA. **Our United Commitment** builds on the efforts of United and its 98,000 employees to meet our customers' expectations. This plan is another step in our continuing effort to ensure that all our customers experience outstanding service, both in the air and on the ground.

The following are highlights of United's key policies and implementation plans for our customer service commitments. Its key elements will be implemented by Dec. 15, 1999.

### I. OFFER THE LOWEST FARE AVAILABLE:

At United, we believe that the process of purchasing a fare should be clear and fair. **Our United Commitment** will offer customers who call United Reservations the lowest fare available for which they are eligible, given the date, flight and class of service requested and the most logical routing. Customers will have the assurance that the fare quoted is the lowest eligible fare. United will enhance its telephone reservation system computer displays to highlight the lowest eligible fare, enabling agents to assist our customers in finding the best fare for their travel needs. Customers can also check fares on United's web site, which also publishes available fares from other carriers

### II. NOTIFY CUSTOMERS OF KNOWN DELAYS, CANCELLATIONS AND DIVERSIONS:

Reliability is important to our customers. It's important to us, too. At United, we are committed to operating our airline on time, and we have a number of initiatives in place to improve our on-time performance. We also are committed to keeping our customers informed during every step of their travel experience. **Our United Commitment** provides customers with the best available information regarding known delays, cancellations and diversions affecting their flight. United will deploy its state-of-the-art Mobile ChariotsSM in all hub markets. United is the only carrier with these battery-powered remote workstations that are specially designed to harness high-tech solutions to resolve customer problems at the airport, particularly during irregular flight operations. With Mobile Chariots, customer service representatives can quickly set up a fully functioning workstation anywhere in the airport to perform check-in procedures; issue tickets, boarding passes and bag tags, and re-accommodate customers. Finally, in circumstances where customers may be delayed overnight, we will clarify our policies and procedures for accommodating these customers.

### III. PROVIDE ON-TIME BAGGAGE DELIVERY:

United is renewing its commitment to the prompt and efficient handling of our customers' baggage. For the times when baggage

1 of 4 1/24/2008 3:24 PM

doesn't arrive when it should, United is augmenting its handling procedures to ensure the prompt delivery of our customers' baggage. In cases where a bag is misplaced, we will make every reasonable effort to return our customers' checked baggage within 24 hours in the United States. Our agents also will attempt to contact in a timely manner customers whose unclaimed checked baggage contains a name and address or a telephone number. United operates a toll-free telephone number, (800) 221-6903, for customers who want to check the status of their mishandled baggage. United will deploy more than 600 additional state-of-the-art baggage scanners so it can more accurately track bag transfer information between airports. These scanners allow United to provide customers with immediate and accurate information on the status of their baggage and allow for improved on-time performance.

### IV. SUPPORT AN INCREASE IN THE BAGGAGE LIABILITY LIMIT:

The ATA, on behalf of United and member carriers, filed documents with the Department of Transportation supporting an increase in the current federally set baggage liability limit, which has not been adjusted since the current limit of $1,250 was set in 1984.

### V. ALLOW RESERVATIONS TO BE HELD OR CANCELLED:

Informed customers are the best customers. But even informed customers need some flexibility when making their travel plans. **Our United Commitment** will allow customers who purchase a ticket by telephone through United Reservations the opportunity to check for lower fare alternatives and receive a refund if they change their plans within 24 hours of initial ticketing. We are committed to providing our customers with the most economical fares in the marketplace.

### VI. PROVIDE PROMPT TICKET REFUNDS:

When customers are due a refund, we want to get it to them as soon as we can. As part of **Our United Commitment**, we will issue refunds within seven business days for credit card purchases and within 20 business days for cash purchases in any instance in which refunds are appropriate. As part of our continuing commitment to provide customer service improvements, our customers will have a toll-free number to contact the refund department either by speaking to a representative or by using our voice response system.

### VII. PROPERLY ACCOMMODATE DISABLED AND SPECIAL-NEEDS CUSTOMERS:

We at United believe that air travel should be safe and available to every customer. We are committed to meeting the travel needs of all our customers and providing them with the care and respect they deserve. We currently provide continuing training at all levels -- from our onboard personnel such as pilots and flight attendants, to airport staff and reservations agents -- to reinforce our commitment to service quality for special-needs customers. We also will share our training materials with all our contract partners. **Our United Commitment** creates new ways in which we can provide customers with our policies and procedures for special-needs travel. Customers may request written copies of these procedures from any airport gate agent. This information outlines all United services available to special-needs customers, such as information cards for disabled customers, and includes procedures regarding the safety of unaccompanied minors.

### VIII. MEET CUSTOMERS' ESSENTIAL NEEDS DURING LONG ON-AIRCRAFT DELAYS:

Weather and air traffic congestion are factors that make severe irregular operations an all-too-frequent part of airline travel today. As part of **Our United Commitment**, we will develop and implement

Case 3:07-cv-04369-CRB Document 47-4 Filed 01/25/2008 Page 23 of 48

detailed plans with all airports to address the essential needs of customers during extended off-gate delays resulting from irregular operations. Consistent with operational safety guidelines, we will develop contingency plans to provide food, water, restroom facilities and access to medical treatment for customers onboard an aircraft that is on the ground for an extended period of time without access to the terminal. To keep customers informed during lengthy delays, we will create an automatic computer prompt that reminds the flight crew to update the station on the status of the flight, aircraft, provisions and customer requirements.

## IX. HANDLE BUMPED CUSTOMERS WITH FAIRNESS AND CONSISTENCY:

It's our goal to have exactly as many customers as we have seats on each flight. It helps us keep service viable and fares reasonable. Because circumstances can cause customers to fail to show up for their reserved flights, we sometimes reserve more seats than we have on the aircraft. As part of **Our United Commitment**, employees can advise customers who inquire if the flight they are ticketed on is overbooked. **Our United Commitment** also provides customers, upon request, with information cards that advise them of our policies and procedures, such as check-in deadlines.

## X. DISCLOSE TRAVEL ITINERARY, CANCELLATION POLICIES, FREQUENT FLYER RULES AND AIRCRAFT CONFIGURATION:

Information is power. Our customers should have it. **Our United Commitment** will disclose a wide range of information to our customers in new and better ways:

- If their travel involves a change of planes, we will share that information with them when they make their reservation, on printed travel itineraries and at check-in.
- We will provide information on printed itineraries and on ticket wallets about our cancellation policies if customers don't use all segments of their purchased flight.
- We will share with customers the up-to-date guidelines of our frequent flyer program and will provide an annual report on mileage redemption to active members or any customer who requests it. For the first time, our Mileage Plus members' frequent flyer miles no longer will expire, provided the members earn or redeem miles at least once every 36 months.
- When customers ask about our aircraft, we will provide them information regarding aircraft configuration, including seat size and pitch. In response to our customers' requests, United is reconfiguring its Economy class aircraft cabins to give customers increased legroom in the newly created "Economy Plus" section.

## XI. ENSURE GOOD CUSTOMER SERVICE FROM CODE-SHARE PARTNERS:

Because our goal is to provide consistent service throughout United's system, we have secured commitments from our U.S. code-share partners to develop their own customer service plans to address the key provisions of **Our United Commitment**.

## XII. TENER UNA RESPUESTA MAS EFICIENTE PARA LAS QUEJAS DE NUESTROS CLIENTES:

Let's face it, no matter how hard we try, sometimes things go wrong. **Our United Commitment** charges our Customer Relations division with responding to our customers' inquiries or comments within 60 days. Starting in early 2000, United is introducing a toll-free telephone number to contact our Customer Relations department. Because we believe our customers' comments provide us with another valuable tool to improve our service, we want to make it convenient for them to contact us. In addition to offering customers

an e-mail and mailing address, we also will publish contact information in Hemispheres magazine, on our web site and in our System Timetables.

Highlights of **Our United Commitment** will be available at ticket offices and airports by December 15, 1999.

A copy of **Our United Commitment** is also available by sending a request to:

United Airlines
Customer Relations
P.O. Box 66100
Chicago, IL 60666

 © 2007 United Air Lines, Inc.

1 of 1 DOCUMENT

Copyright 1999 PR Newswire Association, Inc.
PR Newswire

September 15, 1999, Wednesday

**SECTION:** Financial News

**DISTRIBUTION:** TO BUSINESS AND TRAVEL EDITORS

**LENGTH:** 3001 words

**HEADLINE:** United Unveils Comprehensive New Customer Service Plan;
Our United Commitment(SM) Will Complement Existing Initiatives to Provide Customers with Superior Service

**DATELINE:** CHICAGO, Sept. 15

**BODY:**

United Airlines today unveiled its new 12-point customer service plan. Called Our United Commitment(SM) (a summary of United's plan follows), the plan has been filed with the U.S. Department of Transportation and provided to leaders of the U.S. Congress.

In June, United Airlines joined member carriers of the Air Transport Association (ATA) in the development of an industry-wide, voluntary plan to address key areas to improve customer satisfaction.

Our United Commitment(SM) will complement the airline's existing strategic initiatives to provide customers with superior service -- both in the air and on the ground -- and deliver that service consistently. The plan enhances United's central corporate goal to provide unsurpassed global access and a simpler, more hassle-free travel experience while treating customers with candor, responsibility and genuine attentiveness to their needs.

"United Airlines is intensely focused on customer satisfaction; it is the very core of our business," said Rono Dutta, United's president. "This plan allows us to align existing customer service initiatives across the company -- from the deployment of new products to additional employee training -- to meet customers' needs at all levels of their travel experience."

As agreed by ATA airlines, each carrier has developed a plan to implement the following provisions:
-- Offer the lowest fare possible
-- Notify customers of known delays, cancellations, and diversions
-- Provide on-time baggage delivery
-- Support an increase in the baggage liability limit
-- Allow reservations to be held or canceled
-- Provide prompt ticket refunds
-- Properly accommodate disabled and special-needs passengers
-- Meet customers' essential needs during long on-aircraft delays
-- Handle "bumped" passengers with fairness and consistency
-- Disclose travel itinerary, cancellation policies, frequent flyer rules,
   and aircraft configuration
-- Ensure good customer service from code-share partners
-- Be more responsive to customer complaints

New United Initiatives:
United has developed detailed action plans to begin implementing Our
United Commitment(SM), the key elements of which will be in place by Dec. 15,
1999. The plan continues the company's focus on delivering its customers

Page 2
United Unveils Comprehensive New Customer Service Plan;Our United Commitment(SM) Will Complement Existing
Initiatives to Provide Customers with Superior Service PR Newswire September 15, 1999, Wednesd

superior service to strengthen satisfaction and loyalty.

Key customer enhancements in Our United Commitment(SM) include:

-- Deployment of United's state-of-the-art Mobile "Chariots"(SM) into all hub markets (Chicago, Los Angeles, San Francisco, Denver, and Washington-Dulles). United is the only carrier with these battery-powered remote workstations specially designed to harness high-tech solutions to resolve customers problems at the airport, particularly during times of irregular flight operations. With Chariots, Customer Service Representatives can quickly set up a fully functioning workstation anywhere in the airport to perform check-in procedures; issue tickets and boarding passes; issue bag tags and re-accommodate customers.

-- Deployment of 600 high-tech baggage scanners in United's highest-frequency markets. These hand-held scanners allow United to provide customers with step-by-step and accurate information on the status of their baggage and also allow for improved on-time performance through more efficient baggage handling.

-- Establishment of a toll-free number for customer refunds and baggage inquiries in the United States.

-- Starting in 2000, United will introduce an enhanced information management system that gives its airport personnel immediate one-stop access to all levels of information regarding a customer's flight status in the event of a delay, diversion or cancellation.

-- Also in 2000, United will offer a toll-free telephone number so that customers can contact its customer relations division with their concerns, comments, or suggestions.

United Customers Endorse Plan:

Earlier this month, United commissioned an independent researcher to conduct a random survey of its Mileage Plus members who averaged 10 domestic flights within the last 12 months to get direct customer feedback on the benefits of Our United Commitment(SM). Across the board, the carrier's most frequent fliers said the multi-point plan meets all, or most, of their travel needs and expectations. Customers cited the following as their priorities: a toll-free number for refunds and customer complaints, better baggage handling, the ability to check for lower-fare alternatives, and information regarding delays, cancellations and diversions.

In addition, the customers sampled in the survey gave the carrier high praise for its existing policies on serving the needs of unaccompanied minors and customers with special needs.

"We understand that each of United's 98,000 employees is responsible for the day-to-day implementation of Our United Commitment(SM) -- from our reservations team to airport personnel," said Shelley Longmuir, United senior vice president of international, regulatory and governmental affairs. "We have conveyed to the U.S. Department of Transportation and Congress that all of us at United are determined to make this plan work for our customers. We believe it is a key step in our continuing focus to target resources to improve customer satisfaction."

United's detailed implementation plan for Our United Commitment(SM), as well a summary overview of the plan's customer benefits, may be found on United's website: www.ual.com .

As the largest air carrier in the world and the largest majority employee-owned company, United offers 2,370 flights each day on a network that spans the globe.

Page 3

United Unveils Comprehensive New Customer Service Plan;Our United Commitment(SM) Will Complement Existing Initiatives to Provide Customers with Superior Service PR Newswire September 15, 1999, Wednesd

Our United Commitment(SM)

Our United Commitment(SM) is a sincere promise to our customers that each day, in the air and on the ground, we will strive to provide them with the respect, courtesy, fairness and honesty that they both expect and deserve from United Airlines.

On June 17, 1999, United Airlines and member carriers of the Air Transport Association (ATA) committed to the development of an industrywide, voluntary plan to address 12 key areas intended to improve customer satisfaction. Each carrier was charged with developing its own plan to address these service provisions outlined by the ATA. Our United Commitment builds on the efforts of United and its 98,000 employees to meet our customers' expectations. This plan is another step in our continuing effort to ensure that all our customers experience outstanding service, both in the air and on the ground.

The following are highlights of United's key policies and implementation plans for our customer service commitments. Its key elements will be implemented by Dec. 15, 1999.

#1. Offer the lowest fare available:

At United, we believe that the process of purchasing a fare should be clear and fair. Our United Commitment will offer customers who call United Reservations the lowest fare available for which they are eligible, given the date, flight and class of service requested and the most logical routing. Customers will have the assurance that the fare quoted is the lowest eligible fare.

United will enhance its telephone reservation system computer displays to highlight the lowest eligible fare, enabling agents to assist our customers in finding the best fare for their travel needs.

Customers can also check fares on United's web site, which also publishes available fares from other carriers.

#2. Notify customers of known delays, cancellations and diversions:

Reliability is important to our customers. It's important to us, too. At United, we are committed to operating our airline on time, and we have a number of initiatives in place to improve our on-time performance. We also are committed to keeping our customers informed during every step of their travel experience. Our United Commitment provides customers with the best available information regarding known delays, cancellations and diversions affecting their flight.

United will deploy its state-of-the-art Mobile Chariots(SM) in all hub markets. United is the only carrier with these battery-powered remote workstations that are specially designed to harness high-tech solutions to resolve customer problems at the airport, particularly during irregular flight operations. With Mobile Chariots, customer service representatives can quickly set up a fully functioning workstation anywhere in the airport to perform check-in procedures; issue tickets, boarding passes and bag tags, and re-accommodate customers.

Finally, in circumstances where customers may be delayed overnight, we will clarify our policies and procedures for accommodating these customers.

#3. Provide On-time baggage delivery:

United is renewing its commitment to the prompt and efficient handling of our customers' baggage. For the times when baggage doesn't arrive

Page 4

United Unveils Comprehensive New Customer Service Plan;Our United Commitment(SM) Will Complement Existing Initiatives to Provide Customers with Superior Service PR Newswire September 15, 1999, Wednesd

when it should. United is augmenting its handling procedures to ensure the prompt delivery of our customers' baggage. In cases where a bag is misplaced, we will make every reasonable effort to return our customers' checked baggage within 24 hours in the United States. Our agents also will attempt to contact in a timely manner customers whose unclaimed checked baggage contains a name and address or a telephone number. United operates a toll-free telephone number, 800-221-6903, for customers who want to check the status of their mishandled baggage.

United will deploy more than 600 additional state-of-the-art baggage scanners so it can more accurately track bag transfer information between airports. These scanners allow United to provide customers with immediate and accurate information on the status of their baggage and allow for improved on-time performance.

#4. Support an increase in the baggage liability limit:

The ATA, on behalf of United and member carriers, filed documents with the Department of Transportation supporting an increase in the current federally set baggage liability limit, which has not been adjusted since the current limit of $1,250 was set in 1984.

#5. Allow reservations to be held or canceled:

Informed customers are the best customers. But even informed customers need some flexibility when making their travel plans. Our United Commitment will allow customers who purchase a ticket by telephone through United Reservations the opportunity to check for lower fare alternatives and receive a refund if they change their plans within 24 hours of initial ticketing. We are committed to providing our customers with the most economical fares in the marketplace.

#6. Provide prompt ticket refunds:

When customers are due a refund, we want to get it to them as soon as we can. As part of Our United Commitment, we will issue refunds within seven business days for credit card purchases and within 20 business days for cash purchases in any instance in which refunds are appropriate. As part of our continuing commitment to provide customer service improvements, our customers will have a toll-free number to contact the refund department either by speaking to a representative or by using our voice response system.

#7. Properly accommodate disabled and special-needs passengers:

We at United believe that air travel should be safe and available to every customer. We are committed to meeting the travel needs of all our customers and providing them with the care and respect they deserve.

We currently provide continuing training at all levels -- from our onboard personnel such as pilots and flight attendants, to airport staff and reservations agents -- to reinforce our commitment to service quality for special-needs customers. We also will share our training materials with all our contract partners.

Our United Commitment creates new ways in which we can provide customers with our policies and procedures for special-needs travel. Customers may request written copies of these procedures from any airport gate agent. This information outlines all United services available to special-needs customers, such as information cards for disabled customers, and includes procedures regarding the safety of unaccompanied minors.

#8. Meet customers' essential needs during long on-aircraft delays:

Page 5
United Unveils Comprehensive New Customer Service Plan;Our United Commitment(SM) Will Complement Existing Initiatives to Provide Customers with Superior Service PR Newswire September 15, 1999, Wednesd

Weather and air traffic congestion are factors that make severe irregular operations an all-too-frequent part of airline travel today. As part of Our United Commitment, we will develop and implement detailed plans with all airports to address the essential needs of customers during extended off-gate delays resulting from irregular operations. Consistent with operational safety guidelines, we will develop contingency plans to provide food, water, restroom facilities and access to medical treatment for customers onboard an aircraft that is on the ground for an extended period of time without access to the terminal. To keep customers informed during lengthy delays, we will create an automatic computer prompt that reminds the flight crew to update the station on the status of the flight, aircraft, provisions and customer requirements.

#9. Handle "bumped" passengers with fairness and consistency:

It's our goal to have exactly as many customers as we have seats on each flight. It helps us keep service viable and fares reasonable. Because circumstances can cause customers to fail to show up for their reserved flights, we sometimes reserve more seats than we have on the aircraft. As part of Our United Commitment, employees can advise customers who inquire if the flight they are ticketed on is overbooked. Our United Commitment also provides customers, upon request, with information cards that advise them of our policies and procedures, such as check-in deadlines.

#10. Disclose travel itinerary, cancellation policies, frequent flyer rules and aircraft configuration:

Information is power. Our customers should have it. Our United Commitment will disclose a wide range of information to our customers in new and better ways:

-- If their travel involves a change of planes, we will share that information with them when they make their reservation, on printed travel itineraries and at check-in.
-- We will provide information on printed itineraries and on ticket wallets about our cancellation policies if customers don't use all segments of their purchased flight.
-- We will share with customers the up-to-date guidelines of our frequent flyer program and will provide an annual report on mileage redemption to active members or any customer who requests it. For the first time, our Mileage Plus members' frequent flyer miles no longer will expire, provided the members earn or redeem miles at least once every 36 months.
-- When customers ask about our aircraft, we will provide them information regarding aircraft configuration, including seat size and pitch. In response to our customers' requests, United is reconfiguring its Economy class aircraft cabins to give customers increased legroom in the newly created "Economy Plus" section.

#11. Ensure good customer service from code-share partners:

Because our goal is to provide consistent service throughout United's system, we have secured commitments from our U.S. code-share partners to develop their own customer service plans to address the key provisions of Our United Commitment.

#12. Be more responsive to customer complaints:

Let's face it, no matter how hard we try, sometimes things go wrong.

Page 6

United Unveils Comprehensive New Customer Service Plan;Our United Commitment(SM) Will Complement Existing Initiatives to Provide Customers with Superior Service PR Newswire September 15, 1999, Wednesd

Our United Commitment charges our Customer Relations division with responding to our customers' inquiries or comments within 60 days.

Starting in January 2000, United is introducing a toll-free telephone number to contact our Customer Relations department. Because we believe our customers' comments provide us with another valuable tool to improve our service, we want to make it convenient for them to contact us.

In addition to offering customers an e-mail and mailing address, we also will publish contact information in Hemispheres magazine, on our web site and in our System Timetables.

Highlights of Our United Commitment will be available on United Airlines' web site, www.ual.com , Sept. 15, 1999; and at ticket offices and airports by Dec. 15, 1999.

A copy of Our United Commitment also is available by sending a request to United Airlines, Customer Relations, P.O. Box 66100, Chicago, IL 60666.

SOURCE United Airlines

CONTACT: Corporate Communications, Susana Leyva of United Airlines, 847-700-4971, or Night-Weekend, 847-700-4088

**LOAD-DATE:** September 16, 1999

# EXHIBIT 30

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

---oOo---

NOAH BUTLER and COLLEEN O'BRIEN,

Plaintiffs,

vs. No. C07-4369(CRB)

UNITED AIR LINES, INC., and

DOES 1 through 100, Inclusive,

Defendants.

________________________________/

DEPOSITION OF MINA TAHERI

Taken before JEANNIE M. CHIMPKY

CSR No. 12742

January 11, 2008

2

I N D E X

PAGE

she didn't have a valid reservation?

A. No.

Q. Is there anything that the customer let's say

someone you had to be a frequent flyer member in order to access this itinerary?

MR. WORTHE: Objection mischaracterizes testimony. Mileage plus member not frequent flyer. Big difference.

BY MS. O'BRIEN:

Q. Fine you said you had to be a mileage plus member in order to access this itinerary; correct?

A. Yes.

Q. Is there anything that a mileage plus member could have accessed on United dot-com that would have reflected information about the status of the tickets?

A. No.

Q. Do you know what the address is for the website for United?

A. W W W dot United dot-com.

Q. I want to take four back?

A. Sure.

Q. Thank you. Actually, let me give four back to you for a second. There's one thing I forgot to ask you. What does this entry mean in each of the four blocks showing the four legs of the flight there's an indication it says flight then it says: Confirmed?

A. Again the reservation was an active reservation

was not cancelled so all the flights it shows confirmed

confirmed it means it has not been cancelled.

Q. Okay I'll take four back from the witness. Ask you to mark this as five please. Mark mark?

BY MS. O'BRIEN:

Q. Let me show you five its a three-page document.

MR. WORTHE: Take a look at all three pages.

THE WITNESS: No problem. Yes.

BY MS. O'BRIEN:

Q. Thanks have you ever seen this document before?

A. Yes, I have.

Q. When did you see it?

A. Yesterday.

Q. That was the first time you saw it?

A. Yes.

Q. There are a couple of different e-mails in this matter so I want to draw your attention to the line that says sent Saturday six three 2006 at eleven 25 am and your familiar with that time?

A. Yes.

Q. What is this document?

A. This is one of the confirmation if you remember when we looked at reservation record on June 3rd two itinerary confirmation was sent to customers e-mail address very close time one possibly /HREFRPB 25 because we had the Zulu time and the other one maybe

eleven 38 so this is the itinerary with the schedule change reflecting the schedule change for the same reservation LSDN10.

Q. Is there anything in this document to indicate whether the passengers were billed for this June 3rd 2006 reservation?

A. Billing as of June 3rd or the original billing.

Q. Billing on June third?

A. No.

Q. There's nothing to indicate the passenger was billed what about on page 2 of this exhibit at the top where -- the top half of the page there's some credit card information and a tax fee charge?

A. This is -- yes this refers to reservation LSDN10 issued April 23rd this is a copy of April 23rd ticketing. This is the same original linear and this is the same information that on June 23rd e-mail was sent.

Q. You mean April 23rd?

A. April 23rd was sent original. If this was a new billing this would have shown June 3rd 2006 as a billing and in fact if two sets of ticket two new sets of tickets was issued customer would receive different ticket numbers United airlines cannot bill the same ticket number on the same record they have to issue new

sets of tickets for whatever reason we do re bill the ticket that would be behind the scene by our dispute department and the ticket numbers would change. This is -- the thirteen digit ticket number the very three first three digits refers to United stock number desire one six and the rest is the unites ticket this is the ticket number so what would change is that the re bill by United would show a nine one six and the same ticket number if it the re bill was done by headquarter not by reservation agent.

Q. So your saying regardless of headquarters reservation your saying there was no re bill on June 3rd?

A. That is correct.

Q. And that's June 3rd 2006?

A. Six.

Q. Does anything about this document indicate to you why to confirmations were sent to the passenger?

A. No.

Q. Can you read the last question back please?

(Record read.)

BY MS. O'BRIEN:

Q. Let me take this document back from you please. Can you mark this as the next exhibit in order please. Mark mark?

Q. I'm sorry its two pages and I didn't give you two so can you mark one one and two as well?

Q. Thank you. Do you know what that document is?

A. Yes.

Q. What is it?

A. This is part of reservation record PNR.

Q. Its part of the PNR?

A. Yes.

Q. Can you tell what part is it limited by date or ...

A. No this is how it would be showing if a reservation agent or a customer service view it on their screen.

Q. Can you tell when that was printed?

A. July 20th or yeah if it its Zulu time it can be on the 19th too July 19, 2006.

Q. Can you tell why it was printed?

A. Agent displayed the ticket and showed ticket has been printed most likely customer was inquiring about why I cannot get the boarding pass and customer service was advising that your ticket customer's ticket showing been printed and assuming that this is given to the customer just for customer to have something in hand for further investigation perhaps.

Q. Does this part of the PNR indicate whether this

he ticket has been paid for?

A. Yes because you have a ticket information and

then you have form of payment F P stands for form of payment there is an advise yeah and has the linear that was charged on April 23rd 2006.

Q. Does this document indicate whether the passengers were able to board using this reservation?

A. She -- customer could not board using this ticket because the ticket was printed by headquarter. They would not allow her to use this ticket or give her any boarding pass unless she would right on the spot pay for new sets of tickets for travel.

Q. So there's no way that any of the agents at the airport could do anything for a passenger under a situation like this?

A. That is correct.

MR. WORTHE: Unless they pay as you said.

THE WITNESS: Unless they pay a new ticket was issued.

MS. O'BRIEN: Do you have any information about how much an on the spot ticket would have been at that point.

THE WITNESS: No.

MR. WORTHE: Objection lacks foundation calls for speculation go ahead.

THE WITNESS: No.

BY MS. O'BRIEN:

Q. Does this document indicate whether other than the problems that we've discussed with the passengers

reservation was not voided reservation was not cancelled so they would still pull up the reservation and look at the record with the customer and do less say seat assignment and give information and everything only if they would display the ticket the way that Miss occur printed for you on that day they would have seen oops your ticket shows you've been printed you need to contact such number for it so I don't think that if there was any call in between July 6th and July 18 they did display the tickets to advise the customer of it but I also could not verify if there was any call received July 6 between July 6 and July 8 /AOEPBTSDZ on the PNR there is no not.

Q. You can't tell either way?

A. No the very last one if you remember was June 3rd.

Q. I want to make sure I understand your answer because I think its a little ambiguous on the record. You can't tell one way or the other whether there between July 3rd and July 18th?

A. July after June 3rd is the very last document in the record that shows any call was received.

Q. But there could have been calls?

MR. WORTHE: Speculation go ahead.

THE WITNESS: If again if the reservation has

MR. WORTHE: Let me interpose my objections on things about a document that United had nothing to do with go ahead.

THE WITNESS: Yes.

BY MS. O'BRIEN:

Q. In what amounts?

A. Two $419.19 and $20.

Q. Let me take that back from you please. Now can you tell from I want to show you page 8 of this document whether around the third of June United caused this account to be re billed?

MR. WORTHE: Objection lacks foundation calls for speculation to the extent you can answer that without guessing go ahead.

THE WITNESS: Its no guessing this is not re bill by United airlines the reason for that is when United re bills or issue another ticket the transaction ID number its completely different. I have a document to show you this transaction ID number that the bank is posting it to this account again is the same as the original one. We have no way of submitting the sale with the same transaction two times on anybody's

account.

BY MS. O'BRIEN:

Q. Do you have any idea who caused the account to be billed in this that item?

MR. WORTHE: Objection. Calls for speculation

MS. O'BRIEN: I understand that I'm looking at my notes.

MR. WORTHE: Let's go.

MS. O'BRIEN: Let's go. Is this witness in a position to talk about the contract of carriage.

MR. WORTHE: This witness can talk about the contract of carriage with respect to the refund policy as it relates to your claim. She's not going to be talking about the contract of carriage as it relates to lost baggage, personal injuries the war saw convention. She'll talk about the refund policy.

MS. O'BRIEN: Those are all the questions I have. Thank you.

# EXHIBIT 31

**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | **CASE NO.: C07-4369(CRB)**<br>**ASSIGNED TO:**<br>**HON. CHARLES R. BREYER**<br><br>**RESPONSES OF DEFENDANT, UNITED AIRLINES, INC., TO PLAINTIFFS' SECOND SET OF SPECIAL INTERROGATORIES** |

**PROPOUNDING PARTY:** **Plaintiffs, NOAH BUTLER and COLLEEN O'BRIEN**

**RESPONDING PARTY:** **Defendant, UNITED AIRLINES, INC.**

**SET NUMBER:** **TWO (2)**

**TO: PLAINTIFF AND TO HER ATTORNEY OF RECORD:**

Defendant, UNITED AIRLINES, INC. ("**UNITED**"), hereby responds to Plaintiffs, NOAH BUTLER and COLLEEN O'BRIEN's (collectively "**PLAINTIFFS**") Special Interrogatories (Set Two), as follows:

**GENERAL STATEMENT**

Defendant, UNITED AIRLINES, INC. ("**UNITED**") responds to this discovery request based only upon those documents which are presently within its possession, custody or control. Defendant, **UNITED** has not yet completed its investigation and discovery in this



WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

matter. Defendant, **UNITED** reserves the right to supplement these discovery Responses to include any documents which are subsequently identified during discovery in this matter. These Responses are made in a good faith effort to disclose as much factual information as is presently known to Defendant, **UNITED**, however, these Responses shall not prejudice the right of Defendant, **UNITED**, to introduce any documents which are subsequently identified.

**INTERROGATORIES AND RESPONSES THERETO:**

**SPECIAL INTERROGATORY NO. 3:**

State whether DEFENDANT contends DEFENDANT'S reservation(s) numbered LSDN1O in the names of "Colleen O'Brien" and/or "Noah Butler" was/were canceled.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

Objection: The Request is overbroad and unduly burdensome. Without waiver of the aforestated objection(s), this Responding party states as follows:

If by "reservation" this Interrogatory is meant to refer to "ticket," the ticket was strayed.

**SPECIAL INTERROGATORY NO. 4:**

If DEFENDANT's answer to SPECIAL INTERROGATORY NO. 3 is anything but "no", state the date(s) on which DEFENDANT contends the cancellation(s) first became effective.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

Objection: The Request is overbroad and unduly burdensome. Without waiver of the aforestated objection(s), this Responding party states as follows:

If by "reservation," this Interrogatory is meant to refer to "ticket," the ticket was strayed on July 6, 2006.

///

///

///

///

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

DATED: January 14, 2008

**WORTHE HANSON & WORTHE**

By: [signature]
TODD C. WORTHE, ESQ.
Attorneys for Defendant, UNITED AIRLINES, INC.

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

## VERIFICATION

I have read the foregoing **RESPONSES OF DEFENDANT, UNITED AIRLINES, INC., TO PLAINTIFF'S SPECIAL INTERROGATORIES (SET TWO)**, and know its contents.

☐ CHECK APPLICABLE PARAGRAPH

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am ☐ an officer ☐ a partner ________________ ☒ a Team Leader of Risk Management for **UNITED AIRLINES, INC.**, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☒ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for ________________________________, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on January 14, 2008, at Chicago, Illinois.
(City)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Thomas D. Campuzano
Type or Print Name

[signature]
Signature

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
)ss
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On January 14, 2008, I served the foregoing document described as **RESPONSES OF DEFENDANT, UNITED AIRLINES, INC., TO PLAINTIFFS' SECOND SET OF SPECIAL INTERROGATORIES** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.

AND

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒ BY MAIL as follows:

☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.

☒ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 14, 2008, at Santa Ana, California.

GINA M. FISHER

**SERVICE LIST**
*O'BRIEN/BUTLER V. UNITED AIRLINES, INC.*

Colleen O'Brien, Esq.
O'Brien & Kelleher, LLP
1655 N. Main St. Ste. 220
Walnut Creek, CA 95496
Phone: 925-280-1250
Fax: 775-249-9120
Email: colleen@eastbayattorneys.com
**ATTORNEY IN PRO PER AND FOR PLAINTIFF NOAH BUTLER**