Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax:  (775) 249-9120
colleen@EastBayAttorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIR LINES, INC.<br><br>　　　　Defendant. | Case No.: C07-04369 CRB<br><br>EX PARTE MOTION AND [PROPOSED] ORDER  TO CHANGE TIME FOR PLAINTIFFS' TO SUBMIT OPPOSITION AND REPLY BRIEFS AND TO CONTINUE SUMMARY JUDGMENT HEARING<br><br>Civil L.R. 6-3; 7-10 |

　　　This ex parte motion to change time for the Plaintiffs to submit Opposition and Reply Briefs and to Continue the Summary Judgment Hearing is submitted pursuant to Civil Local Rules 6-1, 6-2, 6-3 and 7-10, which permit the use of ex parte orders to change a time ordered by the court.  Plaintiffs request an additional thirty days to file their Opposition and Reply Memoranda for the Motions on calendar for February 29, 2008.

　　　FACTS AND PROCEDURAL BACKGROUND IN SUPPORT OF MOTION

　　　Both Plaintiffs and Defendant filed Motions of Summary Judgment on January 25, 2008, pursuant to the Court's order setting the Summary Judgment hearing for February 29, 2008.  Other motions relating to sanctions and protective orders pend on the same date.

　　　Plaintiffs' counsel Colleen O'Brien is the lead counsel in a jury trial in Santa Clara County Superior Court that commenced on January 28, 2008, *De La Rosa v. City Of San Jose, et al.*, CV 817097.  The trial is expected to last at least three weeks, and Plaintiffs' counsel

anticipates still being in trial when the Opposition is due on February 8, 2008. Plaintiffs' counsel needs an additional thirty days time in order to respond, develop objections, and subpoena documents from Plaintiffs' credit card company. Plaintiff attempted to get a stipulation for a continuance, but was refused by Defendant.

RESPECTFULLY SUBMITTED:

Date: January 30, 2008                              _____
                                                    Colleen O'Brien
                                                    O'Brien & Kelleher, LLP
                                                    Attorney for Plaintiffs

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The request for a continuance to allow Plaintiffs additional time to file an opposition to Defendants' Motion for Summary Judgment and other motions is GRANTED.

A new hearing in this matter is scheduled for:

_____.

Opposition briefs must be filed no later than _____.

Reply briefs must be filed no later than _____.

The hearings on all motions are continued until _____.

Date: _____              _____
                                         CHARLES R. BREYER
                                         UNITED STATES DISTRICT COURT JUDGE