Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax: (775) 249-9120
colleen@EastBayAttorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al., | Case No.: C07-04369 CRB |
| Plaintiffs, | DECLARATION OF COLLEEN O'BRIEN IN SUPPORT OF EX PARTE MOTION TO CHANGE TIME FOR PLAINTIFFS' TO SUBMIT OPPOSITION AND REPLY BRIEFS AND TO CONTINUE SUMMARY JUDGMENT HEARING |
| v. | |
| UNITED AIR LINES, INC. | |
| Defendant. | |

1. My name is Colleen O'Brien. I am counsel of record in this action, and one of the Plaintiffs. If called as a witness, I would testify truthfully as set forth below.

2. I am the lead counsel in a jury trial in Santa Clara County Superior Court that commenced on January 28, 2008, *De La Rosa, et al. v. City Of San Jose, et al*., CV 817097. The trial is expected to last at least three weeks, and I anticipate still being in trial when the Oppositions in this matter are due on February 8, 2008.

3. The trial is in a different county than the one in which my office is located, and I have taken up temporary residence there. I anticipate that I will continue to work on the trial every night and weekend until it is finished around the third week in February. I respectfully request an additional thirty days time in order to respond, develop objections, and subpoena documents from Plaintiffs' credit card company for the opposition.

4. On January 28, 2008, I asked Defendant's counsel if he would stipulate to this extension. On January 29, 2008, he refused my request.

1    5.  This is the first extension of time requested by Plaintiffs.

2

3     I declare under penalty of perjury of the laws of the state of California that the foregoing is true

4    and correct.

5

6    Date:  January 30, 2008                    _____

7                                               Colleen O'Brien
                                                Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF COLLEEN O'BRIEN IN SUPPORT OF MOTION
TO CHANGE TIME FOR PLAINTIFFS' TO SUBMIT OPPOSITION AND REPLY BRIEFS AND TO CONTINUE
SUMMARY JUDGMENT HEARING

1