**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: C07-4369(CRB)<br>ASSIGNED TO:<br>HON. CHARLES R. BREYER<br><br>**OPPOSITION OF UNITED AIRLINES, INC., TO PLAINTIFFS' EX PARTE APPLICATION MOTION TO CHANGE BRIEFING SCHEDULE SET BY THE COURT AND CONTINUE DATE OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>[*Declaration of Todd C. Worthe, Esq. In Opposition Filed Concurrently herewith*]<br><br>DATE:<br>TIME: 8:30 a.m.<br>DEPT.: Courtroom 8, 19th Floor |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446. **COMES NOW** Defendant and Responding party, United Airlines, Inc. ("**UNITED**") and submits this Opposition to Plaintiffs, Colleen O'Brien and Noah Butler's (collectively, "**PLAINTIFFS**") Ex Parte Application for Motion to change the Court-

DEFENDANT UNITED'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

imposed briefing schedule and continue the date of hearing on the Motions for Summary Judgment.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTS AND PROCEDURAL BACKGROUND IN OPPOSITION TO MOTION

Pursuant to the Court's Order setting the Summary Judgment hearing for February 29, 2008, both Plaintiffs, COLLEEN O'BRIEN and NOAH BUTLER (collectively, "**PLAINTIFFS**") and Defendant, UNITED AIRLINES, INC. ("**UNITED**") filed Motions for Summary Judgment on January 25, 2008. **PLAINTIFFS** now apply *Ex Parte* to change the briefing schedule established by the Court and to continue the summary judgment hearing. Specifically, **PLAINTIFFS** are requesting additional time in which to file their Opposition and Reply Memoranda for the Motions for Summary Judgment on calendar for February 29, 2008. The relief requested by **PLAINTIFFS'** should be denied for the following reasons:

- On November 30, 2007, this Court held a Scheduling Conference at which the Hon. Judge Charles L. Breyer advised all Parties that Motions fo Summary Judgment in this matter would be heard On February 29, 2008 and set forth a firm briefing schedule. [See, Scheduling Order dated November 30, 2007 attached to the Declaration of Todd C. Worthe, Esq. as Exhibit "A".]
- **PLAINTIFFS** were present at the November 30, 2008 Scheduling Conference. At that time, **PLAINTIFFS** were aware of their trial calendar as it pertained to any conflicts with the Court's Scheduling Order. **PLAINTIFFS** have known since November 30, 2007 that any Opposition to Defendant **UNITED**'s Motion for Summary Judgment would be due on or before February 8, 2008.
- Likewise, the Trial Setting Conference for **PLAINTIFFS** alleged conflicting matter, styled *De La Rosa v. City of San Jose* 1-03-CV-817097, was held June 5, 2007. **PLAINTIFFS** have been aware they would be in trial on January 28, 2008 for over seven (7) months.

- **PLAINTIFFS** appreciate the need to abide by Court-imposed deadlines when they benefit them. On December 4, 2007, Defendant's counsel had cause to request an extension of time from **PLAINTIFFS** in which to complete certain discovery. On December 10, 2007, Plaintiff denied the request stating "...the court-imposed deadline for dispositive motions makes it imperative for me to get all the requested discovery from your client by very early January. The court said in its Order after the Case Management Conference that discovery can go forward and set tight deadlines for dispositive motions with an eye toward trial. I will need all their discovery in early January not just for the opposition to your Summary Judgment Motion, but the Motion for Summary Judgment I anticipate filing which will also be due in January. My time is extremely limited as I have a jury trial scheduled at the end of January. **I also do not want to pay for any rush transcripts so I urge that we plan ahead. This means I will not be able to grant any extensions of time on my discovery requests and you should prioritize on all these requests accordingly.**" [Emphasis added] [See, **PLAINTIFF's** correspondence dated December 10, 2007 attached to the Declaration of Todd C. Worthe, Esq. as Exhibit "B".]
- Therefore, **UNITED** was not inclined to stipulate to a continuance in this matter having complied with both Court-imposed deadlines *and* unilateral deadlines imposed by **PLAINTIFFS**, without the benefit of relief. [See, Defendant's correspondence dated January 29, 2008 attached to the Declaration of Todd C. Worthe, Esq. as Exhibit "C".]
- Finally, having had notice of the court's briefing schedule since November 30, 2007, Defendant **UNITED** has endeavored to comply with the deadlines as imposed. Like **PLAINTIFFS**, Defendant's counsel have several other matters to which they've had to attend during the last two months. As the initiating party, surely **PLAINTIFFS** were aware of the commitment of time and resources that would be needed to litigate their unfounded claims. Now,

**PLAINTIFFS** seek relief from the court-imposed deadline for their own advantage and to further delay the resolution of this rather straightforward matter.

- **PLAINTIFFS** have taken two depositions and served no less than three separate sets of Requests for Admissions; two sets of Special Interrogatories and ten (10) separate Requests for Production of Documents, all of which have been responded to by **UNITED**.

Based on the foregoing reasons, and on the basis that **PLAINTIFFS** have not demonstrated any "irreparable harm or injury" that would result if the relief requested is not granted, **DEFENDANT** respectfully submits that **PLAINTIFFS'** Motion for order to Change the Court-imposed briefing schedule and to continue the hearing date for the Motions for Summary Judgment must be denied.

DATED: January 31, 2008

**WORTHE HANSON & WORTHE**

By: _____
TODD C. WORTHE, ESQ.
Attorneys for Defendant, UNITED AIR LINES, INC.

# EXHIBIT "A"

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 30, 2007**

**C-07-04369 CRB**

**NOAH BUTLER, et al. v. UNITED AIR LINES, INC.**

CALENDERED
HRG: 2/29/07
DUE: File 1/25/08
INITIALS: MLP

Attorneys:   Colleen O'Brien          Jeff Worth

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Not Reported**

**PROCEEDINGS:**                                             **RULING:**

1. Initial Case Management Conference   -   Held

2. _____

3. _____

**ORDERED AFTER HEARING:**

Discovery to go forward. ADR process not to take place. Matter scheduled for summary judgment hearing.

( ) ORDER TO BE PREPARED BY:   Plntf ____ Deft ____ Court ____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO February 29, 2007 @ 10:00 a.m. for Summary Judgment Motion

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                     Type of Trial: ( )Jury    ( )Court

Notes: _____

EXHIBIT "B"

# O'BRIEN & KELLEHER, LLP
### ATTORNEYS AT LAW
### WALNUT CREEK • VACAVILLE

**VIA OVERNIGHT MAIL**

December 10, 2007

Todd C. Worthe, Esq.
Worthe, Hanson & Worthe
1851 E. First Street, 9th Floor
Santa Ana, CA 92705

Re: *Butler v. UAL*, NDCA, C 07-04369

Dear Mr. Worthe,

Enclosed please find Plaintiffs' First Sets of Requests for Admissions, Special Interrogatories, and Request for Inspection and Production of Documents. I read in your letter of December 4 that your office is very busy in December and January. That is unfortunate (and fortunate); however, the court-imposed deadline for dispositive motions makes it imperative for me to get all the requested discovery from your client by very early January. The court said in its order after CMC that discovery can go forward and set tight deadlines for dispositive motions with an eye toward trial. I will need all this discovery in early January not just for the opposition to your summary judgment motion, but the MSJ I anticipate filing which will also be due in January. My time is extremely limited as I have a jury trial scheduled at the end of January. I also do not want to pay for any rush transcripts so I urge that we plan ahead. This means I will not be able to grant any extensions of time on my discovery requests, and you should prioritize on all these requests accordingly.

I believe Ms. Afkari (or Afkart's) first name is "Monica". Her employee ID Number when she worked for United was U121217. Please let me know one way or the other if she still works for United and if I should notice her deposition through you. If not, I will just subpoena her.

I do not believe the information I obtained from you is comprehensive. For example, I only have the Electronic Ticket Information System for one ticket, not two. I am also missing at least one letter from Elena Daniel from November of 2006. Most importantly, the documents you have provided to me are incomplete. I do not have the entire PNR for ticket numbers 0162140207653 and 0162140207654, and I do not have the entire electronic ticket history/itinerary for these reservations. In fact, you 26(f) disclosures indicate that you have provided the PNR for a ticket number "0164066700850". Please provide complete copies of these documents. I am happy to confer with you by telephone if any of these items are unclear. Thank you for your prompt attention to these requests.

Very Truly Yours,
**O'Brien & Kelleher, LLP**

Colleen O'Brien
Attorney for Plaintiffs

EXHIBIT "C"

# WORTHE HANSON & WORTHE
## A LAW CORPORATION

THE XEROX CENTRE
1851 EAST FIRST STREET
NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600
FACSIMILE: (714) 285-9700
info@whwlawcorp.com

TODD C. WORTHE
PARTNER

January 29, 2008

CLIENT NO. 87216

DIRECT DIAL: (714) 955-6960
tworthe@whwlawcorp.com

**Via Facsimile and U.S. Mail:**
Colleen O'Brien, Esq.
O'Brien & Kelleher, LLP
1655 N. Main St. Ste. 220
Walnut Creek, CA 95496

Re:   *O'Brien/Butler v. United Airlines, Inc.*

Dear Ms. O'Brien:

Thank you for your letter of January 28, 2008. Surprisingly, you are requesting professional courtesy and a continuance despite the fact that you have refused to provide any extensions or courtesy throughout this litigation. In case you have forgotten, attached please find a copy of your letter dated December 10, 2007.

It is my understanding, and you were present for the Scheduling Conference held on November 30, 2007, when Judge Breyer advised all parties that February 29, 2008, would be "Disgruntled United Airlines passenger case day."

Needless to say your request for a continuance is denied.

Very truly yours,

WORTHE HANSON & WORTHE

By: *[signature]*
TODD C. WORTHE

TCW:gmf
Enclosure