1  **WORTHE HANSON & WORTHE**
   A Law Corporation
2  1851 East First Street, Ninth Floor
   Santa Ana, California 92705
3  Telephone (714) 285-9600
   Facsimile (714) 285-9700
4  jworthe@whwlawcorp.com
   tworthe@whwlawcorp.com

5

6  JEFFREY A. WORTHE, SBN 080856
   TODD C. WORTHE, SBN 177452

7  Attorneys for Defendant, UNITED AIRLINES, INC.

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN, | CASE NO.: C07-4369(CRB) |
| Plaintiffs, | ASSIGNED TO: HON. CHARLES R. BREYER |
| v. | |
| UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive, | **DECLARATION OF TODD C. WORTHE, ESQ. IN OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO CHANGE BRIEFING SCHEDULE SET BY THE COURT AND CONTINUE DATE OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| Defendants. | |
| | DATE: |
| | TIME: 8:30 a.m. |
| | DEPT.: Courtroom 8, 19th Floor |

I, TODD C. WORTHE, ESQ., declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California, and am a partner in the law firm of Worthe Hanson & Worthe, a law corporation, attorneys of record for Defendant, UNITED AIRLINES, INC. ("**UNITED**"). As such, I have personal knowledge of the file and pleadings in this matter, as well as the facts stated herein. If called upon as a witness, I could and

would competently testify to the following:

2.   On November 30, 2007, the parties attended the Scheduling Conference before this Court at which the Hon. Judge Charles L. Breyer advised all Parties that Motions fo Summary Judgment in this matter would be heard On February 29, 2008 and set forth a firm briefing schedule. [See, Scheduling Order dated November 30, 2007 attached hereto Exhibit "A".]

3.   **PLAINTIFFS** were present at the November 30, 2007, Scheduling Conference. **PLAINTIFFS** have known since November 30, 2007, that any Opposition to Defendant **UNITED's** Motion for Summary Judgment would be due on or before February 8, 2008. Moreover, **PLAINTIFFS** filed their own Motion for Summary Judgment on January 25, 2008, imposing upon Defendant **UNITED** the need to file an Opposition thereto on or before February 8, 2008.

4.   A review of the case summary in the matter of *De La Rosa v. City of San Jose* 1-03-CV-817097, which **PLAINTIFFS** claim impedes their ability to prepare an Opposition to our Motion for Summary Judgment, reveals that the Trial Setting Conference was held June 5, 2007. **PLAINTIFFS** have been aware they would be in trial on January 28, 2008 for over seven (7) months.

5.   **PLAINTIFFS** appreciate the need to abide by Court-imposed deadlines when they are to their benefit. On December 4, 2007, Defendant's counsel had cause to request an extension of time from **PLAINTIFFS** in which to complete certain discovery. On December 10, 2007, Plaintiff denied the request stating "...the court-imposed deadline for dispositive motions makes it imperative for me to get all the requested discovery from your client by very early January. The court said in its Order after the Case Management Conference that discovery can go forward and set tight deadlines for dispositive motions with an eye toward trial. I will need all their discovery in early January not just for the opposition to your Summary Judgment Motion, but the Motion for Summary Judgment I anticipate filing which will also be due in January. My time is extremely limited as I have a jury trial scheduled at the

end of January. **I also do not want to pay for any rush transcripts so I urge that we plan ahead. This means I will not be able to grant any extensions of time on my discovery requests and you should prioritize on all these requests accordingly.**" [Emphasis added] [See, Plaintiff's correspondence dated December 10, 2007 attached hereto as Exhibit "**B**".]

6. Your Declarant denied **PLAINTIFFS'** request for a continuance in this matter having complied with both Court-imposed deadlines and deadlines imposed by **PLAINTIFFS**, without the benefit of relief. **PLAINTIFFS** have taken two depositions and served no less than three separate sets of Requests for Admissions; two sets of Special Interrogatories and ten (10) separate Requests for Production of Documents, all of which have been responded to by **UNITED.** [See, Defendant's correspondence dated January 29, 2008 attached hereto as Exhibit "**C**".]

7. **UNITED** complied with the deadlines as imposed. Like **PLAINTIFFS**, your Declarant has had several other matters to which I've had to attend during the last two (2) months. **PLAINTIFFS** seek relief from the Court-imposed deadline for their own advantage and to further delay the resolution of this rather straightforward matter.

8. Your Declarant further represents that **UNITED's** denial of the request for continuance was not for any improper purpose. **UNITED** believes the interests of justice will best be served by complying with the dates as set forth by this Court and bring this matter to a close as expeditiously as possible.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed this 31st day of January, 2008, at Santa Ana, California.

TODD C. WORTHE, Declarant