**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
JOHN R. HANSON, SBN 149794
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>     Defendants. | CASE NO.: C07-4369(CRB)<br><br>**DEFENDANT UNITED AIRLINES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:     February 29, 2008<br>TIME:     10:00 a.m.<br>DEPT.:    8 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**TO THE ABOVE-ENTITLED COURT, THE PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Comes Now Defendant, UNITED AIRLINES, INC. and, pursuant to *Federal Rules of Evidence*, Rule 201 (b), requests the Court take judicial notice of the following adjudicative facts, on the grounds said facts are capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be questioned.

1. The Declaration of Mina Taheri, and exhibits attached thereto, submitted by UNITED AIRLINES, INC. in support of UNITED's Motion for Summary Judgment in this matter. The Declaration of Ms. Taheri and exhibits thereto are a part of the court's records pertaining to this case. A copy of Ms. Taheri's declaration and the exhibits thereto are attached hereto for the reference of the court and counsel.

2. The Declaration of Todd C. Worthe, Esq., and exhibits attached thereto, submitted by UNITED AIRLINES, INC. in support of UNITED's Motion for Summary Judgment in this matter. The Declaration of Mr. Worthe and exhibits thereto are a part of the court's records pertaining to this case. A copy of Mr. Worthe's declaration and the exhibits thereto are attached hereto for the reference of the court and counsel.

Dated: February 7, 2008

**WORTHE HANSON & WORTHE**

By: _____
JOHN R. HANSON, ESQ.
Attorneys for Defendant, UNITED
AIRLINES, INC.

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600