Attachment 1

1  **WORTHE HANSON & WORTHE**
   A Law Corporation
2  1851 East First Street, Ninth Floor
   Santa Ana, California 92705
3  Telephone (714) 285-9600
   Facsimile (714) 285-9700
4  jworthe@whwlawcorp.com
   tworthe@whwlawcorp.com
5
6  JEFFREY A. WORTHE, SBN 080856
   TODD C. WORTHE, SBN 177452
7  Attorneys for Defendant, UNITED AIRLINES, INC.

8

9              **UNITED STATES DISTRICT COURT**

10     **NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11  NOAH BUTLER and COLLEEN O'BRIEN,    )   **CASE NO.: C07-4369(CRB)**
                                        )
12                      Plaintiffs,     )   **DECLARATION OF MINA TAHERI**
                                        )   **IN SUPPORT OF MOTION FOR**
13  v.                                  )   **SUMMARY JUDGMENT BY**
                                        )   **DEFENDANT, UNITED AIRLINES,**
14  UNITED AIR LINES, INC., and DOES 1  )   **INC.**
    through 100, Inclusive,             )
15                                      )   [Notice of Motion and Motion for
                        Defendants.     )   Summary Judgment; Declaration of Todd
16                                      )   C. Worthe, Esq., and Proposed Order
                                        )   Thereon filed concurrently herewith]
17                                      )
                                        )
18                                      )   DATE:      February 29, 2008
                                        )   TIME:      10:00 a.m.
19  _____)   DEPT.:     8

20       **JURISDICTION** of this Court is invoked on the basis of diversity of

21  citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

22              **DECLARATION OF MINA TAHERI**

23       I, MINA TAHERI, declare as follows:

24       1.    Your Declarant is employed by United Airlines, Inc., and has been for

25  the past eight (8) years.  Your Declarant's present position is Senior Analyst with

26  Credit Card Process and Disputes.  Your Declarant has held her present position for

27  the past three years.  Your Declarant is familiar with the facts and circumstances

28  surrounding the allegations contained within the Complaint of Plaintiffs, O'BRIEN

                                    1

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1   and BUTLER ("**PLAINTIFFS**").  Your Declarant could and would competently

2   testify to the following:

3       2.      Your Declarant has worked in the Refund Department for United

4   Airlines, Inc., ("**UNITED**") for the past five (5) years.  My job duties include review

5   and research of issues of crediting and debiting related to credit card disputes.  In the

6   regular business of the Refund Department for UNITED, memoranda, reports, emails,

7   passenger name records and data compilations concerning disputes are created.

8   These memoranda, reports, emails, passenger name records and data compilations

9   concern acts, events, conditions or opinions, made at or near the time by, or from

10  information transmitted by, a person with knowledge are kept in the course of a

11  regularly conducted business activity.  It is the regular practice of UNITED to make

12  such memoranda, reports, emails, passenger name records and data compilations in

13  the course of business.

14      3.      The documents attached hereto collectively as Exhibit "A" are

15  memoranda, reports, emails, passenger name records kept by UNITED in connection

16  with the claim of plaintiffs in this action.  Based on my personal knowledge, and on

17  my review of the documents, I have personal knowledge of the following:

18      4.      On April 23, 2008, **PLAINTIFFS** purchased tickets for travel on

19  **UNITED** between Oakland International Airport ("**OAK**") and Rochester, New York

20  ("**ROC**").  Two separate tickets were purchased at Four Hundred Nineteen Dollars

21  and Fourteen Cents ($419.14) each for a total of Eight Hundred Thirty Eight Dollars

22  and Thirty Eight Cents ($838.38) plus a $20.00 Reservation Fee.  **PLAINTIFFS**

23  used a Chase Credit Card in the name of **O'BRIEN** for said purchase.

24      5.      On or about April 30, 2006, **O'BRIEN** disputed the aforementioned

25  charges with her credit card company and was credited the aforementioned

26  amount(s).  On May 26, 2006, **UNITED** was debited the total amount of Eight

27  Hundred Thirty Eight Dollars and Thirty Eight Cents ($838.38).  On May 31, 2006,

28  UNITED was debited for $20.00.  As plaintiffs' had been credited the money for their

2

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1  e-tickets, the tickets were not paid for. In such a case it is UNITED's practice to print

2  the ticket, rendering it void. Plaintiffs' tickets were printed pursuant to this practice

3  on July 6, 2006.

4        6.     It is the custom and practice of **UNITED** to keep open all reservations

5  even in the event of a disputed credit card charge, so that if the passenger changes his

6  or her mind, they can still fly if they pay on the date of travel. On June 3, 2006, since

7  **PLAINTIFFS** still had a valid *reservation*, but not a valid *ticket*, **UNITED** contacted

8  **O'BRIEN** to advise of a schedule change.

9        7.     On or about June 3, 2006, Chase Credit Card Company billed **O'BRIEN**

10  Eight Hundred Thirty Eight Dollars and Thirty Eight Cents ($838.38) plus 20.00.

11  However, **UNITED** was not credited for that amount. **UNITED** received no

12  additional money from **PLAINTIFFS** for travel on the reservation itinerary,

13  reservation number LSDN10.

14        8.     The Credit Card Statements produced by **O'BRIEN** in connection with

15  this action establish that **UNITED** did not charge her credit card for tickets after the

16  amounts were disputed and the amounts were taken from **UNITED**'s account. If

17  rebill was done pursuant to a UNITED reversal request, UNITED's account would

18  have received the credits (reversals). **UNITED** was never credited for the disputed

19  charge.

20        9.     Your Declarant contacted Chase Bank directly in an effort to determine

21  what transpired. A true and correct copy of correspondence between Chase and

22  **UNITED** are attached hereto and referred hereto collectively as Exhibit "B".

23        10.    Chase Merchant Services Department has confirmed that **UNITED** has

24  been debited twice in the amount of Eight Hundred Thirty Eight Dollars and Thirty

25  Eight Cents ($838.38), At this time **UNITED** has been owed the sum of Eight

26  Hundred Thirty Eight Dollars and Thirty Eight Cents ($838.38) (for the second

27  debit), since June 22, 2006.

28

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

3

1    11.    **O'BRIEN** has had all of her money since July, 2006. It appears as

2    though **O'BRIEN** believes that her credit card was charged by **UNITED** on June 3,

3    2006, for the exact same fare she received on April 23, 2006, and canceled due to her

4    credit card dispute. However, had UNITED charged plaintiffs a second time, it

5    would have issued completely different ticket numbers, and in some cases different

6    reservation codes and the credit card statements produced by **O'BRIEN** would reflect

7    a different billing code. The fact that plaintiffs' statement does not reflect a different

8    billing code establishes UNITED did not re-bill plaintiffs after being debited.

9    12.    If **UNITED** rebills an account after a credit card dispute the opening

10    number on the same ticket is changed to begin with "916" instead of "016."

11    **O'BRIEN** and **BUTLER** were issued ticket numbers bearing numbers

12    "0162140207653" and "0162140207654" on April 23, 2006.    Those tickets and

13    charges were disputed by **O'BRIEN** and Chase credited her account on or about May

14    29, 2006. No other tickets were issued to plaintiffs.

15    13.    On July 6, 2006, **UNITED** "strayed" the tickets, since it had not been

16    paid the fare of Eight Hundred Thirty Eight Dollars and Thirty Eight Cents ($838.38).

17    "Straying" means the e-tickets were printed by UNITED to ensure they were no

18    usable. This was done in an effort to ensure that no one could use the ticket unless

19    and until **UNITED** received just compensation for the fare.

20    14.    Your Declarant's investigation has revealed that the issuing bank, Chase

21    Credit Card Company made a mistake and never looked at the original charge back.

22    **UNITED** was then debited a second charge back when **O'BRIEN** initiated her

23    second credit card dispute. **UNITED** has yet to receive a reversal of any debit to its

24    merchant services account. The records from Chase Bank show five (5) separate

25    ///

26    ///

27    ///

28    ///

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

4

1

2    charge backs or debits relating to these transactions.

3        15.    O'BRIEN first received her credit on May 29, 2006.  On July 19, 2006,

4    Chase credited O'BRIEN's account.

5        I declare under penalty of perjury under the laws of the State of California that

6    the foregoing is true and correct and executed this _23_ day of January, 2008, at

7    Chicago, Illinois.

8                                        _____

9                                        MINA TAHERI, Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Exhibit A

05/25/2008  17:31    630266..33    UNITED AIRLINES    PAGE  01/01

**My Merchant Services**

# DISPUTE RESPONSE

Date:_____

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015
US

**FAX YOUR RESPONSE TO:**
1-301-766-6679

Note: Responses must be received by                    05/26/2006

Case Number:                    361316005001

Amount:                    $0.00

0    O1640667700850    Questions?    Custom Data:
                                    Call    1-800-762-6663

**I am requesting that you reverse the dispute referenced above because:**

This is a valid fee for the

purchase of tkt's 016 24020765 3

016 21402 07654

LATITA THOMAS

MAY 2 5 2006

WHQAC-A98

Rejecting this case

**(If additional space is needed please continue on a separate sheet of paper)**

I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the
Case Number in the upper right hand corner of every sheet. (Check all that apply)

☐ Signed and imprinted Sales Slip          ☐ Signed Order Form              ☐ Signed Rental Agreement
☐ Signed Proof of Delivery                 ☐ Hotel/Motel Folio              ☐ Credit Receipts
☐ Signed Return or Cancellation Policy     ☐ Documentation of additional cardholder transactions
☐ Other Documentation (Please describe)_____

✦For non- face-to-face transactions (mail/telephone and internet          ✦For face-to-face transactions, the rules require a signed and
transactions) we recommend that you provide as much information as         card-imprinted (if not card-swiped) transaction document to
possible to establish cardholder participation in a transaction. Non Face to    establish cardholder participation in a transaction.
face transactions are made at your own risk.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:**                    1-301-766-6679
                    OR, MAIL TO:The address at the top of this page

Archived:  HABFAX01_0605252207486044   Page: 1/1   0000        05/25/2006   06:07PM

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# Merchant Information Request

**\*\*TIME SENSITIVE DOCUMENT\*\***

**\*\*IMMEDIATE RESPONSE REQUIRED\*\***

05/12/2006

Faxed to:

A dispute has been initiated by the issuing bank (below). If you wish to contest the dispute, your response must be:
Received No Later Than
05/26/2006

**Failure to respond by the requested due date with a valid remedy may result in a fatal financial adjustment to your account.**

UNITED E-TKT DIRECT
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| **Case Number:** | 461310006001 |
| **Amount:** | 419.19 |
| **Reason:** | Returned Merchandise and Cancelled Services |
| **Dispute Type:** | INCOMING PRE-COMPLIANCE |
| **Special Mail Indicator:** | 011 |

## Case Summary

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Cardholder cancelled because service was not as requested.

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207653 |
| Total Batch Amount: | 0.00 | Batch Date: | |
| | | Custom Data: | |

## Comments:

Please provide cancellation policy with proof of proper disclsoure

Fax your response to: 1-301-766-5679

**Complete the information requested on the back side of this form. Follow all instructions.**

# Pre-Compliance Exhibit
## Issuer Form

To BIN:  479262                                          From BIN:  441715

### Cardholder Information
Account Number:  4417-1630-1190-9566          Cardholder Name (optional):

### Transaction Information
Acquirer Reference Number:  24792626115683000290402          Merchant Category Code:  3000

Transaction Date:  04/23/06          Merchant Name:  UNITED AIR  9162140207853
(MM/DD/YY)

Transaction Amount:  419.19 USD          Merchant Location:  PASAY CITY B II
Transaction ID:  166113662406035-01

Transaction Type:  Sale          Processing Date:  6116
(YY/DDD)

### Pre-Compliance Request
Request Date:  05/10/06          Days to Respond:  30          Expected Date to File:  06.09.06
Dispute Amount:  419.19 USD

Why are you initiating/continuing Pre-Compliance?   cardholder cancelled this airline ticket because when she made the reservation she specifically asked for
Economy Plus due to the extra room. The reservation agent confirmed numerous times that she was

### Days Between Events
Date of Discovery from Tran CPD:                6

Primary rule violated:   (3.4.A.1.l) Vol-I 11/05 Disputed Services – T&E Transactions
Date of violation:   04/23/06          Date of discovery:   05.02.06
If using Date of Discovery, please explain why:   Date issuer received first cardholder letter

Additional rule violated:   (5.2.R) Vol-I 11/05 Returned Goods/Cancelled Services
Additional rule violated:   (5.2.Q.2) Vol-I 11/05 Credit Transaction Receipt
Additional Information on Rule(s) Violated:   5.2.r.1.a
                                             5.2.r.2.a

Explanation of Financial Loss:   cardholder is withholding payment for this amount

### Pre Compliance Response
Dispute Amount:                     Response:
Acceptance Amount:

____ We are willing to accept. We will issue credit through Miscellaneous Funds Disbursement          When will it be sent?
____ We are willing to accept. Please debit us through Miscellaneous Fee Collection
____ We are not willing to accept.
If accepting partial liability, please provide explanation:

Why are you initiating Pre-Compliance? (continued)

booked in Economy plus. When cardholder called later to inquire about seating she was given seats in the back of the plane and when she asked if she was in Economy Plus she was told no, only Economy, cardholder then canceled the ticket.

Additional Information on Rule(s) Violated (continued)

5.2.q.2.a

05/01/2006  11:26    7762499120          O'BRIEN & KELLEHER                    PAGE  01

# O'BRIEN & KELLEHER, LLP

## ATTORNEYS AT LAW

### WALNUT CREEK

**California Evidence Code Section 1152—Not to be Used in Litigation**
**Via Facsimile 888.643.9624**

May 1, 2006

Dear Chase:

This is to inform you that I am disputing and refusing to pay all charges to VISA card 4417163011909566 from United Airlines. I believe all these charges totaling $858.38 ($419.19, $419.19 and $20.00) were posted to the account on April 26, 2006.

The reason for this dispute/refusal to pay is United breached its contract with me regarding the class of ticket that was the basis of the entire transaction.

When I booked the flight by phone on April 23, I made clear that I only wished to purchase Economy Plus tickets. I received numerous assurances during the call that I was booked in Economy Plus, not economy. I was calling a number I had been given for Economy Plus tickets. I made clear that the extra room was the entire basis of the transaction for this cross-county, overnight flight.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". This is breach of contract and/or fraud, as United guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April 2006 stated the recording of the call is available. She said she could access it within 48 hours. She would not listen to it on the phone with me, nor would she assign me seats in the class I booked. I informed United in writing that it is in breach and that I have cancelled the contract.

Should United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", bear in mind that United is in clear breach and is a bad actor. The only evidence that is relevant in this situation is what the agent and I agreed to on 23 April. So far, my account, that United promised and guaranteed me the better class as the entire basis of the bargain, is undisputed. United cannot dispute what happened on the call by citation to its policies or by showing you a "copy" of the ticket. It must produce actual the phone call to refute my account. Whether the agent followed policy is not relevant to what she promised me. The recording will show clearly what the agent promised and guaranteed, and it will confirm my account of the transaction.

The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. United is in breach of contract and/or fraud with the sale. I dispute the fraudulent items listed above and will not pay them. Chase should not pay United for any of these transactions. If Chase decides to pay United, then I dispute the debt and will not pay and will cancel my Visa.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6010

# DISPUTE
# NOTIFICATION

05/26/2006

Faxed to:

> A financial adjustment has been made to your account
> as a result of a dispute initiated by the issuing bank
> (below).

UNITED E-TKT DIRECT
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| **Case Number:** | 2613100060001 |
| **Adjustment Amount:** | 419.19 |
| **Reason:** | Returned Merchandise and Canceled Services |
| **Dispute Type:** | INCOMING PRE-COMPLIANCE |
| **Special Mail Indicator:** | 011 |

---

## Case Summary

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available.We are unable to defend this case. This case is considered closed.

---

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 461198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207663 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

---

## Comments:

No documentation has been provided to support your rebuttal. disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6019
Hagerstown, MD 21741~6019

# DISPUTE
# NOTIFICATION

05/31/2006

Faxed to:

A financial adjustment has been made to your account
as a result of a dispute initiated by the issuing bank
(below).

UNITED DIRECT SALES
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| **Case Number:** | 261310006901 |
| **Adjustment Amount:** | 20.00 |
| **Reason:** | Disputed Services |
| **Dispute Type:** | INCOMING PRE-COMPLIANCE |
| **Special Mail Indicator:** | 011 |

---

**Case Summary**

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
You did not provide signed proof of proper disclosure that ch aware of association fee . No further recourse

---

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198461991 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000041631 |
| Transaction Amount: | 20.00 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0164066700690 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

---

**Comments:**

Rebuttal does not remedy. No further recourse is available.

05/25/2006  17:29    630250.053              UNITED AIRLINES                    PAGE  01/01

**My Merchant Services**                          **DISPUTE**
                                                  **RESPONSE**

Date:_____          📠   **FAX YOUR RESPONSE TO:**
                                              **1-301-766-5679**
MERCHANT SERVICES
P.O. BOX 6010                           Note:  Responses must be received by        05/26/2006
Hagerstown, MD 21741-6015
US                                                Case Number:              261310006001

                                                  Amount:                        419.10

0  016214020765 3              Questions?  **Custom Data:**
                               Call        1-800-762-6663

**I am requesting that you reverse the dispute referenced above because:**

United dosn't sell economy plus tickets.
The ticket would need to be upgraded to
economy plus which would make the
value about $800.00. The passenger
is not in the rear of the plane she's
in the middle. The schedule change
is less than 90min. The tkt is
non refundable                              LATITA THOMA

                                            MAY 2 5 2006
                    Rejecting this case.    WHQAC-A9

**(If additional space is needed please continue on a separate sheet of paper)**

I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the
Case Number in the upper right hand corner of every sheet.  (Check all that apply)

☐ Signed and imprinted Sales Slip          ☑ Signed Order Form              ☐ Signed Rental Agreement
☐ Signed Proof of Delivery                 ☐ Hotel/Motel Folio              ☐ Credit Receipts
☐ Signed Return or Cancellation Policy     ☐ Documentation of additional cardholder transactions
☐ Other Documentation (Please describe)_____

♦For non- face-to-face transactions (mail/telephone and Internet      ♦For face-to-face transactions, the rules require a signed and
transactions) we recommend that you provide as much information as     card-imprinted (if not card-swiped) transaction document to
possible to establish cardholder participation in a transaction. Non Face to   establish cardholder participation in a transaction.
face transactions are made at your own risk.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:**              1-301-766-5679
                    OR, MAIL TO:The address at the top of this page

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# Merchant Information Request

### ***TIME SENSITIVE DOCUMENT***

### ***IMMEDIATE RESPONSE REQUIRED***

05/12/2006

Faxed to:

| A dispute has been initiated by the issuing bank (below). If you wish to contest the dispute, your response must be: **Received No Later Than 05/26/2006** Failure to respond by the requested due date with a valid remedy may result in a fatal financial adjustment to your account. |
|---|

UNITED E-TKT DIRECT
CHERIE LAUBETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| Case Number: | 261310006101 |
| Amount: | 419.19 |
| Reason: | Disputed Services |
| Dispute Type: | INCOMING PRE-COMPLIANCE |
| Special Mail Indicator: | 011 |

**Case Summary**

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Cardholder cancelled because service was not as requested.

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Total Batch Amount: | 0.00 | Batch Date: | |
| | | Custom Data: | |

**Comments:**

Please provide copy of cancellation policy with proof of proper disclosure.

Fax your response to: 1-301-766-5679

Complete the information requested on the back side of this form. Follow all instructions.

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW

### WALNUT CREEK

**California Evidence Code Section 1152—Not to be Used in Litigation**
**Via Facsimile 888.643.9624**

May 1, 2006

Dear Chase:

This is to inform you that I am disputing and refusing to pay all charges to VISA card 4417163011909566 from United Airlines. I believe all these charges totaling $858.38 ($419.19, $419.19 and $20.00) were posted to the account on April 26, 2006.

The reason for this dispute/refusal to pay is United breached its contract with me regarding the class of ticket that was the basis of the entire transaction.

When I booked the flight by phone on April 23, I made clear that I only wished to purchase Economy Plus tickets. I received numerous assurances during the call that I was booked in Economy Plus, not economy. I was calling a number I had been given for Economy Plus tickets. I made clear that the extra room was the entire basis of the transaction for this cross-county, overnight flight.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". This is breach of contract and/or fraud, as United guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April 2006 stated the recording of the call is available. She said she could access it within 48 hours. She would not listen to it on the phone with me, nor would she assign me seats in the class I booked. I informed United in writing that it is in breach and that I have cancelled the contract.

Should United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", bear in mind that United is in clear breach and is a bad actor. The only evidence that is relevant in this situation is what the agent and I agreed to on 23 April. So far, my account, that United promised and guaranteed me the better class as the entire basis of the bargain, is undisputed. United cannot dispute what happened on the call by citation to its policies or by showing you a "copy" of the ticket. It must produce actual the phone call to refute my account. Whether the agent followed policy is not relevant to what she promised me. The recording will show clearly what the agent promised and guaranteed, and it will confirm my account of the transaction.

The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. United is in breach of contract and/or fraud with the sale. I dispute the fraudulent items listed above and will not pay them. Chase should not pay United for any of these transactions. If Chase decides to pay United, then I dispute the debt and will not pay and will cancel my Visa.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

## Pre-Compliance Exhibit
## Issuer Form

To BIN:   479262                                          From BIN:   441716

**Cardholder Information**

Account Number:      4417-1630-1190-9586          Cardholder Name (optional):

**Transaction Information**

Acquirer Reference Number:      24792626115683000290410          Merchant Category Code:   3000

Transaction Date:    04/23/06                     Merchant Name     UNITED AIR 0162140307654
                     (MM/DD/YY)

Transaction Amount   419.19 USD                   Merchant Location     PASAY CITY P.H.
Transaction ID:      166113662406085-02

Transaction Type:    Sale                         Processing Date:     6116
                                                                       (YDDD)

**Pre-Compliance Request**

Request Date:        05/10/06          Days to Respond    30              Expected Date to File:   06/09/06
Dispute Amount       419.19 USD

Why are you initiating/continuing Pre-Compliance?    cardholder cancelled this airline ticket because when she made the reservation she specifically asked for
Economy Plus due to the extra room.  The reservation agent confirmed numerous times that she was

**Days Between Events**

Date of Discovery (Later Than CPD:              6

Primary rule violated:      (3.3.A, 1.I) Vol-I 11/05 Disputed Services – T&E  Transactions
Date of Violation:          04/23/06          Date of discovery:        05/02/06
If using Date of Discovery, please explain why:     Date issuer received first cardholder letter
Additional rule violated:       (5.2.R) Vol-I 11/05 Returned Goods/Cancelled Services
Additional rule violated:       (5.2.Q.2) Vol-I 11/05 Credit Transaction Receipt
Additional Information on Rule(s) Violated      5.2.r.1.a
                                                5.2.r.2.a

Explanation of Financial Loss:     cardholder is withholding payment for this amount

**Pre Compliance Response**

Dispute Amount                          Response:
Acceptance Amount
____  We are willing to accept.  We will issue credit through Miscellaneous Funds Disbursement       When will it be sent?
____  We are willing to accept.  Please debit us through Miscellaneous Fee Collection
____  We are not willing to accept.
If accepting partial liability, please provide explanation

Why are you initiating Pre-Compliance? (continued)

booked in Economy plus. When cardholder called later to inquire about seating she was given seats in the back of the plane and when she asked if she was in Economy Plus she was told no, only Economy, cardholder then canceled the ticket.

Additional Information on Rule(s) Violated (continued)

5.2.q.2.a

05/25/2006  17:38  630250i363              UNITED AIRLINES                    PAGE  01/01

**My Merchant Services**                          **DISPUTE RESPONSE**

Date:_____

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015
US

**FAX YOUR RESPONSE TO:**
**1-301-766-5679**

Note:  Responses must be received by                    05/25/2006

Case Number:                    261310006101
Amount:                              419.19

**Questions?**   Custom Data:
Call    1-800-762-6663

0  01621402207654

**I am requesting that you reverse the dispute referenced above because:**

United dosn't sell economy plus
tickets. The ticket would need to be
upgraded to Economy plus witt would
make the value about $160.00. The
schedule change is less than 90 min.
The tk t is non refundable          LATITA THOMAS
The seat assignment is in the middle of the plane MAY 25 2006
        Rejecting this case          WHQAC-A98

**(If additional space is needed please continue on a separate sheet of paper)**

I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the
 Case Number in the upper right hand corner of every sheet.  (Check all that apply)

☐ Signed and imprinted Sales Slip        ☐ Signed Order Form        ☐ Signed Rental Agreement
☐ Signed Proof of Delivery              ☐ Hotel/Motel Folio          ☐ Credit Receipts
☐ Signed Return or Cancellation Policy   ☐ Documentation of additional cardholder transactions
☐ Other Documentation (Please describe)_____

◆For non-face-to-face transactions (mail/telephone and Internet      ◆For face-to-face transactions, the rules require a signed and
transactions) we recommend that you provide as much information as   card-imprinted (if not card-swiped) transaction document to
possible to establish cardholder participation in a transaction. Non Face to  establish cardholder participation in a transaction.
face transactions are made at your own risk.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:**                    1-301-766-5679
OR, MAIL TO:The address at the top of this page

MERCHANT SERVICES
P.O. BOX 6018
Hagerstown, MD 21741-6018

# DISPUTE NOTIFICATION

Faxed to:

| A financial adjustment has been made to your account as a result of a dispute initiated by the issuing bank (below). |
| --- |

05/26/2006

UNITED E-TKT DIRECT
CHERIE LAURETTA
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
| --- | --- |
| Case Number: | 261610305101 |
| Adjustment Amount: | 419.19 |
| Reason: | Disputed Services |
| Dispute Type: | INCOMING PRE-COMPLIANCE |
| Special Mail Indicator: | 011 |

## Case Summary

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available. We are unable to defend this case. This case is considered closed.

### Original Transaction Detail Information

| | | | |
| --- | --- | --- | --- |
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

## Comments:

No documentation has been provided to support your rebuttal. disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# DISPUTE
# NOTIFICATION

X  06/26/2006

Faxed to:

A financial adjustment has been made to your account
as a result of a dispute initiated by the issuing bank
(below).

UNITED E-TKT DIRECT

1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

| | |
|---|---|
| Case Number: | 261310006001 |
| Adjustment Amount: | 419.19 |
| Reason: | Returned Merchandise and Canceled Services |
| Dispute Type: | INCOMING PRE-COMPLIANCE |
| Special Mail Indicator: | 011 |

**Case Summary**
A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available. We are unable to defend this case. This case is considered closed.    X

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207653 |
| Batch Date: | | Total Batch Amount: | 0.00    X |
| | | Custom Data: | |

**Comments:**

No documentation has been provided to support your rebuttal, disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# CHARGEBACK NOTIFICATION

06/22/2006

UNITED AIRLINES

1501 MITTEL BLVD
WOOD DALE, IL 60191

*2nd Chargeback*

Jurisdiction: Visa USA Domestic

> A financial adjustment has been made to your account as a result of a chargeback initiated by the issuing bank (below). If you wish to contest the chargeback, your response must be:
> **Received No Later Than**
> **07/06/2006**
> We must receive your response by the above due date or we will be unable to reverse this chargeback.

Case Number:              261526127501
Adjustment Amount:        419.19
Reason:                   Not as Described or Defective Merchandise
Dispute Type:             FIRST CHARGEBACK
Special Mail Indicator:   011

**Case Summary**
This chargeback has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION because the cardholder claims the goods or services were not as described or merchandise received was damaged or defective.

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290402 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207653 |
| Batch Date: | 04/25/2006 | Total Batch Amount: | 9017073.03 |
| | | Custom Data: | |

**If you accept this adjustment:** No response or further action is required.

**If you want to contest this adjustment:** The following actions are suggested so that we can assist you and provide the initiating bank with your response.
**Required Action:**

To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.
**DO NOT ISSUE CREDIT.** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**Complete the information requested on the back side of this form. Follow all instructions.**

MERCHANT SERVICES
P.C. BOX 6010
Hagerstown, MD 21741-6015

# DISPUTE
# NOTIFICATION

06/26/2006

Faxed to:

A financial adjustment has been made to your account
as a result of a dispute initiated by the issuing bank
(below).

UNITED E-TKT DIRECT

1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

Case Number:            261310006101
Adjustment Amount:      419.19
Reason:                 Disputed Services
Dispute Type:           INCOMING
                        PRE-COMPLIANCE

Special Mail Indicator: 011

---

**Case Summary**

A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
Rebuttal does not remedy. No further recourse is available. We are unable to defend this case. This case is considered closed.

---

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

---

**Comments:**

No documentation has been provided to support your rebuttal, disclosure of cancellation policy was not provided

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# CHARGEBACK NOTIFICATION

05/22/2006

UNITED AIRLINES

1501 MITTEL BLVD
WOOD DALE, IL 60191

Jurisdiction: Visa USA Domestic

**A financial adjustment has been made to your account
as a result of a chargeback initiated by the issuing bank
(below). If you wish to contest the chargeback, your
response must be:
Received No Later Than
07/06/2006
We must receive your response by the above due date
or we will be unable to reverse this chargeback.**

| | |
|---|---|
| **Case Number:** | 261526127601 |
| **Adjustment Amount:** | 419.19 |
| **Reason:** | Not as Described or Defective Merchandise |
| **Dispute Type:** | FIRST CHARGEBACK |
| **Special Mail Indicator:** | 011 |

**Case Summary**
This chargeback has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION because the cardholder claims
the goods or services were not as described or merchandise received was damaged or defective.

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 451198484995 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000290410 |
| Transaction Amount: | 419.19 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0162140207654 |
| Batch Date: | 04/25/2006 | Total Batch Amount: | 9017073.03 |
| | | Custom Data: | |

**If you accept this adjustment:** No response or further action is required.

**If you want to contest this adjustment:** The following actions are suggested so that we can assist you and provide the
initiating bank with your response.
**Required Action:**

To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide
copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.
**DO NOT ISSUE CREDIT.** The cardholders account has been credited as a result of this chargeback. If you previously
issued credit, please provide the date and amount of the credit.

**Complete the information requested on the back side of this form. Follow all instructions.**

MERCHANT SERVICES
P.O. BOX 6010
Hagerstown, MD 21741-6015

# DISPUTE
# NOTIFICATION

05/31/2006

Faxed to:

| A financial adjustment has been made to your account as a result of a dispute initiated by the issuing bank (below). |
| --- |

UNITED DIRECT SALES
        ......
1200 E ALGONQUIN RD
ELK GROVE VILLAGE, IL 60007
US

**Case Number:** 261310005901
**Adjustment Amount:** 20.00
**Reason:** Disputed Services
**Dispute Type:** INCOMING
PRE-COMPLIANCE

**Special Mail Indicator:** 011

**Case Summary**
A dispute has been initiated by CHASE BANK USA, NATIONAL ASSOCIATION
You did not provide signed proof of proper disclosure that ch aware of association fee . Nofurther recourse

## Original Transaction Detail Information

| | | | |
| --- | --- | --- | --- |
| Merchant Number: | 451198481991 | Credit Card Number: | 4417163011909566 |
| Transaction Date: | 04/23/2006 | Reference Number: | 24792626115683000041631 |
| Transaction Amount: | 20.00 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | 0164066700850 |
| Batch Date: | | Total Batch Amount: | 0.00 |
| | | Custom Data: | |

*ticketing fee
also disputed*

**Comments:**

Rebuttal does not remedy. No further recourse is available.

| | Case Due date | Merchant # | Amount | CC # | |
|---|---|---|---|---|---|
| > | 6/14/06 | 451198481991 | 20.00 USD | 4417163011909566 | 1st c/b |
| > | 6/9/06 | 451198484995 | 419.19 USD | 4417163011909566 | 1st c/b |
| > | 7/6/06 | 451198484995 | 419.19 USD | 4417163011909566 | 2nd c/b |
| > | 6/9/06 | 451198484995 | 419.19 USD | 4417163011909566 | 1st c/b |
| > | 7/6/06 | 451198484995 | 419.19 USD | 4417163011909566 | 2nd c/b |

\* Print out from Chase online —

4 debits for 2 transactions —

We are claiming reversals for 2 extra debits



## Taheri, Mina [WHQAC]

**From:**    Ferguson, Cyril [Cyril.Ferguson@chasepaymentech.com]
**Sent:**    Friday, January 04, 2008 2:17 PM
**To:**    Taheri, Mina [WHQAC]
**Subject:** RE: case # 261310006001

Hi Mina,

The cardholder should have received the credit for the incoming pre-compliance case because your account was debited for the chargeback case. Please keep a look out for the credit, UA should receive credit for duplicate chgbks within sixty (60) days.

Sincerely,

Cyril Ferguson
Relationship Management Specialist
 Phone: (800) 326-7907 ext. 5425
Fax: (954)375-5382
ChasePaymentech Solutions, LLC
Sawgrass Lakes Center
13450 West Sunrise Blvd, Suite 250
Sunrise, FL 33323

Email Address: Cyril.Ferguson@chasepaymentech.com

**From:** Taheri, Mina [WHQAC] [mailto:Mina.Taheri@united.com]
**Sent:** Friday, January 04, 2008 1:00 PM
**To:** Ferguson, Cyril
**Subject:** RE: case # 261310006001

Hi Cyril,

You're correct there is no duplicate chargeback for $20.00.

Could you verify that card holder received one credit on each transaction?
Can I have a copy of the pre-compliance (credit compliance request) for the duplicate chargeback?

Thank you,
Mina

**From:** Ferguson, Cyril [mailto:Cyril.Ferguson@chasepaymentech.com]
**Sent:** Friday, January 04, 2008 11:44 AM
**To:** Taheri, Mina [WHQAC]
**Subject:** RE: case # 261310006001

We have submitted the 2 cases for $419.19 to pre-compliance because we show a duplicate chargeback was received under the following case numbers.

| Compliance Case # | Chargeback Case # |
|---|---|
| 261310006001 | 261526127501 |
| 261310006101 | 261526127601 |

However I do not show a duplicate chargeback for case #261310005901 in the amount of $20.00.

Unfortunately, we are unable to verify if the cardholder received 2 credits.

Sincerely,

Cyril Ferguson
Relationship Management Specialist
 Phone: (800) 326-7907 ext. 5425
Fax: (954)375-5382
ChasePaymentech Solutions, LLC
Sawgrass Lakes Center
13450 West Sunrise Blvd, Suite 250
Sunrise, FL 33323

Email Address: Cyril.Ferguson@chasepaymentech.com

**From:** Taheri, Mina [WHQAC] [mailto:Mina.Taheri@united.com]
**Sent:** Friday, January 04, 2008 12:20 PM
**To:** Ferguson, Cyril
**Subject:** ref: case # 261310006001
**Importance:** High

Hi Cyril,

I need your help in regard to a couple chargeback cases from 2006; I might have previously sent you an email and requested info about these cases.
Case # 261310006001 $419.19   016 2140207653   05/26/06
Case # 261526127501 $419.19   0162140207653   06/22/06
Case # 261310006101 $419.19   0162140207654   05/26/06
Case 261526127601   $419.19   0162140207654   06/22/06
Case 261310005901   $20.00   0164066700850   05/31/06

There are only 2 tickets each for $419.19 and one service fee ticket for $20.00 transaction date 04/23/2006.

   A)  I show 2 debits per ticket, I cannot find any reversal. If 2 extra debits UA need 2 reversals each for $419.19
   B)  If any reversal please provide reversal case #s and settlement date
   C)  Is there any way to verify if c/h has received these credits?

Please advice.

Thank you,
Mina
- - - - - - - - - -

1/4/2008

## Other Supporting Documents
3:07-cv-04369-CRB Butler et al v. United Airlines Inc
E-Filing, MEDTERM, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Worthe, Jeffrey entered on 1/25/2008 10:24 AM PST and filed on 1/25/2008
**Case Name:**      Butler et al v. United Airlines Inc
**Case Number:**    3:07-cv-4369
**Filer:**          United Airlines Inc
**Document Number:** 40

**Docket Text:**
**Declaration of MINA TAHERI in Support of [39] MOTION for Summary Judgment filed byUnited Airlines Inc. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Related document(s) [39]) (Worthe, Jeffrey) (Filed on 1/25/2008)**

**3:07-cv-4369 Notice has been electronically mailed to:**

Colleen O'Brien    colleen@eastbayattorneys.com, info@eastbayattorneys.com

Jeffrey Alfred Worthe    JWorthe@whwlawcorp.com, mrigley@whwlawcorp.com

Todd Christopher Worthe    tworthe@whwlawcorp.com, rgonzalez@whwlawcorp.com

**3:07-cv-4369 Notice has been delivered by other means to:**

Colleen O'Brien
O'Brien & Kelleher
1655 N. Main Street
Suite 220
Walnut Creek, CA 94596

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Scans\Decl of Mina Taheri.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082531-0]

[672e393166a114a953cd0d533a8949c9d362880386fbcec6c8d0bf1dc7eb0c476d875
8192adbdb13bc968d6cc894b37ce206026a4601000b07b72aae3d6a1d0e]]
**Document description:**Exhibit A
**Original filename:**C:\Scans\EXH A TO MINA.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082531-1]

[aa3acfc558b270487a2ea90c3f490a1b96a84efcf96d67ff27dd44bc0931afce77d54
368956a3a981d372da24a020b7cf7e18d9ffd6bcb1bf45b360c70a4954f]]
**Document description:**Exhibit B
**Original filename:**C:\Scans\EXH B TO MINA.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082531-2]

[7e1799081bc6031caf834c14e2b2895935765d0adcf313aab4c586b7ae83635b13c43
7115c5be595f4c7500633c782ee1e269b7df5c0614333fda0dc7422339a]]