Attachment 2

**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NOAH BUTLER and COLLEEN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | **CASE NO.: C07-4369(CRB)**<br><br>**DECLARATION OF TODD C. WORTHE, ESQ., IN SUPPORT OF DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Notice of Motion and Motion for Summary Judgment; Declaration of Mina Taheri; Declaration of Todd C. Worthe, Esq., and Proposed Order Thereon filed concurrently herewith]<br><br>DATE:    February 29, 2008<br>TIME:    10:00 a.m.<br>DEPT.:    8 |

I, TODD C. WORTHE, ESQ., declare as follows:

1.    I am an attorney at law duly licensed to practice before all the courts in the State of California, and am a partner in the law firm of Worthe Hanson & Worthe, a law corporation, attorneys of record for Defendant, UNITED AIRLINES, INC. ("UNITED"). As such, I have personal knowledge of the file and pleadings in this matter, as well as the facts stated herein. If called upon as a witness, I could and would competently testify to the following:

2.    Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's correspondence to UNITED dated April 30, 2006.

1

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE (714) 285-9600

3.    Attached hereto as Exhibit "D" is a true and correct copy of June 2, 2006, correspondence to Plaintiff received from Charles Travis.

4.    Attached hereto as Exhibit "E" is a true and correct copy of Plaintiff's correspondence dated July 19, 2006 to UNITED.

5.    Attached hereto as Exhibit "F" is a true and correct copy of Plaintiff's Verified Complaint filed on July 18, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _24th_ day of January, 2008, at Santa Ana, California.


TODD C. WORTHE, Declarant

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

Exhibit C

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW

### WALNUT CREEK

<u>California Evidence Code Section 1152—Not to be Used in Litigation</u>
<u>Via Facsimile 877.406.1059</u>—United Airlines Customer Service

April 30, 2006

Dear United:

This is to inform you that I am canceling reservation number LSDN1O issued 23 April 2006 for two passengers due to your breach of contract. I expect all monies to be credited to me.

When I booked the flight, I made clear that I only wished to purchase Economy Plus tickets. <u>I received numerous assurances during the call that I was booked in Economy Plus, not economy.</u> I made clear that the extra room was the entire basis of the transaction.

When I called on 30 April 2006 to request seat assignments and to indicate meal preferences, I was told my flight times had been changed (a change about which I had received no information). When I requested seats, they seemed far back on the plane; I asked if they were Economy Plus and was told, "no", I didn't "have an Economy Plus ticket". I then was treated to forty useless minutes of lecture on United policy, et cetera, when simply listening to the recording of the 23 April call would have been enough to settle the issue. That call is the only thing relevant here, because it makes clear United breached its contract with me, as your agent guaranteed me tickets in Economy Plus, and expressly and repeatedly told me that is what I was purchasing.

The agent with whom I spoke on 30 April stated the recording of the call is available. She said she could access it within 48 hours. I am formally requesting through this letter that you take all reasonable and available steps to preserve that recording of my April 23, 2006 booking now in your possession. Should I bring a civil action against United for breach of contract and fraud—an action I am contemplating—I intend to access that recording during discovery. If United allows that recording to be destroyed or lost, I will seek additional sanctions against it.

I have notified my credit card company to remove all the United charges from my account. You are on notice that if United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", I will bring a legal action in California against United for damages. United is in clear breach and is a bad actor. Any action will include a request for punitive damages as well.

United, in my experience, is the worst airline in the world. You have canceled flights on me before and refused to honor numerous agreements for vouchers and the like. The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. Your poor reputation on customer service matters is well-deserved.

Very truly yours,

O'Brien & Kelleher, LLP
Colleen O'Brien

**Cardmember Service**
Post Office Box 15298
Wilmington, DE 19850-5298
1-800-436-7939



June 02, 2006

COLLEEN M OBRIEN


RE: 9566

Dear COLLEEN M OBRIEN:

Thank you for your recent inquiry regarding your credit card account.

We have investigated your dispute of a 858.38 charge from UNITED AIR 0162140207653 that originally appeared on your credit card account on April 26, 2006.

We have resolved this dispute and issued a credit to your account for the amount of the charges. You will see this on your next monthly statement.

If the merchant's bank sends us evidence that these charges are valid, we may rebill your account and notify you of our resolution.

If you have any questions, or if we can help in any other way, please call us. Serving you is very important to us, and we appreciate your business.

Sincerely,

Charles Travis
Financial Service Advisor
1-800-475-3360 ext. 67565

CUST8651.doc      30185954 RAV

E

# O'BRIEN & KELLEHER, LLP

### ATTORNEYS AT LAW

### WALNUT CREEK

<u>California Evidence Code Section 1152—Not to be Used in Litigation</u>
<u>Via Facsimile 877.406.1059</u>—United Airlines Customer Service

July 19, 2006

To United Airlines and its Attorneys:

This is to inform you that I intend to file suit against your company in California for breach of contract, fraud, infliction of emotional distress and any other applicable statutory violations stemming from reservation LSDN1O and your repeated failure to honor it on July 18 and July 19th. The demand will be for $10,000.00. The suit will be filed on or about August 1, 2006, unless United's attorneys contact me in the interim and a compromise is reached.

I have notified my credit card company to remove all the United charges from my account. You are on additional notice that if United makes any attempt to assert a right to those disputed charges based on an assertion of "nonrefundability", I will include a claim for additional damages. United is in clear breach and is a bad actor. Any action will include a request for punitive damages as well.

United, in my experience, is the worst airline in the world. You have canceled flights on me before and refused to honor numerous agreements for vouchers and the like. The only reason I would fly United would have been for the extra room on a cross-country flight, and that was why I made this reservation. Your poor reputation on customer service matters is well-deserved.

Very truly yours,

**O'Brien & Kelleher, LLP**
Colleen O'Brien

EXHIBIT F

*5815887*                    PLD-C-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Colleen O'Brien (Bar No. 215514)<br>O'Brien & Kelleher LLP<br>1655 N. Main Street, Suite 220, Walnut Creek, CA 94596<br><br>TELEPHONE NO: 925.280.1250       FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: NOAH JAMES BUTLER and COLLEEN O'BRIEN | *FOR COURT USE ONLY*<br><br>**FILED**<br>ALAMEDA COUNTY<br><br>JUL 18 2007<br><br>BY _____ |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Civil Division | |

PLAINTIFF: Noah James Butler and Colleen O'Brien, a married couple,

DEFENDANT: United Air Lines, Inc., a California Corporation, and,

[✓] DOES 1 TO ____100____

| CONTRACT | |
|---|---|
| [✓] **COMPLAINT** | [ ] **AMENDED COMPLAINT** *(Number)*: |
| [ ] **CROSS-COMPLAINT** | [ ] **AMENDED CROSS-COMPLAINT** *(Number)*: |

| | |
|---|---|
| **Jurisdiction** *(check all that apply)*:<br>[ ] **ACTION IS A LIMITED CIVIL CASE**<br>   **Amount demanded**    [ ] **does not exceed $10,000**<br>                   [ ] **exceeds $10,000 but does not exceed $25,000**<br>[✓] **ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**<br>    [ ] **from limited to unlimited**<br>    [ ] **from unlimited to limited** | CASE NUMBER:<br><br>RG07336336 |

1. **Plaintiff*** *(name or names)*:
   Noah James Butler and Colleen O'Brien

   alleges causes of action against **defendant*** *(name or names)*: United Air Lines, Inc., and Does 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 16.

3. a. Each plaintiff named above is a competent adult
   - [ ] **except plaintiff** *(name)*:
     - (1) [ ] a corporation qualified to do business in California
     - (2) [ ] an unincorporated entity *(describe)*:
     - (3) [ ] other *(specify)*:

   b. [ ] Plaintiff *(name)*:
   - a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:
   - b. [ ] has complied with all licensing requirements as a licensed *(specify)*:

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   - [✓] **except defendant** *(name)*: United Air Lines, Inc.
     - (1) [ ] a business organization, form unknown
     - (2) [✓] a corporation
     - (3) [ ] an unincorporated entity *(describe)*:
     - (4) [ ] a public entity *(describe)*:
     - (5) [ ] other *(specify)*:
   - [ ] **except defendant** *(name)*:
     - (1) [ ] a business organization, form unknown
     - (2) [ ] a corporation
     - (3) [ ] an unincorporated entity *(describe)*:
     - (4) [ ] a public entity *(describe)*:
     - (5) [ ] other *(specify)*:

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Code of Civil Procedure, § 425.12 |

www.accesslaw.com

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☑ Doe defendants *(specify Doe numbers):* 1-50 _____ were the agents or employees of the named
         defendants and acted within the scope of that agency or employment.
      (2) ☑ Doe defendants *(specify Doe numbers):* 51-100 _____ are persons whose capacities are unknown to
         plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☑ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☑ Breach of Contract

   ☑ Common Counts

   ☑ Other *(specify):* Fraud, Violation of Consumer Legal Remedies Act; Violations of the Song-Beverly Consumer
     Warranty Act; Violations of the Magnuson-Moss Act; Negligent and/or Intentional Misrepresentation of Fact and
     False Advertising; Unlawful Business Practices and Advertising

9. ☑ Other allegations: Please see attachment

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☑ damages of: $ in an amount according to proof
   b. ☑ interest on the damages
      (1) ☑ according to proof
      (2) ☐ at the rate of *(specify):*     percent per year from *(date):*
   c. ☑ attorney's fees
      (1) ☐ of: $
      (2) ☑ according to proof.
   d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 18, 2007

Colleen O'Brien
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

_____FIRST_____       **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Noah James Butler and Colleen O'Brien

alleges that on or about *(date):* April 23, 2006

a  ☑ written   ☐ oral   ☐ other *(specify):*
agreement was made between *(name parties to agreement):*
All Plaintiffs and all Defendants

☑ A copy of the agreement is attached as Exhibit A, or
☐ The essential terms of the agreement  ☐ are stated in Attachment BC-1   ☐ are as follows *(specify):*

Defendants sold Plaintiffs airline tickets.

BC-2. On or about *(dates):* July 19, 2006
defendant breached the agreement by  ☐ the acts specified in Attachment BC-2   ☑ the following acts
*(specify):*

Plaintiffs had valid flight reservations Defendants refused to honor.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4   ☑ as follows *(specify):*

general damages; special damages; emotional distress

BC-5. ☑  Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☑ according to proof.
BC-6. ☐  Other:

Page _____3_____

Page 1 of 1

**CAUSE OF ACTION—Breach of Contract**    Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

*www.accesslaw.com*

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Butler v. United Air Lines, Inc. | |

_____SECOND_____
(number)

**CAUSE OF ACTION—Fraud**

ATTACHMENT TO  ☑ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name)*: Noah James Butler and Colleen O'Brien

alleges that defendant *(name)*: United Air Lines, Inc., and Does 1-100

on or about *(date)*: July 19, 2006         defrauded plaintiff as follows:

FR-2. ☑ **Intentional or Negligent Misrepresentation**
   a. Defendant made representations of material fact   ☐ as stated in Attachment FR-2.a   ☑ as follows:

   Defendants fraudulently refused to honor Plaintiffs' contract. Defendants repeatedly stated Plaintiffs did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the like. Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of Plaintiffs' tickets.

   b. These representations were in fact false. The truth was   ☐ as stated in Attachment FR-2.b   ☑ as follows:

   Plaintiffs had valid reservations Defendants refused to honor.

   c. When defendant made the representations,
      ☑ defendant knew they were false, **or**
      ☑ defendant had no reasonable ground for believing the representations were true.

   d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☑ **Concealment**
   a. Defendant concealed or suppressed material facts   ☐ as stated in Attachment FR-3.a   ☐ as follows:

   Plaintiffs are informed and believe and thereon allege that Defendants knew Plaintiffs had valid and still refused to honor the contract.

   b. Defendant concealed or suppressed material facts
      ☑ defendant was bound to disclose.
      ☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
   c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page    4

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com

PLD-C-001(3)

| SHORT TITLE:                          | CASE NUMBER: |
|---------------------------------------|--------------|
| Butler v. United Air Lines, Inc.      |              |

SECOND
_____
(number)

## CAUSE OF ACTION—Fraud

**FR-4.** ☑ **Promise Without Intent to Perform**
   a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

Defendants fraudulently refused to honor Plaintiffs' contract. Defendants repeatedly stated Plaintiffs did not pay for their tickets, did not have reservations, had failed to procure the proper tickets and the like. Defendants attempted to sell Plaintiffs tickets at a higher rate despite having knowledge of Plaintiffs' tickets.

   b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

**FR-5.** In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5 ☑ as follows:

Plaintiffs were induced to procure tickets from another airline at a higher rate.

**FR-6.** Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR- 6 ☑ as follows:

general damages; special damages; emotional distress

**FIR - 7.** Other:

Plaintiffs seek punitive and exemplary damages

Page    5

1  Colleen O'Brien (Bar No. 215514)
2  O'Brien & Kelleher, LLP
   1655 N. Main St, Suite 220
3  Walnut Creek, CA 94596-4642
   Telephone: (925) 280-1250
4
5  Attorneys for Noah James Butler and Colleen O'Brien

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA
                     FOR THE COUNTY OF ALAMEDA
8

9  NOAH JAMES BUTLER and COLLEEN          ATTACHMENT TO COMPLAINT
10 O'BRIEN, a married couple,             (ADDITIONAL CAUSES OF ACTION)

11            Plaintiffs,                 California Civil Code §§ 1780, *et seq.*
12
       v.
13
   UNITED AIR LINES, INC., a California
14 corporation, and DOES 1-100,

15
              Defendants.
16

17                    THIRD CAUSE OF ACTION
              VIOLATION OF CONSUMERS LEGAL REMEDIES ACT
18             [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]

19

20 1. Plaintiffs reallege and reincorporate the allegations made in the Complaint and attachments.

21 2. Defendant UNITED AIR LINES, INC., is, and at all times herein mentioned was, a

22 corporation duly organized and existing under the laws of California, doing business in Alameda

23 County (the county in which the transaction and the subject matter of the above-captioned action,

24 or a substantial portion thereof, occurred) and engaged, and engaging, in business as an airline

25 serving the general public.

26 3. On or about July 19, 2006, at Oakland Airport, Alameda County, California, Defendants, in

27 carrying out the terms of a transaction entered into with Plaintiffs, namely a transaction for the

28 sale of airline tickets (Confirmed United Reservation Number LSDN1O), violated the provisions

29 of the California Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship,

30 approval or certification of goods or services, (2) representing that goods or services have

   sponsorship, approval, characteristics, ingredients, uses, benefits or quantities which they do not

1  have, (3) representing that goods or services are of a particular standard quality or grade, if they

2  are of another, (4) advertising of goods or services with the intent not to sell them as advertised,

3  (5) representing that a transaction confers or involves rights, remedies or obligations which it

4  does not have or involve, or which are prohibited by law, (6) representing that the subject of a

5  transaction has been supplied in accordance with a previous representation when it has not, (7)

6  misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

7  of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and

8  (18) of Section 1770(a) of the Civil Code.

9  4. The goods and services as described above were bought by Plaintiffs primarily for personal,

10  family, or household purposes.

11  5. Plaintiffs are informed and believe, and thereon allege, that the above-mentioned violations

12  and misrepresentations were intended by Defendant to result in the denial of the goods and

13  services to Plaintiffs.

14  6. On or about July 26, 2006, and at various times thereafter, Plaintiffs sent to Defendant a

15  written Notice of Violation of Consumers Legal Remedies Act and Demand for Remedy,

16  attached to this complaint as Exhibit B and incorporated by reference, by certified mail, return

17  receipt requested, to Defendant's principal place of business and its agent for service of process

18  in California.   This notice and demand notified Defendant of its above-mentioned violations of

19  the Civil Code that resulted in the fraudulent sale of the airline tickets to Plaintiffs and demanded

20  that Defendant remedy the violations.

21  7. Within 30 days of the receipt of the notice and demand, attached as Exhibit B, Defendant

22  failed to correct, repair, replace, or otherwise rectify, and failed to agree to correct, repair,

23  replace, or otherwise rectify within a reasonable time, the above-mentioned violations

24  of Subdivision(s) (2), (5), (7), (9), (14), (16) and (18) of Section 1770(a) of the Civil Code.

25  8. By reason of the above-mentioned violations of the Civil Code, have suffered damage.

26  9. Plaintiffs are informed and believe and thereon allege that Defendant engages in similar

27  transactions with a class of persons similarly situated with Plaintiffs.  Plaintiffs will seek leave of

28  court to amend this Complaint to certify a class of Plaintiffs, as appropriate.

29  10. Plaintiffs are informed and believe and thereon allege that Defendant continues to engage in

30  the above-described deceptive practices and unless enjoined from doing so by this Court will

ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

1  continue to do so, all to the damage of its consumer who will purchase its airline tickets.

2  11. The aforementioned violations of the Civil Code by defendant were willful, oppressive,

3  fraudulent, and malicious.  Plaintiffs are therefore entitled to punitive damages.

4

5                          FOURTH CAUSE OF ACTION
6        VIOLATION OF CONSUMER WARRANTY AND ADVERTISING STATUTES
                [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
7

8  12.  The contract, attached to this complaint as Exhibit A and incorporated by reference, was and

9  is subject to the requirements of the Song-Beverly Consumer Warranty Act, Civil Code § 1790,

10  *et seq.*, the Magnuson-Moss Act, 15 U.S.C. § 2308, *et seq.*, Negligent or Intentional

11  Misrepresentation of Fact and False Advertising, Civil Code §§ 1709, 1710, 3294 and 3333,

12  Unlawful Business Practices and Advertising, §§ 17200 and 17500, *et seq.*

13  13.  Through their actions described above, Defendants violated the provisions of these acts.

14

15                          FIFTH CAUSE OF ACTION
16      NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
                [BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS]
17

18  14.  *As a further natural and consequential result of Defendant's breach of the contract described*

19  herein, Plaintiff suffered injuries to person and property, in that they caused grave trauma to the

20  body of Plaintiff, who was pregnant at the time of the breach/fraud.

21

22  WHEREFORE, Plaintiffs pray judgment as follows:

23

24  1. For actual damages in a sum according to proof;

25  2. For punitive damages;

26  3. For a permanent injunction enjoining the defendant, and its agents and employees from

27   refusing to honor valid reservations;

28  4. That defendant be required to make restitution to each Plaintiff of any and all money paid to

29  another airline;

30  5. For reasonable attorney's fees;

   6. For costs of suit herein incurred; and

1  7. For such other and further relief as the court may deem proper.

2

3

4  DATED: July 18, 2007

5                                              Colleen O'Brien

6

7                                  VERIFICATION

8  I, Colleen O'Brien, am the plaintiff in the above-entitled action. I have read the foregoing

9  complaint and know the contents thereof. The same is true of my own knowledge, except as to

10 those matters which are therein alleged on information and belief, and as to those matters, I

11 believe it to be true.

12

13 I declare under penalty of perjury under the laws of the State of California that the foregoing is

14 true and correct.

15

16

17 DATED: July 18, 2007

                                               Colleen O'Brien

18

19

20

21

22

23

24

25

26

27

28

29

30

                                         4
            ATTACHMENT TO COMPLAINT (ADDITIONAL CAUSES OF ACTION)

# EXHIBIT A

MSN Hotmail - Message

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search: [  ] [Go]

It's the future
of MSN Hotmail

Faster, Safer,
Simple and FR

 Hotmail    | Today | Mail | Calendar | Contacts |

obriencolleenm@hotmail.com

Reply | Reply All | Forward | ✕ Delete | Junk | Put in Folder ▾ | Print View | Save Address

| From : | United Airlines <United-Airlines@tmr3.com> |
| Sent : | Saturday, June 3, 2006 11:38 AM |
| To : | OBRIENCOLLEENM@HOTMAIL.COM |
| Subject : | Your E-mail Confirmation from United |

**UNITED**    United Carrier Passenger Notice

Please do not respond to this e-mail!

If you have questions about your reservation, please contact United reservations at 1-800-UNITED-1 within the United States, or your local international reservations office listed below.

Travel Itinerary

Thank you for choosing United!

This document is for reference only.

If you are traveling on an electronic ticket, please remember to bring a copy of your receipt with a valid photo ID and the credit card used for purchase.
As with all airline tickets, your electronic ticket is not transferable.

Please ensure you have all necessary country specific documentation.

To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331).

Passenger Information

| Reservation No: LSDN1O | Number in Party: 2 |
| Name: OBRIEN/COLLEEN M MS | |
| Name: BUTLER/NOAH J MR | |

Travel ItineraryTravel Itinerary

OAKLAND to CHICAGO/OHARE    TUE 18 JUL



| Flight<br>UNITED<br>1200 | Departs<br>OAKLAND<br>TUE 18 JUL<br>10:45P<br>Terminal 1 | Arrives<br>CHICAGO/OHARE<br>WED 19 JUL<br>4:48A<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>10A,10C |
|---|---|---|---|---|
| MP Miles<br>1835 | Meals Served | Equip<br>319 | Inflight<br>Services<br>AUDIO | |

CHICAGO/OHARE to ROCHESTER NY                                           WED 19 JUL

| Flight<br>UNITED<br>7582 * | Departs<br>CHICAGO/OHARE<br>WED 19 JUL<br>6:50A<br>Terminal 1 | Arrives<br>ROCHESTER NY<br>WED 19 JUL<br>9:33A | Class<br>UNITED<br>ECONOMY® | Seat<br>8A, 8C |
|---|---|---|---|---|

* OPERATED BY UNITED EXPRESS/ SHUTTLE AMERICA

PLEASE CHECK IN AT UNITED AIRLINES TERM 1

| MP Miles<br>528 | Meals Served | Equip<br>E70 | Inflight<br>Services<br>NONE | |
|---|---|---|---|---|

ROCHESTER NY to CHICAGO/OHARE                                           MON 24 JUL

| Flight<br>UNITED<br>417 | Departs<br>ROCHESTER NY<br>MON 24 JUL<br>5:26P | Arrives<br>CHICAGO/OHARE<br>MON 24 JUL<br>6:17P<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>9A, 9C |
|---|---|---|---|---|
| MP Miles<br>528 | Meals Served | Equip<br>737 | Inflight<br>Services<br>AUDIO | |

CHICAGO/OHARE to OAKLAND                                                MON 24 JUL

| Flight<br>UNITED<br>481 | Departs<br>CHICAGO/OHARE<br>MON 24 JUL<br>8:45P<br>Terminal 1 | Arrives<br>OAKLAND<br>MON 24 JUL<br>11:10P<br>Terminal 1 | Class<br>UNITED<br>ECONOMY® | Seat<br>14A,14C |
|---|---|---|---|---|
| MP Miles<br>1835 | Meals Served | Equip<br>757 | Inflight<br>Services<br>AUDIO | |

Important United Information

UNITED ECONOMY PLUS OFFERS UP TO
FIVE INCHES EXTRA LEGROOM. VOTED
**BEST PREMIUM ECONOMY CLASS IN
THE WORLD**
BY READERS OF BUSINESS TRAVELER.
JUST ONE OF THE MANY WAYS WE
REWARD LOYALTY.

©2002 United Air Lines, Inc.

If you would prefer not to receive further messages from this sender, please click on the following Internet link and confirm your

# EXHIBIT B

Colleen O'Brien (Bar No. 215514)
Daniel C. Kelleher (Bar No. 185058)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250

Attorneys for Noah James Butler and Colleen O'Brien

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF ALAMEDA

| NOAH JAMES BUTLER and COLLEEN O'BRIEN, a married couple, | NOTICE OF VIOLATION OF CONSUMERS LEGAL REMEDIES ACT AND DEMAND FOR REMEDY |
|---|---|
| Plaintiffs, | |
| v. | California Civil Code § 1782 |
| UNITED AIR LINES, INC., a California corporation, and DOES 1-100, | |
| Defendants. | |

TO UNITED AIR LINES, INC.:

You are hereby notified that on or about July 18 and July 19, 2006, in carrying out the terms of a transaction you entered into with the above-named Plaintiffs, namely a transaction for the sale of airline tickets (Confirmed United Reservation Number LSDN1O, which you have repeatedly and willfully refused to honor), you violated the provisions of the California Consumers Legal Remedies Act by (1) misrepresenting the source, sponsorship, approval or certification of goods or services, (2) representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities which they do not have, (3) representing that goods or services are of a particular standard quality or grade, if they are of another, (4) advertising of goods or services with the intent not to sell them as advertised, (5) representing that a transaction confers or involves rights, remedies or obligations which it does not have or involve, or which are prohibited by law, (6) representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not, (7) misrepresenting the authority of a salesperson, representative or agent to negotiate the final terms

1  of a transaction with a consumer as proscribed by Subdivision(s) (2), (5), (7), (9), (14), (16) and

2  (18) of Section 1770(a) of the Civil Code.

3      Plaintiffs intend to file suit for general, compensatory, statutory, punitive and other

4  applicable damages in Superior Court 30 days after receipt of this notice unless restitution is

5  made to Plaintiffs by UNITED AIR LINES, INC. within 30 days of receipt of this notice in the

6  amount of $10,000.00 (Ten Thousand Dollars). Causes of action will include violations of the

7  California Consumers Legal Remedies Act, Civil Code § 1750, et seq., the Song-Beverly

8  Consumer Warranty Act, Civil Code § 1790, et seq., the Magnuson-Moss Act, 15 U.S.C. § 2308,

9  et seq., Negligent or Intentional Misrepresentation of Fact and False Advertising, Civil Code §§

10  1709, 1710, 3294 and 3333, Unlawful Business Practices and Advertising, §§ 17200 and 17500,

11  et seq., as well as statutory and common law allegations of fraud, infliction of emotional distress,

12  breach of contract, negligence and requests for equitable remedies. This list is not intended to be

13  exhaustive and Plaintiffs will include allegations as appropriate and this letter will serve as notice

14  of those allegations as required by law. Plaintiffs will seek their costs as well as their attorney's

15  fess for prosecution of the action. As appropriate, Plaintiffs will seek leave of court to certify

16  action as a class action pursuant to CC § 1781.

17      Demand is hereby made that you correct the violation within 30 days after receipt of this

18  notice. **Plaintiffs have been forced to cover their losses by travel on another airline at a**

19  **higher rate and will not accept travel on UNITED AIR LINES, INC. or a refund of the**

20  **purchase price as a correction as these are inadequate to compensate Plaintiffs for the**

21  **losses incurred due to UNITED AIR LINES, INC.'s breach/fraud/statutory violations.**

22

23  Dated: July 26, 2006                              Respectfully submitted,

24                                                    O'Brien & Kelleher, LLP

25

26

27  By: _____

28                                                    Colleen O'Brien

29

30

NOTICE OF VIOLATION OF CONSUMERS LEGAL REMEDIES ACT AND DEMAND FOR REMEDY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Agent for Service of Process
The Prentice-Hall Corporation
System, Inc.
PO Box 526036
Sacramento, CA 95852-6036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ APRIL GUSA_____
☐ Agent
☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                2 7 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0100 0002 4177 0263

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**Sender: Complete this section**

1. Complete Item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number
   7107 1692 5290 0101 3802

2. Article Addressed to
Elena Daniel, United
1260 East Algonquin Rd
Elk Grove Township, IL
60007

3. Service Type
   CERTIFIED MAIL

4. Restricted Delivery? (Extra fee)

**Complete this section upon Delivery:**

A. Received by (Printed name)   B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 2?
   If YES, enter delivery address below   ☐ Yes
                                          ☐ No

PS Form 3811V, March 2005 (PSN: 7630-07-000-0300)      Domestic Return Receipt

## Other Supporting Documents
3:07-cv-04369-CRB Butler et al v. United Airlines Inc
E-Filing, MEDTERM, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Worthe, Jeffrey entered on 1/25/2008 10:38 AM PST and filed on 1/25/2008

**Case Name:**       Butler et al v. United Airlines Inc
**Case Number:**     3:07-cv-4369
**Filer:**           United Airlines Inc
**Document Number:** 41

**Docket Text:**
**Declaration of TODD C. WORTHE, ESQ in Support of [39] MOTION for Summary Judgment filed byUnited Airlines Inc. (Attachments: # (1) Exhibit C, # (2) Exhibit D, # (3) Exhibit E, # (4) Exhibit F)(Related document(s)[39]) (Worthe, Jeffrey) (Filed on 1/25/2008)**

**3:07-cv-4369 Notice has been electronically mailed to:**

Colleen O'Brien    colleen@eastbayattorneys.com, info@eastbayattorneys.com

Jeffrey Alfred Worthe    JWorthe@whwlawcorp.com, mrigley@whwlawcorp.com

Todd Christopher Worthe    tworthe@whwlawcorp.com, rgonzalez@whwlawcorp.com

**3:07-cv-4369 Notice has been delivered by other means to:**

Colleen O'Brien
O'Brien & Kelleher
1655 N. Main Street
Suite 220
Walnut Creek, CA 94596

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Scans\Declaration of Todd Worthe.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082652-0]

[a8ac9bb8a94834e590df18808d086e5ce1dcc94a6fc35324dba8613a60ed896f5d555
c25de3c7f24d8e8c7953042bffc2ad061695824649a025f5882896f8759]]
**Document description:**Exhibit C
**Original filename:**C:\Scans\EXH C TO TCW.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082652-1]

[053a7b3983b50f7316324dbd20fcbe04083669e5268c7ecd49d6412789507f0a5fd52
c77fa7b41cec6eb6fa7a38413b3ac3d66e3c7560ee6d9dcd2bf72c6fe22]]
**Document description:**Exhibit D
**Original filename:**C:\Scans\EXH D TO TCW.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082652-2]

[5b7b70beb3f4d14feb0cc43dfffbe8e5ddf77f1027dd55b164982882f133a01e0166f
cd7e2608301243125be562ae925c3c361d09f1476cc5f4ad 55f566d9a56]]
**Document description:**Exhibit E
**Original filename:**C:\Scans\EXH E TO TCW.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082652-3]

[603341029a7a89f042b5d616312be81a6dacd0571d93ef5737a318bd485ad5002d240
e7e9de9c6e15600168b780885df3d195ebc5a1156ab1ea6ec53c7e777a2]]
**Document description:**Exhibit F
**Original filename:**C:\Scans\EXH F TO TCW.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2008] [FileNumber=4082652-4]

[20be6e2aed7ec10c08f1dd0db4c59bca5c6f45a26b89f0fa55b4abf304d4932ceb1d9
d85e80a2b97b236eeff579d717b4b5083b7d8572620fa89c16c7cfc4089]]