# EXHIBIT 30
## (Corrected)

1                    UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

3                           ---oOo---

4    NOAH BUTLER and COLLEEN O'BRIEN,

5              Plaintiffs,

6    vs.                                No. C07-4369(CRB)

7    UNITED AIR LINES, INC., and

8    DOES 1 through 100, Inclusive,

9              Defendants.

10   _____/

11

12

13

14                   DEPOSITION OF MINA TAHERI

15

16

17

18              Taken before JEANNIE M. CHIMPKY

19                       CSR No. 12742

20                     January 11, 2008

21

22

23

24

25

1      Q.   I understand that what I'm really getting at is
2    do the agents at the airport have the availability to
3    go in and make entries into the PN R?
4            MR. WORTHE:   Objection lacks foundation and
5    calls for speculation depends on if the ticket was
6    printed we just said that three times.
7            THE WITNESS:   Yes they have access.
8    BY MS. O'BRIEN:
9      Q.   I'm going to take Exhibit 3 back from you
10   please.
11     A.   Sure.   Sorry its out of order.   I know if I may
12   say --
13           MR. WORTHE:   There's no question pending.
14   BY MS. O'BRIEN:
15     Q.   I'm going to ask you to mark this as Exhibit 4
16   please.   Mark mark?
17     Q.   I'll show you this document please.
18           MR. WORTHE:   This document Exhibit 4 says page
19   1 of one it says United airlines view itinerary.
20   BY MS. O'BRIEN:
21     Q.   Do you know what the document is?
22     A.   This is --
23           MR. WORTHE:   Why don't you review it first let
24   her know when you had a chance to review it.
25   BY MS. O'BRIEN:

57

1           Q.  Of course when I hand you a document you can
2      take your time to review it my first question is do you
3      know what this is?
4                THE WITNESS:  Yes.
5      BY MS. O'BRIEN:
6           Q.  What is this document?
7           A.  This is a printout of United dot-com itinerary.
8           Q.  Let the record reflect that Mr. Kelleher has
9      just come into the room?
10               MR. KELLEHER:  Hi.
11          A.  Hello.
12               MR. WORTHE:  Do we have a question pending.
13               MS. O'BRIEN:  No.
14     BY MS. O'BRIEN:
15          Q.  Do you know where what the origin of this
16     document is where it comes from?
17          A.  United dot-com.
18          Q.  This is a document the format and so forth is
19     exclusively is United dot-com?
20          A.  Only for mileage plus members.
21          Q.  And at the top it says view itinerary is this
22     in fact an itinerary?
23          A.  This is an itinerary, yes.
24          Q.  I want to you go down about look at Exhibit 4
25     about -- below itinerary there's a paragraph and access

Aiken & Welch Court Reporters    M. Taheri    1-11-08

58

1   held reservation and there's a line this reservation

2   has been ticketed do you know what that means?

3        A.   That means that there are two tickets for this

4   reservation when we when the customer books the

5   reservation can be only going asking for some pricing

6   records but never give credit card information to to be

7   ticketed but in this reservation two tickets was issued

8   with this itinerary.

9        Q.   And by that do you mean paper tickets?

10       A.   Electronic ticket may I add to that.

11       Q.   Go ahead?

12       A.   This is confirmation about the original

13  reservation.

14       Q.   What does that mean?

15       A.   L S D /WURPB owe this is the original

16  reservation confirmation that was booked on April 23rd

17  and was ticketed on April 23rd.

18       Q.   Is there some distinction your trying to make?

19       A.   No just referring because its the same

20  confirmation its not a new itinerary its not a new

21  ticketing.

22       Q.   So this itinerary would display that there were

23  two tickets under this reservation number object date

24  that it was viewed by the customer?

25       A.   It states there is such itinerary it has been

Aiken & Welch Court Reporters    M. Taheri    1-11-08

1   ticketd and the reservation is active.
2        Q.  What do you mean by the reservation is active?
3        A.  Reservation was not cancelled otherwise it
4   would show as a cancelled reservation.  This is done on
5   July 14 the travel was on July 18.
6            MR. WORTHE:  Are you saying the ticket was
7   cancelled.
8            THE WITNESS:  That's the different thing this
9   is itinerary reservation was not cancelled.
10  BY MS. O'BRIEN:
11       Q.  The reservation not cancelled by anyone?
12       A.  By anyone, yes.
13       Q.  Does this itinerary say anything about tickets
14  having been printed?
15       A.  No may I add something to it.
16       Q.  Um-hmm?
17       A.  It would not ever show something like that if
18  tickets been printed its two completely separate
19  systems.
20       Q.  Is there anything in this itinerary that if a
21  customer printed this itinerary at the time that they
22  /HRAOBD at it that would indicate to a customer that
23  she didn't have a valid reservation?
24       A.  No.
25       Q.  Is there anything that the customer let's say

60

1    someone you had to be a frequent flyer member in order

2    to access this itinerary?

3            MR. WORTHE:  Objection mischaracterizes

4    testimony.  Mileage plus member not frequent flyer.

5    Big difference.

6    BY MS. O'BRIEN:

7        Q.  Fine you said you had to be a mileage plus

8    member in order to access this itinerary; correct?

9        A.  Yes.

10       Q.  Is there anything that a mileage plus member

11   could have accessed on United dot-com that would have

12   reflected information about the status of the tickets?

13       A.  No.

14       Q.  Do you know what the address is for the website

15   for United?

16       A.  W W W dot United dot-com.

17       Q.  I want to take four back?

18       A.  Sure.

19       Q.  Thank you.  Actually, let me give four back to

20   you for a second.  There's one thing I forgot to ask

21   you.  What does this entry mean in each of the four

22   blocks showing the four legs of the flight there's an

23   indication it says flight then it says:  Confirmed?

24       A.  Again the reservation was an active reservation

25   was not cancelled so all the flights it shows confirmed

□

1    confirmed it means it has not been cancelled.
2         Q.  Okay I'll take four back from the witness.  Ask
3    you to mark this as five please.  Mark mark?
4    BY MS. O'BRIEN:
5         Q.  Let me show you five its a three-page document.
6             MR. WORTHE:  Take a look at all three pages.
7             THE WITNESS:  No problem.  Yes.
8    BY MS. O'BRIEN:
9         Q.  Thanks have you ever seen this document before?
10        A.  Yes, I have.
11        Q.  when did you see it?
12        A.  Yesterday.
13        Q.  That was the first time you saw it?
14        A.  Yes.
15        Q.  There are a couple of different e-mails in this
16   matter so I want to draw your attention to the line
17   that says sent Saturday six three 2006 at eleven 25 am
18   and your familiar with that time?
19        A.  Yes.
20        Q.  What is this document?
21        A.  This is one of the confirmation if you remember
22   when we looked at reservation record on June 3rd two
23   itinerary confirmation was sent to customers e-mail
24   address very close time one possibly /HREFRPB 25
25   because we had the Zulu time and the other one maybe

88

1    that mean?

2        A.    That means that headquarter H D Q United agent

3    one six seven two eight eight printed coupon one two

4    three and four and each ticket on July 62006.

5        Q.    And that means created paper tickets?

6        A.    No its a void we void the ticket by printing

7    it.

8        Q.    So this history reflects that on July 6th, 2000

9    six both passengers tickets were voided?

10       A.    Tickets were voided not reservation only

11   tickets were voided yes.

12       Q.    Why was that done if you can tell from this

13   history?

14       A.    I can't say it from this history but because I

15   looked at the information we received United has

16   received a dispute on these tickets and tickets were

17   unpaid to United therefore one of the things that we do

18   if the customer is not willing to pay the ticket and we

19   have not received the reversal from the credit card

20   company therefore we have to void the ticket or close

21   the ticket print the ticket to let that ticket to be

22   used.

23       Q.    But this doesn't tell you why it was done?

24       A.    If I'm looking at this one or anybody looks at

25   this their going to say well something happened with

Aiken & Welch Court Reporters    M. Taheri    1-11-08

1    the other documents I will show you very clearly the

2    bank indicated that you lost the case there is nothing

3    that they can do very nice written that you'd been

4    debited I cannot reverse that for you.  So by knowing

5    that we're not going to tell and tell the customer now

6    because we know that the customer now knows they didn't

7    pay for it so we're not going to go and tell them you

8    know what I'm going to print our ticket of course we

9    will we're not going to let a ticket to be used if its

10   not been paid but we don't contact the customer to tell

11   them that okay we'll print it.

12        Q.  So the answer in this case was no the customer

13   was not contacted to let the customer know that the

14   tickets had been voided?

15        A.  Not by United.

16             MR. WORTHE:  Wait until she finishes the

17   question.

18   BY MS. O'BRIEN:

19        Q.  That's my question.  By United?

20        A.  By United no.

21        Q.  Looking at page 2 of this document?

22        A.  This one on (indicating).

23        Q.  This is page 2 on Exhibit 7?

24             MR. WORTHE:  Right here (indicating).

25             THE WITNESS:  She's looking at a different one

Aiken & Welch Court Reporters     M. Taheri     1-11-08

144

```
 1          MR. WORTHE:  This deposition's going to be
 2    terminate.  Ask your question this woman's been here
 3    since 9:00 o'clock.
 4          MS. O'BRIEN:  I understand that I'm looking at
 5    my notes.
 6          MR. WORTHE:  Let's go.
 7          MS. O'BRIEN:  Let's go.  Is this witness in a
 8    position to talk about the contract of carriage.
 9          MR. WORTHE:  This witness can talk about the
10    contract of carriage with respect to the refund policy
11    as it relates to your claim.  She's not going to be
12    talking about the contract of carriage as it relates to
13    lost baggage, personal injuries the war saw convention.
14    She'll talk about the refund policy.
15          MS. O'BRIEN:  Those are all the questions I
16    have.  Thank you.
17
18
19
20
21
22
23
24
25
```