Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax:  (775) 249-9120
colleen@EastBayAttorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BUTLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIR LINES, INC.,<br><br>　　　　Defendant. | Case No.: C07-04369 CRB<br><br>DECLARATION OF DANIEL C. KELLEHER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND IN SUPPORT OF PLAINTIFFS' REPLY TO MOTIONS FOR SANCTIONS AND A PROTECTIVE ORDER<br><br>Hearing Date: February 29, 2008<br>Time: 8:30 a.m.<br>Courtroom No.: 8, 19th Floor |

I, Daniel C. Kelleher, declare as follows:

1.  I am a resident of Vacaville, California, and an attorney licensed and practicing in Walnut Creek, California. I am a member of the state bar of California. I have personal knowledge of the facts set forth below, and if called as a witness I would testify truthfully as follows:

2.  On January 11, 2008, I had a conversation with Mr. Todd Worthe concerning the case at issue. During that conversation, in response to Mr. Worthe's questioning my motive for attending the deposition that day, and directly in response to his assertion that I was losing money, I told him that I was independently wealthy.  I also mentioned that I was mostly a transactional lawyer and thought attending the deposition was fun.

3. Mr. Worthe was congenial for the most part during our conversation, but a few times became very angry and upset. I had to admonish him to "calm down" and to "stop insulting me" and that

his credibility would increase should he calm down.

I declare under penalty of perjury of the laws of the state of California that the foregoing is true and correct.

Date: February 8, 2008                                              _____/s/_____
                                                                                    Daniel C. Kelleher