# EXHIBIT 32

1          UNITED STATES DISTRICT COURT

2     NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

3                    ---oOo---

4  NOAH BUTLER and COLLEEN O'BRIEN,

5        Plaintiffs,

6  vs.                              No. C07-4369(CRB)

7  UNITED AIRLINES, INC., and
   DOES 1 through 100, Inclusive,
8
        Defendants.
9  _____/

10

11

12

13

14     <u>VIDEOTAPED DEPOSITION OF PMK OF MINA TAHERI</u>

15

16

17

18      Taken before JEANNIE M. CHIMPKY

19           CSR No. 12742

20          January 11, 2008

21

22

23

24                          One Kaiser Plaza, Suite 505
                            Oakland, California 94612
25                          510/451-1580   Fax 510/451-3797

       Aiken
       AND
       Welch                Certified Shorthand Reporters

1        A.  Yes.   So electronic ticket was issued and

2   e-mail was requested.   It shows that on April 23rd

3   electronic e-mail was delivered per customer's request

4   (indicating).

5        Q.  Where does it say that?

6            MR. WORTHE:  For the record, --

7            MS. O'BRIEN:  It's my record.

8            MR. WORTHE:  For the record, the witness is

9   standing up and pointing to three eight because nobody

10  seems to be able to figure out that you can go one,

11  two, three, four and go to a certain line.

12  BY MS. O'BRIEN:

13       Q.  For the record, the witness --

14           MR. WORTHE:  Unbelievable.

15  BY MS. O'BRIEN:

16       Q.  -- the witness is looking at three eight and

17  we're looking at the second from the bottom paragraph.

18  And you're saying this indicates the information on the

19  23rd?

20       A.  Yes, that was delivered to this e-mail address

21  (indicating).

22       Q.  And you're indicating "o'briencolleenm@hotmail

23  dot-com"?

24       A.  Yes, e-mail delivered on the 23rd.  Prior to

25  that, the bottom line would say to the same e-mail

52

1          MR. WORTHE:  Where's the July 6th references?

2          THE WITNESS:  July 6th?

3          MR. WORTHE:  Yeah.  Are there any July 6th

4    references in the PNR?

5          THE WITNESS:  No.

6    BY MS. O'BRIEN:

7        Q.  What's the last date that an entry was made

8    into the PNR?

9        A.  July 19 -- Well, July 18, Zulu time 7:47.

10       Q.  There are no entries beyond that date?

11       A.  No entries that I can see on this record.

12       Q.  Is there anything in this PNR to indicate that

13   these reservations were cancelled?

14       A.  Reservation was never cancelled.

15       Q.  Is there anything -- And you understand I'm

16   talking about this particular document?

17       A.  Yes.

18       Q.  Is there anything in this PNR to indicate that

19   the reservations were voided?

20       A.  Reservation was never been voided.

21          MR. WORTHE:  Let's make sure we're on the same

22   page, reservation or ticket?

23          THE WITNESS:  This is reservation.

24          MR. WORTHE:  Ticket is a different story.

25          How long have we been going?

1    A.  It states there is such itinerary, it has been

2  ticketed and the reservation is active.

3    Q.  What do you mean by "the reservation is

4  active"?

5    A.  Reservation was not cancelled; otherwise, it

6  would show as a cancelled reservation.  This is done on

7  July 14.  The travel was on July 18.

8    MR. WORTHE:  Are you saying the ticket was

9  cancelled?

10    THE WITNESS:  That's the different thing.  This

11  is itinerary.  Reservation was not cancelled.

12  BY MS. O'BRIEN:

13    Q.  The reservation not cancelled by anyone?

14    A.  By anyone, yes.

15    Q.  Does this itinerary say anything about tickets

16  having been printed?

17    A.  No.  May I add something to it?

18    Q.  Um-hmm.

19    A.  It would not ever show something like that if

20  tickets been printed.  It's two completely separate

21  systems.

22    Q.  Is there anything in this itinerary that if a

23  customer printed this itinerary at the time that they

24  looked at it that would indicate to a customer that she

25  didn't have a valid reservation?

1      A.  No.

2      Q.  Is there anything that the customer -- Let's

3  say someone -- You said you had to be a frequent flyer

4  member in order to access this itinerary.

5          MR. WORTHE:  Objection.  Mischaracterizes

6  testimony.  Mileage plus member not "frequent flyer."

7  Big difference.

8  BY MS. O'BRIEN:

9      Q.  Fine.  You said you had to be a mileage plus

10  member in order to access this itinerary; correct?

11      A.  Yes.

12      Q.  Is there anything that a mileage plus member

13  could have accessed on United dot-com that would have

14  reflected information about the status of the tickets?

15      A.  No.

16      Q.  Do you know what the address is for the website

17  for United?

18      A.  Www.united dot-com.

19      Q.  I want to take 4 back.

20      A.  Sure.

21      Q.  Thank you.  Actually, let me give 4 back to you

22  for a second.  There's one thing I forgot to ask you.

23  What does this entry mean in each of the four blocks

24  showing the four legs of the flight?  There's an

25  indication.  It says "flight," then there's a ":

1        A.  July 20th or -- Yeah.  If it it's Zulu time, it

2   can be on the 19th too, July 19, 2006.

3        Q.  Can you tell why it was printed?

4        A.  Agent displayed the ticket and showed ticket

5   has been printed.  Most likely customer was inquiring

6   about why I cannot get the boarding pass and customer

7   service was advising that your ticket -- customer's

8   ticket showing been printed and assuming that this is

9   given to the customer just for customer to have

10  something in hand for further investigation perhaps.

11       Q.  Does this part of the PNR indicate whether this

12  e-ticket has been paid for?

13       A.  Yes.  Because you have ticket information and

14  then you have form of payment.  "FP" stands for form of

15  payment.  There is a Visa and has the linear.  That was

16  charged on April 23rd, 2006.

17       Q.  Does this document indicate whether the

18  passengers were able to board using this reservation?

19       A.  She -- Customer could not board using this

20  ticket because the ticket was printed by headquarter.

21  They would not allow her to use this ticket or give her

22  any boarding pass unless she would right on the spot

23  pay for new sets of tickets for travel.

24       Q.  So there's no way that any of the agents at the

25  airport could do anything for a passenger under a

1    that we are specifically on this page that we are

2    looking at.

3        Q.  Exhibit 6, page 1?

4        A.  Page 1 that we're looking at, we are looking at

5    the ticket, how the ticket was billed and when was it

6    billed.

7        Q.  What is MMHRR?

8        A.  That is the code for the reservation that

9    picked up the call.

10       Q.  On --

11       A.  On April 23rd.  And ticketed this reservation.

12           MR. WORTHE:  Further, counsel is conferring

13    before questions are asked.  I'm a little uncomfortable

14    with that.  -- California lawyer that probably doesn't

15    need a partner.

16           MS. O'BRIEN:  I don't know why, but we're going

17    to confer.  Go ahead.

18           MR. WORTHE:  Do things a little differently.

19    Do you want to put a microphone on Mr. Kelleher?  It

20    doesn't make any sense.

21           MR. KELLEHER:  This is off the record.

22           MR. WORTHE:  It's not off the record.

23           MS. O'BRIEN:  We're off the record now.

24           (Discussion off the record.)

25           MR. WORTHE:  If the conference continues

1   between the two of you wasting more time, this witness

2   is going home.  Ask her questions.  She's here.  Let's

3   go.  We're back on the record.  Put the video back on

4   and let's get things going.

5          MS. O'BRIEN:  This is my deposition.  I'll say

6   when we go back on the record.

7          MR. WORTHE:  Let's go.  We're on the record.

8          MS. O'BRIEN:  I understand that.  You need to

9   calm down and stop yelling and I'll get through the

10  deposition.

11         MR. WORTHE:  We're two hours into this.

12         MS. O'BRIEN:  I understand that.

13         MR. WORTHE:  Ask the questions of this witness.

14  She's got to get back to Chicago.  She's got going to

15  be here very long.

16         MS. O'BRIEN:  I have seven hours.

17         MR. WORTHE:  Not today.  It's not going to

18  happen.

19         MS. O'BRIEN:  I have seven hours with her and

20  I'm going to ask her all the questions.

21         MR. WORTHE:  Which is more the point of how

22  frivolous this case is.  Just get to it.  -- answer

23  your questions but you clearly don't know what you're

24  asking.  You don't.  So let's go.  Back on the record.

25  Video, let's go.  If the conference happens again,

1    the beginning of videotape No. 2, Volume I.  This is

2    the deposition of Mina Taheri.  The time is 11:21 a.m.

3    on January 11th, 2008.

4    BY MS. O'BRIEN:

5        Q.  Back on?

6            We're looking at Exhibit 7 and you were taking

7    me through the creation of this ticket on 4/23/2006.

8            MR. WORTHE:  Page 1.

9            THE WITNESS:  Page 1, yes.  So the reservation

10   was created and ticketed on the 23rd.  "Reval" is when

11   the schedule change occurred.  So they did on June 3rd

12   complete the -- reval record by putting the information

13   about the schedule change and the --

14   BY MS. O'BRIEN:

15       Q.  I'm sorry.  Can I stop you.

16           MR. WORTHE:  No.  She's answering the question.

17           MS. O'BRIEN:  You've gone beyond --

18           MR. WORTHE:  Don't interrupt her, no.

19           Finish your answer.

20   BY MS. O'BRIEN:

21       Q.  When you ask about --

22           MR. WORTHE:  You asked her a question.  She's

23   answering it.

24           MS. O'BRIEN:  This is not the question I asked.

25           MR. WORTHE:  This is going to stop.  She's

1   created would show "OAL" instead.  So that can change

2   to whatever activities happening to that coupon.

3   BY MS. O'BRIEN:

4        Q.  If the credit card for this passenger had been

5   re-billed on June 23rd, 2006, how would that be

6   reflected in the history?

7        A.  It would not show anything here.  This ticket

8   only was billed on April 23rd.  If behind the scene

9   there was another billing, it would not show it here

10   that what we're looking at.

11       Q.  It would only show the April 23rd?

12       A.  This one only shows this electronic ticket that

13   was purchased on April 23rd and was billed and ticketed

14   on April 23rd.

15       Q.  And that's because the same reservation number

16   was used?

17       A.  That is correct.

18       Q.  Look down at "Passenger Itinerary."  Going over

19   to the far right, it says "Coupon Status, "Printed."

20   It looks like there was some kind of action on July

21   18th, 2006.

22       A.  No.  July 18, this is the boarding information.

23   It just shows the date of travel.  It just refers to

24   the date of travel.

25       Q.  I'm sorry.  Let me back up for a second.  We

1    didn't talk about item No. 4 in the history.

2    "Printed," what does that mean?

3        A.  That means that headquarter, "HDQ," United

4    agent 167288 printed coupon one, two, three and four

5    and each ticket on July 6, 2006.

6        Q.  And that means created paper tickets?

7        A.  No.  It's a void.  We void the ticket by

8    printing it.

9        Q.  So this history reflects that on July 6th, 2006

10   both passengers' tickets were voided?

11       A.  Tickets were voided, not reservation only.

12   Tickets were voided, yes.

13       Q.  Why was that done if you can tell from this

14   history?

15       A.  I can't say it from this history.  But because

16   I looked at the information, we received -- United has

17   received a dispute on these tickets and tickets were

18   unpaid to United.  Therefore, one of the things that we

19   do if the customer is not willing to pay the ticket and

20   we have not received the reversal from the credit card

21   company, therefore we have to void the ticket or close

22   the ticket, print the ticket to not let that ticket to

23   be used.

24       Q.  But this doesn't tell you why it was done?

25       A.  If I'm looking at this one or anybody looks at

1    spot and they go on the trip.

2        Q.  Is there any indication in this ticket history

3    that the passengers were told that their tickets had

4    been voided?

5        A.  On July 6th -- let me -- I need to go back to

6    the dispute issue too.  Because when the customer,

7    which in this case is the same as the passenger,

8    dispute the charge, they know what they have disputed.

9    So they know they got their money back to their credit

10   card company; therefore, they know they don't have a

11   ticket.

12       United is not going to go and tell them that

13   "You know what?"  When we receive dispute -- There is a

14   difference between a disputed ticket and a refunded

15   ticket.  Refund means that the customer comes to United

16   refund department.  There is no involvement of bank or

17   credit card companies or nothing.  It's a customer and

18   the refund department.

19       They talk to each other.  They respond back to

20   each other.  They say either "Yes, I can refund you" or

21   "I cannot refund you."  But when the bank gets

22   involved, we don't go back and contact the customer

23   because now the customer chose a third party, which is

24   her bank -- the bank to come to United for that dispute

25   reason.

1          So we respond to the bank.  We provide

2   documentation to the bank, and the issuing bank

3   supposedly give that information, whatever information

4   United provided, to the customer if they're willing to

5   give United a reversal for it.  In this case whatever

6   information that was provided to the credit card

7   company, the credit card company did not give United

8   the money back.

9          In fact, when we go to the other documents, I

10  will show you that very clearly the bank indicated that

11  you lost the case.  There is nothing that they can do.

12  Very nice written that "You'd been debited.  I cannot

13  reverse that for you."  So by knowing that, we're not

14  going to go and tell the customer now that because we

15  know that the customer now knows they didn't pay for

16  it.

17          So we're not going to go and tell them, "You

18  know what?  I'm going to print your ticket."  Of course

19  we will.  We're not going to let a ticket to be used if

20  it's not been paid, but we don't contact the customer

21  to tell them that, okay.  We'll print it.

22      Q.  So the answer in this case was no, the customer

23  was not contacted to let the customer know that the

24  tickets had been voided?

25      A.  Not by United.

1    blocks of that line.  What are the last two blocks?

2        A.  "Printed per card, refund type."  These two

3    only if -- Sorry.  I said "printed."  Refunded.  These

4    two only -- If the ticket gets exchanged -- Let's say

5    the original ticket is fully refundable ticket and was

6    exchanged for a lower value ticket and there is a

7    residual value that gets refunded, this reflects here,

8    the difference (indicating).

9        MR. WORTHE:  In what box?

10        THE WITNESS:  "Forms of Payment" box refund per

11   two credit card.

12   BY MS. O'BRIEN:

13        Q.  So refund.  Was it "per card"?  Is that what

14   you said?

15        A.  Refund credit card price.  I think this is the

16   amount, and this should be the type of credit card that

17   was refunded.

18        Q.  And because there was no refund in this matter,

19   there's no refund reflected on "Forms of Payment"?

20        A.  That is correct, because we did not refund to

21   the account.  We didn't.

22        Q.  What does the -- Under "Amount," there's an

23   amount indicated:  "838.38."  What does that reflect?

24        A.  Sure.  If you remember, we said that there is

25   an approval code that was taken for both ticket for the

1          MS. O'BRIEN:  Thank you.

2          MR. WORTHE:  Colleen, did you want to put

3   anything on the record about use of your very personal

4   information, which is displayed all over this

5   deposition?

6          MS. O'BRIEN:  I will.

7          MR. WORTHE:  Okay.

8          MS. O'BRIEN:  Ask that you mark that

9   twelve-page document as the next exhibit in order

10  please.

11         (Plaintiffs' Exhibit No. 8 marked for

12         Identification.)

13  BY MS. O'BRIEN:

14     Q.  Handing the witness Exhibit 8.  It's a

15  twelve-page document.

16     A.  Yes.

17     Q.  Have you ever seen that document before?

18     A.  Yes.

19     Q.  When did you see it?

20     A.  Yesterday.  And also, this information was

21  provided by Mr. Worthe to me to look at how many

22  charges are on this account.  And if I can verify --

23         MR. WORTHE:  You don't have to talk about what

24  we discussed.  Just answer the question.  You looked at

25  it twice?

1   reason, the credit card company, issuing bank debited

2   it.

3            I can't really -- I don't want to guess what

4   happened.  I do have experience a little bit.  I can

5   tell you based on my experience when these things

6   happen, but I cannot say for fact that's the reason

7   they debited you again.  And if you want I can tell

8   you.

9   BY MS. O'BRIEN:

10           Q.  Would you agree that the re-bill that appears

11   on page 8 of that statement is within a day or two of

12   the date that you identified in the passenger name

13   record of being the date that the passengers were

14   e-mailed new reservations?

15           MR. WORTHE:  Objection.  Vague and ambiguous as

16   the term "re-billed."  It's been asked and answered.

17   Go ahead.

18           THE WITNESS:  This is only coincidence.  It

19   does not do anything with the reservation.  Believe me.

20   I'm very honest with you.  I can tell you.  Again, I

21   want to give just as an example based on my experience.

22   There is a possibility that customer once received an

23   itinerary information knowing that on May 29 or May

24   30th already received the credit on their account.

25           So questioning with the bank, saying that

1    "Okay, you credited to me.  What happened?  I'm still

2    showing active reservation, valid reservation that

3    United is sending new confirmation about it to me."  If

4    the call received by normal agent from the bank --

5    these are again all the assumptions -- received by the

6    bank and that agent does not have access to all the

7    documentation to see what is happening, was it a

8    disputed charge, then goes back and accept this call as

9    you're now dropping your dispute and agreeing with the

10   charge and goes and puts the charge back to the

11   account.

12          This really has happened so many times.  They

13   really drop the case because they just remember that

14   yes, in fact it was a valid reservation and they went

15   and they asked the credit card company to put the

16   charge back.

17          But I want to tell you that when they put the

18   charge back onto your account, what they should have

19   done, they should have reversed back to United by

20   giving the credit to United.  That means -- Then I

21   could say right now that yes, on June 3rd United

22   received the credit.  You got the debit for it.

23          United never received a reversal for this

24   ticket.  And then after that, when they saw their

25   mistake or whatever --

1    BY MS. O'BRIEN:

2        Q.  "They" being?

3        A.  The issuing bank that did that, they credited.

4    When they credited, they made the second mistake by

5    debiting United which when originally they never -- and

6    that's where the second charge-back comes from United.

7        Q.  So that charge-back, looking again at Exhibit

8    8, is on --

9            MR. WORTHE:  I think you're on 7; right?

10   BY MS. O'BRIEN:

11       Q.  This is 8, 8 page 12, you're saying that when

12   the bank -- the credit card company realized its

13   mistake -- I'm looking at page 12 -- it issued United a

14   credit on or around the 19th of July?

15           MR. WORTHE:  Mischaracterizes testimony.  Go

16   ahead.

17           MS. O'BRIEN:  I'm asking.

18           THE WITNESS:  They credited the customer's

19   account and debited United for something that they

20   never reversed original first charge back to United.

21   Let me -- I know it's very confusing.  First

22   charge-back or I should go back with the transaction.

23   I'm going to say only one.  We're not confused.

24   BY MS. O'BRIEN:

25       Q.  Do you need the charge-back documents?  Because

1   I have them.  I'm going to ask about them.  We might as

2   well take them out.  Let me take 8 away from you so

3   we're not getting these exhibits mixed up.

4           This is Exhibit 10.  There were twelve pages

5   that the court reporter can mark those pages.  And what

6   10 is, it may not be -- in fact, I don't think it is --

7   part and parcel one exhibit, but it's documents you

8   provided here this morning.  You clarified for me

9   what's what with regard to those.

10          THE WITNESS:  No problem.

11          MR. WORTHE:  Do you want her to break it down

12   for you so can go 10, 11, 12 if necessary?

13          MS. O'BRIEN:  Let's start this way because I

14   think they're all relevant.  If not, you can tell me

15   and we'll change the exhibits.

16          (Plaintiffs' Exhibit No. 10 marked for

17          Identification.)

18   BY MS. O'BRIEN:

19       Q.  Thanks.  And before we show you 10, just going

20   back to the document we were just looking at, Exhibit

21   8 -- and I can give it back to you if need be -- is

22   there any reason that you can see on there why a

23   passenger looking at those credit card statements would

24   know that United had not placed those charges on the

25   account?

1           MR. WORTHE:  Objection.  Lacks foundation,

2    calls for speculation.  To the extent if you can answer

3    what Chase did or what a passenger thinks, go ahead.

4           THE WITNESS:  No.  The passenger would have not

5    known because obviously says "United Air."  They can

6    read it as United re-billed.

7    BY MS. O'BRIEN:

8       Q.  We're specifically talking about the billing on

9    June 3rd, 2006?

10      A.  June 3rd, yes.

11      Q.  Thank you.  I'm going to hand you Exhibit 10

12   and ask you to take a look at those documents.  Those

13   are documents that you provided.  And you were just

14   referring to charge-back information and indicating

15   that you wanted to explain it.  I've pulled those

16   documents out.  I think that those documents reflect

17   all the charge-backs.

18      A.  Yes.

19      Q.  But take a look at it and tell me whether it's

20   complete or not before we start.

21          MR. WORTHE:  How many pages are there?

22          MS. O'BRIEN:  It's twelve.

23          MR. WORTHE:  Is that a complete copy?

24          THE WITNESS:  One extra page is in there.  It's

25   a duplicate.

1  BY MS. O'BRIEN:

2      Q.  You made a statement.  You said United --

3          MR. WORTHE:  Just hang on.  I made an

4  objection.  To the extent you can answer that without

5  guessing, go ahead.

6          THE WITNESS:  No.  There's no way customer

7  would know by doing that United received the credit or

8  not, but they can assume that's how it should be.  So

9  then on July 18, the credit was three credits:  two

10  $419 and one $20 was posted to the account.

11  BY MS. O'BRIEN:

12      Q.  On July 19th?

13      A.  On July 19th.

14      Q.  But not before June 22nd?

15          MR. WORTHE:  Objection.  It's argumentative.

16  Go ahead.

17          THE WITNESS:  Okay.  The dates are going to be

18  different because the date that United receives a debit

19  and the dates that activity shows on your account is

20  different.  For example, if you disputed -- if the

21  cardholder disputed the charge on April 30th, United

22  did not receive that dispute until May 26th.

23          So the dates are completely different, but the

24  conditional credit that customer receives might be

25  sooner than when United was debited for it.

1  BY MS. O'BRIEN:

2      Q.  Do you know who initiated that July 19th, 2006

3  credit?

4          MR. WORTHE:  Objection.  Lacks foundation,

5  calls for speculation.  To the extent you can answer

6  that without guessing, go ahead.

7          THE WITNESS:  That's the credit card company.

8  They put it back.

9  BY MS. O'BRIEN:

10     Q.  Do you know who initiated it?

11         MR. WORTHE:  Same objection.

12         THE WITNESS:  Who initiated the credit?

13         MS. O'BRIEN:  Yes.

14         THE WITNESS:  It definitely is not United.

15  BY MS. O'BRIEN:

16     Q.  Do you know whether it was at the request of

17  the passenger?

18         MR. WORTHE:  Again, lacks foundation and it

19  calls for speculation.  To the extent you can answer

20  that without guessing, go ahead.

21         THE WITNESS:  Sure.  To have the credit back

22  their account, I am thinking that if I see a charge on

23  my account, I go back disputed again, especially this

24  happened on June 18.  And on June right before -- Yeah.

25  I go and say that "What happened to my credit?  Why did

1    you post it again?"  And they would credit it back.

2    That's what they did.

3    BY MS. O'BRIEN:

4        Q.  Let me take this document back.  Thank you.

5    Whoops.  I'm sorry.  Have we -- I think I'm done with

6    10.  Have we covered Exhibit 10?  I'm going to give it

7    back to you.  Have we covered all the charge-backs

8    indicated in that document?

9        A.  Two pre-compliance cases and five charge-backs.

10        MS. O'BRIEN:  Thanks.  Let me take that back

11    from you.  I'm going to show you -- I'm going to hand

12    the court reporter a document.  Ask her to mark as the

13    next exhibit in order, which I think is 11.

14        (Plaintiffs' Exhibit No. 11 marked for

15        Identification.)

16    BY MS. O'BRIEN:

17        Q.  Hand this document to the witness.  Ask if

18    you've ever seen that document before?

19        A.  Yes, I have.

20        Q.  When did you see it?

21        A.  Yesterday.

22        Q.  Do you know what that number is next to -- I'm

23    looking at the first visible print, the number that's

24    to the right of "United Air."

25        MR. WORTHE:  Objection.  Lacks foundation,

1   copies of the ticket and the copies of the charge-back.

2   BY MS. O'BRIEN:

3       Q.  Did you do any investigation -- and by "you" I

4   mean United -- do any investigation into the

5   reservation that's at issue in this case until August

6   of 2007?

7           MR. WORTHE:  Objection.  Lacks foundation,

8   calls for speculation.  What customer service may do

9   and what refunds may do are two different things.  If

10  you can answer that with respect to your division and

11  while you're here as a PMK, go ahead.

12          THE WITNESS:  I need you to ask the question

13  again.

14          (Record read.)

15          THE WITNESS:  No.

16          MR. WORTHE:  You mean refund department?

17          THE WITNESS:  Refund department.

18          MR. WORTHE:  Right.

19          THE WITNESS:  And this is to my knowledge.

20  BY MS. O'BRIEN:

21      Q.  Just give me a second.  I need to find a

22  document.  I'm not going to take these out of the

23  binder yet, but I want to show you a series of

24  documents.  What I'm handing to the deponent is the

25  Rule 26 disclosures that were provided in November from

1          MS. O'BRIEN:  It seems to me like you haven't

2    provided a person most knowledgeable for these

3    documents.

4          MR. WORTHE:  I don't care what it seems like to

5    you.  It seems to me that you've had this witness here

6    since 9:00 o'clock.  It seems to me that you have six

7    documents you can ask questions about, so ask them;

8    otherwise, you're done with her.

9          MS. O'BRIEN:  I've asked her the questions.

10   But if you don't have a witness to testify to this,

11   then the record's going to reflect that United failed

12   to produce a witness on these documents.

13         MR. WORTHE:  I appreciate your position.  I

14   disagree with your position.  There's an objection to

15   your PMKs.  You can let the court decide that.  You

16   have this witness now.  You've had her for another hour

17   after lunch.  If you'd like to ask her questions about

18   the document you don't think she knows anything about,

19   feel free; otherwise, go ahead and stop with her and

20   we'll address the other person later.

21   BY MS. O'BRIEN:

22        Q.  I'm going to ask her.  Looking at Exhibit

23   12, -- and you may need to take a minute to review

24   these documents -- is there anything in this

25   correspondence that --

1  reflection in document six that United as been debited

2  on five different occasions for this reservation?

3          MR. WORTHE:  It's yes or no.

4          THE WITNESS:  No.

5  BY MS. O'BRIEN:

6      Q.  Do you know of any other document from customer

7  service sent to plaintiffs that indicate that United's

8  position is it was charged back five times for this

9  reservation?

10         MR. WORTHE:  First of all "United's position,"

11  calls for a legal conclusion.  The objection is lacks

12  foundation.  It calls for speculation.

13         To the extent you can answer what documents

14  have been generated by other departments, go ahead.

15         THE WITNESS:  No.

16  BY MS. O'BRIEN:

17     Q.  Do you know of any other correspondence,

18  whether it's a phone call or fax, that would have

19  indicated United's position relative to the five

20  charge-backs from July 19th, 2006 to August 30th of

21  2007?

22         MR. WORTHE:  Same objections.

23         THE WITNESS:  No.

24         MS. O'BRIEN:  Let me take those documents back

25  please.  I just need to review my notes.  I think we're

1   about done.

2          MR. WORTHE:  I have a question.

3   EXAMINATION BY MR. WORTHE:

4      Q.  When did you first find out United was debited

5   five times?

6      A.  The first time was debit came on May.

7      Q.  Listen.  When was the first time that you

8   realized United Airlines had been debited five times by

9   Chase?

10     A.  I'm sorry.  Just when --

11     Q.  Give me the date, the date.

12     A.  Was it December?  Sometime in December.

13     Q.  This year?

14     A.  This year when the file came up again to me for

15  investigation.

16         MR. WORTHE:  Done.

17         MS. O'BRIEN:  I need to review my notes.

18  EXAMINATION BY MS. O'BRIEN:

19     Q.  Since you did this investigation into the five

20  charge-backs in December 2007, have you ever talked to

21  any of the agents whose agent numbers are indicated in

22  any of the documents that we reviewed today?

23         MR. WORTHE:  Objection.  Mischaracterizes her

24  testimony in terms of when she started her

25  investigation.  She answered the question.  She learned

Aiken & Welch Court Reporters     PMK     1-11-08

1          Next question.

2          MS. O'BRIEN:  He instructed her not to answer.

3          MR. WORTHE:  One guy ask the question.  Let's

4    go.

5          MR. KELLEHER:  Not talking to you.

6          MR. WORTHE:  This deposition's going to be

7    terminated.  Ask your question.  This woman's been here

8    since 9:00 o'clock.

9          MS. O'BRIEN:  I understand that.  I'm looking

10   at my notes.

11         MR. WORTHE:  Let's go.

12         MS. O'BRIEN:  "Let's go"?  Is this witness in a

13   position to talk about the contract of carriage?

14         MR. WORTHE:  This witness can talk about the

15   contract of carriage with respect to the refund policy

16   as it relates to your claim.  She's not going to be

17   talking about the contract of carriage as it relates to

18   lost baggage, personal injuries the Warsaw Convention.

19   She'll talk about the refund policy.

20         MS. O'BRIEN:  Those are all the questions I

21   have.  Thank you.

22         (Whereupon, the deposition was concluded at

23         1:51 p.m.)

24                              _____

25                              SIGNATURE OF WITNESS


EXHIBIT
3
Token 1-11-08

```
Passenger Data
COMMAND ===>                          LINE 000000 COL 001 132                    SCROLL ===> CSR
1 OBRIEN/COLLEEN M MS

 *UA1200  S 18JUL OAKORD HK/SC/02/6 2245-0448 M0HHAGS-05 1848Z 23APR.(NAME)1BUTLER/NOAH J MR.,..(FONE)OAKR/510-5
  UA7582  S 19JUL ORDROC HK/SC/02/6 0650-0933   35086Z.OAKC/510-4276438.NOTS/510-4276438.NOTI/510-4276438.(RC
  UA 417  S 24JUL ROCORD HK/SC/02/0 1726-1817   VD)COLLEEN.(TKTG)T/MWH 23APR1824Z 05 GS*** ELECTRONIC TICKET
  UA 481  S 24JUL ORDOAK HK/SC/02/0 2045-2310   ***.(GNFX)OSIUA SERVICE FEE WAIVED DUE TO SCHEDULE CHANGE.,CO
                                               (.   LLEEN M OBRIEN.2748 GRANDE VISTA AV 5,OAKLAND CA Z/94601,USA,
    (FARE).REPR/$B.,USD 703.24/USD 52.74US/USD 82.40XT/USD 838.38 - 23APR SA7UN.SA7UN.SA7UN.SA7UN
    .SA7UN.SA7UN.SA7UN.,.....TKT 1-2 C23APR06..OAK UA X/CHI UA ROC 175.81SA7UN UA X/CHI UA OAK 175.81SA
    7UN.,USD351.62END 2P OAKORDROCORD,.FARE USD 351.62 TAX 10.00XY TAX 26.37US TAX 18.00XF TAX 13.20ZP.
    .TOT USD 419.19,(SEAT)UA 7582 S 19JUL ORDROC HK2/8AC/*0.0...UA 1200 S 18JUL OAKORD HK2/10AC/*0.0..
    .UA 417 S 24JUL ROCORD HK2/9AC/*0.0....UA 481 S 24JUL ORDOAK HK2/14AC/*0.0...4417163011909566/D01
                                                                                                PAGE  77591

09.(MPLS)1-1UA, 03166306719S,(RMKS)A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM.A/ITN EMAIL-OBRIENCOLLEEN
M@HOTMAIL.COM,A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM.A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM,ECU7043
-ETKT NOT EXACT MATCH,ECU TIMESTAMP 19JUL06 05:27ZULU.(ETKT) 0162140207653        ,(ETKT) 0162140207
                         654             ,(PRNS) 1200 18JUL OAK         2
                         A--..  07472 19JUL.(01)A7 PRNS 1200 18JUL OAK       ....(02)A7 PRN
                         S 1200 18JUL OAK        ....(RCVD)NONE
                         UAAATR-IM 2040Z 03JUN.(01)QR Q/UAA/14.(RCVD)NONE
                         DENAPR-00 1949Z 03JUN.(01)UM .03JUN1935.-...............0827227
7.....OBRIENCOLLEENM@HOTMAIL.COM.,EMAIL DELIVERED.(02)UM .03JUN1838...............08272277,....
OBRIENCOLLEENM@HOTMAIL.COM.,EMAIL REQUESTED.(RCVD).XPEDITE/0000000
                         DENAFR-00 1949Z 03JUN.(01)UM .03JUN1921...............0827171

PF 1=HELP         2=            3=END             4=             5=RFIND           6=
PF 7=UP           8=DOWN        9=                10=LEFT        11=RIGHT          12=
```

**UNITED** Electronic Ticket Information System

Mina
New Query  Help
Skynet  Logoff

Ticket - 016 2140 207654

History | Itinerary | FQP    Coupon Facsimile(s): 01 02 03 04

## Auditor Coupon

**UNITED** AIRLINES
**ELECTRONIC TICKET FACSIMILE**

| | | | PNR/Carrier Code | Tour Code |
|---|---|---|---|---|
| | | | LSDN1O    UA | |

| Name of Passenger | Outlet Name | Place of Issue | Date of Issue | Issuing Agent ID |
|---|---|---|---|---|
| BUTLER/NOAH J MR | MMHRR | 00-65010-1 | 04/23/2006 | 008705 |

|  | Carrier | Flight | Class | Date | Time | Status | NVB | NVA |
|---|---|---|---|---|---|---|---|---|
| From | *** NOT VALID FOR *** | | | | AUDITOR COUPON | | | |
| To | *** TRANSPORTATION *** | | | | | | | |

Endorsement/Restrictions                                                  Frequent Flyer Number

NONREF-CHG100PLUSFAREDIF- CXL BY FLT DATE OR NOVALUE

Fare Construction

FP BA4417163011909566 EXP0109/ 795B FC 18JUL OAK UA X/CHI UA ROC 175.81SA7UN UA
X/CHI UA OAK 175.81SA7UN USD351.62END ZPOAKORDROCORD XT 13.20ZP 10.00AY
18.00XFOAK4.5ORD4.5ROC4.5ORD4.5

| Fare | USD 351.62 | Eq. Fare Pd. | 0.00 | Pax Itin | 01 | OAK ORD UA 644 | S 07/18/2006 |
|---|---|---|---|---|---|---|---|
| Tax/Fee/Charge | US 26.37 | | | | 02 | ORD ROC UA 7582 | S 07/19/2006 |
| Tax/Fee/Charge | XT 41.20 | Cpn | Document Number | | 03 | ROC ORD UA 1141 | S 07/24/2006 |
| Total | USD 419.19 | 00 | 016 2140 207654 | | 04 | ORD OAK UA 481 | S 07/24/2006 |

## History

| Item | Action | Cpns | Old | New | Agent | Outlet | Date | Time |
|---|---|---|---|---|---|---|---|---|
| 0 | CREATED | 1234 | | OPEN | V008705 | MMH | 04/23/2006 | 1824Z |
| | Other Information: GS | | | | | | | |
| 1 | CREATED | 1234 | | OPEN | V005118 | MCCRR | 04/30/2006 | 1818Z |
| | Other Information: GS | | | | | | | |
| 2 | REVAL | 13 | OPEN | OPEN | V008742 | MMHRR | 06/03/2006 | 1823Z |
| 3 | CREATED | 24 | | OPEN | V008742 | MMHRR | 06/03/2006 | 1823Z |
| | Other Information: GS | | | | | | | |
| 4 | PRINTED | 1234 | OPEN | PRTD | U167288 | HDQAQ | 07/06/2006 | 1959Z |
| | Update History/Comment | | | | | | | (Top) |

EXHIBIT

7

Taheri 1-11-08

1

## Passenger Itinerary

| Cpn | From | To | Carrier | Flight | Class | Date | Time | Status | NVB | NVA | Coupon Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | OAK | ORD | UA | 644 | S | 07/18/2006 | 2300P | HK | 07/18/2006 | 07/18/2006 | PRTD |

EXHIBIT

___11___

Taheri 1-11-08

| 05/30/2006 | 06/04/2006 | Sale | REBILL: UNITED AIR 016406 (Other) | 742668515132870000713 |
| 04/23/2006 | 06/05/2006 | Sale | REBILL:UNITED AIR 016214 (Travel) | 247926261156830002904 |
| 04/23/2006 | 06/05/2006 | Sale | REBILL: UNITED AIR 01621 (Travel) | 247926261156830002904 |

Transaction ID

P000002

EXHIBIT 33

CardMember Name:  Colleen M Obrien
Account Number: ████████9566
Case Identifier: 64926060

**Merchant**

UNITED AIR  0164066700850

**Posting Date/Amount**

~~April 26, 2006~~ / 20.00

/  June 1, 2006
/

**Type of Dispute:  Non-Receipt of Services**

We understand that you are disputing the above charge(s).  By law, your dispute must be reported in writing.  To do this, please provide the information requested below.  Then, sign this form and return it to us within 10 days of the date on the cover letter.  Be sure to enclose a copy of your credit slip.  If you have not already done so, you may wish to contact the merchant directly to resolve this matter and provide the merchant's response below.

**IMPORTANT:** You must answer each question or we may be limited in our ability to assist you with this dispute.

Although I did engage in the transaction with the merchant, I did not receive the services that I purchased.  The services were to be received on ____July 18, 2006____.
Please explain what services were requested and why they were not received: (For more space, use the back of this letter).

United would not allow my spouse + P to fly
on our scheduled flight of July 18, 2006. Nor
would it fix the problem on July 19, 2006 after
multiple calls.

I have contacted the merchant in an effort to resolve this matter and received the following response:

United will not honor the tickets I
paid for.

I certify that the information I have provided about this matter is correct.

Signature: _____     Date: 25 July 2006

Daytime Phone Number:
( ████ ) ████████

DSP306

CardMember Name:  Colleen M Obrien
Account Number: ~~9566~~
Case Identifier: 64926060

**Merchant**

UNITED AIR  0162140207654

**Posting Date/Amount**

~~April 26, 2006~~ / 419.19

*/ June 1, 2006*

*/*

**Type of Dispute:  Non-Receipt of Services**

We understand that you are disputing the above charge(s).  By law, your dispute must be reported in writing.  To do this, please provide the information requested below.  Then, sign this form and return it to us within 10 days of the date on the cover letter.  Be sure to enclose a copy of your credit slip.  If you have not already done so, you may wish to contact the merchant directly to resolve this matter and provide the merchant's response below.

**IMPORTANT:** You must answer each question or we may be limited in our ability to assist you with this dispute.

Although I did engage in the transaction with the merchant, I did not receive the services that I purchased.  The services were to be received on _____ *July 18, 2006* _____.
Please explain what services were requested and why they were not received: (For more space, use the back of this letter). *United would not allow my response*
*to fly on our schedule flight of July*
*18, 2006. Nor would it fix the problem*
*with multiple calls.*

I have contacted the merchant in an effort to resolve this matter and received the following response: *United will not honor the tickets I*
*paid for.*

I certify that the information I have provided about this matter is correct.

Signature: _____          Date: *25 July 2006*

Daytime Phone Number:
( ~~_____~~ ) ~~_____~~

CardMember Name:  Colleen M Obrien
Account Number: ▊▊▊▊9566
Case Identifier: 64926060

**Merchant**

UNITED AIR  0162140207653

**Posting Date/Amount**

April 26, 2006 / 419.19

1 June 7, 2006

/

**Type of Dispute:  Non-Receipt of Services**

We understand that you are disputing the above charge(s).  By law, your dispute must be reported in writing.  To do this, please provide the information requested below.  Then, sign this form and return it to us within 10 days of the date on the cover letter.  Be sure to enclose a copy of your credit slip.  If you have not already done so, you may wish to contact the merchant directly to resolve this matter and provide the merchant's response below.

**IMPORTANT:** You must answer each question or we may be limited in our ability to assist you with this dispute.

Although I did engage in the transaction with the merchant, I did not receive the services that I purchased.  The services were to be received on _____ July 18, 2006 _____.
Please explain what services were requested and why they were not received: (For more space, use the back of this letter). United world not allow my spouse and I to fly on our scheduled flight of July 18, 2006. No world it correct the problem on July 19, 2006 after multiple calls.

I have contacted the merchant in an effort to resolve this matter and received the following response:
United will not honor the tickets I paid for.

I certify that the information I have provided about this matter is correct.

Signature: _____        Date: 25 July 2006

Daytime Phone Number:
( ▊▊ ) ▊▊▊▊▊

DSP306

EXHIBIT 34

```
Passenger Data
COMMAND ===> 8                                                        SCROLL ===> CSR
                            LINE 000000 COL 001 132

.TOT USD 419.19,(SEAT)UA 7582 S 19JUL ORDROC HK2/8AC/*0.0...,UA 1200 S 18JUL OAKORD HK2/10AC/*0.0..
.,UA 417 S 24JUL ROCORD HK2/9AC/*0.0...,UA 481 S 24JUL ORDOAK HK2/14AC/*0.0...,4417163011909566/D01
                                                                                     PAGE    77591

09,(MPLS)1-1UA  031663067195,(RMKS)A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM,A/ITN EMAIL-OBRIENCOLLEEN
M@HOTMAIL.COM,A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM,A/ITN EMAIL-OBRIENCOLLEENM@HOTMAIL.COM,ECU7043
-ETKT NOT EXACT MATCH,ECU TIMESTAMP 19JUL06 05:27ZUUJ,(ETKT) 0162140207653   ,(ETKT) 0162140207
                        654     ,(PRNS) 1200 18JUL OAK       2
                    A.-..  07472 19JUL,(01)A7 PRNS 1200 18JUL OAK   ...,(02)A7 PRN
                    S 1200 18JUL OAK      ...,(RCVD)NONE
             UAAATR-IM 20402 03JUN,(01)QR Q/UAA/14,(RCVD)NONE
             DENAPR-00 19492 03JUN,(01)UM .03JUN1935................................0827227
7....OBRIENCOLLEENM@HOTMAIL.COM..EMAIL DELIVERED,(02)UM .03JUN1838.....................08272277.....
OBRIENCOLLEENM@HOTMAIL.COM..EMAIL REQUESTED,(RCVD).XPEDITE/U000000
             DENAPR-00 19492 03JUN,(01)UM .03JUN1921........................0827171
2.....OBRIENCOLLEENM@HOTMAIL.COM..EMAIL DELIVERED,(02)UM .03JUN1824......................08271712.....
OBRIENCOLLEENM@HOTMAIL.COM..EMAIL REQUESTED,(RCVD).XPEDITE/U000000
             MMEBAGS-42 18482 03JUN,(01)AQ QBP/MMH/29 MMHRR DF6656,(RCVD)/V00087
             42
             MMHAGS-42 18482 03JUN,(01)H9 UA S 0481 24JUL,(02)H9 9C   BUTLER
N HK18F HK14C,(03)H9 9C    OBRIEN  C HK18D HK14A,(04)H9 UA S 0417 24JUL,(05)H9 9C   BUTLER
N HK16F HK09C,(06)H9 9C    OBRIEN  C HK16D HK09A,(07)H9 UA S 1200 18JUL,(08)H9 9C   BUTLER  N H
K15F HK10C,(09)H9 9C    OBRIEN  C HK15D HK10A,(RCVD)MS.OBRIEN/V008742
        3=END                4=            5=RFIND            6=
        9=              10=LEFT         11=RIGHT          12=
PF 1=HELP        2=
PF 7=UP          8=DOWN
```

# EXHIBIT 35

## UNITED *Electronic Ticket Information System*

Ticket - **016 2140 207653**

History | Itinerary | FOP    Coupon Facsimile(s): 01 02 03 04

**Auditor Coupon**

### UNITED AIRLINES
**ELECTRONIC TICKET FACSIMILE**
* This is NOT a value document.

| | | | | | | | PNR/Carrier Code | Tour Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | LSDN1O   UA | |

| Name of Passenger | | | Outlet Name | Place of Issue | | Date of Issue | | Issuing Agent ID |
|---|---|---|---|---|---|---|---|---|
| OBRIEN/COLLEEN M MS | | | MMHRR | 00-65010-1 | | 04/23/2006 | | 008705 |

| | Carrier | Flight | Class | Date | Time | Status | NVB | NVA |
|---|---|---|---|---|---|---|---|---|
| From | *** NOT VALID FOR *** | | | | | | | |
| To | *** TRANSPORTATION *** | | | | AUDITOR COUPON | | | |

| Endorsement/Restrictions | Frequent Flyer Number |
|---|---|
| NONREF-CHG100PLUSFAREDIF- CXL BY FLT DATE OR NOVALUE | UA  031663067 |

**Fare Construction**

FP BA4417163011909566 EXP0109/ 795B FC 18JUL OAK UA X/CHI UA ROC 175.81SA7UN UA X/CHI UA OAK 175.81SA7UN USD351.62END ZPOAKORDROCORD XT 13.20ZP 10.00AY 18.00XFOAK4.50ORD4.5ROC4.5ORD4.5

| Fare | USD | 351.62 | Eq. Fare Pd. | | 0.00 | Pax Itin | 01 | OAK ORD UA 644 | S 07/18/2006 |
|---|---|---|---|---|---|---|---|---|---|
| Tax/Fee/Charge | US | 26.37 | | | | | 02 | ORD ROC UA 7582 | S 07/19/2006 |
| Tax/Fee/Charge | XT | 41.20 | Cpn | Document Number | | | 03 | ROC ORD UA 1141 | S 07/24/2006 |
| Total | USD | 419.19 | 00 | 016 2140 207653 | | | 04 | ORD OAK UA 481 | S 07/24/2006 |

### History

| Item | Action | Cpns | Old | New | Agent | Outlet | Date | Time |
|---|---|---|---|---|---|---|---|---|
| 0 | CREATED | 1234 | | OPEN | V008705 | MMH | 04/23/2006 | 1824Z |
| | | Other Information: GS | | | | | | |
| 1 | CREATED | 1234 | | OPEN | V005118 | MCCRR | 04/30/2006 | 1818Z |
| | | Other Information: GS | | | | | | |
| 2 | REVAL | 13 | OPEN | OPEN | V008742 | MMHRR | 06/03/2006 | 1823Z |
| 3 | CREATED | 24 | | OPEN | V008742 | MMHRR | 06/03/2006 | 1823Z |
| | | Other Information: GS | | | | | | |
| 4 | PRINTED | 1234 | OPEN | PRTD | U167288 | HDQAQ | 07/06/2006 | 1957Z |

Update History/Comment    (Top)

### Passenger Itinerary

| Cpn | From | To | Carrier | Flight | Class | Date | Time | Status | NVB | NVA | Coupon Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | OAK | ORD | UA | 644 | S | 07/18/2006 | 2300P | HK | 07/18/2006 | 07/18/2006 | PRTD |
| | | | | | | | | | | | |

| 02 | ORD | ROC | UA | 7582 | S | 07/19/2006 | 0655A | HK | 07/19/2006 | 07/19/2006 | PRTD | |
| 03 | ROC | ORD | UA | 1141 | S | 07/24/2006 | 1654P | HK | 07/24/2006 | 07/24/2006 | PRTD | |
| 04 | ORD | OAK | UA | 481 | S | 07/24/2006 | 1945P | HK | 07/24/2006 | 07/24/2006 | PRTD | (Top |

## Forms of Payment

| FOP Code | Account Number | Currency | Amount | Rfnd Pr Cd | Rfnd Type Cd | |
|---|---|---|---|---|---|---|
| BA | 4417163011909566 | USD | 838.38 | | | (Top) |