United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BUTLER, et al., | No. C 07-04369 CRB |
| Plaintiffs, | **ORDER DENYING EX PARTE MOTION FOR A CONTINUANCE** |
| v. | |
| UNITED AIR LINES, INC., | |
| Defendant. | |

Plaintiffs' ex parte motion to continue the hearing on the parties' summary judgment motions is DENIED. Plaintiffs have not shown that plaintiffs' counsel's late January trial necessitates a continuance. The Court set the February 29, 2008 deadline at the case management conference on November 30, 2007 and plaintiffs did not object or make any mention of plaintiffs' counsel's January jury trial. Indeed, in a letter to defendant's counsel dated December 10, 2007, plaintiffs refused to grant defendant any continuances to respond to plaintiffs' discovery requests because, in part, of counsel's January jury trial.

Plaintiffs, however, may file their opposition on or before February 15, 2008, and defendant's reply shall be filed on or before February 22, 2008. The Court will hear oral

//

//

//

1  argument at 8:30 a.m. on February 29, 2008 as originally scheduled.

2  **IT IS SO ORDERED.**

4  Dated: February 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE