Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250
Fax: (775) 249-9120
colleen@EastBayAttorneys.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NOAH BUTLER, et al.,

    Plaintiffs,

  v.

UNITED AIR LINES, INC.,

    Defendant.

Case No.: C07-04369 CRB

PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED AIR LINES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Date: February 29, 2008
Time: 8:30 a.m.
Courtroom No.: 8, 19th Floor

    Plaintiffs' oppose and object to Defendant's Request for Judicial Notice in Support of Opposition to Plaintiffs' Motion for Summary Judgment. Defendant requests that the court take judicial notice of two declarations. One declaration is made by Defendant's Person Most Knowledgeable. The other declaration is made by Defendant's attorney. Both declarations speak directly to the disputed facts of this case. The declarations discuss matters subject to dispute and which are not self-evident, such as whether United rebilled Plaintiffs, or conclusions that "Chase Credit Card Company made a mistake"—to name just a few.

    Asking the court to notice judicially that Chase Bank is "Chase Credit Card Company" or took any action based on a declaration of a United employee is patently ridiculous. Most of the declarations contain pure speculation. See PLAINTIFFS' OBJECTIONS TO EVIDENCE

SUBMITTTED IN SUPPORT OF DEFENDANT UNITED AIR LINES, INC.'S MOTION FOR SUMMARY JUDGMENT.

The court may not take judicial notice pursuant to under Rule 201(b)(2) and (c) of matters subject to dispute and which are not self-evident. *Hardy v Johns-Manville Sales Corp.* (1982, CA5 Tex) 681 F2d 334. The court may take notice, pursuant to Fed. R. Evid. 201, of the existence of the declarations as declarations filed in this case, but it should not take judicial notice of facts contained within those declarations, particularly where the Defendants did not identify facts appropriate for judicial notice. *Consejo de Desarrollo Economico de Mexicali v United States,* 438 F.Supp.2d 1207 (D.C. Nev. 2006).

Date: ___02/15/2008_____          _____/s/_____
                                      Colleen O'Brien
                                      O'Brien & Kelleher, LLP
                                      Attorney for Plaintiffs