**AMENDED**
**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-04369** CRB

**NOAH BUTLER** v. **UNITED AIR LINES, INC.**

Attorneys:   Colleen O'Brien                         John Hanson

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Belle Ball**

**PROCEEDINGS:**                                                                **RULING:**

1. D's Motion for Protective Order
2. D's Motion for Summary Judgment
3. P's Motion for Sanctions
4. P's Motion for Protective Order
5. P's Motion for Partial Summary Judgment

**ORDERED AFTER HEARING:**

Matters submitted.  No further discovery to be done.

( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

(X) Referred to Magistrate Judge Joseph C. Spero for: Settlement

(X) CASE CONTINUED TO May ~~15~~ 16, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____     Expert Discovery Cut-Off _____
Plntf to Name Experts by _____  Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____ Set for _____ days
                         Type of Trial: ( )Jury   ( )Court

Notes: _____