# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

CASE NO.:          C-07-04369 CRB (JCS)                    TIME:  3 h, 15 m

CASE NAME:     *Butler/O'Brien v. United Air Lines, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO          CLERK: Mary Macudzinski-Gomez

DATE:  April 22, 2008                              COURT REPORTER: Kathy Wyatt

<u>COUNSEL FOR PLAINTIFF(S):</u>                       <u>COUNSEL FOR DEFENDANT(S):</u>

Colleen M. O'Brien                                John R. Hanson

---

### <u>PROCEEDINGS</u>

X          SETTLEMENT CONFERENCE

☐          FURTHER SETTLEMENT CONFERENCE

☐          DISCOVERY CONFERENCE

☐          STATUS CONFERENCE RE:_____

☐          TELEPHONIC CONFERENCE RE:_____

☐          OTHER:_____

CASE CONTINUED TO:_____FOR_____

<u>NOTES</u>:

A Settlement Conference was held.  The case settled (subject to Defendant's approval of one of the terms), and the settlement was placed on the record.