**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                    415.522.2000

May 6, 2008

Alameda County Superior Court
1225 Fallon St.
Oakland, CA 94612

RE:  CV 07-04369 CRB    NOAH BUTLER-v-UNITED AIR LINES, INC.
        Your Case Number: (RG07336336)
Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

            (x)      Certified copies of docket entries

            (x)      Certified copies of Remand Order

            ()       Other

        Please acknowledge receipt of the above documents on the attached copy of this letter.

                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk

                                        by:  Maria Loo
                                        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg